**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Stephanie R. Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Proposed Attorneys for the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |
| --- | --- |
| In re | : |
|  | : |  Chapter 11 |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND | : |
| NURSING AT WHITE PLAINS,[1] | : |
|  | : |  Case No. 21-22623 (SHL) |
| Debtor. | : |

-----------------------------------------------------------------x

### DECLARATION OF LIZER JOZEFOVIC PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2 AND IN SUPPORT OF THE CHAPTER 11 SUBCHAPTER V PETITION AND FIRST DAY MOTIONS

Lizer Jozefovic declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Chief Executive Officer of HBL SNF, LLC, d/b/a Epic Rehabilitation and

Nursing Center at White Plains (the "Debtor" or "Company").   In accordance with the Local

Bankruptcy Rule ("L.B.R.") 1007-2 of the United States Bankruptcy Court for the Southern District

of New York ("Bankruptcy Court"), I submit this declaration ("Declaration") in connection with the

Debtor's voluntary petition for relief under Subchapter V of Title 11 of the United States Code (the

---

[1] The Debtor's principal office is located at 120 Church Street, White Plains, New York 10601. The last four digits of its taxpayer identification number are 6045.

"Bankruptcy Code") filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court" or this "Court") on November 1, 2021 (the "Petition Date").

2.      I am familiar with the business and financial condition of the Debtor.  Except as otherwise indicated herein, the facts set forth in this Declaration are based on my personal knowledge, my review of relevant documents, information provided to me by the Debtor's management, employees or professionals, or my opinion based upon my experience, knowledge, and information concerning the Debtor's operations and the industry in which it operates.  Unless otherwise indicated, all financial information contained herein is presented on an unaudited basis.

3.      If I were called to testify, I would testify competently to the facts set forth in this Declaration, and I am authorized to submit this Declaration on behalf of the Debtor.

4.      On the Petition Date, I caused the Debtor to file a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court (the "Case"). A copy of the resolution authorizing the filing of the Debtor's Case is attached to its petition and incorporated by reference herein.

## I.    Corporate Structure and Nature of the Debtor's Business

5.      The Company is a New York registered limited liability company formed on or about August 14, 2012. The members of the Company are Westchester Health Care Properties I, LLC (51%), HHH Liquidation Trust (successor to Hebrew Hospital Home of Westchester, Inc.) (39%),[2]

---

[2] Hebrew Hospital Home of Westchester, Inc. ("HHHW") is a debtor in jointly administered chapter 11 cases pending before the Bankruptcy Court entitled *HHH Choices Health Plan, LLC, et al.*, Case No. 15-11158 (MEW) (Bankr. S.D.N.Y.) (the "HHH Cases"). HHHW's plan of reorganization was confirmed on November 2, 2017. As will additionally be disclosed in connection with any retention or compensation application for proposed counsel to the Debtor herein ("KWJSS"), KWJSS is counsel to Sean C. Southard, Esq., as plan administrator of Hebrew Hospital Senior Housing, Inc., an affiliated debtor in the HHH Cases. KWJSS does not believe any conflicts of interest exist on account of these connections, whether actual or potential.  This is so since in both roles, KWJSS's client is interested in maximization of value of the Debtor entity and the HHH Liquidation Trust's interests in the same.

and Bethel Nursing Home Company, Inc (10%). I and Mark Neuman, the Debtor's Chief Financial

Officer (the "CFO"), together with Danielle Feminella, the Vice President of the Debtor, are the only

officers of the Company.

6.      I have served as the Chief Executive Officer of the Company since its inception. For

over two decades I have owned and operated skilled nursing and rehabilitation facilities in New

York State which consistently provide the highest levels of care. The Company is one of a family of

rehabilitation and long-term care facilities operated through Epic Healthcare Management, LLC

along the east coast of the United States, from New York to Florida, and one of six such facilities

owned, directly or indirectly, by myself and Mr. Neuman throughout New York's Westchester

County, Hudson County and Orange County.

7.      The Debtor is a 160-bedroom skilled nursing and rehabilitation facility located at 120

Church Street, White Plains, New York, which opened in late 2019. As of the Petition Date, the

facility is approximately 75% occupied. The Debtor maintains a staff of over 250 employees,

including registered nurses, therapists and other healthcare professionals, and offers both short-term

and long-term care to its patients and residents. The Debtor provides an array of healthcare services,

including neurological, respiratory, orthopedic, occupational, psychiatric, and many other medical

and rehabilitative services. The annual gross revenue of the Debtor for fiscal year 2020 was over

$10 million.

## II.      The Debtor's Capital and Debt Structure

8.      The Debtor's financial obligations and debt structure are intertwined with its

development and leasing arrangements with White Plains Healthcare Properties I, LLC ("WPHCP"),

the owner of the Debtor's operating premises located at 116-120 Church Street, White Plains, New

York (the "Real Property"). The Debtor's history with WPHCP is the subject of pending state court

3

litigation and provided the impetus for the filing of this Case by the Debtor, as discussed further below.

### A.   The Debtor's Development and Lease Agreements with WPHCP

9.     In or around November 2015, the Debtor entered into certain agreements with WPHCP for the construction and finance of the Debtor's care facility. The Debtor executed that certain Development Agreement (as amended or modified from time to time, the "Development Agreement"), dated as of November 19, 2015, between the Debtor, as operator/tenant, and WPHCP, as developer.

10.    In connection therewith, the Debtor additionally entered into that certain Amended and Restated Operating Lease (as amended or modified from time to time, the "Lease" and, together with the Development Agreement, the "Development and Lease Agreements"), dated November 19, 2015, by and between the Debtor, as tenant, and WPHCP, as Landlord.[3]  The Lease provides that it commences upon the date WPHCP's work is sufficiently complete to accept patients as determined by the New York State Department of Health (the "NYSDOH") and the issuance of a Certificate of Occupancy.

11.    Pursuant to the Development and Lease Agreements, WPHCP agreed to provide the necessary financing and construction management, and to obtain the necessary NYSDOH authorizations and approvals, in order to deliver to the Debtor a "turn-key" facility for operation by the Debtor as a skilled nursing and rehabilitation facility. The Debtor, as tenant and operator of the completed facility, agreed to pay, among other things, monthly fixed rent in the amount of

---

[3] The Debtor reserves all rights with respect to characterization of the Lease as a leasehold interest or a disguised financing transaction.

$506,096.50 for an annual amount of fixed rent of $6,073,158, to WPHCP, as landlord, over the thirty-year term of the Lease.

12.     The Lease provides that the Debtor's obligations to WPHCP under the Lease are secured by, among other things, a first priority security interest and lien granted to WPHCP upon all of the Debtor's assets, including personal property, equipment and accounts receivable, and certificates of need and other authorizations of the Debtor with respect to operation of the facility as a skilled nursing facility. The Lease provides that WPHCP agrees to subordinate its lien on accounts receivable in favor of an accounts receivable lender to the Debtor upon certain conditions set forth therein.

13.     As of the Petition Date, there is no UCC-1 Financing Statement of record filed against the Debtor by or on behalf of WPHCP.

**B.      Financing Obtained by WPHCP**

14.     In furtherance of its obligation to secure financing for the project, WPHCP entered into that certain Construction Loan Agreement (as amended or modified from time to time, the "Loan Agreement"), dated as of August 18, 2017, by and among WPHCP, as borrower, Security Benefit Life Insurance Company, as lender ("Security Benefit Lender"), and Security Benefit Corporation (together with Security Benefit Lender, "Security Benefit"), as agent, whereby Security Benefit Lender would make loans to WPHCP in an aggregate amount of up to $38,500,000, to be used to refinance an existing mortgage on the Real Property, pay the costs of construction and development of the facility, pay the costs of the beds, furniture, fixtures, personal property and equipment to be used at the facility, pay utilities fees and charges, and pay interest, taxes and other budgeted operating costs.

15.     WPHCP's obligations under the Loan Agreement are secured by, among other things, that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Mortgage"), recorded August 31, 2017, granted by WPHCP to Security Benefit, and an Assignment of Leases and Rents (the "Assignment of Rents"), dated as of August 18, 2017, assigning all rents in and under all leases with respect to the Real Property. The Mortgage provides that WPHCP's obligations are secured by liens on real and personal property and all other rights and interests of WPHCP in the Real Property. However, property of the Debtor is expressly excluded from Security Benefit's Mortgage, which provides that "all property of tenants under any Lease…is excluded from the scope of this Security Instrument."

16.     In connection with the financing, WPHCP, Security Benefit and the Debtor, as operator, entered into that certain Security Agreement, Assignment of Leases and Rents and Fixture Filing, dated as of July 2017 (the "Security Agreement"), which provides for the Debtor's grant of a security interest in favor of Security Benefit in all of its assets constituting Collateral Property (as defined therein) as security for the payment and performance of, among other things, WPHCP's obligations under the Loan Agreement.[4] With respect to the Debtor's accounts receivable, Security Benefit's liens were granted "to the extent, but only to the extent, they are used in connection with or arise from the operation of the Collateral Property that are or will be subject to an Intercreditor Agreement with the [Debtor's] AR Lender."

17.     Security Benefit filed a UCC-1 Financing Statement perfecting this security interest against the Debtor on September 19, 2017. The Debtor is not a party to the Loan Agreement and does not owe any amounts thereunder to Security Benefit.  To the best of the Debtor's knowledge,

6

the balance owed by WPHCP to Security Benefit under the Loan Agreement was approximately $41,742,537.06 as of May 1, 2021.

### C. Summary of Secured and Unsecured Debt

18.     In light of the foregoing, any security interests of WPHCP are unperfected and avoidable and, in any event, the Debtor is in compliance with its obligations under its Lease with WPHCP as of the Petition Date. Security Benefit's security interests, while perfected, do not secure indebtedness owed by the Debtor. As a result, the Debtor submits that its secured indebtedness as of the Petition Date consists of approximately $195,553.00 owed to equipment finance suppliers.

19.     The Debtor has unsecured debt with respect to its vendors, suppliers and other trade and general unsecured creditors, excluding debt owed to insiders and affiliates, in an aggregate amount outstanding of approximately $5,084,872.[5]

20.     The Debtor reserves its right to modify or amend this description as additional information becomes available. Nothing herein should be deemed to be an admission with respect to the nature, priority, validity or extent of any lien on the Debtor's assets, and the Debtor reserves all rights with respect thereto.

## III.   The Debtor's Pending Litigation with WPHCP

21.     After developmental and financing delays necessitating additional capital infusions, WPHCP obtained approval from the New York State Department of Health for the opening of the facility on December 2, 2019, two years later than contemplated under the Development Agreement. Despite this and other disputes concerning the Development and Lease Agreements, the Debtor

---

[4] The Debtor is not in possession of a copy of the Security Agreement executed by the Debtor and reserves all rights with respect to the Security Agreement.
[5] Current as of September 30, 2021.

made all rent payments of over $506,000 per month as required under the Lease, commencing on

October 30, 2019 (even before the opening of the facility and commencement of the Lease), totaling

over $10,500,000 as of the Petition Date, which WPHCP accepted.

22.     Despite the fact that the Debtor did not default under the Lease, WPHCP defaulted

under its Loan Agreement with Security Benefit. Security Benefit issued multiple notices of default

to WPHCP, commencing on October 16, 2019, for defaults including failures to establish a cash

management account, make monthly interest payments, forward payments received from the Debtor,

provide financial statements, and other defaults. Security Benefit commenced litigation against

WPHCP attempting to foreclose against the Real Property, but these actions were discontinued as a

result of a New York State moratoriums on such actions, which has been extended through January

2022. *See Security Benefit Life Insurance Company, Security Benefit Corporation v. White Plains*

*Healthcare Properties I, LLC, et al.*, Index No. 55883/2021 (Sup. Ct. N.Y. 2021); *Security Benefit*

*Life Insurance Company, Security Benefit Corporation v. White Plains Healthcare Properties I,*

*LLC, et al.*, Index No. 621099/2021 (Sup. Ct. N.Y. 2021).

23.     On January 7, 2020, attorneys for WPHCP sent the Debtor a letter alleging that the

Debtor defaulted under the Development and Lease Agreements, purporting to terminate the Lease

effective January 13, 2020 and seeking accelerated obligations allegedly due in the amount of

$84,073,989.91. The Debtor disputes these alleged defaults and the effectiveness of the letter to

terminate the Lease. As of the Petition Date, the Debtor is in substantial compliance with the Lease

and has made all outstanding rental payments to WPHCP.

24.     On September 18, 2020, WPHCP filed a complaint against the Debtor, myself and

Mr. Neuman in the Supreme Court of the State of New York, County of Westchester (the

"Complaint"), captioned as *White Plains Healthcare Properties I, LLC v. HBL SNF, LLC, et al.*,

8

Index No. 60278-20 (N.Y. Sup. Ct. 2020) (the "State Court Action"), containing various frivolous allegations regarding purported defaults by the Debtor under the Lease,  seeking termination of the Lease and seeking recovery of over $84 million in alleged damages..

25.    The Debtor and co-defendants filed an answer to the Complaint and asserted counterclaims and third-party claims against WPHCP, among others, seeking a declaratory judgment as well as an accounting, and money damages based upon fraud, fraud in the inducement, breach of contract, bad faith. On August 19, 2021, WPHCP filed a motion seeking entry of summary judgment against the Debtor, among others.  As of the Petition Date, the Debtor had filed its opposition to WPHCP's summary judgment motion, but WPHCP had not yet filed its reply brief.  WPHCP's motion has not yet been deemed to be fully submitted and remains *sub judice*.

## IV.    The Need for Filing the Debtor's Case and the Path Forward

26.    The Debtor is generally financially and operationally sound but has been forced to file this Case as a result of the excessive damages sought by WPHCP in the pending litigation and in order to prevent the threatened abrupt termination of its Lease and ability to provide care and services to its patients.

27.    The Debtor believes that filing this Case will allow it the opportunity to resolve its disputes with WPHCP, while minimizing disruption to its business and patients, by assuming and exercising its purchase rights under its Lease.  The Lease provides the Debtor with an option to purchase the Real Property within the first fifteen (15) years of the Lease term for a purchase price of $65,055,000 by delivery of written notice to WPHCP, as further set forth in and pursuant to the terms and conditions of the Lease (the "Purchase Option").

28.    In furtherance of these goals, during the Case the Debtor intends to (i) seek to resolve its disputes and fix its liability, if any, in connection with the development and lease transactions,

9

including by seeking to remove its pending litigation to the Bankruptcy Court, (ii) obtain third-party debtor-in-possession financing needed to pay its general obligations as they come due during this Case, (iii) obtain third-party exit financing that will allow the Debtor to exercise its Purchase Option under the Lease, and (iv) formulate a plan of reorganization that will provide for payment of all legitimate creditors in full and emergence from bankruptcy within the time prescribed by Subchapter V of the Bankruptcy Code.

## V.    **First Day Motions**

29.    To enable the Debtor to operate effectively and minimize potential adverse effects during the pendency of the Case, the Debtor has requested certain relief in "first day" motions and applications filed with the Court concurrently herewith (collectively, the "First Day Motions").

30.    The First Day Motions, summarized below, seek to implement procedures that will promote a seamless transition into the Case, allowing the Debtor to continue paying its employees, obtain necessary financing, and generally minimize any potential adverse effects on the Debtor's operations. I believe that the relief requested in each First Day Motion is necessary to preserve and maximize the value of the Debtor's estate, essential to the successful reorganization of the Debtor, and in the best interest of the Debtor's estate, creditors, patients, and other parties in interest.

### A.    **Request for Appointment of Patient Care Ombudsman**

31.    Pursuant to section 333(a) of the Bankruptcy Code, given the nature of the Debtor's business as a healthcare business, the Debtor is requesting appointment of a patient ombudsman.

### B.    **Employee Wage Motion**

32.    The Debtor filed its Motion for Entry of Interim and Final Orders, (I) Authorizing Payment Of Pre-Petition Wages, Employee Benefits And Expense Reimbursement; (II) Authorizing And Directing Banks To Honor Checks With Respect Thereto; And (III) Approving Payment Of

Post-Petition Wages, Employee Benefits And Expense Reimbursement (the "Wage Motion") requesting approval to pay its employees and to continuing making such payments in the ordinary course of its business. As the number of part time and per diem employees fluctuates during any given payroll period, the number of employees and payroll amounts are estimated in accordance with historical averages. The service of the Debtor's employees, and therefore the continuation of payment of wages and benefits and reimbursement of expenses as set forth in the Wage Motion, is essential to the continuation of the Debtor's business during the Case.

### C. Debtor in Possession Financing and Cash Collateral Motion

33.    The Debtor filed its Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 4001 and 9014, (I) Authorizing the Debtor to Borrower Pursuant to a Post-Petition Senior Secured Financing Facility and (II) To the Extent Necessary, Authorizing the Debtor's Use of Cash Collateral ("DIP Motion"). By the DIP Motion, the Debtor is requesting authorization to, among other things, (i) enter into a senior secured post-petition revolving credit facility in an aggregate amount of up to $4,000,000 with CNH Finance Fund I, L.P. (the "DIP Lender") on the terms set forth therein and in the Term Sheet attached thereto and definitive documentation therefor to be filed with the Court (the "DIP Facility"), of which $750,000 shall be available upon entry of an interim order approving the DIP Facility on an interim basis, and (ii) utilize cash collateral of WPHCP and Security Benefit, to the extent such authorization is required.

34.    Although the Debtor granted security interests to each of WPHPC and Security Benefit pursuant to the Lease and Security Agreement, respectively, WPHPC's security interest is unperfected and avoidable, and the Debtor is not a party to WPHPC's loan agreement with, and has no obligations thereunder to, Security Benefit. Further, neither WPHCP nor Security Benefit has

11

control of the Debtor's bank accounts under a deposit control agreement or otherwise. In any event, WPHPC and Security Benefit are more than adequately protected by equity in the property securing their interests. The Debtor has received an appraisal, dated as of April 24, 2020, valuing the Real Property and related assets at between $56,800,000 and $74,900,000, a copy of which is attached hereto as Exhibit 6, while the Debtor is in substantial compliance with the Lease and the amounts owed to Security Benefit by WPHCP totaled less than $42 million six months before the Petition Date.[6] As additional adequate protection, the Debtor intends to pay post-petition rent and other charges in the ordinary course of business, in accordance with the terms of the Lease while this Case is pending, as set forth in the budget attached to the DIP Motion. The DIP Facility and use of cash collateral will allow the Debtor to maximize the value of its business as a going concern. As a result, I believe in the Debtor's business judgment that obtaining the DIP Facility and utilizing cash collateral as requested in the DIP Motion is in the best interests of the Debtor and all stakeholders, including WPHCP and Security Benefit.

35.    The Debtor's use of proceeds of the DIP Facility in accordance with the approved budget attached to the DIP Motion is necessary to allow the Debtor to meet ongoing obligations, including its upcoming payroll obligations, and preserve and maximize the value of the Debtor's estate. Although the Debtor is generally financially sound, the timing of collections of substantial accounts receivable of the Debtor has resulted in a need for immediately available cash. I believe that absent access to financing, the Debtor will be unable to meet its obligations to vendors and employees and therefore suffer immediate and irreparable harm, to the detriment of its estate,

---

[6] As alleged by Security Benefit in its state court foreclosure action against WPHCP.

creditors and other stakeholders, including its over 250 employees and approximately 120 current patients.

36.     The terms of the DIP Facility proposed in the DIP Motion are the most favorable terms available to the Debtor after diligent request and were negotiated in good faith and at arm's length with the proposed DIP Lender, who is an experienced lender in the healthcare business industry.

### D.     **Motion for Continuation of Cash Management Systems**

37.     The Debtor filed its Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Use Existing Cash Management System; and (B) Maintain Existing Bank Accounts and Business Forms; and (II) Waiving Requirements of 11 U.S.C. § 345(B), requesting permission to continue its current banking and cash management system to ensure the Debtor can continue to operate its business in the most cost-effective, efficient manner during the course of this Case.

### E.     **Motion for Continuation of Insurance Coverage and Premium Financing**

38.     The Debtor filed its Motion for Interim & Final Orders Authorizing Debtor to (I) Continue Honoring Prepetition Insurance Premium Finance Agreement; (II) Continue Pre-Petition Insurance Policies and Programs; and (III) Perform All Pre-Petition Obligations With Respect Thereto, requesting the ability to maintain its current insurance programs and premium financing agreements in order to ensure its ability to operate as a nursing facility and continue as a going concern.

### F.     **Motion to File Patient Information Under Seal**

39.     The Debtor filed its Motion (I) for Authority to File Under Seal Separate Schedule F, Matrix and Other Documents Containing Patient Information; (II) to Authorize Certain Procedures to Maintain the Confidentiality of Patient Information;  (III) to Modify Notice to Patients; and (IV)

13

for Relief from Required Form of Mailing Matrix With Regard to Separate Matrix, requesting the ability to file Schedule F, the Creditor Matrix and other documents that would contain private information of the Debtor's patients under seal. This will ensure the Debtor's ability to comply with the rules and requirements of the Bankruptcy Code while also ensuring the privacy of its patients is maintained.

## VI.    Additional Required Information Pursuant to L.B.R. 1007-2(a) and (b)

### A.    Debtor's Case Not Originally Commenced Under Chapter 7

40.    The Debtor's case was not originally commenced under chapter 7 of the Bankruptcy Code.  Accordingly, L.B.R. 1007-2(a)(2) is not applicable.

### B.    Pre-petition Creditors' Committee

41.    In accordance with L.B.R. 1007-2(a)(3), to the best of the Debtor's knowledge, no pre-petition committee of unsecured creditors was organized.

### C.    Holders of the Twenty Largest Unsecured Claims

42.    In accordance with L.B.R. 1007-2(a)(4), a list setting forth the Debtor's twenty (20) largest unsecured creditors, excluding those persons who constitute "insiders" under Bankruptcy Code section 101(31), of the Debtor is attached hereto as **Exhibit 1**.  As required by L.B.R. 1007-2(a)(4), Exhibit 1 includes the creditors' names, addresses, telephone numbers (for persons familiar with the account, if available), amount of each claim, and an indication of whether the claims are contingent, unliquidated or disputed.

### D.    Holders of Five Largest Secured Claims

43.    In accordance with L.B.R. 1007-2(a)(5), a list of the Debtor's five (5) largest secured creditors is attached hereto as **Exhibit 2**.

### E.    Summary of Assets and Liabilities

14

44.      As required by L.B.R. 1007-2(a)(6), a summary of the Debtor's assets and liabilities is attached as **Exhibit 3**.

**F.      Debtor's Securities.**

45.      The Debtor does not have any stock that is publicly held. The members of the Debtor are Westchester Health Care Properties I, LLC, HHH Liquidation Trust and Bethel Nursing Home Company, Inc.

**G.      Property in Possession or Custody of Custodian**

46.      In accordance with L.B.R. 1007-2(a)(8), the Debtor has property in the possession of WPHCP with an aggregate value of approximately $4,400,000, comprised of a payment made to WPHCP in 2015 in the amount of $2,200,000 and a payment made to WPHCP in 2019 in the amount of $2,200,000 for which the Debtor has not received credit under the Lease.

**H.      Premises Where the Debtor Conducts Business**

47.      In accordance with L.B.R. 1007-2(a)(9), the Debtor has offices at 537 Route 22, Purdys, New York 10578 and operates the skilled nursing facility located at 120 Church Street, White Plains, New York 10601.

**I.      Location of Debtor's Assets and Books and Records**

48.      Pursuant to L.B.R. 1007-2(a)(10), the majority of the Debtor's books and records are located at the Debtor's office at 120 Church Street, White Plains, New York 10601.

**J.      Threatened or Pending Actions Against the Debtor**

49.      Pursuant to L.B.R. 1007-2(a)(11), a list of pending or threatened actions is annexed hereto as **Exhibit 4**.

**K.      The Debtor's Senior Management**

50.     Pursuant to L.B.R. 1007-2(a)(12), the Debtor's senior management consists of Lizer

Jozefovic, as Chief Executive Officer, Mark Neuman, as Chief Financial Officer, and Danielle

Feminella, as Vice President of Finance.

**L.     Operation of Business**

51.     In accordance with L.B.R. 1007-2(b), the Debtor intends to continue the operation of

its business and the management of its property as a debtor and debtor in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code. The Debtor is a small business debtor within the

meaning of Bankruptcy Code § 101(51D).

**M.     Payroll**

52.     In accordance with L.B.R. 1007-2(b)(1), the estimated amount of the bi-weekly

payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30)

day period following the Petition Date is approximately $644,581.63.

**N.     Officer Compensation**

53.     In accordance with L.B.R. 1007-2(b)(2)(A), the amounts paid and proposed to be paid

for the thirty (30) day period following the Petition Date for services rendered by the Debtor's

officers is approximately $0. Management fees are accruing but not paid or expected to be paid in

the short term.

**O.     Financial Advisor**

54.     In accordance with L.B.R. 1007-2(b)(2)(C), the Debtor expects to seek to retain

HMM, CPAs LLP as financial or business consultant.

**P.     Receipts and Disbursements**

55.     In accordance with L.B.R. 1007-2(b)(3), a schedule of estimated cash receipts and

disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain

unpaid, other than professional fees, for the 30-day period following the Petition Date is attached hereto as **Exhibit 5**.

**III.**     **Conclusion**

56.     The Debtor believes that the protections afforded by Subchapter V of Chapter 11 will enable it to maximize the value of the Debtor for its creditors and its estate and protect the interests of its patients. The Debtor reserves the right to amend or supplement any of the schedules annexed hereto as exhibits in the event additional information is obtained during the course of the proceedings.

[remainder of page intentionally left blank]

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the

foregoing is true and correct.


Dated: New York, New York
       November ___, 2021

                                            Lizer Jozofovic,
                                            Chief Executive Officer


Signature to Rule 1007 Declaration

## Exhibit 1

## Twenty (20) Largest Unsecured Claims[7]

---

[7] Current as of September 30, 2021.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **HBL SNF, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Skyview Nursing Home** | | **intercompany loan from affiliated entity** | | | | **$10,825,337.00** |
| **Waterview Acquisition I, LLC** | | **intercompany loan from affiliated entity** | | | | **$2,518,777.00** |
| **DUE TO OTHERS NEED INFORMATION** | | | | | | **$1,100,000.00** |
| **Park Manor Acquisition II, LLC** | | **intercompany loan from affiliated entity** | | | | **$865,543.00** |
| **DUE TO OWNERS** | | | | | | **$770,000.00** |
| **MICHELMAN & ROBINSON, LLP 10880 WILSHIRE BLVD 19TH.FL LOS ANGELES, CA 90024** | | | | | | **$436,304.90** |
| **PHARMSCRIPT,LLC 150 PIERCE STREET SOMERST, NJ 08873** | | | | | | **$234,741.35** |
| **Epic Senior, LLC** | | **intercompany loan from affiliated entity** | | | | **$174,963.00** |
| **Putnam Operation Acquisition** | | **intercompany loan from affiliated entity** | | | | **$165,830.00** |
| **CENTRAL CARE SOLUTIONS 1420 E. LINDEN AVENUE LINDEN, NJ 07036** | | | | | | **$96,816.43** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | HBL SNF, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LANGUAGE FUNDAMENTALS 1032 MAIN STREET FISHKILL, NY 12524 | | | | | | $84,479.56 |
| MEMIC INDEMNITY COMPANY PO BOX 9500 LEWISTON, NE 04243-9500 | | | | | | $84,223.30 |
| EMPRO STAFFING P.O. BOX 190331 BROOKLYN, NY 11219 | | | | | | $75,332.82 |
| MEDFIRST STAFFING SERVICES, INC. 15 CUNNINGHAM DRIVE WESTORANGE, NJ 07052 | | | | | | $75,000.00 |
| ALLSTATE MEDICAL 34 35TH. STREET BROOKLYN, NY 11232 | | | | | | $71,301.33 |
| GERIMEDIX, INC. PO BOX 21117 NEW YORK, NY 10087-1117 | | | | | | $70,910.50 |
| MEDLINE INDUSTRIES, INC. BOX 382075 PITTSBURGH, PA 15251-8075 | | | | | | $66,359.16 |
| SECURE 360 INC. 1294 EAST 19TH. STREET 2ND. FLOOR BROOKLYN, NY 11230 | | | | | | $57,342.45 |
| HEALTH FACILITY ASSESSMENT FUND 333 BUTTERNUT DRIVE STRACUSE, NY | | | | | | $46,480.00 |
| HMM,CPAs LLP 527 TOWNLINE ROAD SUITE 203 HAUPPAUGE, NY 11788 | | | | | | $38,114.50 |

## Exhibit 2

## Five (5) Largest Secured Claims

| Creditor Name, Address, Contact Name, Telephone Number and Email Address, Where Available | Nature of Claim | Contingent, Unliquidated or Disputed | Amount of Claim |
|---|---|---|---|
| Security Benefit Corporation, as Agent for Security Benefit Life Insurance Company | Security Agreement | Contingent, Unliquidated and Disputed | $0.00 |
| White Plains Healthcare Properties I, LLC | Lease | Contingent, Unliquidated and Disputed | $0.00 |

**Exhibit 3**

**Summary of Assets and Liabilities**[8]

---

[8] Current as of September 30, 2021. Unsecured debt excluding debt owed to insiders and affiliates totals approximately $5,084,872 as of September 30, 2021.

| Fill in this information to identify the case: |
|---|

Debtor name **HBL SNF, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $     **8,730,672.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     **8,730,672.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **18,231,512.04**

4.   **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b | $     **18,231,512.04** |

## **Exhibit 4**

## **Pending or Threatened Litigation**

*White Plains Healthcare Properties I, LLC v. HBL SNF, LLC, et al., Index No. 60278-20 (N.Y. Sup. Ct. 2020)*

**<u>Exhibit 5</u>**

**<u>Schedule of Receipts and Disbursements for 30 Days</u>**

**HBL SNF, LLC d/b/a Epic Nursing and Rehab at White Plains**
**Cash Flow Projections**

| | | | | |
|---|---|---|---|---|
| Week 1 Begins on | 11/1/2021 | | | |
| Week 4 Ends on | 11/28/2021 | | | |
| | | | | |
| Medicaid | 395 | 398 | 401 | 401 |
| Medicare | 302 | 305 | 307 | 307 |
| Private Pay | 76 | 76 | 77 | 77 |
| Commercial Insurance | 67 | 68 | 69 | 69 |
| Resident Days | 840 | 847 | 854 | 854 |
| ADC | 120 | 121 | 122 | 122 |

| | Week # | | | |
|---|---|---|---|---|
| | **1** | **2** | **3** | **4** |
| Medicaid | 110,000 | 110,000 | 110,000 | 110,000 |
| Medicare | - | 145,000 | - | 826,464 |
| Private Pay | 50,000 | - | 50,537 | - |
| Commercial Insurance | 54,635 | - | - | 54,635 |
| Medicare Part B | 45,000 | - | - | 49,499 |
| | | | | |
| **Total Cash Receipts** | **259,635** | **255,000** | **160,537** | **1,040,598** |
| | | | | |
| Salaries- Management | 50,000 | | 50,000 | |
| Salaries- Staff | 337,500 | | 340,000 | |
| Payroll Taxes & Fees | 35,000 | | 35,000 | |
| Employee Benefits | | | | 105,000 |
| Contracted Staff | | | | 30,000 |
| | | | | |
| Total Labor Costs | 422,500 | - | 425,000 | 135,000 |
| | | | | |
| Professional Fees- CPA | 10,000 | | | |
| Professional Fees- Legal | 60,000 | | | |
| Patient Care Ombudsman Fees | 10,000 | | | |
| Subchapter V Trustee | 2,500 | | | |
| Professional Fees - Omni | 2,500 | | | |
| DIP Lender Fees | | | | |
| Cash Receipts Assessment | | | | 44,187 |
| COD Payment Allowance | 75,000 | 75,000 | 75,000 | 75,000 |
| Rent | 506,097 | | | |
| Total No-Lag Expenses | 666,097 | 75,000 | 75,000 | 119,187 |
| | | | | |
| "New" A/P Vendor Payments | - | - | - | - |
| "Old" A/P Vendor Payments | - | - | - | - |
| | | | | |
| **Total Cash Disbursements** | **1,088,597** | **75,000** | **500,000** | **254,187** |
| | | | | |
| **Net Cash Flow** | **(828,962)** | **180,000** | **(339,463)** | **786,411** |
| | | | | |
| Plus: Opening Cash Balance | 400,639 | 321,678 | - | - |
| Plus: Draw from Credit Line | 750,000 | - | 339,463 | - |
| Less: Repayment to Credit Line | - | (501,678) | - | (587,786) |
| | | | | |
| **Ending Cash Balance** | **321,678** | **-** | **-** | **198,626** |
| | | | | |
| Net Credit Draw Down | 750,000 | 248,323 | 587,786 | - |

**<u>Exhibit 6</u>**

**<u>Appraisal of Real Property</u>**



Appraisal of:

EPIC Rehabilitation and Nursing

120 Church St, White Plains, New York 10601

Prepared for: The Huntington National Bank - Easton Operations Center

JLL File Number: 2201-20-157960

*Valuation and Advisory Services*





700 E. Campbell Road, Suite 265
Richardson, TX 75081

Phone: 972 960 1222
Fax: 972 960 2922

April 24, 2020

Ms. Kristin Borders
The Huntington National Bank - Easton Operations Center
7 Easton Oval
Columbus, Ohio 43219

Subject:      EPIC Rehabilitation and Nursing
              120 Church St
              White Plains, New York 10601

Pursuant to your request, we have performed an appraisal of the above-referenced property. Accompanying this letter is an Appraisal Report that contains an identification of the property, factual data concerning the property and its surroundings, comparable market data, and appropriate analyses.

The subject property is a new 160-bed skilled nursing facility located in downtown White Plains. The subject property was developed by Massachusetts-based developer The Congress Co. and began construction in September 2017 with construction being completed in September 2019. The facility opened in late 2019 and at the time of this report was 25% occupied. The facility is a high-end skilled nursing facility offering superior finishes and services in comparison to the market competition, which has an average year of construction ranging from the '70s to the '90s. We have projected a 24 month lease-up period to achieve stabilization.

While a detailed construction budget was not provided, the operator did provide the total construction cost for the development. The project cost, exclusive of the CON fees, was estimated at $352,000 per bed, while the total actual cost per the developer's cost certification was $60,655,050, or $379,100 per bed.

In the wake of the COVDI-19 outbreak, the subject property had a one-year lease in place to for the fourth and fifth floor of the subject with the White Plains Hospital to provide additional beds for COVID patients, which was a temporary and optional solution to the current COVID situation. This analysis assumes the hospital will not engage in the lease agreement for the fourth and fifth floors and therefore it is assumed to have not material impact on the analysis.

Our analyses and forecasts have resulted in the value conclusion(s) below:

## Value Conclusion(s)

| Scenario | Effective Date | Conclusion |
|---|---|---|
| Market Value of the Specified Assets of the Business As Is, Fee Simple Estate | April 3, 2020 | $56,800,000 |
| Prospective Market Value of the Specified Assets of the Business Upon Stabilization | April 3, 2022 | $74,900,000 |

Our valuation is based on terms of cash and a reasonable exposure time of nine months prior to the effective date of value. The global outbreak of COVID-19 (Novel Coronavirus) was officially declared a pandemic by the World Health Organization (WHO). The reader is cautioned and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal. Accordingly, we estimate the marketing period at nine months. The specified assets of the business exclude certain items not normally conveyed, such as cash on hand, accounts receivable, accounts payable, management company trademarks, and proprietary management systems. Please refer to the assumptions and limiting conditions section where any extraordinary assumptions and hypothetical conditions specific to this engagement are discussed.

The subject was appraised based upon the going concern premise as an on-going business operation. Our value allocations follow:

## Value Allocation(s)

| Component | Allocation |
|---|---|
| Real Property | $55,470,000 |
| FF&E | $1,330,000 |
| Intangibles | $0 |
| **Market Value of the Specified Assets of the Business As Is, Fee Simple Estate** | **$56,800,000** |
| Real Property | $59,890,000 |
| FF&E | $1,120,000 |
| Intangibles | $13,890,000 |
| **Prospective Market Value of the Specified Assets of the Business Upon Stabilization** | **$74,900,000** |

The global outbreak of COVID-19 (Novel Coronavirus) was officially declared a pandemic by the World Health Organization (WHO). The reader is cautioned and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal.



**Market Uncertainty from COVID-19 (Novel Coronavirus)**

The outbreak of the COVID-19 (Novel Coronavirus), declared by the World Health Organization as a "Global Pandemic" on March 11, 2020, has impacted global financial markets.

The COVID-19 outbreak is an evolving situation with the effects on the financial and real estate markets currently unknown. The impact will be driven by the scale and longevity of the pandemic.

Market activity, meaning transactions and market evidence since the pandemic are limited. The reader is cautioned and reminded that the valuation is based on the information available to us at the date of valuation, and the conclusions presented are only as of the effective date(s) indicated. It is difficult to predict the short- and long-term effects the pandemic may have on capital values.

We appreciate this opportunity to provide valuation services to The Huntington National Bank - Easton Operations Center.

**JLL Valuation and Advisory Services, LLC**

Bryan Lockard
Managing Director
New York Temporary Certified General Appraiser #33602
Telephone: 813-387-1301
Email: bryan.lockard@am.jll.com

Brian L. Chandler, MAI, CRE, FRICS
Managing Director
New York Certified General Appraiser #46000050349
Telephone: 214 396-5423
Email: brian.chandler@am.jll.com



AJ Sarkis
Analyst III
New York Appraiser Assistant #48000052813
Telephone: 212-812-5890
Email: aj.sarkis@am.jll.com



# Table of Contents

| | Page No. |
|---|---|
| Letter of Transmittal | 1 |
| Table of Contents | 5 |
| Addenda | 6 |
| Certification | 7 |
| Summary of Salient Facts and Conclusions | 9 |
| Strengths and Weaknesses | 12 |
| General Information | 13 |
| Assumptions and Limiting Conditions | 22 |
| Regional Economic Analysis | 27 |
| Primary Market Area Description and Analysis | 38 |
| Site Description and Analysis | 47 |
| Improvement Description and Analysis | 50 |
| Ad Valorem Tax Analysis | 61 |
| Regulatory Overview | 63 |
| Seniors Housing Market Analysis | 65 |
| Supply and Demand Analysis | 81 |
| Highest and Best Use Analysis | 92 |
| Income Capitalization Approach | 94 |
| Income Capitalization – Yield Capitalization | 129 |
| Sales Comparison Approach | 137 |
| Land Valuation | 148 |
| Cost Approach | 153 |
| Insurable Replacement Cost | 161 |
| Absorption and Income Loss Analysis | 162 |
| Conclusion | 165 |



# Addenda

Legal Description                                    Appendix A

Maps, Plats, Building Plans                           Appendix B

Operating Data                                        Appendix C

Comparable Profiles                                   Appendix D

Letter of Engagement                                  Appendix E

Analyst Qualifications                                Appendix F



# Certification

We hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- The reported analyses, opinions, and conclusions developed and this report have been prepared in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.
- I certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- Bryan Lockard did not conduct an inspection of the property that is the subject of this report. AJ Sarkis conducted an inspection of the property that is the subject of this report.
- AJ Sarkis assisted in the verification, presentation and analysis of factual data. Bryan Lockard and AJ Sarkis developed the value conclusions reported herein.
- Various analysts employed by JLL procured the comparable data used in this report (improved sales, land sales, rental comparables, and expense comparables). The firm continuously gathers such data.
- USPAP 2020-21 requires the appraiser to disclose "any services regarding the subject property performed by the appraiser, as an appraiser or in any other capacity, within the three year period immediately preceding the agreement to perform the assignment." Pursuant to that requirement, to the best of our knowledge, we:



- Have not performed any services in connection with the subject property within the three-year period immediately preceding acceptance of this assignment, either as an appraiser or in any other capacity.



Bryan Lockard
Managing Director
New York Temporary Certified General Appraiser #33602
Telephone: 813-387-1301
Email: bryan.lockard@am.jll.com


Brian L. Chandler, MAI, CRE, FRICS
Managing Director
New York Certified General Appraiser #46000050349
Telephone: 214 396-5423
Email: brian.chandler@am.jll.com


AJ Sarkis
Analyst III
New York Appraiser Assistant #48000052813
Telephone: 212-812-5890
Email: aj.sarkis@am.jll.com



# Summary of Salient Facts and Conclusions

**Property Name:**                          EPIC Rehabilitation and Nursing

**Property Location:**

Street Address:              120 Church St
Municipality:                White Plains
County:                      Westchester
State:                       New York
Zip:                         10601

**Census Tract:**

State Code:                  36
County Code:                 119
Tract/BNA Code:              0089.01

**Purpose of the Appraisal:**        To estimate the value of the subject under the following
                                     scenario(s):

                                     Market Value of the Specified Assets of the Business As Is,
                                     Fee Simple Estate

                                     Prospective Market Value of the Specified Assets of the
                                     Business Upon Stabilization

**Assets and Property Rights Appraised:**

Assets Appraised:            All assets of the business enterprise including real property,
                             FF&E, and business value
Property Rights:             Fee Simple

**Site Summary:**

Site Size (Sq. Ft.):         34,803
Shape:                       Mostly rectangular
Topography:                  Mostly level
Flood Hazard Zone:           Zone X
Flood Insurance Panel #:     36119C0267F
Flood Insurance Required:    Not required
Zoning:                      PM-0.35 (Residential Multifamily District)



| | |
|---|---|
| Zoning Compliance: | Legal, conforming use |
| Utilities: | All available to site |

## Improvement Summary:

| | |
|---|---|
| Property Type: | Nursing Center |
| Gross Building Area: | 110,210 |
| Stories: | 6 |
| Shape: | Rectangular |
| Year Built: | 2019 |
| Effective Age: | 1 |
| Remaining Economic Life: | 59 |
| Construction Quality: | Excellent |
| Overall Condition: | Excellent |

## Operating Bed Summary:

| | |
|---|---|
| Nursing Beds in Operation: | 160 |
| Licensed Nursing Beds: | 160 |

## Highest & Best Use Summary:

| | |
|---|---|
| As Vacant: | Development of a seniors housing facility |
| As Improved: | Continued use as a seniors housing facility |

## Occupancy Analysis:

| | |
|---|---|
| Current Occupancy: | 25.0% |
| Stabilized Occupancy Forecast: | 93.0% |
| Months to Stabilization: | 24 |

EPIC Rehabilitation and Nursing



## Value Indications

| Approach to Value | Value Indication |
|---|---|
| The Income Capitalization Approach - Direct Capitalization | $54,500,000 |
| The Income Capitalization Approach - Yield Capitalization | $59,100,000 |
| The Sales Comparison Approach | $57,300,000 |
| The Cost Approach | $54,600,000 |

## Value Conclusion(s)

| Scenario | Effective Date | Conclusion |
|---|---|---|
| Market Value of the Specified Assets of the Business As Is, Fee Simple Estate | April 3, 2020 | $56,800,000 |
| Prospective Market Value of the Specified Assets of the Business Upon Stabilization | April 3, 2022 | $74,900,000 |

## Value Allocation(s)

| Component | Allocation |
|---|---|
| Real Property | $55,470,000 |
| FF&E | $1,330,000 |
| Intangibles | $0 |
| **Market Value of the Specified Assets of the Business As Is, Fee Simple Estate** | **$56,800,000** |
| | |
| Real Property | $59,890,000 |
| FF&E | $1,120,000 |
| Intangibles | $13,890,000 |
| **Prospective Market Value of the Specified Assets of the Business Upon Stabilization** | **$74,900,000** |



# Strengths and Weaknesses

Strengths of the property include:

- **Housing Values:** The subject's PMA has a high median housing value of $369,509, which is above the United States median housing value of $218,492.
- **Strong Market Demand:** The PMA has an undersupply of in the current year. There are no planned additions to the competitive supply.
- **Age/Condition:** The subject property has an effective age of 1 year and is in excellent condition. It represents modern construction and has good market appeal.
- **Housing Values:** The subject's PMA has a high concentration of homes with above average housing values.
- **Income:** The subject's PMA has a high concentration of households with above average income levels.

Weaknesses of the property include:

- **Population Growth:** The subject's PMA is forecasting population growth which is below that of the national average.
- **Market Uncertainties:** Uncertainties surrounding COVID-19 with respect to financing, construction timelines, and lease-up timelines, as well as the overall impact on seniors housing properties.
- **Economic Conditions:** Additionally, the subject is designed for extensive short term rehabilitation and patients are generally prolonging elective surgeries due to the recent COVID-19 outbreak.



# General Information

## Identification of the Subject

The subject is an existing Nursing Center located at 120 Church St, White Plains, Westchester County, New York; and it is known as EPIC Rehabilitation and Nursing. A legal description for the subject is presented in the Addendum of this report.



**Front View of Subject**

The subject is a 160 bed Nursing Center that was built in 2019. It is comprised of 110,210 square feet in a 6 story building. In this appraisal, we are valuing the subject as is.

## Purpose of the Appraisal

The purpose of this appraisal is to estimate the market value of the subject under the following scenario(s):

- Market Value of the Specified Assets of the Business As Is, Fee Simple Estate
- Market Value of the Specified Assets of the Business Upon Stabilization, Fee Simple Estate

## Client, Intended User(s) and Intended Use(s)

The effective date of appraisal is April 3, 2020, and the date of the report is April 24, 2020. The Huntington National Bank - Easton Operations Center is the intended user of this report. The intended use is consideration for financing, internal risk analysis, and/or possible use in foreclosure.



## Prior Services

USPAP 2020-21 requires the appraiser to disclose "any services regarding the subject property performed by the appraiser, as an appraiser or in any other capacity, within the three year period immediately preceding the agreement to perform the assignment." Pursuant to that requirement, to the best of our knowledge, we:

- Have not performed any services in connection with the subject property within the three-year period immediately preceding acceptance of this assignment, either as an appraiser or in any other capacity.

## Definition of Market Values

For purposes of this appraisal, market value and as is market value are defined as:

**Market value:** The most probable price which a property should bring in a competitive and open market, under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

**As Is Market Value:** The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal's effective date. [2]

## Assets Appraised

Seniors housing and health care assets are generally considered to be business enterprises and may have value in excess of the real estate value. Such assets can be valued based upon the liquidation premise or the going concern premise. The liquidation premise would only be used if the highest and best use of the asset is to sell the component parts separately. This is not the case with the

---

[1]. 12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990 as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994.

[2]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).



subject, so the subject is valued based upon the going concern premise. The term going concern is defined as follows:

> One of the premises under which the total assets of a business (TAB) can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely). Under the going concern premise, the value of a business is equal to the sum of the value of the tangible assets and the value of the intangible assets, which may include the value of excess profit, where asset values are derived consistent with the going concern premise. [3]

When a property is valued based upon the going concern premise, the valuation may include real estate, FF&E and intangibles. These assets in total compromise the Total Assets of a Business (TAB), defined as follows:

> The tangible property (real property and personal property, including inventory and furniture, fixtures and equipment) and intangible property (cash, workforce, contracts, name, patents, copyrights and other residual intangible assets, to include capitalized economic profit). [4]

When appraised based upon the going concern premise, the Market Value of the Total Assets of the Business (MVTAB) is defined as follows:

> The market value of all of the tangible and intangible assets of a business as if sold in aggregate as a going concern. [5]

Definitions of the components that compromise the TAB are as follows:

> **Real property**: All interests, benefits, and rights inherent in the ownership of physical real estate; the bundle of rights with which the ownership of the real estate is endowed. In some states, real property is defined by statute and is synonymous with real estate. [6]

> **Furniture, fixtures and equipment (FF&E)**: The movable property of a business enterprise not classified as stock or inventory or leasehold improvements; frequently found in the ownership of hotels or motels, restaurants, assisted living facilities, service stations, car washes, greenhouses and nurseries, and other service intensive properties. Furniture, fixtures and equipment frequently wears out much more rapidly that other components of those properties. [7]

---

[3]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[4]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[5]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[6]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[7]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).



**Business enterprise value**: A term applied to the concept of the value contribution of the total intangible assets of a continuing business enterprise such as marketing and management skill, an assembled workforce, working capital, trade names, franchises, patents, trademarks, contracts, leases, and operating agreements.[8]

However, it should be noted that some of the assets included in the definition of TAB are not commonly included in the value or sale of a seniors housing facility. Items normally excluded are: cash on hand, working capital, accounts receivable, and accounts payable. As such, our valuation focuses upon the specified assets of the business, which excludes the items noted.

In addition, we have provided an allocation of our concluded value. Note that the allocation is based upon the continuation of the business enterprise. If the business ceases operations, the values of the individual components would likely be different than the value allocated to the components based upon the continuation of the business operation.

## Property Rights Appraised

Definitions of the three major classes of property rights are as follows:

**Fee simple estate**: Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.[9]

**Leased fee interest:** A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease)[10]

**Leasehold estate**: The tenant's possessory interest created by a lease.[11]

The property rights valued in this appraisal are fee simple. There is a related party lease in place at the property between the ownership entity and the operating entity. Our understanding is that this lease is between related prop-co and op-co entities, and that these entities are creating a new Delaware Statutory Trust (DST) entity to own the facility. Therefore, they will have common ownership of the subject property as we are valuing the fee simple estate.

---

[8]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[9]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[10]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).
[11]. *The Dictionary of Real Estate Appraisal* (Chicago, IL: Appraisal Institute, Sixth Edition).



## Scope of Work

USPAP 2020-2021 states:

For each appraisal and appraisal review assignment, an appraiser must:

1. Identify the problem to be solved;
2. Determine and perform the scope of work necessary to develop credible assignment results; and
3. Disclose the scope of work in the report.

Pursuant to that requirement, the steps in the appraisal process are as follows:







The Valuation Process
Definition of the Problem
Identification of client/ intended users
Intended use of appraisal
Purpose of appraisal (including definition of value)
Date of opinion of value
Identification of characteristics of property (including location and property rights to be valued)
Extraordinary assumptions
Hypothetical conditions
Scope of Work
Data Collection and Property Description
Market Area Data
General characteristics of region, city, and neighborhood
Subject Property Data
Specific characteristics of land and improvements, personal property, business assets, etc.
Comparable Property Data
Sales, listing, offerings, vacancies, cost and depreciation, income and expenses, capitalization rates, etc.
Data Analysis
Market Analysis
Demand studies
Supply studies
Marketability studies
Highest and Best Use Analysis
Site as though vacant
Ideal improvement
Property as improved
Land Value Options
Application of the Approaches to Value
Cost
Sales comparison
Income capitalization
Reconciliation of Value Indications and Final Opinion of Value
Report of Defined Value

### Inspection

Bryan Lockard and Brian L. Chandler did not conduct an exterior inspection of the subject of this report. AJ Sarkis conducted an inspection of the property that is the subject of this report on April 3, 2020.

## Data Collection

Three types of data are normally gathered while completing an appraisal: general, specific, and competitive supply and demand.

### General Data

General data concerns the social, economic, governmental, and environmental forces that impact property values. This data is found in the area description and analysis and the neighborhood description and analysis sections of this report. We have gathered the general data from a variety of sources and publications, which are noted in the analyses. In addition, the general data concerning the neighborhood is based upon observations made during our inspection of the neighborhood.

### Specific Data

The data relating to the property being appraised and to comparable properties is referred to as specific data. We obtained specific data regarding the subject from the property owner and/or operator. Documents we have relied upon for specific data pertaining to the subject are listed in the assumptions and limiting conditions section. Additional data pertaining to the subject has been gathered from zoning maps, tax records, and other resources maintained in our library, city halls and chambers of commerce, Westchester County, and various State of New York offices.

The specific comparable data has been gathered from market participants. The extent of the comparable market data collection process varies for each type of comparable data. Refer to discussions preceding the presentation of data in the approaches to value for descriptions of the data sources consulted and the search criteria.

### Competitive Supply and Demand Data

An analysis of seniors housing supply and demand conditions is included in this report.

## Approaches to Value

The three approaches to value are:

> **The Income Capitalization Approach,** typically referred to as the income approach is used to value commercial and investment properties. It capitalizes an income stream into a present value. This can be accomplished using revenue multipliers or a capitalization rate applied to net operating income (NOI). The NOI is gross potential income (GPI), less vacancy, less operating expenses, but excluding debt service or depreciation charges applied by

EPIC Rehabilitation and Nursing



accountants. NOI is synonymous with EBITDA. Alternatively, multiple years of NOI can be valued by a discounted cash flow analysis (DCF) model.

**The Sales Comparison Approach,** derives a value indication by comparing the subject being appraised to similar properties that have recently sold.

**The Cost Approach,** based on the principle of substitution which asserts that no prudent buyer or investor will pay more for a property than that amount for which the site could be acquired, and which improvements that have equal desirability and utility can be constructed without undue delay. It is a method of appraising property based on the depreciated reproduction or replacement cost new of improvements, plus the market value of the site.

In appraising the subject, we have applied the approaches to value as follows:

## Approaches to Value

| Approach to Value | Developed | Applicability |
|---|---|---|
| Income Capitalization - Direct Capitalization | Yes | Most Applicable |
| Income Capitalization - Yield Capitalization | Yes | Most Applicable |
| Sales Comparison | Yes | Applicable, but not as relevant as income approach |
| Cost | Yes | Applicable, but not as relevant as income approach |

# Report Type

Standards Rule 2-2 of the Uniform Standards of Professional Appraisal Practice sets forth two different reporting options, as follows:

**Appraisal Report**: should summarize all pertinent data considered and summarize all analyses developed in arriving at the conclusion of value.

**Restricted Report:** merely states the major conclusions without discussion of the data considered and the analyses conducted.

This report is intended to comply with the requirements for an Appraisal Report.

# Compliance

We have developed this appraisal in compliance with:

- The requirements of the Code of Ethics and the Standards of Professional Practice of the Appraisal Institute;
- The Uniform Standards of Professional Appraisal Practice promulgated by the Appraisal Foundation;
- FIRREA Title XI, 12 CFR Part 323 (FDIC) and 12 CFR Part 34 (RTC) and;

EPIC Rehabilitation and Nursing



■    The Appraisal Requirements of The Huntington National Bank - Easton Operations Center.

## Ownership, History and Management of the Subject

USPAP Standards Rules 1-5(a) and (b) require an appraiser, when the value opinion to be developed is market value, and if such information is available to the appraiser in the normal course of business, to analyze (1) all agreements of sale, options, or listings of the subject property current as of the effective date of the appraisal and (2) all sales of the subject property that occurred within three years prior to the effective date of the appraisal. The subject's current ownership, ownership history, current status, and management are discussed below.

### Current Ownership

The subject is currently owned by White Plains Healthcare Properties 1, LLC.

### Ownership History

The most recent transaction involving the subject is detailed below:

**Most Recent Transaction -**

| | |
|---|---|
| Grantor (Seller): | Hamilton Park, LLC |
| Grantee: | White Plains Healthcare Properties 1, LLC |
| Date of Sale: | 2010 |
| Sales Price: | $4,528,333 |
| Sale Included: | Vacant site only |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's length |

### Current Status

The subject is currently owned by White Plains Healthcare Properties 1, LLC. The subject is not currently being offered for sale nor is it under any form of contract of sale.

### Management

The subject is operated by EPIC Rehabilitation and Nursing. Headquartered in White Plains, New York, EPIC is a privately held operator of senior living communities including Short-Term and Long-Term Rehabilitation as well as Skilled Nursing.



# Assumptions and Limiting Conditions

The use of this report is subject to the following assumptions and limiting conditions:

- All reports and work product we deliver to you (collectively called "report") represents an opinion of value, based on historical information and forecasts of market conditions. Actual results may vary from those forecast in the report. There is no guaranty or warranty that the opinion of value reflects the actual value of the property.

- The conclusions stated in our report apply only as of the effective date of the appraisal, and no representation is made as to the effect of subsequent events. Assessed values may change significantly and unexpectedly over short periods. We are not liable for any conclusions in the report that may be different if there are subsequent changes in value. We are not liable for loss relating to reliance upon our report more than three months after its date.

- There may be differences between projected and actual results because events and circumstances frequently do not occur as predicted, and those differences may be material. We are not liable for any loss arising from these differences.

- We are not obligated to predict future political, economic or social trends. We assume no responsibility for economic factors that may affect or alter the opinions in the report if the economic factors were not present as of the date of the letter of transmittal accompanying the report.

- The report reflects an appraisal of the property free of any liens or encumbrances unless otherwise stated.

- We assume responsible ownership and competent property management.

- The appraisal process requires information from a wide variety of sources. We have assumed that all information furnished by others is correct and complete, up to date and can be relied upon, but no warranty is given for its accuracy. We do not accept responsibility for erroneous information provided by others. We assume that no information that has a material effect on our appraisal has been withheld.

EPIC Rehabilitation and Nursing



- We assume the following, unless informed to the contrary in writing: Each property has a good and marketable title. All documentation is satisfactorily drawn and that there are no encumbrances, restrictions, easements or other adverse title conditions, which would have a material effect on the value of the interest under consideration. There is no material litigation pending involving the property. All information provided by the Client, or its agents, is correct, up to date and can be relied upon. We are not responsible for considerations requiring expertise in other fields, including but not limited to: legal descriptions, interpretation of legal documents and other legal matters, geologic considerations such as soils and seismic stability, engineering, or environmental and toxic contaminants. We recommend that you engage suitable consultants to advise you on these matters.

- We assume that all engineering studies correct. The plot plans and illustrative material in the report are included only to help the reader visualize the property.

- We assume that there are no hidden or unapparent conditions of the property, subsoil or structures that render it more or less valuable. We are not responsible for such conditions or for obtaining the engineering studies that may be required to discover them.

- We assume that the property is in full compliance with all applicable federal, state, and local environmental regulations and laws unless the lack of compliance is stated, described, and considered in the report. We have not made or requested any environmental impact studies in conjunction with the report. We reserve the right to revise or rescind any opinion of value that is based upon any subsequent environmental impact studies. If any environmental impact statement is required by law, the report assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.

- Unless otherwise stated in the report, you should assume that we did not observe any hazardous materials on the property. We have no knowledge of the existence of such materials on or in the property; however, we are not qualified to detect such substances, and we are not providing environmental services. The presence of substances such as asbestos, urea-formaldehyde foam insulation and other potentially hazardous materials may affect the value of the property. Our report assumes that there is no such material on or in the property that would cause a loss in value. We do not assume responsibility for such conditions or for any expertise or engineering knowledge required to discover them. We encourage you to retain an expert in this field, if desired. We are not responsible for any such environmental conditions that exist or for any engineering or testing that might be required to discover whether such conditions exist. We are not experts in the field of environmental conditions, and the report is not an environmental assessment of the property.



- We may have reviewed available flood maps and may have noted in the report whether the property is generally located within or out of an identified Special Flood Hazard Area. However, we are not qualified to detect such areas and therefore do not guarantee such determinations. The presence of flood plain areas and/or wetlands may affect the value of the property. Any opinion of value we include in our report assumes that floodplain and/or wetlands interpretations are accurate.

- The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the property to determine whether it is in compliance with the ADA. We claim no expertise in ADA issues, and render no opinion regarding compliance of the property with ADA regulations.

- We assume that the property conforms to all applicable zoning and use regulations and restrictions unless we have identified, described and considered a non-conformity in the report.

- We assume that all required licenses, certificates of occupancy, consents, and other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the opinion of value contained in the report is based.

- We assume that the use of the land and improvements is confined within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

- We have not made any investigation of the financial standing of actual or prospective tenants unless specifically noted in the report. Where properties are valued with the benefit of leasing, we assume, unless we are informed otherwise, that the tenants are capable of meeting their financial obligations under the leases, all rent and other amounts payable under the leases have been paid when due, and that there are no undisclosed breaches of the leases.

- We did not conduct a formal survey of the property and assume no responsibility for any survey matters. The Client has supplied the spatial data, including sketches and/or surveys included in the report, and we assume that data is correct, up to date and can be relied upon.

- Unless otherwise stated, the opinion of value included in our report excludes any additional value attributable to goodwill, or to fixtures and fittings which are only of value, in situ, to the present occupier. We have made no allowance for any plant, machinery or equipment unless they form an integral part of the building and would normally be included in a sale of the building. We do not normally carry out or commission investigations into the capacity or condition of services being provided to the property. We assume that the services, and any associated controls or software, are in working order and free from defect. We also assume that the services are of sufficient capacity to meet current and future needs.



EPIC Rehabilitation and Nursing

- In the case of property where construction work is in progress, such as refurbishment or repairs, or where developments are in progress, we have relied upon cost information supplied to us by the Client or its appointed experts or upon industry accepted cost guides. In the case of property where construction work is in progress, or has recently been completed, we do not make allowance for any liability already incurred, but not yet discharged, in respect of completed work, or obligations in favor of contractors, subcontractors or any members of the professional or design team. We assume the satisfactory completion of construction, repairs or alterations in a workmanlike manner.

- Any allocation in the report of value between the land and the improvements applies only under the stated program of utilization. The separate values allocated to the land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

- The report is confidential to the party to whom it is addressed and those other intended users specified in the report for the specific purpose to which it refers. Use of the report for any other purpose or use by any party not identified as an intended user of the report without our prior written consent is prohibited, and we accept no responsibility for any use of the report in violation of the terms of this Agreement.

- We are not required to testify or provide court-related consultation or to be in attendance in court unless we have agreed to do so in writing.

- Neither the whole report, nor any part, nor reference thereto, may be published in any manner without our prior written approval.

- We may rely on, and will not verify, the accuracy and sufficiency of documents, information and assumptions provided to it by the Client or others. We will not verify documents, information and assumptions derived from industry sources or that JLL or its affiliates have prepared in the regular course of business. We are not liable for any deficiency in the report arising from the inaccuracy or insufficiency of such information, documents and assumptions. However, our report will be based on our professional evaluation of all such available sources of information.

- JLL IS NOT LIABLE TO ANY PERSON OR ENTITY FOR LOSS OF PROFITS, CONSEQUENTIAL, PUNITIVE, EXEMPLARY OR SIMILAR DAMAGES IN CONNECTION WITH THIS AGREEMENT. IN NO EVENT SHALL THE LIABILITY OF JLL AND ITS AFFILIATES IN CONNECTION WITH THIS AGREEMENT EXCEED THE FEE PAID TO JLL HEREUNDER.

- Unless expressly advised to the contrary, we assume that appropriate insurance coverage is and will continue to be available on commercially acceptable terms.

- We assume that no material changes in any applicable federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated.



EPIC Rehabilitation and Nursing

- We may determine during the course of the assignment that additional Hypothetical Conditions and Extraordinary Assumptions may be required in order to complete the assignment. The report will be subject to those Hypothetical Conditions and Extraordinary Assumptions. Each person that is permitted to use the report agrees to be bound by all the Assumptions and Limiting Conditions and any Hypothetical Conditions and Extraordinary Assumptions stated in the report.

## Extraordinary Assumptions

USPAP defines an extraordinary assumption as "an assignment-specific assumption as of the effective date regarding uncertain information used in the analysis which, if found to be false, could alter the appraiser's opinion of conclusions." Our appraisal is subject to the following extraordinary assumptions:

- Due to the COVID-19 virus outbreak, we were only able to inspect the exterior of the subject property and were not able to inspect the interior of the subject building. However, the Administrator provided interior photographs on April 2, 2020 that are provided in this report. In completing this assignment, we have made an extraordinary assumption that the interior condition of the property has been well maintained and has no critical repairs or deferred maintenance.
- The subject property is subject to a lease agreement between the skilled nursing facility and White Plains Hospital, which was given an option to occupy the fourth and fifth floor of the facility. This analysis assumes the hospital will not occupy the leased space, and therefore this appraisal values the fee simple interest of the subject.
- The subject is encumbered by a lease between two related parties that have filed a letter of intent to establish a single entity, therefore this analysis values the fee-simple interest of the subject.

## Hypothetical Conditions

USPAP defines a hypothetical condition as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis." Our analysis is based upon the following hypothetical conditions:

- None



# Regional Economic Analysis

## New York MSA Area Demographics

The subject is located in the New York-Newark-Jersey City, NY-NJ-PA Metropolitan Statistical Area, hereinafter called the New York MSA, as defined by the U.S. Office of Management and Budget. The New York MSA is 8,295 square miles in size, and is the first most populous metropolitan area in the nation.



## Population

The New York MSA has an estimated 2019 population of 20,438,199, which represents an average annual 0.5% increase over the 2010 census amount of 19,567,410. New York MSA added an average of 96,754 residents per year over the 2010 - 2019 period, and its annual growth rate is less than that of the United States.



## Population Trends

| Area | 2010 Census | Population 2019 Est. | 2024 Est. | Compound Ann. % Chng 2010 - 2019 | 2019 - 2024 |
|---|---|---|---|---|---|
| 1 mi. radius | 36,892 | 37,784 | 38,327 | 0.3% | 0.3% |
| 3 mi. radius | 107,266 | 109,138 | 110,386 | 0.2% | 0.2% |
| 5 mi. radius | 192,846 | 196,765 | 199,556 | 0.2% | 0.3% |
| Westchester County | 949,113 | 969,443 | 980,028 | 0.2% | 0.2% |
| New York MSA | 19,567,410 | 20,438,199 | 20,842,248 | 0.5% | 0.4% |
| New York | 19,378,102 | 20,030,453 | 20,245,169 | 0.4% | 0.2% |
| United States | 308,745,538 | 332,417,793 | 345,487,602 | 0.8% | 0.8% |

Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.

Looking forward, the New York MSA's population is projected to increase at a 0.4% annual rate from 2019 - 2024, equivalent to the addition of an average of 80,810 residents per year. The New York MSA growth rate is expected to lag that of the United States, which is projected to be 0.8%.

## Employment

The current estimate of total employment in the New York MSA is 9,966,867 jobs. Since 2010, employment grew by 1,361,967 jobs, equivalent to a 15.8% gain over the entire period. Employment increased every year over that same period of time despite the national economic downturn and slow recovery.

The New York MSA's rate of change in employment rivaled the United States, which experienced a similar fluctuation in employment of 15.8% or 20,594,333 over this period.

## Employment Trends

| Year | Total Employment (Annual Average) Westchester County | Change | New York MSA | Change | New York | Change | United States | Change | Unemployment Rate (Ann. Avg.) Westchester County | New York MSA | New York | United States |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 411,005 | - | 8,659,642 | - | 8,522,825 | - | 134,033,667 | - | 4.0% | 4.9% | 5.0% | 5.1% |
| 2006 | 412,561 | 0.4% | 8,753,908 | 1.1% | 8,604,008 | 1.0% | 136,435,417 | 1.8% | 3.8% | 4.5% | 4.5% | 4.6% |
| 2007 | 420,905 | 2.0% | 8,871,792 | 1.3% | 8,719,275 | 1.3% | 137,981,250 | 1.1% | 3.7% | 4.4% | 4.6% | 4.6% |
| 2008 | 421,226 | 0.1% | 8,899,500 | 0.3% | 8,777,450 | 0.7% | 137,223,833 | -0.5% | 4.8% | 5.3% | 5.4% | 5.8% |
| 2009 | 402,103 | -4.5% | 8,610,825 | -3.2% | 8,540,225 | -2.7% | 131,296,083 | -4.3% | 7.1% | 8.6% | 8.3% | 9.3% |
| 2010 | 398,832 | -0.8% | 8,604,900 | -0.1% | 8,544,592 | 0.1% | 130,345,000 | -0.7% | 7.4% | 8.9% | 8.6% | 9.6% |
| 2011 | 403,332 | 1.1% | 8,719,892 | 1.3% | 8,691,700 | 1.7% | 131,914,417 | 1.2% | 7.1% | 8.6% | 8.3% | 9.0% |
| 2012 | 404,858 | 0.4% | 8,854,533 | 1.5% | 8,819,867 | 1.5% | 134,157,417 | 1.7% | 7.3% | 8.7% | 8.5% | 8.1% |
| 2013 | 406,392 | 0.4% | 9,007,417 | 1.7% | 8,956,583 | 1.6% | 136,363,833 | 1.6% | 6.2% | 7.9% | 7.7% | 7.4% |
| 2014 | 412,605 | 1.5% | 9,193,100 | 2.1% | 9,122,658 | 1.9% | 138,939,750 | 1.9% | 5.1% | 6.5% | 6.3% | 6.2% |
| 2015 | 418,887 | 1.5% | 9,388,067 | 2.1% | 9,291,975 | 1.9% | 141,824,917 | 2.1% | 4.5% | 5.4% | 5.3% | 5.3% |
| 2016 | 422,288 | 0.8% | 9,553,175 | 1.8% | 9,435,683 | 1.5% | 144,335,833 | 1.8% | 4.3% | 4.8% | 4.9% | 4.9% |
| 2017 | 426,170 | 0.9% | 9,711,050 | 1.7% | 9,560,892 | 1.3% | 146,607,583 | 1.6% | 4.5% | 4.5% | 4.7% | 4.4% |
| 2018 | 429,127 | 0.7% | 9,842,358 | 1.4% | 9,685,100 | 1.3% | 148,908,417 | 1.6% | 3.9% | 4.0% | 4.2% | 3.9% |
| 2019 | 428,762 | -0.1% | 9,966,867 | 1.3% | 9,785,542 | 1.0% | 150,939,333 | 1.4% | 3.7% | 3.7% | 4.0% | 3.7% |
| **10 Yr Change** | **29,930** | **7.5%** | **1,361,967** | **15.8%** | **1,240,950** | **14.5%** | **20,594,333** | **15.8%** | | | | |
| Avg Unemp. Rate 2010-2019 | | | | | | | | | 5.4% | 6.3% | 6.2% | 6.2% |
| Unemployment Rate - Jan 2020 | | | | | | | | | 4.0% | 3.9% | 4.1% | 4.0% |

Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES).
Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

EPIC Rehabilitation and Nursing





Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.



Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

A comparison of unemployment rates is another way of gauging an area's economic health, where a higher unemployment rate is a negative indicator. Over the past decade, the New York MSA

EPIC Rehabilitation and Nursing



unemployment rate of 6.3% has been higher than the United States rate of 6.2%. In the latter half of the decade that trend has reversed, as the New York MSA has consistently overperformed the United States. Recent data shows that the New York MSA unemployment rate is 3.9%, which was a comparable rate to the United States. This similarity is further supported by the fact that the New York MSA and the United States sustained a similar pace of job growth over the past two years.

## Employment Sectors

The composition of the New York MSA job market is illustrated in the chart below, paired with that of the United States. Total employment for the areas is stratified by eleven major employment sectors, ranked from largest to smallest based on the percentage of New York MSA jobs in each sector.



### Employment Sectors - 2019

Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.

The New York MSA has a greater percentage employment than the United States in the following categories:

1. Education, Health Services - which accounts for 26.0% of New York MSA payroll employment compared to 23.2% for the United States as a whole. This sector includes employment in public and private schools, colleges, hospitals, and social service agencies.

2. Professional, Business Services - which accounts for 9.8% of New York MSA payroll employment compared to 7.5% for the United States as a whole. This sector includes legal, accounting, and engineering firms, as well as management of holding companies.

EPIC Rehabilitation and Nursing



3. Financial Activities - which accounts for 9.0% of New York MSA payroll employment compared to 6.6% for the United States as a whole. Banking, insurance, and investment firms are included in this sector, as are real estate owners, managers, and brokers.

4. Information - which accounts for 3.3% of New York MSA payroll employment compared to 2.0% for the United States as a whole. Publishing, broadcasting, data processing, telecommunications, and software publishing are included in this sector.

The New York MSA is underrepresented in the following categories:

1. Manufacturing - which accounts for 5.6% of New York MSA payroll employment compared to 10.0% for the United States as a whole. This sector includes all establishments engaged in the manufacturing of durable and nondurable goods.

2. Natural Resources, Mining - which accounts for 0.2% of New York MSA payroll employment compared to 1.7% for the United States as a whole. Agriculture, mining, quarrying, and oil and gas extraction are included in this sector.

3. Construction - which accounts for 5.9% of New York MSA payroll employment compared to 7.0% for the United States as a whole. This sector includes construction of buildings, roads, and utility systems.

4. Leisure, Hospitality - which accounts for 8.5% of New York MSA payroll employment compared to 9.4% for the United States as a whole. This sector includes employment in hotels, restaurants, recreation facilities, and arts and cultural institutions.

## Major Employers

The table below contains major employers in the New York MSA.

EPIC Rehabilitation and Nursing



## Major Employers - New York MSA

| | Name | Employees |
|---|---|---|
| 1 | Northwell Health | 37,000 |
| 2 | Montefiore Health System | 32,232 |
| 3 | Mount Sinai Health System | 32,074 |
| 4 | JPMorgan Chase & Co. | 29,000 |
| 5 | Bank of America | 27,000 |
| 6 | Newark International Airport | 24,000 |
| 7 | New York-Presbyterian Healthcare System | 23,709 |
| 8 | NYU Langone Medical Center | 23,491 |
| 9 | Macy's Inc. | 22,100 |
| 10 | Henry Schein Inc. | 21,000 |
| 11 | Cablevision Systems Corp. | 18,889 |
| 12 | Verizon | 17,000 |
| 13 | Verizon Communications | 16,973 |
| 14 | Columbia University | 16,136 |
| 15 | Citigroup Inc. | 15,878 |
| 16 | Univ. of Medicine and Dentistry of New Jersey | 15,759 |
| 17 | Morgan Stanley | 15,380 |
| 18 | Memorial Sloan-Kettering Cancer Center | 14,908 |
| 19 | City University of New York | 13,777 |
| 20 | CA Inc. | 13,600 |

Sources(s): Albany Business Review and Poughkeepsie Journal, 2016; Think Dutchess - Alliance for Business, 2016; Think Dutchess - Alliance for Business, 2017; Newsday, 2017; NJBIZ July 3rd, 2017 Journal; Crain's New York Business Book of Lists - 2017; CUNY, 2017; nj.com, 2017; NJBIZ Business Book of Lists - 2018; Rutgers

## Gross Domestic Product

Based on Gross Domestic Product (GDP), the New York MSA ranks #111 out of all metropolitan area economies in the nation.

Economic growth, as measured by annual changes in GDP, has been about the same in the New York MSA compared to the United States overall during the past nine years, both growing at about a 1.8% rate. As the national economy improves, the New York MSA growth has accelerated and outperformed the United States. GDP for the New York MSA rose by 1.6% in 2018 while the United States's grew by 1.2%.

The New York MSA has a per capita GDP of $75,324, which is 32.0% greater than the United States's GDP of $56,968. This means that the New York MSA industries and employers are adding relatively much more value to the economy than their peers in the United States.



EPIC Rehabilitation and Nursing

## Gross Domestic Product

| Year | Westchester County | Change | New York MSA | Change | New York | Change | United States | Change | New York MSA | New York | United States |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | Gross Domestic Product ($ mil) | | | | | | | | GDP per Capita ($) | | |
| 2009 | $62,309 | - | $1,303,314 | - | $1,223,229 | - | $15,208,834 | - | $66,937 | $63,357 | $49,577 |
| 2010 | $64,038 | 2.8% | $1,346,932 | 3.3% | $1,269,486 | 3.8% | $15,598,753 | 2.6% | $68,835 | $65,437 | $50,428 |
| 2011 | $64,748 | 1.1% | $1,345,024 | -0.1% | $1,269,245 | 0.0% | $15,840,664 | 1.6% | $68,400 | $65,094 | $50,840 |
| 2012 | $68,238 | 5.4% | $1,401,796 | 4.2% | $1,322,448 | 4.2% | $16,197,007 | 2.2% | $70,938 | $67,560 | $51,603 |
| 2013 | $67,675 | -0.8% | $1,402,950 | 0.1% | $1,319,299 | -0.2% | $16,495,369 | 1.8% | $70,650 | $67,215 | $52,191 |
| 2014 | $69,194 | 2.2% | $1,432,602 | 2.1% | $1,349,268 | 2.3% | $16,912,038 | 2.5% | $71,794 | $68,643 | $53,118 |
| 2015 | $70,148 | 1.4% | $1,458,929 | 1.8% | $1,372,163 | 1.7% | $17,403,843 | 2.9% | $72,760 | $69,790 | $54,261 |
| 2016 | $70,993 | 1.2% | $1,480,027 | 1.4% | $1,389,681 | 1.3% | $17,688,890 | 1.6% | $73,458 | $70,752 | $54,752 |
| 2017 | $72,789 | 2.5% | $1,508,145 | 1.9% | $1,418,942 | 2.1% | $18,108,082 | 2.4% | $74,496 | $72,429 | $55,692 |
| 2018 | $73,405 | 0.8% | $1,532,202 | 1.6% | $1,435,636 | 1.2% | $18,638,164 | 2.9% | $75,324 | $73,463 | $56,968 |
| **10 Yr Change** | **$11,096** | **1.8%** | **$228,888** | **1.8%** | **$212,407** | **1.8%** | **$3,429,330** | **2.3%** | **$8,387** | **$10,106** | **$7,391** |

Source: Bureau of Economic Analysis. The release of state and local GDP data has a longer lag time than national data. The data represents inflation-adjusted 'real' GDP stated in 2012 dollars. BEA no longer publishes MSA per Capita GDP data; values shown are calculated by dividing the MSA GDP by its estimated population for the year shown.

### Gross Domestic Product Historical Trends

Legend: New York MSA GDP · New York GDP · New York MSA GDP per Cap. · New York GDP per Cap. · US GDP per Cap.

Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

EPIC Rehabilitation and Nursing





Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

Gross Domestic Product is a measure of economic activity based on the total value of goods and services produced in a specific geographic area. The figures in the table above represent inflation adjusted "real" GDP stated in 2009 dollars.

## Household Income

The New York MSA has a much higher level of household income than the United States. Median household income for the New York MSA is $77,686, which is 28.3% higher than the United States.

### Median Household Income

| Area | Med. Household Income 2018 Est. | 2023 Est. | Compound Ann. % Chng 2018 - 2023 |
|---|---|---|---|
| Westchester County | $94,045 | $109,151 | 3.0% |
| New York MSA | $77,686 | $87,627 | 2.4% |
| New York | $65,889 | $75,649 | 2.8% |
| United States | $60,548 | $69,180 | 2.7% |

Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.



### 2019 Median Household Income Area Comparison



Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.

The New York MSA has a smaller concentration of households in the lower income levels than the United States. Specifically, 25% of the New York MSA households are below the $35,000 level in household income as compared to 29% of United States households. A greater concentration of households exists in the higher income levels, as 52% of the New York MSA households are at the $75,000 or greater levels in household income versus 42% of United States households.





Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.

## Education and Age

Residents of the New York MSA have a higher level of educational attainment than those in the United States. An estimated 40.4% of the New York MSA residents are college graduates with four-year degrees or higher, while United States residents have an estimated 32.5% with at least a four-year degree. People in the New York MSA are similar in age to their peers in the United States. The median age of both the New York MSA and the United States is 39 years.





Source: Esri 2020. Compiled by JLL Valuation & Advisory Services, LLC.

## Conclusion

Over the long term, the subject's region is forecast to experience population growth below that of the national average. The region is expected to experience employment growth at a rate above that of the nation as a whole. Area income levels are above average. We anticipate the area's economy will keep pace with the national economy over the foreseeable future.



# Primary Market Area Description and Analysis

## Delineation of Primary Market Area

The Primary Market Area (PMA) for any form of rental real estate property is defined as the area from which a majority of the project's tenants will be drawn. According to various industry sources, the PMA of a seniors housing care facility is determined by the density of the population, the proximity of competing properties, and the ease of transit in the surrounding area. The PMA for urban facilities is generally from 3 to 10 miles, for suburban facilities 5 to 20 miles, and for small town and rural facilities 20 to 30 miles[12] as indicated in the following data.

**Distances that Residents Relocated from**

| Distance | Assisted Living | Assisted & Independent Living | CCRC |
|---|---|---|---|
| Less than 5 miles | 40.00% | 43.50% | 52.20% |
| 5 to 10 miles | 20.40% | 20.00% | 16.40% |
| 11 to 25 miles | 20.00% | 15.30% | 13.40% |
| 25 to 50 miles | 7.30% | 5.90% | 6.00% |
| More than 50 miles | 12.40% | 15.30% | 11.90% |

A number of factors tend to define a market area. One important factor is density. In rural areas, it may be many miles between towns large enough to sustain services, and residents are accustomed to driving significant distances to access services. Conversely, in urban or suburban areas, a resident may have a choice of competing services within a short drive of his or her home and will normally select the more proximal service provider or the service provider more convenient to access. Physical barriers can also shape market areas. Rivers, lakes, streams, military bases, and major highways are all examples of barriers that can constrain market areas. Barriers can also be psychological. For example, it is common for persons who live on one side of a highway to seldom access services in a similar area on the opposite side of the same highway, even though access is not constrained. Likewise, persons living in a given town or county are often reluctant to access services in an adjacent town or county. The location of competing facilities is also a factor to consider. In market areas served by a greater number of competing facilities, the primary drawing area for each facility tends to be smaller since residents of the market area tend to access the service provider nearest their location. Each of these factors is considered in the delineation of the subject's PMA.

---

12. *Assisted Living Manual* (Published by Assisted Living Federation of America) and *Integrated Senior Care: Assisted Living and Long Term Care Manual* (Published by Thompson Publishing Group). These radii are also supported by the criteria used by many national developers of seniors housing.



### Physical Barriers

There are no significant physical barriers in the immediate proximity of the subject that are believed to limit the subject's market area.

### Psychological Barriers

The subject's market area is not constrained by any known psychological barriers.

### Location of Competing Facilities

There are competing facilities scattered throughout the area, indicating that seniors have a wide variety of facilities from which to choose. This tends to limit the size of market areas, as it is not necessary for seniors or adult children decision makers to travel far from the home to find suitable seniors housing.

### Market Area Delineation Conclusion

Considering the physical and psychological barriers, population density, and the concentration of competing facilities, we have concluded that an appropriate PMA for the subject is a 5 mile radius. In this market, we believe that the majority of demand will come from the PMA. No measurable draw from a secondary market area is forecast.





**Primary Market Area Map**

EPIC Rehabilitation and Nursing



## Composition

The predominant land use in the market area is single-family residential. The estimated land use composition is shown in the following table:

### Estimated Land Use Composition

| Use | % of PMA |
|---|---|
| Single-Family Residential | 35% |
| Multi-Family | 10% |
| Schools, Churches, Public Buildings, Rec. Areas | 15% |
| Retail & Personal Service | 15% |
| Office | 15% |
| Industrial | 5% |
| Vacant Land | 5% |
| **Total** | **100%** |

## Social Forces

An analysis of the PMA demographics relative to the U.S. will yield insight into the nature of the PMA. All of the data in this section is obtained from Esri.

### Population Growth

Population growth figures are shown below:

#### Population Growth

| Area | 2000 | 2010 | Annual % Change 2000-2010 | 2019 | Annual % Change 2010-2019 | 2024 | Annual % Change 2019-2024 |
|---|---|---|---|---|---|---|---|
| PMA | 183,734 | 192,846 | 0.49% | 196,765 | 0.22% | 199,556 | 0.28% |
| United States | 281,421,906 | 308,745,538 | 0.93% | 330,088,686 | 0.75% | 343,954,683 | 0.83% |

Source: Esri

Between 2010 and 2019, PMA population growth was less than the national average. The forecasted growth for the PMA is at a rate less than the nation as a whole.

### Household Growth

Household growth figures are shown below:



### Household Growth

| Area | 2000 | 2010 | Annual % Change 2000-2010 | 2019 | Annual % Change 2010-2019 | 2024 | Annual % Change 2019-2024 |
|------|------|------|---------------------------|------|---------------------------|------|---------------------------|
| PMA | 67,146 | 70,114 | 0.43% | 71,526 | 0.22% | 72,468 | 0.26% |
| United States | 105,480,101 | 116,716,292 | 1.02% | 124,110,001 | 0.68% | 129,076,036 | 0.79% |

Source: Esri

Between 2010 and 2019, PMA household growth was less than the national average. The forecasted growth for the PMA is at a rate less than the nation as a whole.

## Income Levels

Pertinent income data is shown below:

### Income Levels

| Area | 2019 Average HH Income | 2019 Median HH Income |
|------|------------------------|-----------------------|
| PMA | $185,085 | $123,907 |
| United States | $83,694 | $58,100 |

Source: Esri

The current PMA average household income level is higher than the national average. The PMA median household income is higher than the national average.

## Housing Market

Esri reports the housing market statistics shown below:

### Housing Market Statistics

| Area | 2019 Owner Occupied | 2019 Median |
|------|---------------------|-------------|
| PMA | 67.2% | $725,655 |
| United States | 63.1% | $218,492 |

Source: Esri

The subject is located in White Plains, New York. The median home value (as determined by Esri) within the PMA of the subject property is 725,655. The housing market in the PMA is considered to be healthier than average.



## Public Services

### Street Improvements

The market area benefits from the following road infrastructure:

**Interstate Highways -**

North-South:              I-287

East-West:                None

**Other Highways -**

North-South:              Bronx River Parkway

East-West:                None

**Major City Streets -**

North-South:              South Broadway

East-West:                Hamilton Avenue

Overall, accessibility to and within the PMA is rated as excellent.

### Police/Fire Protection

Police and fire protection is provided by the City of White Plains.

### Schools

The area is within the White Plains School District.

### Shopping

The area is adequately served by a number of shopping centers.

### Medical

The full service hospital nearest the subject is White Plains Hospital Center. This facility is located 0.67 miles south of the subject.



# Seniors Housing Market Demographics

Demographics relevant to the seniors housing market are as follows:

## Market Area Characteristics

| Item | PMA | USA |
|---|---|---|
| **Total Population** | | |
| 2019 Population | 196,765 | 330,088,686 |
| Forecasted 2024 Population | 199,556 | 343,954,683 |
| Forecasted Annual Growth, 2019-2024 | 0.28% | 0.83% |
| **Adult Child (45-64) Population** | | |
| 2019 Population 45-64 | 54,472 | 85,059,700 |
| Forecasted 2024 Population 45-64 | 52,515 | 83,511,625 |
| Forecasted Annual Growth, 2019-2024 | -0.73% | -0.37% |
| 2019 Age 45-64 Pop. as % of Total Pop. | 27.68% | 25.77% |
| **65 Plus Population** | | |
| 2019 Population 65+ | 37,895 | 52,780,182 |
| Forecasted 2024 Population 65+ | 42,063 | 62,005,855 |
| Forecasted Annual Growth, 2019-2024 | 2.11% | 3.27% |
| 2019 Age 65+ Pop. as % of Total Pop. | 19.26% | 15.99% |
| **75 Plus Population** | | |
| 2019 Population 75+ | 17,436 | 21,708,863 |
| Forecasted 2024 Population 75+ | 19,767 | 26,009,367 |
| Forecasted Annual Growth, 2019-2024 | 2.54% | 3.68% |
| 2019 Age 75+ Pop. as % of Total Pop. | 8.86% | 6.58% |
| **85 Plus Population** | | |
| 2019 Population 85+ | 5,822 | 6,636,923 |
| Forecasted 2024 Population 85+ | 6,059 | 6,990,583 |
| Forecasted Annual Growth, 2019-2024 | 0.80% | 1.04% |
| 2019 Age 85+ Pop. as % of Total Pop. | 2.96% | 2.01% |
| **Income Levels** | | |
| Median Household Income, All Ages | $123,907 | $58,100 |
| Median Income Level Age 55 to 64 | $162,287 | $65,469 |
| Median Income Level Age 65 to 74 | $102,474 | $52,012 |
| Median Income Level Age 75+ | $56,655 | $33,107 |

Source: Esri

EPIC Rehabilitation and Nursing



## Comparison of Growth Rate Forecasts



## Comparison of Population Composition



EPIC Rehabilitation and Nursing



Overall population growth is forecast to be less than average in the PMA. Growth of persons in the "adult child" age brackets (45 to 64) is forecast to be less than average, while the percent of total population that is within the 45 to 64 age group is greater than average. The percent of total population that is 65+ is greater than average. Forecasted growth for the 65+ cohort is less than average. The percent of total population that is 75+ is greater than average. Forecasted growth for the 75+ cohort is less than average. Lastly, the 85+ population is forecast to grow at a pace less than the national average, while representing a greater than average percent of the total population base of the PMA. PMA average income levels are above average.

## Conclusion

The subject's PMA is concluded to be a 5 mile radius. The primary land use in the area is single-family residential, and the area is approximately 95% developed. The PMA is forecast to experience less than average population growth and has above average household income. The area is considered to be in a stage of growth. Between 2019 and 2024, the market area should experience below average growth in demand for seniors housing relative to the nation as a whole. Given the history of the area and the growth trends, it is anticipated that property values will remain stable or increase slightly in the future, with recovery following the near-term impacts of COVID-19.



# Site Description and Analysis

Specific site details are as follows:

## Location -

| | |
|---|---|
| Street Address: | 120 Church St |
| Site Orientation: | Interior site |

## Accessibility and Visibility -

| | |
|---|---|
| Street Descrip. (Primary): | 2 way, 2 lanes each way |
| Traffic Flow: | Moderate |
| Median: | No |
| Traffic Control at Entry: | None |

## Physical Characteristics -

| | |
|---|---|
| Site Size (Sq. Ft.): | 34,803 |
| Shape: | Mostly rectangular |
| Topography: | Mostly level |
| Excess Land Area: | No |

## Flood Zone Information -

| | |
|---|---|
| Zone: | Zone X |
| Panel Number: | 36119C0267F |
| Flood Insurance: | Not required |

## Utility Availability -

| | |
|---|---|
| Electricity: | Public to site |
| Natural Gas: | Public to site |
| Water: | Public to site |
| Sewage Treatment: | Public to site |
| Telephone: | Public to site |

## Environmental -

| | |
|---|---|
| Known Hazards: | None |
| Earthquake Zone: | Not in earthquake prone area |



## Adjacent Properties -

| | |
|---|---|
| North: | Retail, Office |
| East: | Retail, Office |
| South: | Retail, Office |
| West: | Retail, Office |
| Nuisances or Hazards: | None |

## Easements and Other Legal Constraints -

| | |
|---|---|
| Access Easements: | None |
| Encroachments: | None |
| Utility Easements: | Typical for improved properties to allow for the installation and maintenance of utility lines |
| Other Restrictions: | None |

## Overall Ratings -

| | |
|---|---|
| Accessibility Rating: | Good |
| Visibility Rating: | Good |
| Functional Utility: | Good |

EPIC Rehabilitation and Nursing





**Aerial Photograph Take Prior to Construction(Source: Google Earth)**

## Conclusion

The subject's site contains a total of 34,803 square feet. The shape of the site is mostly rectangular and the topography is mostly level. Overall, the site is considered to have good functional utility. It is physically suited for a wide range of uses and is well suited for the present use.



# Improvement Description and Analysis

## Introduction

The following definitions of the Seniors Housing Classifications were jointly developed by the American Seniors Housing Association (ASHA) and the National Investment Center (NIC):

**Active Adult Community**: For-sale single-family homes, townhomes, cluster homes and condominiums with no specialized services, restricted to adults at least 55 years of age or older. Rental housing is not included in this category. Residents generally lead an independent lifestyle; projects are not equipped to provide increased care as the individual ages. It may include amenities such as clubhouse, golf course and recreational spaces. Outdoor maintenance is normally included in the monthly homeowner's association or condominium fee.

**Senior Apartment Community**: Multifamily residential rental properties restricted to adults at least 55 years of age or older. These properties do not have central kitchen facilities and generally do not provide meals to residents, but may offer community rooms, social activities, and other amenities.

**Independent Living Facility (ILF)**: Age-restricted multifamily rental properties with central dining facilities that provide residents as part of their monthly fee with access to meals and other services such as housekeeping, linen service, transportation, and social and recreational activities. Such properties do not provide, in a majority of the units, assistance with activities of daily living (ADLs) such as supervision of medication, bathing, dressing, toileting, etc. There are no licensed skilled nursing beds in the property.

**Assisted Living Facility (ALF)**: State regulated rental properties that provide the same services as independent living communities listed above, but also provide, in a majority of the units, supportive care from trained employees to residents who are unable to live independently and require assistance with activities of daily living (ADLs) including management of medications, bathing, dressing, toileting, ambulating and eating. These properties may have some skilled nursing beds, but the majority of units are licensed for assisted living. Many of these properties include wings or floors dedicated to residents with Alzheimer's or other forms of dementia. A property that specializes in the care of residents with Alzheimer's or other forms of dementia should be considered an assisted living property.

**Independent and Assisted Living Facility (IALF):** Single communities offering both independent and assisted living within the same building or on the same campus.

EPIC Rehabilitation and Nursing



**Skilled Nursing Facility (SNF)**: Licensed daily rate or rental properties that are technically referred to as skilled nursing facilities (SNF) where the majority of individuals require 24-hour nursing and/or medical care. In most cases, these properties are licensed for Medicaid and/or Medicare reimbursement. These properties may include a minority of assisted living and/or Alzheimer's/dementia units.

**Continuing Care Retirement Communities (CCRCs)**: Age-restricted properties that include a combination of independent living, assisted living and skilled nursing services (or independent living and skilled nursing) available to residents all on one campus. Resident payment plans vary and include entrance fee, condo/co-op and rental programs. The majority of the units are not licensed skilled nursing beds.

The following are additional terms that are used in describing seniors housing properties:

**Licensed beds**: The number of beds a facility is licensed to operate by the appropriate state licensing agency.

**Living units:** The number of living units, consisting of one or more rooms, designed to accommodate residents of the facility.

**Operating beds**: The number of beds a facility actually operates. This may be less than the number of licensed beds.

**Private bed**: A bed situated in a room with no other beds/residents.

**Semi-private bed**: A bed situated in a room with one other bed/resident.

**Ward bed**: A bed situated in a room with two or more other nursing beds/residents.

**Private pay**: Refers to a resident whose charges are funded by: personal funds, assistance from relatives or other private individuals or groups, or by long term care insurance.

**Resident day**: A day for which services are rendered and billable, or a day for which a bed or unit is held and billed. For example, if a resident rents and occupies a unit for a full calendar year, that resident would have occupied the bed or unit for 365 resident days.

**Medicaid**: Provides health coverage for people of all ages whose incomes are low. To qualify for Medicaid, an individual, couple, or family must meet income and resource guidelines. Income includes money received each month from Social Security, employment, or other sources. Resources refer to the value of items owned such as cash and savings. Some resources, such as the family home and one car, are not counted in determining Medicaid eligibility. To qualify, individuals must be U.S. citizens, with some exceptions for certain categories of non-citizens. Medicaid pays for basic health services and for some services not covered by Medicare such as medicine, nursing facility care, eye exams, glasses, transportation for medical care, and other medical services. Medicaid is funded and



regulated by both federal and state governments. As a result, Medicaid rules are different from state to state.

**Medicaid waiver:** Under Section 1915(c) of the Social Security Act, Medicaid law authorizes the Secretary of the U.S. Department of Health and Human Services to waive certain Medicaid statutory requirements. These waivers enable States to cover a broad array of home and community-based services (HCBS) for targeted populations as an alternative to institutionalization. Waiver services may be optional State Plan services which either are not covered by a particular State or which enhance the State's coverage. Waivers may also include services not covered through the State Plan such as respite care, environmental modifications, or family training. Many states have Waiver programs in place to provide for assisted living care.

**Medicare**: A federal health insurance program. Passed in 1965 as Title XVIII of the Social Security Act, Medicare was intended to pay the cost of some health care services in order to ensure access to a basic level of health care for the aged and other eligible persons. Medicare will cover the first 20 days of nursing facility care and will partially pay for the next 80 days for a total benefit not to exceed 100 days. A three-day hospital stay is required to qualify for this benefit.

**Medicare Part A:** Provides payment for post-hospital care in a Medicare certified nursing facility. Medicare (Part A) may provide payment for post-hospital care in a nursing facility for up to 100 days if Medicare coverage requirements (the 5 rules) are met. A resident is entitled to full coverage for the first 20 days. From the 21st day through the 100th day, Medicare pays for all covered services except a daily co-pay amount for which the resident is responsible. That means the resident has to pay the co-pay either with his or her own money or, if eligible, through Medicaid, or through private insurance (i.e. a Medi-Gap policy). A nursing facility resident will not be entitled to any Medicare (Part A) coverage unless he or she is admitted to a nursing facility within 30 days following a 3-day hospital stay. Medicare Certified nursing facilities are reimbursed for providing nursing facilities stays based upon the Prospective Payment System.

**Medicare Part B:** Seniors are required to enroll in Medicare Part B. Medicare Part B pays for doctors' services, outpatient hospital care, and some other medical services that Part A does not cover, such as the services of physical and occupational therapists, and some home health care. Part B helps pay for these covered services and supplies when they are medically necessary.

**Medicare Prospective Payment System (PPS):** Section 4432(a) of the Balanced Budget Act (BBA) of 1997 modified how payment is made for Medicare skilled nursing facility (SNF) services. Effective with cost reporting periods beginning on or after July 1, 1998, SNFs were



no longer paid on a reasonable cost basis or through low volume prospectively determined rates, but rather on the basis of a prospective payment system (PPS). The PPS payment rates is adjusted for case mix and geographic variation in wages and covers all costs of furnishing covered SNF services (routine, ancillary, and capital-related costs). The amount of reimbursement for each resident is based upon the RUG-III case mix system.

**RUG-IV:** RUG IV is a 66- group model for classifying nursing facility residents into homogenous groups according to common health characteristics and the amount and type of resources they use. Residents are classified based on residents' clinical conditions, extent of services used, and functional status. The groups are in seven general categories (in general order of costs associated with caring for residents): rehabilitation plus extensive services, extensive services, clinically complex, special care high, special care low, behavioral symptoms and cognitive performance and reduced physical function.

**Patient Driven Payment Model (PDPM):** The main aspects of the PDPM are as follows:

- Overhauls Medicare Part A only

- Categorizes and reimburses based upon patient characteristics versus therapy minutes

- Budget neutral in aggregate at $500 million reimbursement cut to rehabilitation is added to nursing care; however, this if for CMS only, and not for individual providers

- Targets overutilization of therapy services

- Final rule published on July 31, 2018 and is implemented on October 1, 2019



## Subject Photographs



Front View from Street



Rear View



Side View



Courtyard



Courtyard

Lounge Area

EPIC Rehabilitation and Nursing







Day Room

Typical Hallway





Therapy Room

Cafe

EPIC Rehabilitation and Nursing







Dining Area                                    Beauty Salon





Beauty Salon                                   Typical Hallway

## Unit/Bed Mix and Building Areas

The following is a tabulation of the subject's unit/bed mix.

### Unit Mix

| Unit Type | Unit Square Feet | Number of Units | Beds Per Unit | Total Beds |
|---|---|---|---|---|
| Nursing - Private | 400 | 20 | 1 | 20 |
| Nursing - Semi-Private | 800 | 70 | 2 | 140 |
| Totals | N.A. | 90 | N.A. | 160 |

The subject is licensed for 160 beds and operates with 160 beds as shown above.

## Summary of Construction Components

A summary of the improvements follows.

EPIC Rehabilitation and Nursing



## Size and Shape -

| | |
|---|---|
| Gross Building Area (SF): | 110,210 |
| Basement: | Yes |
| Stories: | 6 |
| Building Shape: | Rectangular |

## Age and Life -

| | |
|---|---|
| Year Built: | 2019 |
| Chronological Age (Years): | 1 |
| Effective Age (Years): | 1 |
| Total Economic Life (Years): | 60 |
| Remaining Economic Life: | 59 |

## Structure and Exterior Surfaces -

Marshall Valuation Service

| | |
|---|---|
| Construction Class: | Class A |
| Foundation: | Reinforced concrete slab |
| Wall Frame: | Wood/lightweight steel frame |
| Roof Frame: | Wood/lightweight steel frame |
| Exterior Walls: | Veneer of brick and wood |
| Roof: | Flat roof |

## Windows and Doors -

| | |
|---|---|
| Entry Doors: | Wood with glass |
| Other Exterior Doors: | Steel |
| Interior Doors: | Hollow core wood or masonite |
| Windows: | Aluminum frame, double pane residential style windows |

## Living Unit Finish and Mechanicals -

| | |
|---|---|
| Wall Finish: | Gyprock finished with paint and wallpaper |
| Ceiling Finish: | Gyprock finished with paint |
| Floor Surfaces: | Vinyl |
| Bathrooms: | One bathroom per unit with sink, toilet and walk-in shower, or one half-bathroom per unit with sink and toilet |
| Kitchen: | None |
| Closets: | One per resident |
| HVAC: | Through wall package units |
| Hot Water: | Common boiler |

EPIC Rehabilitation and Nursing



## Common Area Finish and Mechanicals -

| | |
|---|---|
| Common Area Room Types: | Offices, lounge areas, activity room, dining room and therapy room |
| Wall Finish: | Gyprock finished with paint and wallpaper |
| Ceiling Finish: | Suspended acoustical ceiling with fluorescent lighting panels |
| Floor Surfaces: | Carpet and vinyl |
| Bathrooms: | Multiple common area bathrooms/shower rooms |
| HVAC: | Central |
| Hot Water: | Common boiler |
| Elevators: | 2 |

## Safety and Health Care –

| | |
|---|---|
| Fire Protection: | Fire sprinkler system with alarms |
| Smoke Protectors: | Hard-wired, ceiling-mounted smoke detectors |
| Lighting: | Battery-powered, wall mounted emergency lighting |
| Resident Call Systems: | Centrally monitored resident call system |
| Care Stations: | 4 |
| Security: | Exterior door locks, intercom system, etc. |
| Memory Care Security: | None |

## Other Improvements -

| | |
|---|---|
| Other Structures: | None |
| Paving/Parking: | Asphalt paved drives and open parking lot with concrete curb |
| Parking Spaces (#): | 0.33 Spaces Per Bed Required |
| Sidewalks: | Concrete |
| Landscaping: | Native grasses, low profile ground cover, shrubs, and trees |
| Lawn Irrigation: | Automatic underground distribution with pop-up heads |
| Signage: | Monument sign at front of site |

## Furniture, Fixtures and Equipment (FF&E) -

| | |
|---|---|
| Administrative: | Telephones, copiers, filing cabinets, desks, chairs, etc. |
| Transportation: | Facility bus |
| Common Areas: | Tables and chairs, couches, activity supplies, etc. |
| Kitchen: | Fully equipped commercial kitchen |
| Housekeeping: | Mops, brooms, vacuum cleaners, buckets, carts, etc. |
| Laundry and Linen: | Laundry carts, washing machines, dryers, etc. |
| Maintenance: | Tools and supplies for maintenance, repairs and decorating. |

EPIC Rehabilitation and Nursing



### Ratings -

| | |
|---|---|
| Construction Quality: | Excellent |
| Layout: | Good |
| Unit\Bed Configuration: | Good |
| Overall Condition: | Excellent |

## Amenities

The subject's amenities include:

- Dining area
- Lobby
- Lounges
- TV viewing areas
- Courtyard
- Therapy room

## Intangible Items

In addition to the "hard assets" described herein, the going concern values include the following intangible items:

- Systems and procedures
- Referral network
- Name recognition
- Management expertise
- Assembled work force

## Effective Age and Remaining Economic Life

According to Marshall & Swift the life expectancy for a Class A, Excellent quality facility of the subject's use is 55 years, which we consider to be low. To support this, we can look to the implied life assigned to buildings involved in recent transactions. We conducted valuations of several large portfolios of seniors housing facilities, including a mix of nursing facilities and assisted living. Important statistics are as follows:

- Portfolio A had 261 assets in operation. The average age was 36 years. Of the total 261 assets, 22% were already 40 years old. The entire portfolio was leased to an operator for a term of 20 years, implying a life of at least 56 years (36-year average + 20-year lease).
- Portfolio B had 336 assets with an average age of 24 years. The portfolio was leased for a maximum term of 22 years, implying a life of at least 46 years.
- Portfolio C had 19 assets with an average age of 45 years. The portfolio was leased for a maximum term of 20 years, implying a life of at least 65 years.

EPIC Rehabilitation and Nursing



In addition, barriers to entry can limit competition and serve to extend the economic life of a building. A significant barrier to entry in the nursing facility sector is CON requirements. The subject is located in a state with CON requirements, which will likely result in the subject having a longer than typical economic life.

Based upon the preceding, we conclude the total economic life of the subject to be 60 years. The subject was built in 2019, thus the actual chronological age is 1 year. The subject has not been updated. The level of maintenance received appears to have been average.

We have concluded the effective age of the subject to be 1 year. Therefore, the concluded remaining economic life of the subject is 59 years (60 years less 1 year).

## Functional Utility and Functional Obsolescence

The subject has good functional utility. Like many newer facilities, the subject has more private rooms and bathrooms. The impact of this will be considered in selecting the appropriate capitalization rate for the subject.

## Conclusion

The subject is a 160-bed nursing center. The property was built in 2019 and contains 110,210 square feet. Its construction quality is rated as excellent and the subject's condition is excellent.



# Ad Valorem Tax Analysis

## Current Taxes

Total taxes based upon the most current assessed value and tax rate are as follows.

### Current Tax Analysis

| | |
|---|---:|
| Tax Account/ID #: | 125.67-3-1 |
| Assessment Year: | 2020 |
| Assessor's Market Value for Land: | $0 |
| Assessor's Market Value for Improvements: | $29,433,962 |
| Assessor's Total Market Value: | $29,433,962 |
| Assessor's Total Market Value Per SF: | $267.07 |
| Assessor's Total Market Value Per Bed: | $183,962 |
| Assessor's Total Market Value: | $29,433,962 |
| Times Real Estate Assessment/Equalization Ratio | 3% |
| Assessed Value of the Real Estate | $780,000 |
| Divided by | $1,000 |
| Times Real Estate Tax Rate | 1029.35 |
| Base Real Estate Taxes | $802,893 |
| Plus Personal Property Taxes | $0 |
| Less Special Exemptions | $0 |
| Plus Special Assessment and Other Taxes | $0 |
| **Total Taxes** | **$802,893** |

It is noted that properties in this jurisdiction (Westchester County) are re-assessed annually and a sale does not automatically trigger a re-assessment.

## Analysis of Assessed Value

The subject's assessed value is shown below:

### Assessment

| Year | Assessor's Market Value for Land | Assessor's Market Value for Improvements | Assessor's Market Value for FF&E | Assessor's Total Market Value |
|---|---|---|---|---|
| 2020 | $0 | $29,433,962 | $0 | $29,433,962 |

The assessor's estimate of market value is shown above. Few assessors have the knowledge, expertise or training to accurately value seniors housing properties. Further, part of the value of a well performing seniors housing property is intangible business value, which is not subject to ad valorem taxation. As under-assessments are typical, another means for evaluating an assessed value is to compare assessed values for similar properties in the same, or nearby, assessment districts.

EPIC Rehabilitation and Nursing



## Analysis of Ad Valorem Assessment Comparables

| Property | Assessor's Market Value for Real Estate | Beds | Sq. Ft. | Assessor's Market Value for Real Estate Per Bed | Per SF |
|---|---|---|---|---|---|
| Subject | $29,433,962 | 160 | 110,210 | $183,962 | $267.07 |
| White Plains Center for Nursing Care | $6,150,000 | 88 | 24,902 | $69,886 | $246.97 |
| The Enclave at Port Chester | $6,223,100 | 160 | 46,092 | $38,894 | $135.01 |
| Tarrytown Hall Care Center | $12,077,600 | 120 | 36,087 | $100,647 | $334.68 |
| **Average Excluding Subject** | **$8,150,233** | **123** | **35,694** | **$69,809** | **$238.89** |

Based upon the preceding, the subject's assessment is considered fair and equitable.

## Special Assessments

Our investigation discovered no special assessments for the subject.

## Total Taxes

Total taxes that will be payable in the 12 month period following the date of valuation are as follows:

### Forecasted Taxes

| | |
|---|---|
| Forecasted Assessor's Total Real Estate Market Value | $29,433,962 |
| Times Real Estate Assessment/Equalization Ratio | 3% |
| Forecasted Real Estate Assessed Value | $780,000 |
| Divided by | $1,000 |
| Times Real Estate Tax Rate | 1029.35 |
| Base Real Estate Taxes | $802,893 |
| Plus Personal Property Taxes | $0 |
| Less Special Exemptions | $0 |
| Plus Special Assessment and Other Taxes | $0 |
| **Total Taxes** | **$802,893** |

As of the report date, there are no delinquent taxes on the subject property.

EPIC Rehabilitation and Nursing



# Regulatory Overview

## Zoning

According to the City of White Plains, the subject is currently zoned PM-0.35 (Residential Multifamily District). A description of the zoning classification is presented below:

| | |
|---|---|
| Department and Telephone Number: | Planning Department at 914-995-4400 |
| Zoning Classification: | PM-0.35 (Residential Multifamily District) |
| Permitted Uses: | Single-Family Dwelling, Multifamily Dwelling, Church, School, Parking Lot |
| Zoning Compliance: | The subject is a Legal, conforming use |
| Maximum Height: | 125 feet |
| Maximum Site Coverage: | N/A |

## Deed Restrictions

We have assumed that the subject is not affected by any adverse deed restrictions. However, this is a legal matter, and an attorney should be consulted for verification of this assumption.

## New York Nursing Facility Licensing

The state of New York licenses and regulates nursing facilities. The following summarizes license requirements:

| | |
|---|---|
| License Type: | Residential Health Care Facilities |
| Regulatory Agency: | New York Department of Health's Bureau of Project Management |
| Certificate of Need Required: | Yes |
| License Required: | Yes |
| Provider Bed Tax: | Yes. The Provider Bed Tax is 6.8% of non-Medicare room revenue |



Inspections:    Required by the New York Department of Health's Bureau of Project Management for the issuance of a license and to maintain a license. If violations occur, the New York Department of Health's Bureau of Project Management may suspend or revoke a license or may refer the violation to the Attorney General for injunction and/or the assessment of civil penalties and/or emergency closure.

## Subject's Nursing Certification

The subject's certification is as follows:

### Subject's Nursing Bed Certification

| Certification Type | Number Of Certified Nursing Beds |
|---|---|
| Medicaid or Private Pay Only | 0 |
| Medicare or Private Pay Only | 0 |
| Dual Medicaid/Medicare | 120 |
| Private Pay Only | 7 |
| **Total** | **127** |

The subject is licensed for 160 beds and operates with 160 beds. Please note, 33 of the 160 beds currently have pending certifications types.

## Potential Changes in the Regulatory Environment

We are not aware of any pending changes in the regulatory environment in the state of New York that would negatively impact the subject.

## Conclusion

The subject is a licensed facility with 160 licensed beds. The number of operating beds is 160 beds. The license is currently in good standing. We are not aware of any changes in the regulatory environment that would negatively impact the subject.



# Seniors Housing Market Analysis

## Aging Trends

There is no denying that the demographic trends impacting the seniors housing sector are positive. As of the 2010 Census, there were 40.3 million elderly Americans (those aged 65 and older), making up nearly 13% of the total population. The elderly population is expected to almost double by the year 2030 to 72 million, to make up 19% of the total population. The 2010 Census also indicated that there were 5.5 million Americans aged 85 and older, almost 2% of the total population. This population is expected to almost double by 2030 and become 2.3% of the total population. In 2050, as many as one in five Americans could be elderly.

Much of the forecast growth will occur between 2010 and 2030, due to the Baby Boomer generation entering their elderly years. This is most apparent when comparing growth rates. Between 2010 and 2030, the overall U.S. population is forecast to grow at an annual pace of 0.9% per year. Remarkably, growth in all three seniors sectors is much stronger: 3.0% per year for the 65+ population, 2.9% per year for the 75+ population, and 2.1% per year for the 85+ population. These strong rates of growth will lead to growing demand for seniors housing.







## Other Factors Leading to Increased Demand

In addition to demographic trends, the following factors are leading to increasing demand for seniors housing and long-term care:

- Need for assistance with ADLs. According to census figures, about 6.5 million seniors need assistance with ADLs. As the number of seniors continues to increase, that number is expected to double by 2020.
- More elderly living alone. Women continue to outlive men, and the likelihood that either men or women will live alone increases with age. Societal factors, such as rising divorce rates and the growing numbers of people choosing not to marry, also contribute to this trend.
- Changes in the role of women. Women have traditionally been the primary caregivers of older people. However, the number of women in the work force grew from 20.5% in 1915 to more than 58% in 2010. With this change, fewer women are serving as caregivers, creating the need for the elderly to seek assistance outside the home.



## National Senior Housing Supply Trends

Senior apartments and independent living supply is typically expressed in terms of units, while assisted living and nursing supply is expressed in terms of beds. *NIC MAP Construction Monitor* estimated there were 14,521 seniors housing properties consisting of 1,865,582 units/beds in the primary and secondary markets of the U.S. as of the 4th quarter 2019, as shown below.







## New Development

According to *NIC Map Construction Monitor* for the 4th quarter of 2019, national construction start activity (not including senior apartments) was as follows.



There were 606 seniors housing properties under construction as of the 4th quarter of 2019. The majority of the construction was within new properties with construction in these properties totaling 54,435 units spread across 400 properties. In addition, there were also 206 existing properties undergoing expansions totaling 10,986 units.

## National Demand Trends

As noted previously, demographic trends will lead to growing demand for seniors housing over the coming years. Most industry analysts agree that the level of assisted and independent living units that are supportable is not yet known. As the public becomes more educated as to seniors housing options, an increasing percentage of seniors may elect to occupy some form of seniors housing.

To date the most comprehensive estimate of demand for seniors housing was published in *The Case for Investing in Seniors Housing and Long Term Care Properties with Updated Projections*. The study, conducted by NIC in partnership with Price Waterhouse, LLP, produced the following base case estimates of effective demand for seniors housing.





## Property Size

## Skilled Nursing

Nursing facilities provide various levels of health care service on a 24-hour basis in addition to shelter, dietary, housekeeping, laundry, and social needs. Skilled care is a level of nursing and supportive care provided by licensed nurses to patients who need 24-hour nursing services on an extended basis. The upper quartile of beds is 158, and the lower quartile of beds is 60. In addition, the median number of beds is 97. It is noted that the 2012 data is the most recent available.





Source: *The State of Seniors Housing 2012*, ASHA

## Occupancy

The table on the following page shows the occupancy performance by region compared to a year ago from the National Investment Center for Seniors Housing & Care (NIC).



## Performance by Region

### Current Quarter vs. One Year Ago

| | Occupancy (%) | | Stabilized Occupancy (%) | | Annual Rent Growth (%) | | Annual Inventory Growth (%) | | Annual Absorption (%) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q18 | 4Q19 | 4Q18 | 4Q19 | 4Q18 | 4Q19 | 4Q18 | 4Q19 | 4Q18 | 4Q19 |
| **Independent Living**[1] | **90.2%** | **90.1%** | **91.3%** | **91.4%** | **3.3%** | **2.9%** | **2.0%** | **2.3%** | **1.7%** | **2.2%** |
| East North Central | 89.7% | 89.5% | 90.9% | 91.1% | 3.6% | 3.6% | 1.7% | 2.4% | 1.3% | 2.2% |
| Mid-Atlantic | 91.4% | 90.9% | 92.7% | 92.1% | 4.4% | 2.6% | 2.3% | 2.7% | 1.6% | 2.1% |
| Mountain | 88.1% | 88.3% | 90.6% | 91.2% | 3.5% | 3.3% | 5.0% | 2.9% | 3.8% | 3.2% |
| Northeast | 92.8% | 92.3% | 93.0% | 93.3% | 3.0% | 2.3% | 1.2% | 1.8% | 1.9% | 1.2% |
| Pacific | 92.8% | 91.5% | 92.9% | 92.8% | 3.4% | 3.5% | -0.3% | 1.8% | -0.4% | 0.4% |
| Southeast | 88.0% | 88.6% | 89.9% | 89.8% | 3.0% | 2.6% | 3.3% | 2.6% | 2.0% | 3.3% |
| Southwest | 86.1% | 86.5% | 87.7% | 88.1% | 2.5% | 1.9% | 2.1% | 3.4% | 2.1% | 3.9% |
| West North Central | 90.7% | 91.6% | 91.4% | 92.0% | 2.5% | 3.7% | 3.4% | 1.3% | 3.0% | 2.4% |
| **Assisted Living**[1] | **85.2%** | **85.5%** | **88.3%** | **88.2%** | **2.9%** | **2.5%** | **4.6%** | **3.3%** | **3.6%** | **3.7%** |
| East North Central | 84.2% | 83.8% | 88.3% | 87.8% | 2.8% | 1.8% | 6.2% | 6.2% | 5.7% | 5.7% |
| Mid-Atlantic | 83.9% | 82.9% | 86.8% | 86.4% | 2.6% | 3.0% | 4.3% | 4.5% | 2.8% | 3.2% |
| Mountain | 81.5% | 83.4% | 87.4% | 86.9% | 3.1% | 3.4% | 8.3% | 3.9% | 6.0% | 6.3% |
| Northeast | 88.3% | 88.2% | 90.7% | 90.2% | 2.3% | 2.4% | 2.5% | 2.3% | 2.1% | 2.1% |
| Pacific | 88.4% | 88.8% | 90.0% | 89.9% | 4.1% | 3.3% | 2.4% | 1.0% | 1.0% | 1.4% |
| Southeast | 83.2% | 83.8% | 86.4% | 86.8% | 2.9% | 1.9% | 6.2% | 4.3% | 4.3% | 5.0% |
| Southwest | 79.9% | 82.3% | 83.2% | 84.0% | 2.9% | 2.1% | 5.4% | 1.2% | 4.5% | 4.3% |
| West North Central | 86.3% | 87.3% | 89.9% | 90.3% | 2.0% | 2.3% | 5.3% | 4.1% | 6.5% | 5.3% |
| **Nursing Care**[1] | **86.1%** | **86.4%** | **86.3%** | **86.5%** | **2.7%** | **2.5%** | **-0.6%** | **-0.2%** | **-0.5%** | **0.1%** |
| East North Central | 83.3% | 83.5% | 83.5% | 83.7% | 2.8% | 1.8% | -0.5% | -0.2% | -0.6% | 0.0% |
| Mid-Atlantic | 87.7% | 88.2% | 87.8% | 88.2% | 2.5% | 2.3% | -0.1% | -0.2% | -0.2% | 0.4% |
| Mountain | 82.6% | 84.5% | 83.2% | 84.9% | 2.0% | 3.1% | -0.2% | 1.1% | -0.5% | 3.4% |
| Northeast | 90.8% | 90.7% | 90.8% | 90.7% | 2.3% | 1.9% | -0.7% | -0.4% | -0.2% | -0.5% |
| Pacific | 89.9% | 90.6% | 90.0% | 90.6% | 3.7% | 4.8% | -0.3% | 0.1% | 0.4% | 0.7% |
| Southeast | 88.2% | 88.4% | 88.5% | 88.6% | 3.2% | 2.4% | -0.6% | 0.2% | -0.5% | 0.5% |
| Southwest | 74.9% | 74.7% | 75.4% | 75.1% | 2.1% | 2.4% | -0.9% | 0.1% | -2.2% | -0.1% |
| West North Central | 80.8% | 81.8% | 80.9% | 81.8% | 3.5% | 3.1% | -1.2% | -1.4% | -1.4% | -0.1% |
| **CCRCs**[1] | **91.2%** | **91.5%** | **91.3%** | **91.6%** | **3.7%** | **3.3%** | **0.8%** | **0.8%** | **0.9%** | **1.1%** |
| East North Central | 90.1% | 90.9% | 90.2% | 90.9% | 4.5% | 4.4% | 0.3% | 0.5% | 0.1% | 1.4% |
| Mid-Atlantic | 93.1% | 92.8% | 93.2% | 92.8% | 5.0% | 2.6% | 1.2% | 1.0% | 0.6% | 0.8% |
| Mountain | 89.8% | 90.8% | 89.8% | 90.8% | 3.3% | 3.6% | 1.5% | 0.1% | 3.7% | 1.1% |
| Northeast | 93.4% | 93.7% | 93.4% | 93.7% | 3.0% | 2.6% | 0.9% | 0.9% | 1.7% | 1.2% |
| Pacific | 92.3% | 91.9% | 92.6% | 92.8% | 3.5% | 3.7% | 0.5% | 1.8% | 0.9% | 1.3% |
| Southeast | 90.1% | 90.5% | 90.1% | 90.5% | 3.0% | 3.1% | 0.6% | 0.5% | 0.2% | 0.9% |
| Southwest | 86.1% | 86.2% | 86.1% | 86.2% | 4.6% | 3.6% | -0.3% | 1.4% | -1.2% | 1.4% |
| West North Central | 89.6% | 90.1% | 89.9% | 90.3% | 2.4% | 4.4% | 2.0% | 0.2% | 1.7% | 0.7% |

1. Represents aggregate property type data for all markets.



EPIC Rehabilitation and Nursing

The preceding table represents aggregate property type data collected from the NICMAP 99 markets (primary and secondary market aggregate), as shown below:

**East North Central:** Includes Akron, OH; Chicago, IL; Cincinnati, OH; Cleveland, OH; Columbus, OH; Dayton, OH; Detroit, MI; Grand Rapids, MI; Indianapolis, IN; Madison, WI; Milwaukee, WI; Toledo, OH; and Youngstown, OH.

**Mid-Atlantic:** Includes Baltimore, MD; Charleston, SC; Charlotte, NC; Columbia, SC; Greensboro, NC; Greenville, SC; Louisville, KY; Raleigh, NC; Richmond, VA; Virginia Beach, VA; and Washington, DC.

**Mountain:** Includes Albuquerque, NM; Boise, ID; Colorado Springs, CO; Denver, CO; Las Vegas, NV; Ogden, UT; Phoenix, AZ; Salt Lake City, UT; and Tucson, AZ.

**Northeast:** Includes Albany, NY; Allentown, PA; Boston, MA; Bridgeport, CT; Buffalo, NY; Harrisburg, PA; Hartford, CT; Lancaster, PA; New Haven, CT; New York, NY; Philadelphia, PA; Pittsburgh, PA; Portland, ME; Providence, RI; Rochester, NY; Scranton, PA; Springfield, MA; Syracuse, NY; and Worcester, MA.

**Pacific:** Includes Bakersfield, CA; Fresno, CA; Los Angeles, CA; Modesto, CA; Portland, OR; Riverside, CA; Sacramento, CA; San Diego, CA; San Francisco, CA; San Jose, CA; Seattle, WA; Stockton, CA; and Ventura, CA.

**Southeast:** Includes Atlanta, GA; Augusta, GA; Birmingham, AL; Chattanooga, TN; Daytona Beach, FL; Fort Myers, FL; Jackson, MS; Jacksonville, FL; Knoxville, TN; Lakeland, FL; Melbourne, FL; Memphis, TN; Miami, FL; Nashville, TN; Orlando, FL; Sarasota, FL; and Tampa, FL.

**Southwest:** Includes Austin, TX; Baton Rouge, LA; Dallas, TX; El Paso, TX; Houston, TX; Little Rock, AR; McAllen, TX; New Orleans, LA; Oklahoma City, OK; San Antonio, TX; and Tulsa, OK.

**West North Central:** Includes Des Moines, IA; Kansas City, MO; Minneapolis, MN; Omaha, NE; St. Louis, MO; and Wichita, KS.



## Payment Types

### Skilled Nursing

The majority of nursing home stays are funded by Medicare, Medicaid, or private long-term care insurance.



Source: American Health Care Association, Online Survey, Certification and Reporting (OSCAR)

### Medicaid

Medicaid (Title XIX of the Social Security Act) is a joint federal and state health insurance plan for the indigent. Each state administers its own program and provides various benefit levels within broad federal guidelines. Thus, the form and manner of reimbursement vary significantly from state to state.

The Medicaid benefit payment for long-term nursing care service is the lifeblood of the nursing home industry. With some exceptions, the federal government usually provides matching funds of a minimum of 50% of the cost of a state's Medicaid program. The federal participation match rate for each state is calculated using a formula based on the state's average per capita income.

Medicaid predominantly pays nursing homes on a per diem basis, sometimes cost-based, as opposed to per discharge or per diagnosis. Generally, Medicaid per diem rates are raised by a percentage substantially less than the Consumer Price Index inflation rate. In fiscal years when a state is experiencing a budget constraint, the tendency is to allow few or no rate increases.

Among the large for-profit nursing facility companies, Medicaid typically comprises 65% to 70% of the resident census and typically generates around 45% of revenue for nursing facilities. According



to AHCA, the average Medicaid rate for nursing home care was projected to be $182.59 in 2013. Higher Medicare payments subsidize lower Medicaid payments in nursing facilities.

During an economic downturn, demand for Medicaid rises as more people fall into poverty or lose their employer sponsored coverage and become uninsured. At the same time, state revenues decline, affecting states' ability to balance their budgets and fund programs such as Medicaid. As a result, states must grapple with increasing pressures to limit program spending in Medicaid and manage the increase of newly eligible enrollees in the program.

In 2002, revenues plummeted, and Medicaid spending and enrollment growth peaked resulting in state budget pressures. Every state adopted measures to control provider payments and spending for prescription drugs. These actions had immediate effects on Medicaid spending. Often as a last resort, states also turned to Medicaid benefit and eligibility cuts as well as increased co-payment requirements in an effort to control costs. Most efforts to control Medicaid long-term care spending were focused on reductions for institutional care while states continued to expand community based long-term care options.

Federal fiscal relief legislation during the last economic downturn was successful in helping to avoid deeper Medicaid cuts and preserve eligibility. In 2003, Congress passed the Jobs and Growth Tax Relief Reconciliation Act that provided $20 billion in temporary federal fiscal relief to states, of which $10 billion came in the form of a uniform increase in the federal matching rate (FMAP) for Medicaid expenditures. To receive the increased FMAP, states were required to maintain existing eligibility levels; thus, helping states avoid deep cuts and preserve eligibility.

In recent years, many states have established nursing facility provider tax programs. Under this program, nursing facilities are assessed an amount (within federal limits and other regulatory requirements) which can be used by the state, along with federal matching funds, to provide Medicaid rate increases to providers. Prior to fiscal year (FY) 2004, only 20 states assessed provider taxes on nursing homes. In FY 2012, more than twice as many (43 states, plus the District of Columbia) implemented nursing home tax programs. Total tax collections exceed $5 billion. Overall, provider taxes on nursing homes generate more than $6.0 billion in matching federal funds. In states with such programs, these taxes are used to reimburse an average of $24 per patient day in allowable Medicaid nursing home costs.

In June 2012, the Medicaid provisions of the health care law were upheld but limited by the Supreme Court in a way that increased the possibility that not all states would choose to participate in the new version of Medicaid. Under the original health care law, the federal government would have covered all costs from the Medicaid expansion for the first three years, beginning in 2014. Afterward (between 2016 and 2020), the states would have to pay a share that would rise up to 10% of the new costs. According to the law, states that refused to participate would lose all of their existing Medicaid funds. However, the United States Supreme Court ruled in <u>National Federation of</u>

EPIC Rehabilitation and Nursing



<u>Independent Business v. Sebelius</u> that states do not have to agree to this expansion in order to continue to receive previously established levels of Medicaid funding, and many states have chosen to continue with pre-Affordable Care Act funding levels and eligibility standards.

Nursing home providers in most states will have to continue to rely on Medicare, other payers, and other revenue sources to help bridge the gap between Medicaid rates and the cost of caring for residents. There is no predictability or stability in many states relative to Medicaid rate increases. The length and depth of this economic downturn, the outcome of pending federal regulations and the availability of federal fiscal relief will play a large role in determining how Medicaid programs and the individuals served by the program will fare during this downturn.

## Medicare

Medicare reimbursement for nursing homes consists of two parts:

**Medicare Part A:** Provides payment for post-hospital care in a Medicare certified nursing home. Medicare Part A may provide payment for post-hospital care in a nursing home for up to 100 days if Medicare coverage requirements (the 5 rules) are met. A resident is entitled to full coverage for the first 20 days. From the 21st day through the 100th day, Medicare pays for all covered services except a daily co-pay amount for which the resident is responsible. That means the resident has to pay the co-pay either with his or her own money or, if eligible, through Medicaid, or through private insurance (i.e. medi-gap policy). A nursing home resident will not be entitled to any Medicare Part A coverage unless he or she is admitted to a nursing home within 30 days following a 3-day hospital stay. Medicare certified nursing homes are reimbursed for providing nursing homes stays based upon the PPS.

**Medicare Part B:** Seniors are required to enroll in Medicare Part B. Medicare Part B pays for doctor's services, outpatient hospital care, and some other medical services that Part A does not cover, such as the services of physical and occupational therapists, and some home health care. Part B helps pay for these covered services and supplies when they are medically necessary.

The Balanced Budget Act of 1997 (BBA) significantly changed the way nursing homes are reimbursed by Medicare. The changes mandated by the BBA set in motion the implementation of the PPS. The PPS was designed to keep Medicare solvent by cutting $112 billion of expenditures between 1998 and 2003. Most providers under the previous cost-based system had incentives to spend as much as possible on ancillary therapy. Thus, Medicare expenditures were spiraling out of control as providers had recognized very favorable returns on Medicare routine costs and ancillary treatments. Expenditures for physical and occupational therapy grew 18% between 1996 and 1997, from $6.7 billion to $ 7.9 billion. Significant amounts of medically unnecessary treatments were dispensed under the old system.

EPIC Rehabilitation and Nursing



Under PPS, providers are reimbursed a predetermined fixed rate based on a patient's acuity level, rather than on actual dollar costs. The PPS is based on a case mix patient classification system called Resource Utilization Groups (RUGs) III. RUGs III uses 53 categories to classify patients according to the resources needed to provide their care. Classification is based on residents' clinical conditions; extent of services needed, such as rehabilitation, respirator/ventilator care, or tube feedings; and functional status, such as the amount of support needed to perform daily living activities.

HCFA phased in the Medicare PPS in four years starting in July 1998. Over the four years, facilities' Medicare payments were based increasingly on a national PPS rate, while decreasing the amount that was based on their maximum allowable costs. In the fourth year, the national PPS rate took over in all cases. The PPS combines routine, ancillary, and capital costs into an all-inclusive case mix-adjusted rate; this is called consolidated billing. Patients are assessed upon admission and placed into one of the RUG categories. Patients are reassessed during their stay, and their categories usually change. Each RUG category has a corresponding per diem rate of reimbursement.

Annual updates to the PPS rates are required by the Social Security Act, as amended by the Medicare, Medicaid, and State Child Health Insurance Program (SCHIP) Balanced Budget Refinement Act of 1999 (the BBRA), the Medicare, Medicaid and SCHIP Benefits Improvement and Protection Act of 2000 (the BIPA), and the Medicare Prescription Drug Improvement and Modernization Act of 2003 (the MMA), relating to Medicare payments and consolidated billing for SNFs. These are referred to as market basket increases.

Significant changes have been as follows:

Fiscal Year Beginning October 1, 2002

Implementation of the PPS system resulted in cuts far deeper than intended by Congress. Thus, in 1999 and 2000, Congress temporarily restored some of the funds. However, Congress did not extend the add-ons, resulting in funding for Medicare Part A being cut by about 17%. This was partially offset by the annual market basket increase. The significant decline in rates that occurred at this time has been referred to as the Medicare cliff and has been blamed for the rash of bankruptcies in the sector that occurred over the years that followed.

Fiscal Year Beginning October 1, 2005

On July 28, 2005, Centers for Medicare and Medicaid Services (CMS) announced an increase in Medicare rates for skilled nursing facilities by $20 million in 2006, an improvement over earlier forecasts that predicted no increase for long-term care providers. In the final rule, CMS introduced nine new payment categories to the current system, increasing the number of categories from 44 to 53. While these refinements triggered the elimination of temporary add-on payments as Congress directed in the BBRA, the final rule included other changes which served to at least partially balance

EPIC Rehabilitation and Nursing



the loss of the temporary add-on payments. CMS increased the rates for all RUG groups to reflect variations in non-therapy ancillary costs not fully captured in the RUG refinements. This adjustment increased the case mix weight that applied to both nursing and non-therapy ancillary costs, and increased aggregate payments by about 3%. This was a permanent payment increase that was integrated into the base line spending levels.

The RUG refinements were implemented on January 1, 2006, which was the second quarter of 2006. Payments for the first quarter of the fiscal year (October 1, 2005 through December 31, 2005) reflected the continuation of the temporary add-on payments. Payments for the balance of the fiscal year reflected the new policy.

Fiscal Year Beginning October 1, 2010

CMS approved a 1.7% market basket increase to the federal rates over the FY 2010 rates. The increase was actually calculated at 2.3% but was automatically reduced by 0.6% to reflect overpayments that were made in FY 2009. This adjustment was calculated annually to correct for assumptions made in previous fiscal years. The net increase resulted in what was estimated at the time to be a $542 million increase in additional payments to skilled nursing facilities in FY 2011.

In addition, the conversion from RUG III to RUG IV was implemented effective October 1, 2010. As noted below, this had the unintended benefit of creating a sharp increase in average Medicare rates for many facilities.

Impact of Health Care Reform

In addition to the above, the U.S. Congress passed, and the president signed into law, the Patient Protection and Affordable Care Act (PPACA) in late March of 2010. The following were some of the more salient features included in the final health care reform bill, which were directly relevant to Medicare and skilled nursing facilities:

- Beginning in FY 2012 (October 1, 2011), a productivity adjustment to the SNF market basket was to be implemented, estimated to total $14.6 billion over 10 years.
- New transparency requirements for nursing facilities were mandated.
- An Independent Medicare Advisory Board (IMAB) was to be established, composed of 15 members appointed by the President and confirmed by the Senate, for the purpose of developing and submitting proposals to Congress targeted at extending the solvency of Medicare, slowing Medicare cost-growth, in improving the quality of care for Medicare recipients.
- Medicare Part D (Medicare advantage prescription drug plans) was to employ utilization management techniques when providing medications to beneficiaries in long-term care facilities to reduce waste associated from 30-day refills.



- The maximum period for submission of Medicare claims was to be reduced to no more than 12 months.
- Medicare Parts C and D, along with Medicaid, were to be included in the Recovery Audit Contractors (RACs) Program, which collected and identified underpayments and overpayments for Medicare Parts A and B.
- A Center for Medicare and Medicaid Innovation was to be established within the CMS. The purpose of which was to research, develop, test, and expand innovative payment and delivery arrangements to improve the quality and reduce the cost of care provided in each patient program.
- Accountable Care Organizations (ACOs) were to be established to take responsibility for the costs and quality of care received by their patient panel over time.  ACOs that met quality-of-care targets and reduced the costs of their patients relative to a spending benchmark were to be rewarded with a share of the savings they achieved for the Medicare program.

The Supreme Court upheld the Affordable Care Act on June 28, 2012.

<u>Budget Control Act</u>

On August 2, 2011, President Obama signed into law the Budget Control Act, which increased the nation's debt ceiling. This law also created a condition that if Congress did not reach a bipartisan debt-reduction deal by January 1, 2013, it would automatically trigger a $1.2 trillion deficit reduction over 10 years that would impact several branches of the federal government. This budget sequestration (known as the "Fiscal Cliff") would result in a two percent across-the-board Medicare payment reduction. Effective January 2, 2013, the Administration and Congress agreed to the American Taxpayer Relief Act of 2012, which precluded the nation from going over the Fiscal Cliff. However, the two percent reduction was only suspended for two months and will be implemented if Congress and the President do not come to terms on a deal to increase the nation's debt ceiling by March 1, 2013. This did not occur, and the sequestration occurred on March 1, 2013.

In December 2013, Congress was able to achieve a bipartisan federal budget compromise, which the President signed on December 26, 2013. Under this compromise, the 2.0% reduction was extended until 2023.

<u>Fiscal Year Beginning October 1, 2017</u>

On July 31, 2017, CMS issued a final rule outlining Fiscal Year 2018 Medicare payment rates and quality programs for skilled nursing facilities. Policies in the final rule continued to build on the commitment to shift Medicare payments from volume to value, with continued implementation of the SNF Value-based Purchasing (VBP) program. The final rule also finalized an updated performance period for the National Healthcare Safety Network (NHSN) Healthcare Personnel (HCP) Influenza Vaccination Reporting Measure included in the End Stage Renal Disease (ESRD) Quality

EPIC Rehabilitation and Nursing



Incentive Program (QIP) for Payment Year 2020. Based on changes contained within this final rule, CMS projected aggregate payments to SNFs will increase in FY 2018 by $370 million, or 1.0 percent, from payments in FY 2017. This estimated increase was attributable to a 1.0 percent market basket increase required by section 411(a) of the Medicare Access and CHIP Reauthorization Act of 2015 (MACRA). In addition, under the SNF QRP, SNFs that fail to submit the required quality data to CMS will be subject to a 2% point reduction to the otherwise applicable annual market basket percentage update with respect to that fiscal year.

SNF Value-Based Purchasing Program (VBP)

The SNF VBP Program has adopted scoring and operational policies for its first year (FY 2019) and has specified measures and program features as required by statute. The SNF VBP Program's scoring and operational policies for its first year (FY 2019) include:

- The Program will include one readmission measure for each year
- The Secretary will reduce the adjusted Federal per diem rate applicable to each SNF in a fiscal year by 2 percent to fund the value-based incentive payments for that fiscal year
- The total amount of value-based incentive payments that can be made to SNFs' in a fiscal year will be 60 percent of the total amount withheld from SNFs' Medicare payments for that fiscal year, as estimated by the Secretary. The Program will pay SNFs ranked in the lowest 40 percent less than the amount they would otherwise be paid in the absence of the SNF VBP
- Both public and confidential facility performance reporting will be conducted

In addition to the logistic exchange function, the SNF VBP Program policies in the FY 2018 final rule include the following:

- Performance and baseline periods for the FY 2020 Program year
- Updated values for performance standards for FY 2020
- Additional details for the Review and Correction process for SNFs' performance information to be made public on Nursing Home Compare
- A revision to the previously adopted rounding policy for SNF performance scores

Fiscal Year Beginning October 1, 2018

In 2018, CMS proposed an increase to the FY 2019 rates of 2.4%, as mandated by the Bipartisan Budget Act of 2018. It was reported that without this legislation, the update would have been 1.9%. According to a report by Reed Smith, LLP, the update is reduced by 2% for nursing facilities that do not submit the required quality data under the new Quality Reporting Program, or QRP. No additional QRP measures are currently proposed, rather, the CMS is in favor of potentially removing some prior measures after a cost benefit analysis. As part of the announcements, the CMS is proposing a new rate structure for Medicare payments, based on resident needs rather than therapy

EPIC Rehabilitation and Nursing



needs. In short, the proposed PDPM would identify and adjust the following five case-mix components to characterize a resident's care: Physical Therapy (PT), Occupational Therapy (OT), Speech-Language Pathology, Non-Therapy Ancillary (NTA), and Nursing. Within these components, the patient is assigned to one of 10 clinical categories based on their primary diagnosis (determined by ICD-10 codes recorded in MDS item I8000). CMS would apply variable per diem payment adjustments to account for changes in resource use over the course of a stay for the PT, OT, and NTA components. The sum of each of five components would be combined with the non-case-mix component to determine the full SNF PPS per diem rate for that resident. CMS implemented PDPM effective October 1, 2019, or FY 2020.

## Conclusion

Based on influential overall market and submarket area trends, construction outlook, and the performance of competing properties, JLL expects the mix of property fundamentals and economic conditions in the seniors housing segment to have a negative impact on the subject property's performance in the near-term due to the economic uncertainties surrounding COVID-19. JLL expects the economic conditions to improve toward the end of 2020 with no long-term impact on the subject property.

The nursing care sector has been experiencing a slow decline in supply, while maintaining relatively stable occupancy levels. Demand has not increased at the same pace as the senior population due to the growth in other health care alternatives. Looking ahead, the oldest sectors of the nation's population will grow at a strong rate. This should lead to growth in demand for nursing homes, unless other health care alternatives evolve to capture the growing demand for care for the frail elderly. Medicare continues to be the most profitable form of payor. In fact, CMS acknowledges that it overpays for Medicare nursing, to help make up for the fact that Medicaid payments are generally below the actual cost of providing care to residents. Most skilled nursing operators are cautious and concerned about the long-term reimbursement given by state and federal budget deficits. However, these operators are beginning to become more proactive to reduce costs in a bundled care system. Health care reform is expected to impact the industry with increasing pressures on customer affordability and operator profitability.



# Supply and Demand Analysis

In this section, we will analyze supply and demand conditions.

## Subject's Target Market

The subject's target market group consists those residents with higher quality payor sources including Medicare and managed care, as well as those needing rehabilitation services.

## Metro Market Supply and Demand Conditions

The NIC Map Database provides the following data for the New York, NY MSA, which includes Bergen, Monmouth, Ocean, Bronx, Kings, Nassau, New York, Queens, Suffolk and Westchester Counties.

### PROPERTY INFORMATION

| Property Types -> | Majority IL | | Majority AL | | Majority NC | |
|---|---|---|---|---|---|---|
| | Metro | Primary Markets | Metro | Primary Markets | Metro | Primary Markets |
| Stabilized Occupancy | 93.6% | 91.5% | 92.6% | 88.4% | 92.3% | 86.7% |
| Average Monthly/Daily Rent | $4,257 | $3,438 | $6,380 | $5,194 | $446 | $342 |
| Median Age | 23 | 25 | 20 | 20 | 43 | 41 |
| Reporting Need to Upgrade(%) | No Data | 11.5% | No Data | 9.9% | .8% | 14.8% |
| Median Units/Beds Per Property | 198 | 187 | 92 | 77 | 180 | 120 |
| For Profit (%) | 57.1% | 64.1% | 86.3% | 90.8% | 73.9% | 81.0% |
| Property Count | 63 | 1,432 | 248 | 3,592 | 518 | 4,101 |
| Inventory | 17,085 | 337,759 | 24,437 | 301,065 | 104,505 | 576,433 |
| Independent Living Units | 12,973 | 248,428 | 1,076 | 17,120 | 893 | 11,150 |
| Assisted Living Units[1] | 2,418 | 55,514 | 22,819 | 276,316 | 1,749 | 22,125 |
| Nursing Care Beds | 1,694 | 33,817 | 542 | 7,629 | 101,863 | 543,158 |
| Penetration | 1.9% | 5.7% | 2.8% | 5.1% | 11.8% | 9.8% |
| Construction Units/Beds | 1,280 | 20,767 | 2,036 | 22,048 | 431 | 3,084 |

### METRO TRENDS

| | Existing Inventory | | Occupancy | | Quarterly Supply and Demand | | Under Construction Inventory | | |
|---|---|---|---|---|---|---|---|---|---|
| Period | # Properties | # Units/Beds | All Properties | Stabilized | Absorption | Inventory Growth | # Properties | # Units/Beds | YoY Rent Growth[1] |
| 4Q2019 | 518 | 104,505 | 92.3% | 92.3% | 159 | -9 | 2 | 431 | 1.9% |
| 3Q2019 | 518 | 104,514 | 92.1% | 92.1% | -280 | -105 | 2 | 431 | 2.0% |
| 2Q2019 | 519 | 104,619 | 92.3% | 92.3% | -192 | -17 | 2 | 431 | 2.1% |
| 1Q2019 | 519 | 104,636 | 92.4% | 92.5% | 138 | -35 | 2 | 431 | 2.0% |
| 4Q2018 | 519 | 104,671 | 92.3% | 92.4% | 279 | -163 | 2 | 431 | 2.2% |
| 3Q2018 | 519 | 104,834 | 91.9% | 91.9% | -298 | -40 | 4 | 551 | 2.2% |
| 2Q2018 | 519 | 104,874 | 92.1% | 92.2% | -271 | -220 | 4 | 551 | 1.9% |
| 1Q2018 | 520 | 105,094 | 92.2% | 92.4% | 147 | -377 | 3 | 411 | 2.0% |
| 2017 | 523 | 105,471 | 91.7% | 92.0% | -904 | -261 | 3 | 408 | 1.7% |
| 2016 | 523 | 105,732 | 92.3% | 92.6% | -791 | -534 | 4 | 261 | 2.2% |

EPIC Rehabilitation and Nursing



# SELECTED SUBMARKETS

## SENIORS HOUSING

| Submarket | Stabilized Occupancy | Occ. Annual Change (bps) | YoY Rent Growth | Inventory |
|---|---|---|---|---|
| Bergen | 90.4% | 43 | 1.6% | 2,925 |
| Monmouth | 96.5% | 146 | 2.8% | 4,205 |
| Ocean | 92.5% | 29 | 1.9% | 3,372 |
| Bronx | 91.5% | -52 | 1.3% | 767 |
| Kings | 92.7% | -35 | 2.9% | 859 |
| Nassau | 90.6% | -97 | 1.4% | 3,954 |
| New York | 94.6% | 133 | 2.7% | 984 |
| Queens | 93.8% | 76 | 2.9% | 1,182 |
| Suffolk | 92.9% | -96 | 1.3% | 4,643 |
| Westchester | 94.8% | 55 | .6% | 2,869 |

## MAJORITY IL

| Submarket | Stabilized Occupancy | YoY Rent Growth | Average Rent per Unit | Construction vs. Inventory | Inventory | Penetration | Yearly Absorption | Yearly Inventory Growth |
|---|---|---|---|---|---|---|---|---|
| Bergen | Protected | Protected | Protected | 33.7% | 526 | 1.1% | Protected | 0 |
| Monmouth | 97.0% | 3.4% | $3,283 | 0.0% | 2,008 | 6.4% | 27 | -14 |
| Ocean | 92.5% | 1.7% | $2,828 | 0.0% | 2,350 | 4.8% | 2 | 0 |
| Bronx | Protected | Protected | Protected | 0.0% | 279 | .6% | Protected | 0 |
| Kings | Protected | Protected | Protected | 0.0% | 40 | .0% | Protected | 0 |
| Nassau | 89.3% | -.9% | $6,313 | 0.0% | 880 | 1.3% | 89 | 196 |
| New York | Protected | Protected | Protected | 0.0% | 360 | .4% | Protected | 0 |
| Queens | Protected | Protected | Protected | 0.0% | 410 | .4% | Protected | 0 |
| Suffolk | 95.7% | 1.7% | $5,146 | 38.0% | 1,312 | 2.0% | 15 | -1 |
| Westchester | 93.8% | .4% | $6,381 | 7.4% | 1,618 | 3.3% | -1 | 167 |

## MAJORITY AL

| Submarket | Stabilized Occupancy | YoY Rent Growth | AL Average Rent per Unit | MC Rent per Unit | Construction vs. Inventory | Inventory | Penetration | Yearly Absorption | Yearly Inventory Growth |
|---|---|---|---|---|---|---|---|---|---|
| Bergen | 90.3% | 2.0% | $7,038 | $9,143 | 3.3% | 2,399 | 4.9% | 145 | 279 |
| Monmouth | 95.9% | 2.1% | $6,908 | $8,251 | 6.8% | 2,197 | 7.0% | 177 | 190 |
| Ocean | 92.7% | 2.4% | $5,858 | $8,066 | 7.0% | 1,022 | 2.1% | -18 | -28 |
| Bronx | Protected | Protected | Protected | Protected | 0.0% | 488 | 1.1% | Protected | 0 |
| Kings | 92.4% | 3.0% | $5,153 | Protected | 33.6% | 819 | .8% | -169 | -176 |
| Nassau | 90.9% | 2.0% | $6,531 | $8,409 | 2.9% | 3,074 | 4.4% | 35 | 76 |
| New York | 96.0% | 2.3% | $6,680 | Protected | 58.7% | 624 | .7% | 17 | 1 |
| Queens | 92.4% | 2.3% | $5,580 | Protected | 0.0% | 772 | .8% | -3 | -1 |
| Suffolk | 91.7% | 1.1% | $6,508 | $8,376 | 11.0% | 3,331 | 5.1% | 131 | -2 |
| Westchester | 96.0% | .9% | $7,641 | $9,883 | 25.7% | 1,251 | 2.5% | 22 | -2 |

## MAJORITY NC

| Submarket | Stabilized Occupancy | YoY Rent Growth | Average Rent per Bed | Construction vs. Inventory | Inventory | Penetration | Yearly Absorption | Yearly Inventory Growth |
|---|---|---|---|---|---|---|---|---|
| Bergen | 90.5% | .8% | $404 | 0.0% | 4,852 | 10.0% | -14 | 0 |
| Monmouth | 88.3% | 1.5% | $370 | 0.0% | 3,647 | 11.5% | 52 | -3 |
| Ocean | 86.8% | 1.8% | $359 | 0.0% | 4,391 | 8.9% | -12 | 1 |
| Bronx | 96.7% | 1.0% | $489 | 0.0% | 12,056 | 25.9% | -9 | -92 |
| Kings | 95.9% | 1.7% | $497 | 2.8% | 9,998 | 10.2% | 83 | -15 |
| Nassau | 92.9% | 1.7% | $450 | 0.0% | 6,955 | 9.9% | 57 | 0 |
| New York | 94.6% | .2% | $589 | 0.0% | 5,864 | 6.9% | 49 | 10 |
| Queens | 94.5% | 2.8% | $433 | 0.0% | 11,947 | 12.9% | 50 | 0 |
| Suffolk | 93.2% | 1.6% | $496 | 0.0% | 7,693 | 11.7% | -61 | 0 |
| Westchester | 92.6% | 2.8% | $471 | 0.0% | 6,759 | 13.6% | -119 | -12 |

EPIC Rehabilitation and Nursing



The data shows a stabilized occupancy of 92.3% for skilled nursing. In addition, for Westchester County (the subject's county), skilled nursing occupancy was 92.6%.

## PMA Nursing Facility Supply Analysis

In the following table is a list of nursing facilities serving the subject's PMA. The supply and occupancy data is from medicare.gov and our own research. Occupancy data shown is for the date of the most recent state inspection, or the date of our inquiry, if recent state inspection data was not available.

### Summary of Existing Skilled Nursing Supply in PMA

| Name | Address | City | Telephone Number | Total Skilled Nursing Beds In Operation |
|---|---|---|---|---|
| EPIC Rehabilitation and Nursing | 120 Church St | White Plains | 914-350-9010 | 160 |
| Schnurmacher Center for Rehab & Nursing | 12 Tibbits Ave | White Plains | (914) 428-0910 | 200 |
| White Plains Center for Nusring Care | 220 W Post Rd | White Plains | (914) 686-8880 | 87 |
| The Grove at Valhalla Rehabilitation and Nursing Center | 61 Grasslands Rd | Valhalla | (914) 681-8400 | 160 |
| Regal Care at Greenwich | 1188 King St | Greenwich | (203) 531-8300 | 75 |
| Tarrytown Hall Care Center | 20 Wood Court | Tarrytown | (914) 631-2600 | 120 |
| **Totals** | | | | **1,059** |

## Star Ratings

The Centers for Medicare & Medicaid Services created a star rating system to rate nursing facilities allowing patients to create comparisons between properties. Each property is rated based on Health Inspections, Staffing, and Quality of Resident Care Measures, to develop an overall rating. A star score between 1 and 5 is assigned to each attribute. A property with a score of one star would be considered much below average in that category, while five stars would suggest that it is much above average. Various factors can affect each attribute.

The Health inspection attribute can be affected by the following but is not limited to these characteristics.

- Hiring enough staff to provide adequate care
- Medication management
- Food storage and preparation
- Staff/Patient interaction

The Staffing attribute can be affected by the following but is not limited to the ratio of the following employee type to patient day.

- Registered Nurse (RN)

EPIC Rehabilitation and Nursing



- Licensed Practical Nurse (LPN) and Licensed Vocational Nurse (LVN)
- Certified Nursing Assistant (CNA)
- Physical Therapist (PT)

The Quality of Resident Care attribute can be affected by the following but is not limited to these characteristics.

- Percentage of residents who improved their mobility
- Percentage of residents hospitalized after staying at the facility
- Percentage of residents who had emergency department visits
- Percentage of residents who were successfully discharged

The following shows how the subject facility and other facilities in the PMA that have been rated by the Centers for Medicare & Medicaid Services.

Star Rating Summary of Existing Nursing Supply in PMA (Out of 5 Stars and 5 is th

| Name | Health Inspection | Staffing Rating | Quality Measures | Overall |
|---|---|---|---|---|
| Martine Center for Rehabilitation and Nursing | 3 | 2 | 5 | 4 |
| White Plains Center for Nursing Care | 1 | 3 | 5 | 2 |
| The Grove at Valhalla Rehabilitation and Nursing Center | 3 | 2 | 5 | 4 |
| The Knolls | 1 | 5 | 5 | 2 |
| Regal Care at Greenwich | 1 | 4 | 3 | 2 |
| Greenwich Woods Health Care Center | 4 | 3 | 4 | 4 |

# Pipeline Activity

We are unaware of any additional skilled nursing supply scheduled to come on-line within the subject's PMA within the next 36 months.

# Primary Competition

The subject's primary competition is profiled on the next page.

EPIC Rehabilitation and Nursing



## Summary of Rental Comparables/Primary Competition

| Item | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| **Identification -** | | | | | | |
| Name | EPIC Rehabilitation and Nursing | Martine Center for Nuring and | White Plains Center for Nursing Care | The Grove at Valhalla Rehabilitation and | Tarrytown Hall Care Center | Regal Care at Greenwich |
| Street Address | 120 Church St | 12 Tibbets Avenue | 220 West Post Road | 61 Grasslands Road | 20 Wood Court | 1188 King Street |
| Municipality | White Plains | White Plains | White Plains | Valhalla | Tarrytown | Greenwich |
| State | New York | New York | New York | New York | New York | Connecticut |
| Zip | 10601 | 10608 | 10606 | 10595 | 10573 | 6831 |
| Phone Number | 914-350-9010 | 914-287-7200 | 914-686-8880 | 914-681-8400 | 914-631-2600 | 203-531-8300 |
| **Physical Description -** | | | | | | |
| Property Type | Nursing Center | Nursing Center | Nursing Center | Nursing Center | Nursing Center | Nursing Center |
| Year Built: | 2019 | 1974 | 1996 | 1990 | 1973 | 1966 |
| Stories | 6 | 6 | 1 | 2 | 5 | 1 |
| Construction Quality | Excellent | Good | Good | Good | Good | Good |
| Overall Condition | Excellent | Good | Good | Good | Good | Good |
| Nursing Beds | 160 | 200 | 88 | 160 | 120 | 75 |
| Occupancy | 25.0% | 100.0% | 100.0% | 96.0% | 94.0% | 97.3% |
| **Nursing Payor Mix -** | | | | | | |
| Private Pay | 7.5% | N/A | 12.4% | 8.1% | 20.3% | 2.5% |
| Ins/Managed Care | 7.5% | N/A | 12.4% | 8.1% | 20.3% | 2.5% |
| Medicaid | 55.0% | N/A | 48.7% | 57.9% | 9.9% | 77.1% |
| Medicare | 30.0% | N/A | 26.4% | 25.9% | 50.3% | 18.0% |
| VA/Hospice | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Private Pay Nursing Rates** | | | | | | |
| Private Bed Per Day | $540.00 | $1,200.00 | $450.00 | $550.00 | $528.00 | $500.00 |
| Semi-Private Bed Per Day | $510.00 | $600.00 | $425.00 | $500.00 | $513.00 | $485.00 |

EPIC Rehabilitation and Nursing



## Barriers to Entry

The subject is in a market with relatively high barriers to entry. These include:

- High cost of land
- Limited availability of vacant sites
- Difficulty in obtaining zoning approval
- Certificate of Need required

These barriers to entry will tend to limit future development.

## Seniors Housing Demand Analysis

We will now analyze demand for seniors housing. Our analysis will show demand estimates for the current year, each year for the following four, and 10 years from the current year.

### Demand Estimates

The following is our process for determining demand for the property's Primary Market Area (PMA).



The following criterion is to determine the appropriate targeted demographic by product/care type.

EPIC Rehabilitation and Nursing





## Target Demographic

Seniors housing communities typically have a minimum age requirement of 62, while the majority of residents are in excess of 75+ based on national research. For purposes of estimating demand in the PMA, we will use a qualifying minimum age of 75 for independent living, assisted living, and memory care. Note that specific to active adult 55+ apartments, a minimum age of 65 is typically used.

## Seniors Housing

A number of operators consider $35,000 to be the minimum qualifying income, while others set the benchmark at $50,000 due to higher associated costs. ASHA's *The Independent Living Report*, notes the following income level distribution for seniors residing in independent living.





**Income Level Distribution for Seniors**



Although research has shown that many seniors with lesser income levels can afford to reside in seniors housing due to having income from other sources or assets to spend down, we will utilize a minimum income-qualifying figure of $35,000+ for purposes of this analysis.

Children and/or other relatives of seniors generally play a significant role in the placement of a senior in a seniors housing facility. Market areas where there are large concentrations of persons in the 45 to 64 age group can often support a significantly larger supply of seniors housing than would be indicated through analysis of seniors already residing in the area. This is because in-migration of seniors into markets with large adult child populations is common, as the elderly are often relocated to a facility near the home of their adult children or other relative.

These two demographic groups, age and income qualified households 75+ and adult children, will be utilized in the derivation of demand for independent living, assisted living, and memory care. Note that the two demographic groups will provide two separate indications of demand. We will then consider each one to derive our demand conclusion.

## Skilled Nursing

Although the vast majority of persons entering skilled nursing care facilities, and other types of seniors housing, are age 80 and over, many of the residents are between the ages of 65 and 80. Therefore, the broadest potential target group for seniors housing is persons age 65 and over. The number of persons age 65+ is often considered in bed-need methodologies which are adopted by various state licensing agencies. The other key demographic cohort consists of households headed

EPIC Rehabilitation and Nursing



by an individual age 75 and over. The vast majority of nursing care, and seniors housing residents as a whole, falls into the 75+ range.

These two demographic groups, (a) population 65+ and (b) households 75+, will be utilized in the derivation of demand for nursing care. We will consider each one to derive our demand conclusion.

### Penetration Rates

Relevant definitions used in our analysis are as follows:

### Market Penetration Rate

The number of beds or units of a specific type that should be supportable at market equilibrium within a given market area, divided by the quantity of persons or households of a specific type in the same market area. For example, if 100 beds of assisted living should be supported, and there are 1,000 persons age 65+ that reside in the PMA, the indicated market penetration rate is 10%.

### Actual Penetration Rate

The number of beds or units currently occupied in a given market area, divided by the quantity of persons or households of a specific type in the same market area.

### Project Penetration Rate

The number of beds or units of a specific type at a given property, divided by the quantity of persons or households of a specific type in the same market area.

In order to determine appropriate market penetration rates, we consulted national demand estimates and actual market penetration rates being realized. The market penetration rates utilized are based upon demand for public and private pay. The inclusion of public pay demand significantly impacts the nursing facility sector and has a lesser but still notable impact upon the other two sectors. It is important to note that in states where Medicaid waivers and/or other public pay alternatives are not available, these market penetration rates may not be realized.

### Demand Estimates

The estimated number of persons or households for each of the targeted demographic groups for a number of time periods, and the indicated demand for each period based upon the applicable market penetration rates are shown in the following table(s).



### Demand for Nursing

| Persons Age 65+ | | | | | | |
|---|---|---|---|---|---|---|
| | Year | | | | | |
| Item | 2020 | 2021 | 2022 | 2023 | 2024 | 2029 |
| PMA Persons Age 65+ | 38,729 | 39,562 | 40,396 | 41,229 | 42,063 | 46,689 |
| Achievable Penetration Rate | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% |
| Indicated Market Area Demand | 1,859 | 1,899 | 1,939 | 1,979 | 2,019 | 2,241 |

| Households Age 75+ | | | | | | |
|---|---|---|---|---|---|---|
| | Year | | | | | |
| Item | 2020 | 2021 | 2022 | 2023 | 2024 | 2029 |
| PMA HHs Age 75+ | 8,803 | 9,066 | 9,330 | 9,593 | 9,857 | 11,378 |
| Achievable Penetration Rate | 15.8% | 15.8% | 15.8% | 15.8% | 15.8% | 15.8% |
| Indicated Market Area Demand | 1,387 | 1,429 | 1,470 | 1,512 | 1,554 | 1,793 |

| Demand Conclusions | | | | | | |
|---|---|---|---|---|---|---|
| | Year | | | | | |
| Item | 2020 | 2021 | 2022 | 2023 | 2024 | 2029 |
| Indicated Demand | 1,623 | 1,664 | 1,705 | 1,745 | 1,786 | 2,017 |
| Adjustment for Local Market Conditions | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Concluded Demand | 1,623 | 1,664 | 1,705 | 1,745 | 1,786 | 2,017 |

The demand indication for each targeted demographic group is independent of the other demand indication. In this case, our final demand conclusion is weighted 50% persons age 65+ and 50% to households age 75+. These two are the best indicators of demand for nursing, as nursing demand is dependent primarily upon the number of seniors in the market, not upon the adult-child sector or the income-qualified households. This is due to the fact that the frail senior is not as mobile and not as likely to move closer to a younger relative. Furthermore, income levels are less of a factor as the majority of nursing facility stays are funded by Medicaid, Medicare, or private insurance.

## Comparison of Supply and Demand

The following table summarizes our conclusions of supply and demand for the nursing sector:

### Comparison of Supply and Demand for Nursing

| | Year | | | | | |
|---|---|---|---|---|---|---|
| Item | 2020 | 2021 | 2022 | 2023 | 2024 | 2029 |
| Indicated Demand | 1,623 | 1,664 | 1,705 | 1,745 | 1,786 | 2,017 |
| Less Existing Supply | 1,059 | 1,059 | 1,059 | 1,059 | 1,059 | 1,059 |
| Existing Unmet Demand or Oversupply | 564 | 605 | 646 | 686 | 727 | 958 |
| Additions/Subtractions to Supply | 0 | 0 | 0 | N.A. | N.A. | N.A. |
| **Unmet Demand After Additions** | **564** | **605** | **646** | **686** | **727** | **958** |

Our analysis shows that the PMA has an undersupply of nursing in the current year. This is supported by the higher occupancy levels of existing facilities in the PMA. No new supply is forecast to be added over the next three years, so market conditions should continually improve.



## Subject's Forecasted Resident Day Occupancy

The subject's forecasted occupancy is shown below:

### Payor Mix and Projected Resident Day Occupancy

| Payor Source | Year 1 | | Year 2 | | Year 3 | |
|---|---|---|---|---|---|---|
| | Days | % | Days | % | Days | % |
| Private Pay Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Ins./Managed Care Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Medicaid Nursing | 25,915 | 60.5% | 29,710 | 55.0% | 29,058 | 53.5% |
| Medicare Nursing | 10,708 | 25.0% | 16,206 | 30.0% | 17,109 | 31.5% |
| VA/Hospice Nursing | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total | 42,833 | 100.0% | 54,020 | 100.0% | 54,313 | 100.0% |
| | | | | | | |
| Available (Operating) Beds | 160 | | 160 | | 160 | |
| Available Res. Days | 58,400 | | 58,400 | | 58,400 | |
| Occupancy Rate | 73.3% | | 92.5% | | 93.0% | |

## Conclusion

Our analysis shows that the nursing facility market is undersupplied. This is supported by our occupancy survey. There is a CON requirement in the State of New York and this will affect the amount of new supply that can be added to the market. There are no known additions to supply under construction or planned at this time.

EPIC Rehabilitation and Nursing



# Highest and Best Use Analysis

Highest and best use is shaped and determined by forces within the market such as supply and demand. The four criteria used in evaluating the highest and best use of a property are:

- Legally permissible
- Physically possible
- Financially feasible
- Maximally productive

The four criteria are applied in sequential order. A property often will have numerous uses that are legally permissible, but the test of physical possibility may remove some options from consideration, fewer still may meet the test of financial feasibility, and only a single use is maximally productive.

## Highest and Best Use of the Land as Though Vacant

The analysis of the highest and best use of the land as though vacant assumes that the property being appraised is vacant or can be made vacant by demolishing any improvements. This determination is crucial to determine the value of the site as though vacant and is also used in examining improvements and their conformance to the highest and best use of the site.

### Legally Permissible

Private restrictions, zoning, building codes, historical district regulations, and environmental regulations must all be considered in determining the legally permissible uses of a site. Potential changes in these restrictions must also be addressed. The legally permissible uses were discussed in detail in the site analysis and zoning sections of this report.

The subject site's current zoning is PM-0.35 (Residential Multifamily District). Permitted uses include single-family dwelling, multifamily dwelling, church, school, parking lot. Seniors housing is a permitted use. There are no known zoning changes pending or contemplated.

### Physically Possible

The physical characteristics of the subject site were discussed in detail in the site analysis section. The site is functional in size and shape and is serviced by standard municipal utilities. The site has good accessibility and good visibility. Overall functional utility is considered to be good. The site is suitable for a broad range of uses, including seniors housing.

### Financially Feasible

An analysis of local market conditions provides an indication of the financial feasibility of a given use. The market analysis presented earlier in this report assessed the local market and indicated

EPIC Rehabilitation and Nursing



that there is demand for the subject. Further, the income and expense analysis that follows reveals the subject is forecasted to produce a positive return, yielding a value well in excess of cost. Therefore, development of a seniors housing facility is a financially feasible use.

## Maximally Productive

The final test of highest and best use of the site as though vacant is whether the use is maximally productive, yielding the highest land value. Analysis of physically possible, legally permissible, and financially feasible uses indicates that the maximally productive use of the site as though vacant is for development of a seniors housing facility. While there are potentially other feasible uses, this use is believed to provide the highest net return to the site.

# Highest and Best Use of the Property as Improved

This analysis considers the subject as improved.

## Legally Permissible

The current use is a legal use. Other legal uses of the improvements would be single-family dwelling, multifamily dwelling, church, school, parking lot.

## Physically Possible

The physical characteristics of the subject improvements were discussed in detail in the Improvement Description and Analysis section of this report. Overall, the current layout and position of the improvements are considered functional. Since seniors housing facilities are specialized facilities, there are no other physically possible uses of the structure that would not require substantial reconstruction or demolition.

## Financially Feasible

Operation of the subject as a seniors housing facility is a financially feasible use, yielding a positive value well in excess of the subject's land value.

## Maximally Productive

The maximally productive use of the subject as improved is for continued use as a seniors housing facility. The subject is valued based upon this use as a skilled nursing facility. The most likely potential purchaser is a REIT, investor, or seniors housing owner/operator.



# Income Capitalization Approach

The income capitalization approach is based upon the premise that the present value of a property is based upon the present worth of future benefits. There are two primary methods that are normally utilized in developing the income capitalization approach – the yield capitalization method and the direct capitalization method. Development of the direct capitalization method is presented below.

The direct capitalization method is a method that converts an income estimate for a single year into an estimate of value through the application of a capitalization rate. An overall capitalization rate ($R_0$) is normally used. The $R_0$ reflects the relationship between a single year's income and value. The most common way to estimate overall capitalization rates is via analysis of comparable sales. The direct capitalization method is developed in four basic steps:

- Analyze the market and contractual income of the subject.
- From available market data, estimate a proper allowance for vacancy and credit loss forecast to occur during the projected period of ownership.
- Estimate and project anticipated fixed and operating expenses to be incurred by the real estate.
- Select and apply an appropriate capitalization rate.

Below outlines significant thing

## Income and Expense Analysis

The proforma provided was a summary format and included little detail in terms of specific expense line items by department and instead only included total expenses by department for payroll and other. The income and expenses provided to us are summarized in the following tables:



## Forecasted Income and Expenses
## Shown in Dollars and Per Resident Day

| Item | Year 1 $ | Year 1 PRD | Year 2 $ | Year 2 PRD | Year 3 $ | Year 3 PRD |
|---|---|---|---|---|---|---|
| **Income -** | | | | | | |
| Room & Board - | | | | | | |
| Private Pay Nursing | $1,490,600 | $480.06 | $1,899,200 | $468.71 | $1,929,700 | $473.78 |
| Ins./Managed Care Nursing | $1,242,300 | $400.10 | $1,582,200 | $390.47 | $1,606,700 | $394.48 |
| Medicaid Nursing | $9,841,000 | $379.74 | $11,377,300 | $382.95 | $11,230,000 | $386.47 |
| Medicare Nursing | $7,431,300 | $694.00 | $11,409,000 | $704.00 | $12,283,700 | $717.97 |
| VA/Hospice Nursing | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Total Room & Board | $20,005,200 | $467.05 | $26,267,700 | $486.26 | $27,050,100 | $498.04 |
| **Therapy & Other -** | | | | | | |
| Therapy & Ancillary Income | $69,000 | $1.61 | $120,000 | $2.22 | $120,000 | $2.21 |
| Other Income | $1,200 | $0.03 | $1,200 | $0.02 | $1,200 | $0.02 |
| Total Therapy & Other Income | $70,200 | $1.64 | $121,200 | $2.24 | $121,200 | $2.23 |
| **Income Summary -** | | | | | | |
| Total Room & Board Income | $20,005,200 | $467.05 | $26,267,700 | $486.26 | $27,050,100 | $498.04 |
| Total Therapy & Other Income | $70,200 | $1.64 | $121,200 | $2.24 | $121,200 | $2.23 |
| Prior Period Adjustments | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Contractual Adjustments | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| **Total Income** | $20,075,400 | $468.69 | $26,388,900 | $488.50 | $27,171,300 | $500.27 |
| **Expenses -** | | | | | | |
| Nursing | $5,091,206 | $118.86 | $7,280,800 | $134.78 | $7,400,800 | $136.26 |
| Dietary | $1,500,466 | $35.03 | $1,500,500 | $27.78 | $1,521,700 | $28.02 |
| Therapy and Ancillary | $1,654,992 | $38.64 | $2,334,400 | $43.21 | $2,349,800 | $43.26 |
| Admin & General | $1,004,855 | $23.46 | $1,084,000 | $20.07 | $1,095,400 | $20.17 |
| Housekeeping and Laundry | $1,121,213 | $26.18 | $1,121,200 | $20.76 | $1,134,000 | $20.88 |
| Activities and Recreation | $326,948 | $7.63 | $438,500 | $8.12 | $444,500 | $8.18 |
| Repairs and Maintenance | $886,015 | $20.69 | $949,600 | $17.58 | $954,200 | $17.57 |
| Utilities | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Bad Debt | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Real Estate Taxes | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| PL/GL Insurance | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Workers Compensation | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Other Insurance | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Provider Bed Tax | $860,100 | $20.08 | $1,019,600 | $18.87 | $1,006,500 | $18.53 |
| Uncateg. Salary & Benefits | $0 | $0.00 | $0 | $0.00 | $0 | $0.00 |
| Management Fee | $987,920 | $23.06 | $1,300,515 | $24.07 | $1,335,245 | $24.58 |
| Reserves for Replacements | $64,000 | $1.49 | $64,000 | $1.18 | $64,000 | $1.18 |
| **Total Expenses** | $13,497,715 | $315.12 | $17,093,115 | $316.42 | $17,306,145 | $318.64 |
| **Net Operating Inc.** | $6,577,685 | $153.57 | $9,295,785 | $172.08 | $9,865,155 | $181.64 |

EPIC Rehabilitation and Nursing



## Forecasted Income and Expenses
## Shown in Dollars and % of Total Revenue

| Item | Year 1 $ | Year 1 % | Year 2 $ | Year 2 % | Year 3 $ | Year 3 % |
|---|---|---|---|---|---|---|
| **Income -** | | | | | | |
| Room & Board - | | | | | | |
| Private Pay Nursing | $1,490,600 | 7.43% | $1,899,200 | 7.20% | $1,929,700 | 7.10% |
| Ins./Managed Care Nursing | $1,242,300 | 6.19% | $1,582,200 | 6.00% | $1,606,700 | 5.91% |
| Medicaid Nursing | $9,841,000 | 49.02% | $11,377,300 | 43.11% | $11,230,000 | 41.33% |
| Medicare Nursing | $7,431,300 | 37.02% | $11,409,000 | 43.23% | $12,283,700 | 45.21% |
| VA/Hospice Nursing | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Total Room & Board | $20,005,200 | 99.65% | $26,267,700 | 99.54% | $27,050,100 | 99.55% |
| **Therapy & Other -** | | | | | | |
| Therapy & Ancillary Income | $69,000 | 0.34% | $120,000 | 0.45% | $120,000 | 0.44% |
| Other Income | $1,200 | 0.01% | $1,200 | 0.00% | $1,200 | 0.00% |
| Total Therapy & Other Income | $70,200 | 0.35% | $121,200 | 0.46% | $121,200 | 0.45% |
| **Income Summary -** | | | | | | |
| Total Room & Board Income | $20,005,200 | 99.65% | $26,267,700 | 99.54% | $27,050,100 | 99.55% |
| Total Therapy & Other Income | $70,200 | 0.35% | $121,200 | 0.46% | $121,200 | 0.45% |
| Prior Period Adjustments | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Contractual Adjustments | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Income** | $20,075,400 | 100.00% | $26,388,900 | 100.00% | $27,171,300 | 100.00% |
| **Expenses -** | | | | | | |
| Nursing | $5,091,206 | 25.36% | $7,280,800 | 27.59% | $7,400,800 | 27.24% |
| Contract Nursing | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Dietary | $1,500,466 | 7.47% | $1,500,500 | 5.69% | $1,521,700 | 5.60% |
| Therapy and Ancillary | $1,654,992 | 8.24% | $2,334,400 | 8.85% | $2,349,800 | 8.65% |
| Admin & General | $1,004,855 | 5.01% | $1,084,000 | 4.11% | $1,095,400 | 4.03% |
| Housekeeping and Laundry | $1,121,213 | 5.59% | $1,121,200 | 4.25% | $1,134,000 | 4.17% |
| Activities and Recreation | $326,948 | 1.63% | $438,500 | 1.66% | $444,500 | 1.64% |
| Repairs and Maintenance | $886,015 | 4.41% | $949,600 | 3.60% | $954,200 | 3.51% |
| Utilities | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Bad Debt | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Real Estate Taxes | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| PL/GL Insurance | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Workers Compensation | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Other Insurance | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Provider Bed Tax | $860,100 | 4.28% | $1,019,600 | 3.86% | $1,006,500 | 3.70% |
| Uncateg. Salary & Benefits | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Management Fee | $987,920 | 4.92% | $1,300,515 | 4.93% | $1,335,245 | 4.91% |
| Reserves for Replacements | $64,000 | 0.32% | $64,000 | 0.24% | $64,000 | 0.24% |
| **Total Expenses** | $13,497,715 | 67.24% | $17,093,115 | 64.77% | $17,306,145 | 63.69% |
| **Net Operating Inc.** | $6,577,685 | 32.76% | $9,295,785 | 35.23% | $9,865,155 | 36.31% |

EPIC Rehabilitation and Nursing



Important items relating to the financials are as follows:

- In the table showing the per resident day (prd) figures, the figures for room and board on a per resident day (prd) basis are reflective only of the income and resident days for that payer source. For all other income and expense items, the calculation of the prd figure uses all resident days for all payer sources for that period;
- Any costs associated with mortgage financing, including principal and interest expenses and closing fees, have been excluded;
- Depreciation expenses have been excluded;
- As mentioned above, the proforma was consolidated and did not provide sufficient detail to break out expenses such as utilities, workers' compensation and provider bed tax;
- Contractual adjustments, if any, have been netted against income for the appropriate payer source.

## Forecasted Rates

In order to project income, we will forecast a rate for each of the subject's bed types and payer sources.

### Private Pay Rates

We will first analyze the subject's private pay rates. The following comparables have been researched to perform this analysis. The details for these comparables are referenced in the Addendum of this report.





| No. | Name | City/State | Mi. From Subj. | Beds | Private Bed Per Day | Semi-Priv. Bed Per Day |
|-----|------|------------|----------------|------|---------------------|------------------------|
| 1 | Martine Center for Nuring and Rehabilitation | White Plains, NY | 1.0 | 200 | $1,200.00 | ###### |
| 2 | White Plains Center for Nursing Care | White Plains, NY | 1.0 | 88 | $450.00 | ###### |
| 3 | The Grove at Valhalla Rehabilitation and Nursing Center | Valhalla, NY | 2.0 | 160 | $550.00 | ###### |
| 4 | Tarrytown Hall Care Center | Tarrytown, NY | 6.0 | 120 | $528.00 | ###### |
| 5 | Regal Care at Greenwich | Greenwich, CT | 4.0 | 75 | $500.00 | ###### |
| S | EPIC Rehabilitation and Nursing | White Plains, NY | -- | 160 | $540.00 | ###### |



## Summary of Rental Comparables/Primary Competition

| Item | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| **Identification -** | | | | | | |
| Name | EPIC Rehabilitation and Nursing | Martine Center for Nuring and | White Plains Center for Nursing Care | The Grove at Valhalla Rehabilitation and | Tarrytown Hall Care Center | Regal Care at Greenwich |
| Street Address | 120 Church St | 12 Tibbets Avenue | 220 West Post Road | 61 Grasslands Road | 20 Wood Court | 1188 King Street |
| Municipality | White Plains | White Plains | White Plains | Valhalla | Tarrytown | Greenwich |
| State | New York | New York | New York | New York | New York | Connecticut |
| Zip | 10601 | 10608 | 10606 | 10595 | 10573 | 6831 |
| Phone Number | 914-350-9010 | 914-287-7200 | 914-686-8880 | 914-681-8400 | 914-631-2600 | 203-531-8300 |
| **Physical Description -** | | | | | | |
| Property Type | Nursing Center | Nursing Center | Nursing Center | Nursing Center | Nursing Center | Nursing Center |
| Year Built: | 2019 | 1974 | 1996 | 1990 | 1973 | 1966 |
| Stories | 6 | 6 | 1 | 2 | 5 | 1 |
| Construction Quality | Excellent | Good | Good | Good | Good | Good |
| Overall Condition | Excellent | Good | Good | Good | Good | Good |
| Nursing Beds | 160 | 200 | 88 | 160 | 120 | 75 |
| Occupancy | 25.0% | 100.0% | 100.0% | 96.0% | 94.0% | 97.3% |
| **Nursing Payor Mix -** | | | | | | |
| Private Pay | 7.5% | N/A | 12.4% | 8.1% | 20.3% | 2.5% |
| Ins/Managed Care | 7.5% | N/A | 12.4% | 8.1% | 20.3% | 2.5% |
| Medicaid | 55.0% | N/A | 48.7% | 57.9% | 9.9% | 77.1% |
| Medicare | 30.0% | N/A | 26.4% | 25.9% | 50.3% | 18.0% |
| VA/Hospice | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Private Pay Nursing Rates** | | | | | | |
| Private Bed Per Day | $540.00 | $1,200.00 | $450.00 | $550.00 | $528.00 | $500.00 |
| Semi-Private Bed Per Day | $510.00 | $600.00 | $425.00 | $500.00 | $513.00 | $485.00 |

EPIC Rehabilitation and Nursing



## Adjustment for Concessions

Occasionally, properties may offer reduced rents on specific unit types, but concessions are not standardized or widespread. No adjustments are required.

## Adjustment for Entrance Fees

None of the comparables charge significant upfront entrance fees of $10,000 or more, so no adjustments are required.

## Adjustment for Location

The subject and the comparables are all located in similar areas. No adjustments are needed.

## Adjustment for Age/Condition

The subject and the comparables are all of similar build and vintage. No adjustments are needed.

## Adjustment for Quality

Comparable 1 has considerably superior quality and amenities when compared to the subject property. An adjustment downward by 15% is deemed reasonable.

## Adjustment for Unit Size

In the adjustment grids, we are comparing units of similar size to each subject unit. In the seniors housing market, only large adjustments in size have a measurable impact upon rents. No adjustments are needed.

## Adjustment for Unit Type

In the adjustment grids, we are comparing units of similar type to each subject unit. In the seniors housing market, only large differences in type have a measurable impact upon rents. No adjustments are needed.

## Adjustment for Care

The subject and the comparables all provide all-inclusive care. No adjustments are needed.

## Adjustment for Meals

The subject and the comparables all provide similar meal plans. No adjustments are needed.

## Adjustment for Utilities

The subject and comparables have similar utility structures, requiring no adjustments.

## Adjustment for Housekeeping

The comparables and subject all provide regular housekeeping in the base rates. No adjustments are needed.

EPIC Rehabilitation and Nursing



## Summary of Adjustments

Adjustment grids for each subject unit type follow. In the grids, each subject unit is compared to the most similar unit for each comparable.



## Market Rent Analysis

| Item | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| | | | Nursing - Private | | | |
| Name | EPIC Rehabilitation and Nursing | Martine Center for Nuring and Rehabilitation | White Plains Center for Nursing Care | Valhalla Rehabilitation and Nursing Center | Tarrytown Hall Care Center | Regal Care at Greenwich |
| Unit/Bed Type | Nursing - Private | Nursing - Private | Nursing - Private | Nursing - Private | Nursing - Private | Nursing - Private |
| Rental Rate | $540.00 | $1,200.00 | $450.00 | $550.00 | $528.00 | $500.00 |
| Adjustment for Concessions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Entrance Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Location | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Age/Condition | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Quality/Amenities | $0.00 | -$180.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Unit Size | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Unit Type | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Care | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Meals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Housekeeping | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjusted Rental Rate | $540.00 | $1,005.00 | $450.00 | $550.00 | $528.00 | $500.00 |
| Concluded Market Rate | $540.00 | | | | | |

The comparables' adjusted rental rates range between $450.00 and $1,005.00 per day, with a mean of $606.60 per day. Considering the adjusted rents, the current quoted rental rate of $540.00 per day appears reasonable. We will conclude to a market rate of $540.00 per day.

EPIC Rehabilitation and Nursing



## Market Rent Analysis

| Item | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 |
|---|---|---|---|---|---|---|
| | | | Nursing - Semi-Private | | | |
| Name | EPIC Rehabilitation and Nursing | Martine Center for Nuring and Rehabilitation | White Plains Center for Nursing Care | Valhalla Rehabilitation and Nursing Center | Tarrytown Hall Care Center | Regal Care at Greenwich |
| Unit/Bed Type | Nursing - Semi-Private | Nursing - Semi-Private | Nursing - Semi-Private | Nursing - Semi-Private | Nursing - Semi-Private | Nursing - Semi-Private |
| Rental Rate | $510.00 | $600.00 | $425.00 | $500.00 | $513.00 | $485.00 |
| Adjustment for Concessions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Entrance Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Location | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Age/Condition | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Quality/Amenities | $0.00 | -$90.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Unit Size | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Unit Type | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Care | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Meals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjustment for Housekeeping | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjusted Rental Rate | $510.00 | $495.00 | $425.00 | $500.00 | $513.00 | $485.00 |
| **Concluded Market Rate** | **$510.00** | | | | | |

The comparables' adjusted rental rates range between $425.00 and $513.00 per day, with a mean of $483.60 per day. Considering the adjusted rents, the current quoted rental rate of $510.00 per day appears reasonable. We will conclude to a market rate of $510.00 per day.

EPIC Rehabilitation and Nursing



## Forecast Private Pay Rates

Our concluded private pay market rental rates are as follows:

### Market Rents

| Unit/Bed Type | Rental Basis | Concluded Market Rent |
|---|---|---|
| Nursing - Private | Daily | $540.00 |
| Nursing - Semi-Private | Daily | $510.00 |

We have also considered the subject's forecasted collected private pay income. This is a better measure of achievable private pay income going forward, as it is reflective of discounts, concessions, and mix between the various unit/bed types. The budgeted collections are shown below:

### Private Pay Nursing

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $1,490,600 | $1,899,200 | $1,929,700 | $1,334,433 | $321,687 | $2,167,487 | $409,157 | $1,058,191 | $1,953,278 |
| Income PRD | $480.06 | $468.71 | $473.78 | $429.91 | $565.36 | $391.74 | $431.60 | $454.65 | $513.75 |
| Income % | 7.4% | 7.2% | 7.1% | 5.4% | 2.1% | 11.8% | 5.5% | 6.2% | 7.5% |

The most weight is given to the quoted asking rents which appear to be reasonable and consistent with market. Based upon the previously concluded private pay rates and the data above, our concluded average private pay rate is $513.75 for the subject.

## Insurance/Managed Care Rate

The subject has contracts in place with various insurance companies, managed care organizations, and other health care organizations. Rates for these are typically negotiated on an individual basis, and vary from contract to contract. Therefore, the budgeted average rate, as shown below, is given considerable weight in forecasting the appropriate rate for Insurance/Managed Care:

### Ins./Managed Care Nursing

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $1,242,300 | $1,582,200 | $1,606,700 | $1,477,148 | $1,555,421 | $1,788,534 | $25,260 | $1,211,591 | $1,716,275 |
| Income PRD | $400.10 | $390.47 | $394.48 | $426.43 | $447.73 | $449.49 | $467.78 | $447.86 | $395.00 |
| Income % | 6.2% | 6.0% | 5.9% | 6.0% | 10.0% | 9.8% | 0.3% | 6.5% | 6.6% |

We will forecast a rate of $395.00 per day. This is based upon the proforma estimates provided for the subject.

## Medicaid Nursing Rate

Nursing facility reimbursements are based on the components as follows:

- Direct Care Staff: this cost component covers compensation for employee and contract labor, including nursing (RNs), directors and assistant directors of nursing, licensed vocational nurses, medication aides, and certified nurse's aides, performing nurse-related functions for Medicaid contracted beds.

EPIC Rehabilitation and Nursing



- <u>Other Recipient Care</u>: this cost component includes medical supplies; social and activities wages, benefits, and supplies; laundry and housekeeping wages, benefits, and supplies; resident consultant and contracted services; and other non-medical ancillary expenses.
- <u>Dietary</u>: this cost component includes food, dietary equipment and supplies, food service, ancillary therapy supplements, and dietitian wages and benefits.
- <u>General/Administrative</u>: this cost component includes administrative, clerical, and maintenance salaries and benefits; management fees; insurance costs, excluding liability insurance; administrative supplies; advertising, travel and educational expenses; and central office expenses.
- <u>Fixed Capital Asset:</u> this cost component includes facility and building equipment expenses, lease/rental expenses, mortgage interest, leasehold improvement authorization, building equipment expenses, and land improvement depreciation.

The subject's budgeted revenue from Medicaid is as follows:

### Medicaid Nursing

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $9,841,000 | $11,377,300 | $11,230,000 | $10,671,506 | $10,085,842 | $2,622,020 | $5,775,613 | $7,288,745 | $10,889,539 |
| Income PRD | $379.74 | $382.95 | $386.47 | $334.12 | $297.38 | $207.54 | $268.28 | $276.83 | $364.54 |
| Income % | 49.0% | 43.1% | 41.3% | 43.0% | 65.0% | 14.3% | 78.0% | 50.1% | 41.7% |

In addition to the preceding, we have obtained and reviewed the subject's current Medicaid rate letter. This notes the subject to have a rate of $364.54 per day. We are not aware of any pending changes to the subject's Medicaid rate. Therefore, we will use the current rate in our forecast.

## Medicare Nursing Rate

Medicare reimbursement for nursing facilities consists of two parts:

**Medicare Part A:** Provides payment for post-hospital care in a Medicare certified nursing facility. Medicare Part A may provide payment for post-hospital care in a nursing facility for up to 100 days if Medicare coverage requirements, or "the 5 rules", are met. A resident is entitled to full coverage for the first 20 days; from the 21st day through the 100th day, Medicare pays for all covered services except a daily co pay amount for which the resident is responsible. That means the resident has to pay the co pay either with his or her own money or, if eligible, through Medicaid or private insurance (i.e. medi-gap policy). A nursing facility resident will not be entitled to any Medicare Part A coverage unless he or she is admitted to a nursing facility within 30 days following a 3-day hospital stay. Medicare certified nursing facilities are reimbursed for providing nursing facilities stays based upon the Prospective Payment System (PPS).

**Medicare Part B:** Seniors are required to enroll in Medicare Part B. Medicare, which pays for doctors' services, outpatient hospital care, and some other medical services that Part A does

EPIC Rehabilitation and Nursing



not cover, such as the services of physical and occupational therapists, and some home health care. Part B helps pay for these covered services and supplies when they are medically necessary.

The Balanced Budget Act of 1997 mandated the implementation of a per diem prospective payment system (PPS) for skilled nursing facilities which covers all routine, ancillary, and capital costs related to the services furnished to beneficiaries under Part A of the Medicare program. In essence, residents are assigned a rate based upon the amount of care required to care for them. Residents with higher care needs are assigned higher rates. Thus, the average Medicare rate for a facility will vary from period to period, as residents at different care levels are housed and cared for.

The rate classifications system used is Resource Utilization Groups IV (RUG IV). The RUG rates are set based upon data from resident assessments (MDS 2.0) and relative weights developed from staff time data. The labor portion of the rate is adjusted for geographic variation in wages.

Medicare rates are subject to change on a fiscal year basis. The fiscal year starts October 1.

Significant changes have been as follows:

<u>Fiscal Year Beginning October 1, 2002</u>

Implementation of the PPS system resulted in cuts far deeper than intended by Congress. Thus, in 1999 and 2000, Congress temporarily restored some of the funds. However, Congress did not extend the add-ons, resulting in funding for Medicare Part A being cut by about 17%. This was partially offset by the annual market basket increase. The significant decline in rates that occurred at this time has been referred to as the Medicare cliff and has been blamed for the rash of bankruptcies in the sector that occurred over the years that followed.

<u>Fiscal Year Beginning October 1, 2005</u>

On July 28, 2005 Centers for Medicare and Medicaid Services (CMS) announced an increase in Medicare rates for skilled nursing facilities by $20 million in 2006, an improvement over earlier forecasts that predicted no increase for long-term care providers. In the final rule, CMS introduced nine new payment categories to the current system, increasing the number of categories from 44 to 53. While these refinements triggered the elimination of temporary add-on payments as Congress directed in the BBRA, the final rule included other changes which served to at least partially balance the loss of the temporary add-on payments. CMS increased the rates for all RUG groups to reflect variations in non-therapy ancillary costs not fully captured in the RUG refinements. This adjustment increased the case mix weight that applied to both nursing and non-therapy ancillary costs, and increased aggregate payments by about 3%. This was a permanent payment increase that was integrated into the base line spending levels.

The RUG refinements were implemented on January 1, 2006, which was the second quarter of 2006. Payments for the first quarter of the fiscal year (October 1, 2005 through December 31, 2005)

EPIC Rehabilitation and Nursing



reflected the continuation of the temporary add-on payments. Payments for the balance of the fiscal year reflected the new policy.

Fiscal Year Beginning October 1, 2010

CMS approved a 1.7% market basket increase to the federal rates over the FY 2010 rates. The increase was actually calculated at 2.3% but was automatically reduced by 0.6% to reflect overpayments that were made in FY 2009. This adjustment was calculated annually to correct for assumptions made in previous fiscal years. The net increase resulted in what was estimated at the time to be a $542 million increase in additional payments to skilled nursing facilities in FY 2011.

In addition, the conversion from RUG III to RUG IV was implemented effective October 1, 2010. As noted below, this had the unintended benefit of creating a sharp increase in average Medicare rates for many facilities.

Fiscal Year Beginning October 1, 2017

On July 31, 2017, CMS issued a final rule outlining Fiscal Year 2018 Medicare payment rates and quality programs for skilled nursing facilities. Policies in the final rule continued to build on the commitment to shift Medicare payments from volume to value, with continued implementation of the SNF Value-Based Purchasing (VBP) program. The final rule also finalized an updated performance period for the National Healthcare Safety Network (NHSN) Healthcare Personnel (HCP) Influenza Vaccination Reporting Measure included in the End Stage Renal Disease (ESRD) Quality Incentive Program (QIP) for Payment Year 2020. Based on changes contained within this final rule, CMS projected aggregate payments to SNFs will increase in FY 2018 by $370 million, or 1.0 percent, from payments in FY 2017. This estimated increase was attributable to a 1.0 percent market basket increase required by section 411(a) of the Medicare Access and CHIP Reauthorization Act of 2015 (MACRA). In addition, under the SNF QRP, SNFs that fail to submit the required quality data to CMS will be subject to a 2% point reduction to the otherwise applicable annual market basket percentage update with respect to that fiscal year.

Fiscal Year Beginning October 1, 2018

In 2018, CMS proposed an increase to the FY 2019 rates of 2.4%, as mandated by the Bipartisan Budget Act of 2018. It was reported that without this legislation, the update would have been 1.9%. According to a report by Reed Smith, LLP, the update is reduced by 2% for nursing facilities that do not submit the required quality data under the new Quality Reporting Program, or QRP. No additional QRP measures are currently proposed, rather, the CMS is in favor of potentially removing some prior measures after a cost benefit analysis. As part of the announcements, the CMS is proposing a new rate structure for Medicare payments, based on resident needs rather than therapy needs. In short, the proposed Patient Driven Payment Model (PDPM) would identify and adjust the following five case-mix components to characterize a resident's care: Physical Therapy (PT),

EPIC Rehabilitation and Nursing



Occupational Therapy (OT), Speech-Language Pathology, Non-Therapy Ancillary (NTA), and Nursing. Within these components, the patient is assigned to one of 10 clinical categories based on their primary diagnosis (determined by ICD-10 codes recorded in MDS item I8000). CMS would apply variable per diem payment adjustments to account for changes in resource use over the course of a stay for the PT, OT, and NTA components. The sum of each of five components would be combined with the non-case-mix component to determine the full SNF PPS per diem rate for that resident. CMS implemented the PDPM effective October 1, 2019, or FY 2020.

Budget Control Act of 2011

On August 2, 2011, President Obama signed into law the Budget Control Act, which increased the nation's debt ceiling. This law also created a condition that if Congress did not reach a bipartisan debt-reduction deal by January 1, 2013, it would automatically trigger a $1.2 trillion deficit reduction over 10 years that would impact several branches of the federal government. This budget sequestration (known as the "Fiscal Cliff") would result in a two percent across-the-board Medicare payment reduction. Effective January 2, 2013, the Administration and Congress agreed to the American Taxpayer Relief Act of 2012, which precluded the nation from going over the Fiscal Cliff. However, the two percent reduction was only suspended for two months and will be implemented if Congress and the President do not come to terms on a deal to increase the nation's debt ceiling by March 1, 2013. This did not occur, and the sequestration occurred on March 1, 2013.

In December 2013, Congress was able to achieve a bipartisan federal budget compromise, which the President signed on December 26, 2013. Under this compromise, the 2.0% reduction was extended until 2023. The Budget Control Act (BCA) of 2011 imposed caps on discretionary programs that will reduce their funding by more than $1 trillion over the ten years from 2012 through 2021, relative to the Congressional Budget Office (CBO) baseline from 2010. Medicare payments to providers and health insurance plans will continue to be cut by 2.0%; in other words, for the entire nine-year period 2013-2023, providers and plans will be paid 98 cents on the dollar.

Value-Based Purchasing (VBP)

The skilled nursing facility Value-Based Purchasing (VBP) Program took effect on October 1, 2018 and affects reimbursement payments beginning October 1, 2019. The program rewards skilled nursing facilities with incentive payments based on the quality of care they provide to Medicare beneficiaries as measured by hospital readmissions. This form of payment holds health care providers accountable for both the cost and quality of care they provide. It attempts to reduce inappropriate care and to identify and reward the best-performing providers. In May 2019, CMS released the first VBP multipliers for all skilled nursing facilities receiving Medicare Part A reimbursements.

EPIC Rehabilitation and Nursing



Patient Driven Payment Model (PDPM)

The main aspects of the PDPM model are as follows:

- Overhauls Medicare Part A only

- Categorizes and reimburses based upon patient characteristics versus therapy minutes

- Budget neutral in aggregate as $500 million reimbursement cut to rehabilitation is added to nursing care; however, this is for CMS only, and not for individual providers

- Targets overutilization of therapy services

- Final rule published on July 31, 2018 and was implemented on October 1, 2019

It is the consensus in the industry that most skilled nursing providers are confident that impacts can be mitigated. While there will ultimately potentially be some winners and losers through the new PDPM system from a revenue perspective, there are ways that operators can mitigate any negative net operating income impact.  Prudent operators have been performing training and implementing systems to make operational behavioral and resident case mix changes to accommodate to PDPM. For facilities that might experience a reduction in Medicare revenue, these operators have the opportunity to offset the reduced revenue through a reduction of therapy expenses because now operators will be able to provide more treatment to more patients through group and concurrent modes of treatment.

Given PDPM is expected to be budget neutral and consensus is that PDPM impacts can be mitigated, we are not forecasting a change to the Medicare revenue. While there is potential for the Medicare revenue to be impacted, this impact would likely be offset through a reduction in operating expenses. Consideration is also given to the overall capitalization rate. Given the subject is a newly constructed property, historical data was not available to forecast Medicare revenue. The operator's proforma is forecasting an average daily rate of $694.00 , $704.00 , and $717.97  for Years 1, 2, and 3. This is supported by the comparables with a range of $497.19 to $748.69 per day and an average of $585.07 per day.



The Budget Control Act (BCA) of 2011 imposed caps on discretionary programs that will reduce their funding by more than $1 trillion over the ten years from 2012 through 2021, relative to the Congressional Budget Office (CBO) baseline from 2010. Medicare payments to providers and health insurance plans will continue to be cut by 2.0%; in other words, for the entire nine-year period 2013-2023, providers and plans will be paid 98 cents on the dollar.

Given this, we forecasted a Medicare rate for the subject of $700.00 per resident day for our pro forma. Considering the subject property is the newest in the market and is superior to the existing supply, they are able to provide services to cater to a high short-term Medicare residents. Additionally, the subject will have a strong relationship with the nearby White Plains Hospital and has the capabilities to achieve the forecast Medicare census mix. This is for Medicare Part A only - Medicare Part B is forecast separately.

The subject's budgeted and forecasted Medicare income, census and average rate is as follows:

### Medicare Nursing

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $7,431,300 | $11,409,000 | $12,283,700 | $9,335,334 | $3,169,366 | $11,346,391 | $732,515 | $6,145,902 | $11,405,800 |
| Income PRD | $694.00 | $704.00 | $717.97 | $750.49 | $502.04 | $707.38 | $501.72 | $615.41 | $700.00 |
| Income % | 37.0% | 43.2% | 45.2% | 37.6% | 20.4% | 62.0% | 9.9% | 32.5% | 43.7% |

## VA/Hospice Nursing Rate

The subject is forecasting no revenue from VA/ Hospice and therefore this analysis estimates no income to this payor source.

## Therapy, Ancillary, and Other Income

The subject is forecasting to generate income from therapies, including Medicare Part B, and ancillary services. Historical and forecasted income is as follows:

### Therapy & Ancillary Income

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $69,000 | $120,000 | $120,000 | $740,197 | $390,114 | $378,085 | $251,684 | $440,020 | $119,489 |
| Income PRD | $1.61 | $2.22 | $2.21 | $13.34 | $8.81 | $9.90 | $10.15 | $10.55 | $2.20 |
| Income % | 0.3% | 0.5% | 0.4% | 3.0% | 2.5% | 2.1% | 3.4% | 2.7% | 0.5% |

### Other Income

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $1,200 | $1,200 | $1,200 | $917 | $0 | $0 | $0 | $229 | $0 |
| Income PRD | $0.03 | $0.02 | $0.02 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |



## Prior Period and Contractual Adjustments

Contractual adjustments, if any, have been netted against income for the appropriate payer source. Prior period adjustments are generally accounting adjustments and are not typically forecast in budgets or pro forma. We will forecast no prior period adjustments in our pro forma.

# Projected Census and Occupancy for the Subject

## National Occupancy Data

NIC MAP reports the following occupancy levels for the recent past in 99 primary and secondary markets. These are indicative of national trends.



## Proforma Data

The operator's forecast of occupancy has been as follows:

EPIC Rehabilitation and Nursing



## Payor Mix and Projected Resident Day Occupancy

| Payor Source | Year 1 | | Year 2 | | Year 3 | |
|---|---|---|---|---|---|---|
| | Days | % | Days | % | Days | % |
| Private Pay Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Ins./Managed Care Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Medicaid Nursing | 25,915 | 60.5% | 29,710 | 55.0% | 29,058 | 53.5% |
| Medicare Nursing | 10,708 | 25.0% | 16,206 | 30.0% | 17,109 | 31.5% |
| VA/Hospice Nursing | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total | 42,833 | 100.0% | 54,020 | 100.0% | 54,313 | 100.0% |
| | | | | | | |
| Available (Operating) Beds | 160 | | 160 | | 160 | |
| Available Res. Days | 58,400 | | 58,400 | | 58,400 | |
| Occupancy Rate | 73.3% | | 92.5% | | 93.0% | |

The most recent census reported by management indicated the census was 40, equating to occupancy of 25.0% (based upon 160 operating beds). As of the most recent census report provided, the current mix is 22.38% Medicaid, 67% Medicare, 4.5% Private Pay, and the remaining insurance/ managed care. This supports the projections for a high Medicare census as the subject is already occupied by a majority Medicare residents.

## Market Occupancy

Our survey of the most competitive properties revealed the following occupancy levels.

### Occupancy for Primary Competition

| Comp | Name | Occupancy |
|---|---|---|
| 1 | Martine Center for Nuring and Rehabilitation | 100.0% |
| 2 | White Plains Center for Nursing Care | 100.0% |
| 3 | The Grove at Valhalla Rehabilitation and | 96.0% |
| 4 | Tarrytown Hall Care Center | 94.0% |
| 5 | Regal Care at Greenwich | 97.3% |

## Occupancy Conclusion

However, there is current uncertainty on the likelihood if the subject could stabilized by April 3, 2022 given the current situation with COVID-19 and its affects specifically on the seniors housing industry. Given the current situation and difficulties it causes, we have prolonged the expected lease up to stabilization slightly. Considering the subject's forecasted occupancy levels, the occupancy levels of the competing properties in the market, and the subject's overall market appeal, occupancy is forecast at 93.0%. The stabilized occupancy forecast is based upon anticipated physical occupancy. In addition, we will deduct a bad debt expense to account for collection losses.

EPIC Rehabilitation and Nursing



## Payor Mix

In terms of payor mix, the subject's forecasted mix is as follows:

**Payor Mix**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Private Pay Nursing | 7.2% | 7.5% | 7.5% | 5.6% | 1.3% | 14.5% | 3.8% | 6.3% | 7.0% |
| Ins./Managed Care Nursing | 7.2% | 7.5% | 7.5% | 6.2% | 7.8% | 10.4% | 0.2% | 6.2% | 8.0% |
| Medicaid Nursing | 60.5% | 55.0% | 53.5% | 57.6% | 76.6% | 33.1% | 86.8% | 63.5% | 55.0% |
| Medicare Nursing | 25.0% | 30.0% | 31.5% | 22.4% | 14.3% | 42.0% | 5.9% | 21.1% | 30.0% |
| VA/Hospice Nursing | 0.0% | 0.0% | 0.0% | 8.2% | 0.0% | 0.0% | 3.3% | 2.9% | 0.0% |

Given no current operating data was available at the time of the appraisal, this analysis places weight on the forecast census mix which is supported by the market extracted data.

## Effective Gross Income

Using the concluded rates, occupancy, and payor mix, total effective gross income for the subject is as follows:

**Pro Forma Effective Gross Income**

| Payor Type | % | Gross Potential Resident Days for Payor (Rounded) | Net Resident Days for Payor (Rounded) | Daily Rate | Annual Gross Potential Income | Annual Effective Gross Income |
|---|---|---|---|---|---|---|
| Private Pay Nursing | 7.0% | 4,088 | 3,802 | $513.75 | $2,100,210 | $1,953,278 |
| Ins./Managed Care Nursing | 8.0% | 4,672 | 4,345 | $395.00 | $1,845,440 | $1,716,275 |
| Medicaid Nursing | 55.0% | 32,120 | 29,872 | $364.54 | $11,709,025 | $10,889,539 |
| Medicare Nursing | 30.0% | 17,520 | 16,294 | $700.00 | $12,264,000 | $11,405,800 |
| VA/Hospice Nursing | 0.0% | 0 | 0 | $0.00 | $0 | $0 |
| Totals | 100.0% | 58,400 | 54,313 | | $27,918,675 | $25,964,891 |
| Therapy & Ancillary Income | | | 54,313 | $2.20 | | $119,489 |
| Other Income | | | 54,313 | $0.00 | | $0 |
| Prior Period Adjustments | | | 54,313 | $0.00 | | $0 |
| Contractual Adjustments | | | 54,313 | $0.00 | | $0 |
| **Total Effective Gross Income** | | | | | | **$26,084,380** |

Our estimate is compared to the subject's forecasted results below:

**Total Effective Gross Income**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Income in $ | $20,075,400 | $26,388,900 | $27,171,300 | $24,805,247 | $15,522,430 | $18,302,518 | $7,407,264 | $16,509,364 | $26,084,380 |
| Income PRD | $468.69 | $488.50 | $500.27 | $447.18 | $350.62 | $479.30 | $298.61 | $393.92 | $480.26 |
| Income % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

We have reconciled to an EGI that is considered reasonable against the provided proforma. It is recognized that the proforma financials for Years 2 and 3 are in inflated future dollars while the As Is indication is determined based on current dollars.



## Operating Expenses

We will now forecast operating expenses for the subject on a stabilized basis. Labor and supply costs are expected to increase in the short-term due to the COVID-19 situation. We have discussed these increased costs with the operator which are considered to be atypical and have reconciled in line with the expense comparables and the proforma provided.

## Income and Expense Comparables

In forecasting income and expenses, we will rely upon the subject's figures. We will also rely upon expense data derived from four Income and Expense Comparables. The expense data has been trended to the current year at an annual rate of 3.00% per year. The expense comparables are profiled as follows (with trended financial data shown):



## Income and Expense Comparables

| Item | Comparable Number 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| City | Valhalla | Hurricane | Holmdel | Kingston |
| State | New York | West Virginia | New Jersey | West Virginia |
| Operating Beds | 160 | 124 | 130 | 69 |
| Potential Res. Days | 58,400 | 45,260 | 47,450 | 25,185 |
| Actual Res. Days | 55,471 | 44,272 | 38,186 | 24,806 |
| Occupancy % | 95.0% | 97.8% | 80.5% | 98.5% |
| Payor Mix% | | | | |
| Private Pay Nursing | 5.6% | 1.3% | 14.5% | 3.8% |
| Ins./Managed Care Nursing | 6.2% | 7.8% | 10.4% | 0.2% |
| Medicaid Nursing | 57.6% | 76.6% | 33.1% | 86.8% |
| Medicare Nursing | 22.4% | 14.3% | 42.0% | 5.9% |
| VA/Hospice Nursing | 8.2% | 0.0% | 0.0% | 3.3% |

| ITEM | $ | PRD | % | $ | PRD | % | $ | PRD | % | $ | PRD | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income -** | | | | | | | | | | | | |
| **Room & Board -** | | | | | | | | | | | | |
| Private Pay Nursing | $1,334,433 | $429.91 | 5.4% | $321,687 | $565.36 | 2.1% | $2,167,487 | $391.74 | 11.8% | $409,157 | $431.60 | 5.5% |
| Ins./Managed Care Nursing | $1,477,148 | $426.43 | 6.0% | $1,555,421 | $447.73 | 10.0% | $1,788,534 | $449.49 | 9.8% | $25,260 | $467.78 | 0.3% |
| Medicaid Nursing | $10,671,506 | $334.12 | 43.0% | $10,085,842 | $297.38 | 65.0% | $2,622,020 | $207.54 | 14.3% | $5,775,613 | $268.28 | 78.0% |
| Medicare Nursing | $9,335,334 | $750.49 | 37.6% | $3,169,366 | $502.04 | 20.4% | $11,346,391 | $707.38 | 62.0% | $732,515 | $501.72 | 9.9% |
| VA/Hospice Nursing | $1,245,712 | $275.30 | 5.0% | $0.00 | $0.00 | 0.0% | $0.00 | $0.00 | 0.0% | $213,034 | $261.07 | 2.9% |
| Total Room & Board | $24,064,134 | $433.81 | 97.0% | $15,132,316 | $341.80 | 97.5% | $17,924,433 | $469.40 | 97.9% | $7,155,580 | $288.46 | 96.6% |
| **Therapy & Other -** | | | | | | | | | | | | |
| Therapy & Ancillary Income | $740,197 | $13.34 | 3.0% | $390,114 | $8.81 | 2.5% | $378,085 | $9.90 | 2.1% | $251,684 | $10.15 | 3.4% |
| Other Income | $917 | $0.02 | 0.0% | $0.00 | $0.00 | 0.0% | $0.00 | $0.00 | 0.0% | $0.00 | $0.00 | 0.0% |
| Total Therapy & Other Income | $741,113 | $13.36 | 3.0% | $390,114 | $8.81 | 2.5% | $378,085 | $9.90 | 2.1% | $251,684 | $10.15 | 3.4% |
| **Income Summary -** | | | | | | | | | | | | |
| Total Room & Board Income | $24,064,134 | $433.81 | 97.0% | $15,132,316 | $341.80 | 97.5% | $17,924,433 | $469.40 | 97.9% | $7,155,580 | $288.46 | 96.6% |
| Total Therapy & Other Income | $741,113 | $13.36 | 3.0% | $390,114 | $8.81 | 2.5% | $378,085 | $9.90 | 2.1% | $251,684 | $10.15 | 3.4% |
| Prior Period Adjustments | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% |
| Contractual Adjustments | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% |
| Total Income | $24,805,247 | $447.18 | 100.0% | $15,522,430 | $350.62 | 100.0% | $18,302,518 | $479.30 | 100.0% | $7,407,264 | $298.61 | 100.0% |
| **Expenses -** | | | | | | | | | | | | |
| Nursing | $6,571,107 | $118.46 | 26.5% | $3,439,143 | $77.68 | 22.2% | $4,319,167 | $113.11 | 23.6% | $1,858,619 | $74.93 | 25.1% |
| Contract Nursing | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% |
| Dietary | $1,630,177 | $29.39 | 6.6% | $720,578 | $16.28 | 4.6% | $857,874 | $22.47 | 4.7% | $387,838 | $15.63 | 5.2% |
| Therapy and Ancillary | $2,357,049 | $42.49 | 9.5% | $1,525,860 | $34.47 | 9.8% | $3,389,106 | $88.75 | 18.5% | $545,509 | $21.99 | 7.4% |
| Admin & General | $1,484,572 | $26.76 | 6.0% | $431,047 | $9.74 | 2.8% | $1,151,176 | $30.15 | 6.3% | $365,528 | $14.74 | 4.9% |
| Housekeeping and Laundry | $1,007,076 | $18.15 | 4.1% | $432,405 | $9.77 | 2.8% | $436,324 | $11.43 | 2.4% | $246,709 | $9.95 | 3.3% |
| Activities and Recreation | $195,874 | $3.53 | 0.8% | $360,512 | $8.14 | 2.3% | $338,630 | $8.87 | 1.9% | $159,216 | $6.42 | 2.1% |
| Repairs and Maintenance | $310,473 | $5.60 | 1.3% | $282,283 | $6.38 | 1.8% | $267,414 | $7.00 | 1.5% | $95,120 | $3.83 | 1.3% |
| Utilities | $564,328 | $10.17 | 2.3% | $203,975 | $4.61 | 1.3% | $177,278 | $4.64 | 1.0% | $81,581 | $3.29 | 1.1% |
| Bad Debt | $0 | $0.00 | 0.0% | $229,725 | $5.19 | 1.5% | $274,381 | $7.19 | 1.5% | $36,622 | $1.48 | 0.5% |
| Real Estate Taxes | $768,408 | $13.85 | 3.1% | $53,162 | $1.20 | 0.3% | $147,652 | $3.87 | 0.8% | $22,980 | $0.93 | 0.3% |
| PL/GL Insurance | $156,711 | $2.83 | 0.6% | $559,668 | $12.64 | 3.6% | $257,931 | $6.75 | 1.4% | $293,560 | $11.83 | 4.0% |
| Workers Compensation | $0 | $0.00 | 0.0% | $88,255 | $1.99 | 0.6% | $0 | $0.00 | 0.0% | $77,698 | $3.13 | 1.0% |
| Other Insurance | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% |
| Provider Bed Tax | $830,439 | $14.97 | 3.3% | $693,627 | $15.67 | 4.5% | $266,000 | $6.97 | 1.5% | $332,316 | $13.40 | 4.5% |
| Uncateg. Salary & Benefits | $2,974,497 | $53.62 | 12.0% | $506,995 | $11.45 | 3.3% | $1,548,211 | $40.54 | 8.5% | $274,174 | $11.05 | 3.7% |
| Management Fee | $899,029 | $16.21 | 3.6% | $678,526 | $15.33 | 4.4% | $732,101 | $19.17 | 4.0% | $330,361 | $13.32 | 4.5% |
| Reserves for Replacements | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% | $0 | $0.00 | 0.0% |
| Total Expenses | **$19,749,740** | $356.04 | 79.6% | **$10,205,761** | $230.52 | 65.7% | **$14,163,245** | $370.90 | 77.4% | **$5,107,831** | $205.91 | 69.0% |

## Nursing Expense

This expense includes nursing labor, payroll taxes, benefits, and other costs associated with the nursing and care staff. The subject's expense relative to the comparables, expressed on a per resident day basis, is as follows:

### Nursing

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $5,091,206 | $7,280,800 | $7,400,800 | $6,571,107 | $3,439,143 | $4,319,167 | $1,858,619 | $4,047,009 | $7,169,316 |
| Expense PRD | $118.86 | $134.78 | $136.26 | $118.46 | $77.68 | $113.11 | $74.93 | $96.04 | $132.00 |
| Expense % | 25.4% | 27.6% | 27.2% | 26.5% | 22.2% | 23.6% | 25.1% | 24.3% | 27.5% |

EPIC Rehabilitation and Nursing



Our forecast is $132.00 per resident day, based upon the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Contract Nursing

The subject has not forecast a Contract Nursing expense in the proforma provided, so none is forecast.

## Dietary

Dietary expenses include wages and benefits for the food preparation and serving staff, wages and benefits for dishwashers, raw food, and supplies such as utensils and napkins. These expenses are highly variable, and are best analyzed on a per resident day basis.

### Dietary

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $1,500,466 | $1,500,500 | $1,521,700 | $1,630,177 | $720,578 | $857,874 | $387,838 | $899,117 | $1,493,608 |
| Expense PRD | $35.03 | $27.78 | $28.02 | $29.39 | $16.28 | $22.47 | $15.63 | $20.94 | $27.50 |
| Expense % | 7.5% | 5.7% | 5.6% | 6.6% | 4.6% | 4.7% | 5.2% | 5.3% | 5.7% |

Our total forecasted expense for this department is $27.50 per resident day, which is reasonable in comparison to the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Therapy and Ancillary

This category includes expenses paid to therapy staff and to outside contract therapy agencies. As this expense is highly variable, it is best analyzed on a per resident day basis.

### Therapy and Ancillary

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $1,654,992 | $2,334,400 | $2,349,800 | $2,357,049 | $1,525,860 | $3,389,106 | $545,509 | $1,954,381 | $2,444,085 |
| Expense PRD | $38.64 | $43.21 | $43.26 | $42.49 | $34.47 | $88.75 | $21.99 | $46.93 | $45.00 |
| Expense % | 8.2% | 8.8% | 8.6% | 9.5% | 9.8% | 18.5% | 7.4% | 11.3% | 9.4% |

Our forecast is $45.00 per resident day, based upon the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Administrative & General

This expense includes a broad range of expenses for expenditures needed to operate the facility, but not directly related to the care or providing of services to residents, or the maintenance and operation of the building. Administrative and General expenses include administrative salaries, office salaries, legal expenses, office supplies, dues and subscriptions, licenses, office equipment rental, bank charges, educational costs, telephone, and advertising and marketing costs. This expense is somewhat variable.

EPIC Rehabilitation and Nursing



**Admin & General**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $1,004,855 | $1,084,000 | $1,095,400 | $1,484,572 | $431,047 | $1,151,176 | $365,528 | $858,081 | $1,303,512 |
| Expense PRD | $23.46 | $20.07 | $20.17 | $26.76 | $9.74 | $30.15 | $14.74 | $20.35 | $24.00 |
| Expense % | 5.0% | 4.1% | 4.0% | 6.0% | 2.8% | 6.3% | 4.9% | 5.0% | 5.0% |

Our forecast is $24.00 per resident day, based upon the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Housekeeping and Laundry

Items in this department include wages and benefits for the housekeeping and laundry staff, cleaning supplies, and linens. These expenses are variable, and are best analyzed on a per resident day basis.

**Housekeeping and Laundry**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $1,121,213 | $1,121,200 | $1,134,000 | $1,007,076 | $432,405 | $436,324 | $246,709 | $530,628 | $869,008 |
| Expense PRD | $26.18 | $20.76 | $20.88 | $18.15 | $9.77 | $11.43 | $9.95 | $12.32 | $16.00 |
| Expense % | 5.6% | 4.2% | 4.2% | 4.1% | 2.8% | 2.4% | 3.3% | 3.1% | 3.3% |

Our total forecasted expense for this department is $16.00 per resident day, which is reasonable in comparison to the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Activities and Recreation

This expense includes the cost of activities, recreation, and the costs for staff associated with this department.

**Activities and Recreation**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $326,948 | $438,500 | $444,500 | $195,874 | $360,512 | $338,630 | $159,216 | $263,558 | $439,935 |
| Expense PRD | $7.63 | $8.12 | $8.18 | $3.53 | $8.14 | $8.87 | $6.42 | $6.74 | $8.10 |
| Expense % | 1.6% | 1.7% | 1.6% | 0.8% | 2.3% | 1.9% | 2.1% | 1.8% | 1.7% |

Our forecast is $8.10 per resident day, based upon the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Repairs and Maintenance

This expense relates to the repair and maintenance of the physical facility. It includes contracted services such as landscaping, salaries and benefits for the maintenance staff, and supplies used by the maintenance staff.



**Repairs and Maintenance**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $886,015 | $949,600 | $954,200 | $310,473 | $282,283 | $267,414 | $95,120 | $238,822 | $380,191 |
| Expense PRD | $20.69 | $17.58 | $17.57 | $5.60 | $6.38 | $7.00 | $3.83 | $5.70 | $7.00 |
| Expense % | 4.4% | 3.6% | 3.5% | 1.3% | 1.8% | 1.5% | 1.3% | 1.5% | 1.5% |

Our forecast is $7.00 per resident day, based upon the provided proforma and expense comparables. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Utilities

This expense covers the cost of electricity, natural gas, water, sewer and cable television.

**Utilities**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $0 | $0 | $0 | $564,328 | $203,975 | $177,278 | $81,581 | $256,790 | $342,172 |
| Expense PRD | $0.00 | $0.00 | $0.00 | $10.17 | $4.61 | $4.64 | $3.29 | $5.68 | $6.30 |
| Expense % | 0.0% | 0.0% | 0.0% | 2.3% | 1.3% | 1.0% | 1.1% | 1.4% | 1.3% |

Our forecast is $6.30 per resident day, based upon the provided proforma and expense comparables. The proforma provided included utilities expenses under repairs and maintenance. Our forecast falls within the range of the comparables on a per diem and percent of income basis, and is well supported by the comparables.

## Bad Debt Expense

This expense is to account for previously billed revenue, expensed as bad debt in the period analyzed. Accounting procedures vary from operator to operator. Bad debt for the subject and comparables as a percent of EGI has been as follows:

**Bad Debt**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $0 | $0 | $0 | $0 | $229,725 | $274,381 | $36,622 | $135,182 | $391,266 |
| Expense PRD | $0.00 | $0.00 | $0.00 | $0.00 | $5.19 | $7.19 | $1.48 | $3.46 | $7.20 |
| Expense % | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% | 1.5% | 0.5% | 0.9% | 1.5% |

Considering this, we will forecast the bad debt expense at 1.50% of total effective gross income.

## Real Estate Tax Expense

Real estate taxes were discussed in the Ad Valorem tax section of this report.

**Real Estate Taxes**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Expense in $ | $0 | $0 | $0 | $768,408 | $53,162 | $147,652 | $22,980 | $248,051 | $802,893 |
| Expense PRD | $0.00 | $0.00 | $0.00 | $13.85 | $1.20 | $3.87 | $0.93 | $4.96 | $14.78 |
| Expense % | 0.0% | 0.0% | 0.0% | 3.1% | 0.3% | 0.8% | 0.3% | 1.1% | 3.1% |

The real estate tax expense is also included under the repairs and maintenance expense department. The forecast expense is $802,893.



## PL/GL Insurance Expense

PL/GL Insurance is the cost of professional and general liability insurance for the property. Data for the subject and comparables is as follows:

**PL/GL Insurance**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|------|--------|--------|--------|----------------------|----------------------|----------------------|----------------------|----------------------|---------------|
| Expense in $ | $0 | $0 | $0 | $156,711 | $559,668 | $257,931 | $293,560 | $316,968 | $160,000 |
| Expense Per Bed | $0.00 | $0.00 | $0.00 | $979.45 | $4,513.45 | $1,984.08 | $4,254.49 | $3,249.13 | $1,000.00 |
| Expense % | 0.0% | 0.0% | 0.0% | 0.6% | 3.6% | 1.4% | 4.0% | 2.4% | 0.6% |

The provided proforma did not break out insurance expenses in detail, and therefore weight was placed on the expense comparables in reconciling this departmental item. Considering the actual expenses, the comparables, and our experience with other operators, we are forecasting PL/GL insurance at $1,000 per bed.

## Worker's Compensation Insurance Expense

The proforma provided likely included workers compensation expenses under each respective departmental payroll expense, and therefore none is forecast in this analysis.

## Other Insurance Expense

The subject is forecasting no Other Insurance expense, so none is forecast.

## Provider Bed Tax

Provider Bed Taxes, also known as Quality Assurance Fees in some states, are taxes paid to the state. Provider Bed Taxes are typically based upon a percent of total revenue, a percent of Medicaid revenue, or an amount per resident day.

**Provider Bed Tax**

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|------|--------|--------|--------|----------------------|----------------------|----------------------|----------------------|----------------------|---------------|
| Expense in $ | $860,100 | $1,019,600 | $1,006,500 | $830,439 | $693,627 | $266,000 | $332,316 | $530,595 | $1,004,791 |
| Expense PRD | $20.08 | $18.87 | $18.53 | $14.97 | $15.67 | $6.97 | $13.40 | $12.75 | $18.50 |
| Expense % | 4.3% | 3.9% | 3.7% | 3.3% | 4.5% | 1.5% | 4.5% | 3.4% | 3.9% |

In the State of New York, the Provider Bed Tax is calculated as 6.8% of the non-Medicare room and board room.  Our forecast was developed using this formula.

## Management Fees

Management fees are fees paid to a management company that is responsible for the operation of a nursing facility. Management company responsibilities vary from facility to facility; however, some of the typical responsibilities of management companies are financial performance, occupancy, profitability of the business, compliance with government regulations, business activities such as billing and collection of receivables, marketing, documentation, and assistance in budgeting. The management is also responsible for the maintenance and repairing of the subject property and

EPIC Rehabilitation and Nursing



grounds, supervision of day-to-day operations, and providing monthly or quarterly reports on occupancy cash flow, operating expenses, and capital accounts.

*The State of Seniors Housing 2019* provided the following information pertaining to management fees:

### Management Fees (Percentage of Total Revenue)

| Community Type | Minimum | Average | Maximum |
|---|---|---|---|
| Independent Living | 3.0% | 5.1% | 7.4% |
| Independent/Assisted Living | 2.0% | 5.0% | 6.7% |
| IALF/MC | 1.0% | 4.9% | 9.6% |
| Assisted Living | 2.0% | 5.0% | 10.7% |
| Assisted/Memory Care | 1.3% | 5.0% | 9.3% |
| Memory Care | 2.0% | 5.3% | 7.5% |
| CCRCs | 1.1% | 3.7% | 9.1% |
| All Communities | 1.0% | 4.6% | 10.7% |

Source: State of Seniors Housing 2019

The subject is managed by a third party management company named EPIC Rehabilitation and Nursing. Typically, management fees charged by unaffiliated third party companies are in the range of 4% to 7% of EGI for seniors housing projects. Although the comparables actually reported a variety of management expenses, we have shown an expense of 5.0% so that the comparables can be compared to the subject on a consistent basis in the analysis of total expenses.

## Reserves for Replacements

The *Realty Rates Investor Survey* from the 4th Quarter 2019 indicated the following reserve requirements:

### Reserve Requirements for Health Care/Seniors Housing

| | Per Unit |
|---|---|
| Minimum | $265 |
| Maximum | $720 |
| Typical | $402 |

Source: 4th Quarter 2019 Realty Rates Investor Survey

Note that these are expressed as amount per unit, not beds. Based on the foregoing, reserve of $375 per bed has been utilized.

EPIC Rehabilitation and Nursing



## Total Expenses

Total forecast expenses are as follows, in comparison to the forecasted and expense comparables.

### Comparison of Expenses

| Item | Total Expenses | Expenses PRD | Expenses as a Percent of EGI |
|------|---------------|--------------|------------------------------|
| Year 1 | $13,509,565 | $315.40 | 67.29% |
| Year 2 | $17,108,045 | $316.70 | 64.83% |
| Year 3 | $17,325,465 | $318.99 | 63.76% |
| JLL Pro Forma | $18,164,995 | $334.45 | 69.64% |
| Expense Comp 1 | $20,150,974 | $363.27 | 81.24% |
| Expense Comp 2 | $10,349,856 | $233.78 | 66.68% |
| Expense Comp 3 | $14,395,021 | $376.97 | 78.65% |
| Expense Comp 4 | $5,173,707 | $208.57 | 69.85% |

The forecast expenses are reasonable in comparison to the proforma estimates and comparables.

## Income and Expense Pro Forma

The following table summarizes:

- Our pro forma conclusions for the current year
- Our pro forma upon stabilization

EPIC Rehabilitation and Nursing



## Prospective Values

For the prospective values, we must consider potential changes in income and expenses between the present date and the date the prospective value is effective. We will now forecast changes in income and expenses over the holding period. According to *The State of Seniors Housing 2019*, seniors housing revenue increased as follows for 2018 (comparison between 2017 and 2018):

### Change In Total Revenues - National Profile Sort

| Community Type | Annual Change | 5 Year Trend |
|---|---|---|
| Independent Living | -0.3% | N/A |
| Independent/Assisted Living | 2.7% | 2.8% |
| IL/AL/MC | 0.2% | 3.3% |
| Assisted Living | 1.7% | 1.6% |
| Assisted Living/Memory Care | 2.8% | 3.3% |
| Memory Care | 4.5% | N/A |
| CCRC | 1.4% | 2.4% |
| All Communities | 1.4% | 2.7% |

Source: The State of Seniors Housing 2019

Given the current economic environment among the COVID-19 outbreak, the subject's prospective values have been adjusted to include a 2.0% annual increase in income and a 2.0% annual increase in expenses compared to our first year pro forma, which is trended forward from the effective date to the date upon stabilization. This was utilized for the prospective value calculation in the direct capitalization method. In the DCF approach, the inflation has been set at 2% for years 2 and 3, then adjusted to 3% for the remaining years of the DCF model.



## Stabilized Pro Forma

| Property Name | EPIC Rehabilitation and Nursing |
|---|---|
| Operating Beds | 160 |
| Potential Resident Days: | 58,400 |

**Forecasted Census - Net of Vacancy**

| | | |
|---|---|---|
| Private Pay Nursing | 3,802 | 7.0% |
| Ins./Managed Care Nursing | 4,345 | 8.0% |
| Medicaid Nursing | 29,872 | 55.0% |
| Medicare Nursing | 16,294 | 30.0% |
| VA/Hospice Nursing | 0 | 0.0% |
| Total | 54,313 | 100.0% |
| Average Daily Census | 148.8 | |
| Occupancy Rate | 93.0% | |

| ITEM | DOLLARS | PRD | % OF REVENUE | UPON STABILIZATION 04/03/22 |
|---|---|---|---|---|
| Income - | | | | |
| Room & Board - | | | | |
| Private Pay Nursing | $1,953,278 | $513.75 | 7.5% | $2,031,409 |
| Ins./Managed Care Nursing | $1,716,275 | $395.00 | 6.6% | $1,784,926 |
| Medicaid Nursing | $10,889,539 | $364.54 | 41.7% | $11,325,121 |
| Medicare Nursing | $11,405,800 | $700.00 | 43.7% | $11,862,033 |
| VA/Hospice Nursing | $0 | $0.00 | 0.0% | $0 |
| Total Room & Board | $25,964,891 | $478.06 | 99.5% | $27,003,489 |
| Therapy & Other - | | | | |
| Therapy & Ancillary Income | $119,489 | $2.20 | 0.5% | $124,268 |
| Other Income | $0 | $0.00 | 0.0% | $0 |
| Total Therapy & Other Income | $119,489 | $2.20 | 0.5% | $124,268 |
| Income Summary - | | | | |
| Total Room & Board Income | $25,964,891 | $478.06 | 99.5% | $27,003,489 |
| Total Therapy & Other Income | $119,489 | $2.20 | 0.5% | $124,268 |
| Prior Period Adjustments | $0 | $0.00 | 0.0% | $0 |
| Contractual Adjustments | $0 | $0.00 | 0.0% | $0 |
| Total Income | $26,084,380 | $480.26 | 100.0% | $27,127,757 |
| Expenses - | | | | |
| Nursing | $7,169,316 | $132.00 | 27.5% | $7,456,089 |
| Contract Nursing | $0 | $0.00 | 0.0% | $0 |
| Dietary | $1,493,608 | $27.50 | 5.7% | $1,553,352 |
| Therapy and Ancillary | $2,444,085 | $45.00 | 9.4% | $2,541,849 |
| Admin & General | $1,303,512 | $24.00 | 5.0% | $1,355,653 |
| Housekeeping and Laundry | $869,008 | $16.00 | 3.3% | $903,768 |
| Activities and Recreation | $439,935 | $8.10 | 1.7% | $457,533 |
| Repairs and Maintenance | $380,191 | $7.00 | 1.5% | $395,399 |
| Utilities | $342,172 | $6.30 | 1.3% | $355,859 |
| Bad Debt | $391,266 | $7.20 | 1.5% | $406,916 |
| Real Estate Taxes | $802,893 | $14.78 | 3.1% | $835,009 |
| PL/GL Insurance | $160,000 | $2.95 | 0.6% | $166,400 |
| Workers Compensation | $0 | $0.00 | 0.0% | $0 |
| Other Insurance | $0 | $0.00 | 0.0% | $0 |
| Provider Bed Tax | $1,004,791 | $18.50 | 3.9% | $1,044,982 |
| Uncateg. Salary & Benefits | $0 | $0.00 | 0.0% | $0 |
| Management Fee | $1,304,219 | $24.01 | 5.0% | $1,356,388 |
| Reserves for Replacements | $60,000 | $1.10 | 0.2% | $62,400 |
| Total Expenses | $18,164,995 | $334.45 | 69.6% | $18,891,596 |
| Net Operating Inc. | $7,919,385 | $145.81 | 30.4% | $8,236,161 |

EPIC Rehabilitation and Nursing



Our pro forma income and expenses are contrasted with the financials and comparable data as follows:

### Total Income and Expense Comparison

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Effective Gross Inc. | $20,075,400 | $26,388,900 | $27,171,300 | $24,805,247 | $15,522,430 | $18,302,518 | $7,407,264 | $16,509,364 | $26,084,380 |
| Expenses | $13,497,715 | $17,093,115 | $17,306,145 | $19,749,740 | $10,205,761 | $14,163,245 | $5,107,831 | $12,306,644 | $18,164,995 |
| Net Operating Income | $6,577,685 | $9,295,785 | $9,865,155 | $5,055,507 | $5,316,669 | $4,139,272 | $2,299,433 | $4,202,720 | $7,919,385 |
| Expense % | 67.2% | 64.8% | 63.7% | 79.6% | 65.7% | 77.4% | 69.0% | 74.5% | 69.6% |

### Total Income and Expense Adjusted

| Item | Year 1 | Year 2 | Year 3 | Expense Comparable 1 | Expense Comparable 2 | Expense Comparable 3 | Expense Comparable 4 | Expense Comp Average | JLL Pro Forma |
|---|---|---|---|---|---|---|---|---|---|
| Effective Gross Inc. | $20,075,400 | $26,388,900 | $27,171,300 | $24,805,247 | $15,522,430 | $18,302,518 | $7,407,264 | $16,509,364 | $26,084,380 |
| Expenses | $13,497,715 | $17,093,115 | $17,306,145 | $19,749,740 | $10,205,761 | $14,163,245 | $5,107,831 | $12,306,644 | $18,164,995 |
| Net Operating Income | $6,577,685 | $9,295,785 | $9,865,155 | $5,055,507 | $5,316,669 | $4,139,272 | $2,299,433 | $4,202,720 | $7,919,385 |
| Plus Actual Management Expense | $987,920 | $1,300,515 | $1,335,245 | $899,029 | $678,526 | $732,101 | $330,361 | $660,004 | N.A. |
| Plus Actual Reserves for Replacement Expenses | $64,000 | $64,000 | $64,000 | $0 | $0 | $0 | $0 | $0 | N.A. |
| NOI Before Actual Management Fee and Reserves for Replacements | $7,629,605 | $10,660,300 | $11,264,400 | $5,954,536 | $5,995,195 | $4,871,373 | $2,629,795 | $4,862,725 | N.A. |
| Less Pro Forma Management Fee % | $1,003,770 | $1,319,445 | $1,358,565 | $1,240,262 | $776,121 | $915,126 | $370,363 | $825,468 | N.A. |
| Less Pro Forma Reserves for Replacement Expense | $60,000 | $60,000 | $60,000 | $60,000 | $46,500 | $48,750 | $25,875 | $44,125 | N.A. |
| Adjusted NOI | $6,565,835 | $9,280,855 | $9,845,835 | $4,654,273 | $5,172,574 | $3,907,497 | $2,233,556 | $3,993,131 | $7,919,385 |
| Adjusted Expense % | 67.3% | 64.8% | 63.8% | 81.2% | 66.7% | 78.7% | 69.8% | 75.8% | 69.6% |

## Comparison of Net Operating Income

| Item | Net Operating Income | NOI PRD | NOI as a Percent of EGI |
|---|---|---|---|
| Year 1 | $6,565,835 | $153.29 | 32.71% |
| Year 2 | $9,280,855 | $171.80 | 35.17% |
| Year 3 | $9,845,835 | $181.28 | 36.24% |
| JLL Pro Forma | $7,919,385 | $145.81 | 30.36% |
| Expense Comp 1 | $4,654,273 | $83.90 | 18.76% |
| Expense Comp 2 | $5,172,574 | $116.84 | 33.32% |
| Expense Comp 3 | $3,907,497 | $102.33 | 21.35% |
| Expense Comp 4 | $2,233,556 | $90.04 | 30.15% |

Based upon the preceding, our forecasts are reasonable and well supported. As mentioned previously, the proforma provided is in inflated future dollars in Years 2 and 3, while this analysis makes our forecast based on current dollars. The projections are then inflated annually over the lease-up period to estimate a prospective NOI upon stabilization.

While the concluded NOI is above the range of the expense comparables on an NOI prd, the concluded operating margins are supported by the expense comparables. The subject is forecasting a high census of Medicare residents and will have a strong relationship with the nearby White Plains Hospital. The high-end services offered at the subject property allow the subject to provide the care services needed to achieve the Medicare rates forecast.

EPIC Rehabilitation and Nursing



# Capitalization Rate

We will rely upon several methods to estimate an appropriate capitalization rate.

## JLL Seniors Housing Investor Survey Capitalization Rate Trends (Spring 2020)

Survey respondents were asked for the appropriate capitalization rate for assets based upon sector and class, and utilizing first-year pro forma net operating income. Respondents agreed and capitalization rates in 2020 continues to be competitive for pricing and bidding for all asset classes. The influx of new inventory is also creating more pricing disparity between Class A- and B+ or Class B and C assets. Results are shown as follows:

| Core Capitalization Rates | Class A | | | Class B | | | Class C | | |
|---|---|---|---|---|---|---|---|---|---|
| | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) |
| Active Adult | 4.0 | 6.0 | 4.8 | 4.5 | 7.0 | 5.8 | 5.5 | 8.0 | 7.0 |
| Independent Living | 4.0 | 6.5 | 5.4 | 5.0 | 8.0 | 6.5 | 6.0 | 9.5 | 7.7 |
| Assisted Living | 5.0 | 7.0 | 5.9 | 5.5 | 8.5 | 7.0 | 6.0 | 10.0 | 8.2 |
| Memory Care | 6.0 | 9.0 | 7.3 | 6.0 | 10.0 | 8.1 | 7.0 | 11.0 | 9.1 |
| Nursing Care | 9.0 | 12.0 | 11.0 | 10.0 | 13.0 | 12.0 | 11.0 | 15.0 | 13.1 |
| CCRC/LPC | 5.0 | 10.0 | 7.4 | 6.0 | 10.5 | 8.2 | 7.5 | 10.5 | 8.9 |

Non-Core property results are shown as follows:

| Non-Core Capitalization Rates | Class A | | | Class B | | | Class C | | |
|---|---|---|---|---|---|---|---|---|---|
| | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) |
| Active Adult | 4.0 | 7.0 | 6.0 | 5.0 | 8.0 | 6.6 | 6.0 | 10.0 | 7.7 |
| Independent Living | 5.0 | 8.0 | 6.4 | 5.5 | 9.0 | 7.3 | 6.0 | 11.0 | 8.2 |
| Assisted Living | 5.5 | 8.0 | 7.0 | 6.0 | 9.0 | 7.7 | 6.5 | 11.0 | 8.8 |
| Memory Care | 6.0 | 10.0 | 7.8 | 6.5 | 10.5 | 8.5 | 7.5 | 11.5 | 9.4 |
| Nursing Care | 10.0 | 14.0 | 11.4 | 10.0 | 15.0 | 12.7 | 12.0 | 16.0 | 14.0 |
| CCRC/LPC | 6.0 | 10.0 | 8.0 | 7.0 | 11.0 | 8.7 | 8.0 | 11.5 | 9.7 |

The JLL survey was conducted prior to the COVID-19 pandemic.

## NIC Survey

The NIC and Real Capital Analytics compile statistics for seniors housing sale transactions on a quarterly basis. The most recent data is shown below:

### NIC'S Capitalization Rate Survey

| Property Type | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|
| Seniors Housing | 6.90% | 6.80% | 6.30% | 5.90% |
| Nursing Center | 11.50% | 11.70% | 11.10% | 10.40% |

It should be noted that the seniors housing averages combine independent living and assisted living properties. The following graph shows capitalization trends since 2010 of the seniors housing and skilled nursing sectors.

EPIC Rehabilitation and Nursing





The data above is not collected in a scientific manner. Every quarter participants submit capitalization rates by segment type without clearly labeling the property name and location. Thus, the cap rate may be skewed by the repetitive submission of well-known sales within the industry. The chart is reliable for determining cap rate movement within the seniors housing industry over an extended period of time.

## Extraction From Comparable Sales

Recent sales of nursing facilities that will be analyzed included in the sales comparison are summarized as follows:

EPIC Rehabilitation and Nursing



### Summary of Sale Comparables

| Element of Comparison | | Comparable Number | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| Location Data | Property Name | Hillcrest Millard | Sayre Health Care | The Solana at Marlboro | 3 NYC Metro SNFs | Confidential |
| | City, State | Omaha, NE | Sayre, PA | Morgansville, NJ | White Plains, NY | Metro New York City, NY |
| Sale Data | Date of Sale | November 28, 2017 | November 18, 2017 | November 8, 2018 | January 1, 2018 | In Contract |
| | Sales Price | $24,780,547 | $21,000,000 | $48,500,000 | $123,920,000 | $54,500,000 |
| | Property Rights Conveyed | Going Concern | Going Concern | Going Concern | Going Concern | Going Concern |
| | Financing Terms | Cash | Cash | Cash | Cash | Cash |
| | Conditions of Sale | Arm's Length | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| Income Data | Effective Gross Income | $13,295,957 | $9,767,442 | $7,197,086 | $76,968,944 | $33,740,853 |
| | Expenses | ($10,882,988) | ($6,856,024) | ($3,963,445) | ($63,304,009) | ($27,980,034) |
| | NOI After Reserves | $2,412,969 | $2,911,418 | $3,233,641 | $13,664,935 | $5,760,819 |
| | NOI Per Bed After Reserves | $31,750 | $32,349 | $35,535 | $24,358 | $24,003 |
| | NOI Per Unit After Reserves | $31,750 | $32,349 | $40,932 | $24,358 | $43,643 |
| | Expense Ratio | 81.9% | 70.2% | 55.1% | 82.2% | 82.9% |
| | Occupancy at Sale | – | 85.0% | 100.0% | 88.1% | – |
| Physical Data | Year Built | 2017 | 2015 | 2015 | 1964-1974, 1975 and 1995 | 2001 |
| | Number of Beds | 76 | 90 | 91 | 561 | 240 |
| | Number of Units | 76 | 90 | 79 | 561 | 132 |
| | Care Levels | NC | NC | AL/MC | NC | NC |
| | Building Area | 52,522 | 54,500 | 73,570 | 191,601 | 131,650 |
| Units of Comparison | Sales Price Per Bed | $326,060 | $233,333 | $532,967 | $220,891 | $227,085 |
| | Sales Price Per Unit | $326,060 | $233,333 | $613,924 | $220,891 | $412,879 |
| | Sales Price Per Square Foot | $471.81 | $385.32 | $659.24 | $646.76 | $413.98 |
| | EGIM | 1.86 | 2.15 | 6.74 | 1.61 | 1.62 |
| | Overall Cap. Rate | 9.74% | 13.86% | 6.67% | 11.03% | 10.57% |

The range of capitalization rates is:

### Capitalization Rates From Comparable Sales

| Item | Low | Average | High |
|---|---|---|---|
| Comparable Sale OARs | 6.67% | 10.37% | 13.86% |

## Capitalization Rate Conclusion

To determine an appropriate capitalization rate for the subject, the following characteristics are considered:

### Qualitative Rating

| Item | Below Average | Average | Above Average |
|---|---|---|---|
| Subject's Macro Location (Region) | | | X |
| Subject's Micro Location (Specific Location within PMA) | | | X |
| Strength of Market | | | X |
| Quality/Condition of Improvements | | | X |

The subject is of good quality in a market with favorable demographics. The market has above average population growth combined with above average income levels and housing values. The White Plains market, specifically the subject's locating within the submarket area, are superior. The subject is brand new construction and superior to the competitive market. In terms of age and condition, comparable 1 is most similar to the subject, while comparables 2, 4, and 5 are most representative of the subject's location.

EPIC Rehabilitation and Nursing



As previously noted earlier in the report, there is risk and uncertainty in the financial markets due to the COVID-19 virus outbreak. However, it is preliminary to determine the future risk in the real estate capital markets. The subject property is in the seniors housing/healthcare real estate sector. For this asset type, precautions have begun to screen visitors and restrict entry to all but essential health care staff to prevent further new outbreaks of this virus. Numerous states have already set mandates regarding access to senior living communities across the country. Since the subject is not currently stabilized it could take a longer period to lease up to stabilization. Overall, our capitalization rate selection considers these potential risks.

Considering these factors, the subject's capitalization should fall below the average displayed by the JLL Investor Survey, near the average displayed by the NIC survey and below the average of the comparable sales. We conclude a capitalization rate of 11.00% to be appropriate for the subject.

Based upon the previous assumptions, our valuation of the subject is as follows:

## Summary of Direct Capitalization

| | Year 2 | Year 3 | Current Year JLL Pro Forma | Upon Stabilization JLL Pro Forma As Of 4/3/2022 |
|---|---|---|---|---|
| Total Income | $26,388,900 | $27,171,300 | $26,084,380 | $27,127,757 |
| Total Expenses | $17,108,045 | $17,325,465 | $18,164,995 | $18,891,596 |
| Net Operating Income | $9,280,855 | $9,845,835 | $7,919,385 | $8,236,161 |
| Capitalization Rate | - | - | 11.00% | 11.00% |
| Indicated Stabilized Value | - | - | $71,994,410 | $74,874,193 |
| Stabilized Value Rounded | - | - | $72,000,000 | $74,900,000 |
| Less Absorption/Rent Loss | - | - | $15,220,000 | $0 |
| Less Unstabilized Discount | - | - | $0 | $0 |
| Less Repairs | - | - | $0 | $0 |
| Less Profit for Lease Up Risk | - | - | $2,280,000 | $0 |
| **Indicated Value** | **-** | **-** | **$54,500,000** | **$74,900,000** |

# Indicated Value via the Income Approach - Direct Capitalization

The indicated value on a stabilized basis is $74,900,000  for the subject. However, the subject is not operating at its stabilized level. Therefore, adjustments were applied to get the as is value.

The rent loss adjustment is for rent loss for the period needed to achieve the forecasted stabilized occupancy level. This is calculated later in the report. We have also applied a deduction for the lease-up risk of the subject, which is calculated as 15% of the concluded rent loss adjustment.

The indicated value of the going concern on an as is basis is $54,500,000  for the subject.

EPIC Rehabilitation and Nursing



# Income Capitalization – Yield Capitalization

Yield capitalization is a method of income capitalization commonly used by institutional investors. It is most applicable for assets with variable cash flows. It is a method that converts future benefits to an indication of present value by discounting the future benefits at an appropriate yield rate. Yield capitalization is often performed through a discounted cash flow analysis (DCF). To develop a DCF, we will specify the timing, quantity, and duration of income (cash flow) and reversion, normally through projected sale of the property, to be received over a specified period of time and discount each cash flow to present value at a specified yield rate.

## Projection Period

Institutional investors surveyed by RERC, CBRE, and others normally utilize a 10 to 15 year projection period. Our forecast will be based upon a 10 year forecast. NOI is forecast for an 11th year to determine the gross reversionary sales price at the end of Year 10.

## Income and Expense Inflation

We will now forecast changes in income and expenses over the holding period. According to *The State of Seniors Housing 2019*, seniors housing revenue increased as follows for 2019 (comparison between 2018 and 2019):

| Change In Total Revenues - National Profile Sort | | |
|---|---|---|
| Community Type | Annual Change | 5 Year Trend |
| Independent Living | -0.3% | N/A |
| Independent/Assisted Living | 2.7% | 2.8% |
| IL/AL/MC | 0.2% | 3.3% |
| Assisted Living | 1.7% | 1.6% |
| Assisted Living/Memory Care | 2.8% | 3.3% |
| Memory Care | 4.5% | N/A |
| CCRC | 1.4% | 2.4% |
| **All Communities** | **1.4%** | **2.7%** |
| Source: The State of Seniors Housing 2019 | | |

Based on this data, and considering the forecast long-term effects of the COVID-19 outbreak, we are forecasting inflation as follows:

EPIC Rehabilitation and Nursing



**Forecast Income and Expense Change**

| Year | Income Change | Expense Change |
|------|---------------|----------------|
| 1 | 0% | 0% |
| 2 | 2.0% | 3.0% |
| 3 | 3.0% | 3.0% |
| 4 | 3.0% | 3.0% |
| 5 | 3.0% | 3.0% |
| 6 | 3.0% | 3.0% |
| 7 | 3.0% | 3.0% |
| 8 | 3.0% | 3.0% |
| 9 | 3.0% | 3.0% |
| 10 | 3.0% | 3.0% |
| 11 | 3.0% | 3.0% |

## Current Status

As of the effective date of this analysis, the subject was 25.0% occupied, whereas our forecast of stabilized occupancy is 93.0%.

Based on discussions with owners, operators and brokers, due to COVID-19 subject operations are expected to be impacted in the short term, notably longer lease-up timelines over the next several months. Therefore, JLL conclusions fall at the lower end of indications below.

## Absorption

The subject's forecasted occupancy is as follows:

EPIC Rehabilitation and Nursing



### Payor Mix and Projected Resident Day Occupancy

| Payor Source | Year 1 Days | % | Year 2 Days | % | Year 3 Days | % |
|---|---|---|---|---|---|---|
| Private Pay Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Ins./Managed Care Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Medicaid Nursing | 25,915 | 60.5% | 29,710 | 55.0% | 29,058 | 53.5% |
| Medicare Nursing | 10,708 | 25.0% | 16,206 | 30.0% | 17,109 | 31.5% |
| VA/Hospice Nursing | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total | 42,833 | 100.0% | 54,020 | 100.0% | 54,313 | 100.0% |
| | | | | | | |
| Available (Operating) Beds | 160 | | 160 | | 160 | |
| Available Res. Days | 58,400 | | 58,400 | | 58,400 | |
| Occupancy Rate | 73.3% | | 92.5% | | 93.0% | |

The subject is forecast to achieve stabilized operations in Year 2 with Year 3 representing the first stabilized year. The forecast lease-up in the proforma suggests a lease-up of 9.8 units per month in Year 1. While a month by month breakdown is not provided in the proforma, the assumed lease-up time in the proforma is 18 to 24 months.

NIC MAP tracks move-in rates for properties in the 31 largest US markets. This data will aid in the establishment of an absorption rate for the subject.



### National Absorption Averages Units

| Quarter | Independent Living | Assisted Living | Memory Care |
|---|---|---|---|
| 2Q13 | 5.0 | 3.0 | 1.8 |
| 3Q13 | 5.4 | 2.9 | 1.6 |
| 4Q13 | 5.1 | 2.8 | 1.7 |
| 1Q14 | 4.7 | 2.9 | 1.9 |
| 2Q14 | 6.0 | 2.8 | 1.8 |
| 3Q14 | 5.8 | 3.1 | 1.7 |
| 4Q14 | 4.5 | 3.2 | 1.8 |
| 1Q15 | 4.5 | 2.8 | 1.8 |
| 2Q15 | 5.2 | 3.0 | 1.7 |
| 3Q15 | 5.7 | 3.3 | 1.7 |
| 4Q15 | 5.3 | 3.0 | 1.6 |
| 1Q16 | 5.6 | 2.7 | 1.5 |
| 2Q16 | 5.4 | 2.6 | 1.4 |
| 3Q16 | 4.8 | 2.4 | 1.3 |
| 4Q16 | 6.2 | 2.7 | 1.3 |
| 1Q17 | 5.0 | 2.8 | 1.3 |
| 2Q17 | 4.9 | 2.9 | 1.5 |
| 3Q17 | 5.2 | 3.0 | 1.3 |
| 4Q17 | 4.8 | 2.8 | 1.3 |
| 1Q18 | 4.0 | 2.8 | 1.3 |
| 2Q18 | 4.0 | 2.8 | 1.3 |
| 3Q18 | 4.9 | 2.7 | 1.3 |
| 4Q18 | 4.4 | 2.6 | 1.3 |
| 1Q19 | 4.4 | 2.5 | 1.2 |
| 2Q19 | 4.4 | 2.5 | 1.2 |

Based upon this data and considering the prevailing market occupancy level, we are forecasting that the subject will require 24 months to reach stabilized occupancy, which equates to an average absorption rate of 4.53 beds per month.

## Reversion

Reversion refers to future income derived through sale of the property at the end of the specified holding period. This represents the return of capital at the end of the holding period. Reversion can be calculated a number of ways. The *Korpacz* survey notes that most investors calculate reversion by applying an overall capitalization rate to the NOI for the last year of analysis or for the following year. The rate is referred to as the reversion or terminal capitalization rate. Sales expenses are deducted from the projected reversion sale price to arrive at the net reversion cash flow, which is then discounted at an appropriate yield rate. The present value of this reversion is added to the present value of all the annual cash flows to yield a value indication.

EPIC Rehabilitation and Nursing



The reversion capitalization rate has historically been somewhat higher than the capitalization rate that the investor would apply to current income, or the going-in capitalization rate, because of the improvement's age at the end of the holding period and the inherent risk of projecting property value several years into the future. Typically, investors have increased the going-in capitalization rate by 50 to 100 basis points in estimating a reversionary capitalization rate. Based upon the preceding, we will use a reversion capitalization rate of 11.75%.

JLL recently conducted a survey of anticipated costs of sale. The survey was sent to active buyers across the country. The survey revealed the following average costs of sale by anticipated selling cost:

### JLL Costs of Sale Survey

| Anticipated Sales Price Range | Most Prevalent Response | Weighted Average Response |
|---|---|---|
| Up to $5,000,000 | 4.00% | 3.74% |
| $5,000,000 to $9,999,999 | 3.00% | 3.17% |
| $10,000,000 to $14,999,999 | 2.00% | 2.71% |
| $15,000,000 to $19,999,999 | 2.00% | 2.42% |
| $20,000,000 to $29,999,999 | 2.00% | 2.16% |
| $30,000,000 to $49,999,999 | 1.50% | 1.93% |
| $50,000,000 to $74,999,999 | 1.00% | 1.73% |
| $75,000,000 to $99,999,999 | 1.00% | 1.56% |
| $100,000,000 and over | 0.50% | 1.46% |

In our DCF, we will use the JLL concluded cost of sale noted above for the subject's anticipated selling price. Sales expenses are estimated at 1.00% for the subject.

EPIC Rehabilitation and Nursing



## Unleveraged Yield Rates - JLL Seniors Housing Investor Survey Yield Rate Trends (Spring 2020)

As the seniors housing sector grows more and more sophisticated, investors are increasingly using discounted cash flow analysis to underwrite investments. The data also shows significant spreads between classes for each property subsector are as follows:

| All Markets Unleveraged yield | Class A | | | Class B | | | Class C | | |
|---|---|---|---|---|---|---|---|---|---|
| | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) | Low (%) | High (%) | Avg. (%) |
| Active Adult | 5.0 | 8.0 | 6.9 | 5.0 | 9.0 | 7.8 | 6.0 | 10.0 | 8.6 |
| Independent Living | 6.0 | 9.0 | 7.7 | 6.0 | 10.0 | 8.5 | 7.0 | 11.0 | 9.3 |
| Assisted Living | 6.0 | 10.0 | 8.2 | 6.0 | 11.0 | 9.0 | 7.0 | 12.0 | 9.9 |
| Memory Care | 7.0 | 12.0 | 9.2 | 7.0 | 13.0 | 10.3 | 7.0 | 13.0 | 11.1 |
| Nursing Care | 11.0 | 15.0 | 13.2 | 11.0 | 16.0 | 14.2 | 13.0 | 17.0 | 15.3 |
| CCRC/LPC | 7.0 | 12.0 | 9.3 | 8.0 | 13.0 | 10.4 | 9.0 | 13.0 | 11.1 |

Considering that fact that the subject property is a Class A currently in lease-up with a projected lease-up with a projected lease-up period of 24 months to stabilization, we believe that a yield rate above the 13.20% average is appropriate for the subject property.

Based upon the preceding, we will select a yield rate of 13.75% for the subject. The yield capitalization calculations are as follows:



**Pro Forma and Ten Year Discounted Cash Flow Analysis**

| Item | Stabilized Pro Forma | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Forecasted Year | | | | | | | |
| Occupancy | 93.0% | | 43.6% | 80.2% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% |
| Concession/Loss to Lease % | 0.0% | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Potential Resident Days | 58,400 | | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 | 54,312 |
| Income Inflation | 0.0% | | 0.0% | 2.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Expense Inflation | 0.0% | | 0.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Expense Percentage (% of Stabilized) | 100.0% | | 80.7% | 90.1% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Rental Income** | DOLLARS | PRD | | | | | | | | | | | |
| Gross Potential Rental Income | $27,918,675 | $478.06 | $27,918,675 | $28,477,048 | $29,331,360 | $30,211,301 | $31,117,640 | $32,051,169 | $33,012,704 | $34,003,085 | $35,023,177 | $36,073,873 | $37,156,089 |
| Less Vacancy & Coll Loss | $1,953,783 | $33.46 | ($15,735,525) | ($5,639,272) | ($2,053,195) | ($2,114,791) | ($2,178,235) | ($2,243,582) | ($2,310,889) | ($2,380,216) | ($2,451,622) | ($2,525,171) | ($2,600,926) |
| Less Conc./Loss to Leases | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Effective Gross Rental Income | $29,872,458 | $511.51 | $12,183,149 | $22,837,776 | $27,278,165 | $28,096,509 | $28,939,405 | $29,807,587 | $30,701,815 | $31,622,869 | $32,571,555 | $33,548,702 | $34,555,163 |
| **Income** | | | | | | | | | | | | | |
| Therapy & Ancillary Income | $119,489 | $2.05 | $48,732 | $121,878 | $125,535 | $129,301 | $133,180 | $137,175 | $141,290 | $145,529 | $149,895 | $154,392 | $159,024 |
| Other Income | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Other Income | $119,489 | $2.05 | $48,732 | $121,878 | $125,535 | $129,301 | $133,180 | $137,175 | $141,290 | $145,529 | $149,895 | $154,392 | $159,024 |
| **Total Income** | $29,991,947 | $513.56 | $12,231,881 | $22,959,655 | $27,403,699 | $28,225,810 | $29,072,585 | $29,944,762 | $30,843,105 | $31,768,398 | $32,721,450 | $33,703,094 | $34,714,186 |
| **Operating Expenses By Department** | | | | | | | | | | | | | |
| Nursing | $7,169,316 | $122.76 | $5,787,729 | $6,653,648 | $7,605,927 | $7,834,105 | $8,069,128 | $8,311,202 | $8,560,538 | $8,817,354 | $9,081,875 | $9,354,331 | $9,634,961 |
| Contract Nursing | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dietary | $1,493,608 | $25.58 | $1,205,777 | $1,386,177 | $1,584,568 | $1,632,105 | $1,681,068 | $1,731,500 | $1,783,445 | $1,836,949 | $1,892,057 | $1,948,819 | $2,007,284 |
| Therapy and Ancillary | $2,444,085 | $41.85 | $1,973,089 | $2,268,289 | $2,592,930 | $2,670,718 | $2,750,839 | $2,833,364 | $2,918,365 | $3,005,916 | $3,096,094 | $3,188,977 | $3,284,646 |
| Admin & General | $1,303,512 | $22.32 | $1,052,314 | $1,209,754 | $1,382,896 | $1,424,383 | $1,467,114 | $1,511,128 | $1,556,461 | $1,603,155 | $1,651,250 | $1,700,788 | $1,751,811 |
| Housekeeping and Laundry | $869,008 | $14.88 | $701,543 | $806,503 | $921,931 | $949,589 | $978,076 | $1,007,418 | $1,037,641 | $1,068,770 | $1,100,833 | $1,133,858 | $1,167,874 |
| Activities and Recreation | $439,935 | $7.53 | $355,156 | $408,292 | $466,727 | $480,729 | $495,151 | $510,006 | $525,306 | $541,065 | $557,297 | $574,016 | $591,236 |
| Repairs and Maintenance | $380,191 | $6.51 | $306,925 | $352,845 | $403,345 | $415,445 | $427,908 | $440,746 | $453,968 | $467,587 | $481,615 | $496,063 | $510,945 |
| Utilities | $342,172 | $5.86 | $276,233 | $317,560 | $363,010 | $373,900 | $385,117 | $396,671 | $408,571 | $420,828 | $433,453 | $446,457 | $459,850 |
| Bad Debt | $391,266 | $6.70 | $315,866 | $363,123 | $415,094 | $427,547 | $440,373 | $453,584 | $467,192 | $481,207 | $495,644 | $510,513 | $525,828 |
| Real Estate Taxes | $802,893 | $13.75 | $648,169 | $745,143 | $851,789 | $877,343 | $903,663 | $930,773 | $958,696 | $987,457 | $1,017,081 | $1,047,593 | $1,079,021 |
| PL/GL Insurance | $160,000 | $2.74 | $129,167 | $148,492 | $169,744 | $174,836 | $180,081 | $185,484 | $191,048 | $196,780 | $202,683 | $208,764 | $215,027 |
| Workers Compensation | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Insurance | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Provider Bed Tax | $1,004,791 | $17.21 | $811,159 | $932,519 | $1,065,982 | $1,097,962 | $1,130,901 | $1,164,828 | $1,199,772 | $1,235,766 | $1,272,839 | $1,311,024 | $1,350,354 |
| Uncateg. Salary & Benefits | $0 | $0.00 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Management | $1,304,219 | $22.33 | $611,594 | $1,147,983 | $1,370,185 | $1,411,291 | $1,453,629 | $1,497,238 | $1,542,155 | $1,588,420 | $1,636,073 | $1,685,155 | $1,735,709 |
| Reserves for Replacements | $60,000 | $1.03 | $60,000 | $61,800 | $63,654 | $65,564 | $67,531 | $69,556 | $71,643 | $73,792 | $76,006 | $78,286 | $80,635 |
| **Total Expenses** | $18,164,995 | $311.04 | $14,234,720 | $16,802,128 | $19,257,782 | $19,835,516 | $20,430,581 | $21,043,498 | $21,674,803 | $22,325,048 | $22,994,799 | $23,684,643 | $24,395,182 |
| **Income and Expense Totals** | | | | | | | | | | | | | |
| Total Income | $29,991,947 | $513.56 | $12,231,881 | $22,959,655 | $27,403,699 | $28,225,810 | $29,072,585 | $29,944,762 | $30,843,105 | $31,768,398 | $32,721,450 | $33,703,094 | $34,714,186 |
| Total Expenses | $18,164,995 | $311.04 | $14,234,720 | $16,802,128 | $19,257,782 | $19,835,516 | $20,430,581 | $21,043,498 | $21,674,803 | $22,325,048 | $22,994,799 | $23,684,643 | $24,395,182 |
| **Net Operating Income** | $11,826,952 | $202.52 | ($2,002,839) | $6,157,527 | $8,145,917 | $8,390,295 | $8,642,004 | $8,901,264 | $9,168,302 | $9,443,351 | $9,726,651 | $10,018,451 | $10,319,004 |
| **NPV Analysis Assumptions** | | | | | | | | | | | | | |
| Yield Rate | 13.75% | | | | | | | | | | | | |
| Reversion Capitalization Rate | 11.75% | | | | | | | | | | | | |
| Sales Expenses | 1.00% | | | | | | | | | | | | |
| **Discounting of Cash Flows** | | | | | | | | | | | | | |
| Net Operating Income | | | ($2,002,839) | $6,157,527 | $8,145,917 | $8,390,295 | $8,642,004 | $8,901,264 | $9,168,302 | $9,443,351 | $9,726,651 | $10,018,451 | |
| Present Value Factor | | | 0.879121 | 0.772854 | 0.679432 | 0.597303 | 0.525101 | 0.461627 | 0.405826 | 0.356770 | 0.313644 | 0.275731 | |
| **Net Present Value of Cash Flows** | | | ($1,760,738) | $4,758,866 | $5,534,594 | $5,011,545 | $4,537,926 | $4,109,067 | $3,720,738 | $3,369,108 | $3,050,708 | $2,762,400 | |

| Discounting of Reversion | |
|---|---|
| Net Operating Income, 11th Year | $10,319,004 |
| Divided by Capitalization Rate | 11.75% |
| "Gross" Reversion | $87,821,312 |
| Less Sales Expenses | ($878,213) |
| Net Reversion | $86,943,099 |
| Present Value Factor | 0.275731 |
| Net Present Value of Reversion | $23,972,927 |

| NPV Summary | |
|---|---|
| Net Present Value of Cash Flows | $35,094,214 |
| Net Present Value of Reversion | $23,972,927 |
| Total Net Present Value (Rounded) | $59,100,000 |
| Less Repairs (Rounded) | $0 |
| **Total As Is Value** | $59,100,000 |

EPIC Rehabilitation and Nursing



# Indicated Value via the Income Approach - Yield Capitalization

The resulting as-is value indication from the yield capitalization approach is $59,100,000 .



# Sales Comparison Approach

The sales comparison approach is based primarily upon the principle of substitution, which implies that a prudent individual will pay no more for a property than it would cost the individual to purchase a comparable substitute property. The steps involved in developing the sales comparison approach are:

- Research the market to obtain information pertaining to sales, listings, and sometimes offerings of property similar to the property being appraised.
- Investigate the market data to determine if the data is factually accurate and to determine if each sale represents an arm's length transaction.
- Determine relevant units of comparison, i.e. sales price per square foot, and develop a comparative analysis for each.
- Compare the subject and comparable sales according to the elements of comparison and then adjust each sale as appropriate.
- Reconcile the multiple value indications that result from the adjustment of the comparables into a single value indication.

Units of comparison are components into which a property may be divided for purposes of comparison. All appropriate units of comparison should be analyzed for the property type being appraised and the resulting value indications reconciled to a single indicated value or value range. The sales are analyzed and adjusted for differences in elements of comparison, which are characteristics of properties that cause the prices paid for real estate to vary. The following elements of comparison are considered:

- Real property rights conveyed
- Financing terms
- Conditions of sale
- Market conditions
- Location
- Physical characteristics
- Economic characteristics
- Use
- Non-realty components of value

Sales requiring lesser degrees of adjustment are typically the most comparable and are given greater weight than sales requiring greater degrees of adjustment. However, other factors must be considered including the reliability of the sales data and the degree of support of the required adjustments. After consideration of these factors, a final point value or value range is set forth.

EPIC Rehabilitation and Nursing



## Applicability to Subject

A number of factors make the application of the sales comparison approach problematic in the appraisal of a seniors housing facility. These factors include:

- The relative scarcity of arm's length sales
- The many variances in physical attributes from property to property
- The complex economics of retirement housing facilities

These challenges are so great that, according to *Elderly Housing, A Guide to Appraisal, Market Analysis, Development and Financing*, "value estimates using the sales comparison approach are sometimes given little or no weight in the final reconciliation of value". While the limitations are great, we have procured an adequate amount of sale data to develop the sales comparison approach in this appraisal.

## Presentation of Comparables

We will now analyze consummated sales of seniors housing properties. In addition, we have focused upon sales in the subject's market area. However, due to the limited number of sales, we found it necessary to expand our search to a larger region to procure enough sales.

The sales have been confirmed with the buyer, seller, broker, or other knowledgeable and reliable parties. Considering the superior services and finished of the subject property, this analysis has utilized the sale of a new, high-end assisted living/ memory care facility given they finishes and operating margins are similar to the subject. Given the limited transactions of brand new skilled nursing facilities that offer the same high-end services and amenities as the subject, some weight was placed on the sale of the assisted living facility to more accurately reflect the subject. The details for these comparables are referenced in the Addendum of this report. The sales we have elected to use in this analysis are as follows:



## Summary of Sale Comparables

| Element of Comparison | | Comparable Number | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| Location Data | Property Name | Hillcrest Millard | Sayre Health Care | The Solana at Marlboro | 3 NYC Metro SNFs | Confidential |
| | City, State | Omaha, NE | Sayre, PA | Morgansville, NJ | White Plains, NY | Metro New York City, NY |
| Sale Data | Date of Sale | November 28, 2017 | November 18, 2017 | November 8, 2018 | January 1, 2018 | In Contract |
| | Sales Price | $24,780,547 | $21,000,000 | $48,500,000 | $123,920,000 | $54,500,000 |
| | Property Rights Conveyed | Going Concern | Going Concern | Going Concern | Going Concern | Going Concern |
| | Financing Terms | Cash | Cash | Cash | Cash | Cash |
| | Conditions of Sale | Arm's Length | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| Income Data | Effective Gross Income | $13,295,957 | $9,767,442 | $7,197,086 | $76,968,944 | $33,740,853 |
| | Expenses | ($10,882,988) | ($6,856,024) | ($3,963,445) | ($63,304,009) | ($27,980,034) |
| | NOI After Reserves | $2,412,969 | $2,911,418 | $3,233,641 | $13,664,935 | $5,760,819 |
| | NOI Per Bed After Reserves | $31,750 | $32,349 | $35,535 | $24,358 | $24,003 |
| | NOI Per Unit After Reserves | $31,750 | $32,349 | $40,932 | $24,358 | $43,643 |
| | Expense Ratio | 81.9% | 70.2% | 55.1% | 82.2% | 82.9% |
| | Occupancy at Sale | – | 85.0% | 100.0% | 88.1% | – |
| Physical Data | Year Built | 2017 | 2015 | 2015 | 1964-1974, 1975 and 1995 | 2001 |
| | Number of Beds | 76 | 90 | 91 | 561 | 240 |
| | Number of Units | 76 | 90 | 79 | 561 | 132 |
| | Care Levels | NC | NC | AL/MC | NC | NC |
| | Building Area | 52,522 | 54,500 | 73,570 | 191,601 | 131,650 |
| Units of Comparison | Sales Price Per Bed | $326,060 | $233,333 | $532,967 | $220,891 | $227,083 |
| | Sales Price Per Unit | $326,060 | $233,333 | $613,924 | $220,891 | $412,879 |
| | Sales Price Per Square Foot | $471.81 | $385.32 | $659.24 | $646.76 | $413.98 |
| | EGIM | 1.86 | 2.15 | 6.74 | 1.61 | 1.62 |
| | Overall Cap. Rate | 9.74% | 13.86% | 6.67% | 11.03% | 10.57% |

EPIC Rehabilitation and Nursing





| No. | Name | City/State | Mi. From Subj. | Beds | Sales Price | Price Per Bed |
|-----|------|------------|----------------|------|-------------|---------------|
| 1 | Hillcrest Millard | Omaha, NE | 1,160.0 | 76 | $24,780,547 | $326,060 |
| 2 | Sayre Health Care | Sayre, PA | 160.0 | 90 | $21,000,000 | $233,333 |
| 3 | The Solana at Marlboro | Morgansville, NJ | 55.0 | 91 | $48,500,000 | $532,967 |
| 4 | 3 NYC Metro SNFs | White Plains, NY | 0.0 | 561 | $123,920,000 | $220,891 |
| 5 | Confidential | Metro New York City, NY | 26.0 | 240 | $54,500,000 | $227,083 |
| S | EPIC Rehabilitation and Nursing | White Plains, NY | -- | 160 | | |

# Sales Price per Bed Analysis

The first unit of comparison we will develop is the sales price per bed. The sales will be adjusted for the following elements of comparison.

## Property Rights Conveyed

Each of the sales were occupied by residents on short-term agreements at the time of sale. Each comparable was transferred as a going-concern including all FF&E. No adjustments are needed.

EPIC Rehabilitation and Nursing



## Financing Terms

The comparables sold for cash to the seller, and no adjustments are needed.

## Conditions of Sale

We have attempted to determine from the buyers and sellers of the comparables if there were any unusual conditions of sale. All of the comparables were reported as being negotiated between willing sellers and willing buyers and do not reflect any duress on the part of the buyer or seller.

## Occupancy at Sale

The comparables were all operating at their respective long-term stabilized occupancy levels at sale. No adjustments are needed.

## Market Conditions

The sales took place from November 2017 to a current pending contract. Market conditions have generally been strengthening over this time but have flattened as of the effective date as a result of COVID-19. Therefore, we apply no adjustments for market trends

## Location

Location adjustments will be determined by comparing the median home value (as determined by Esri) within a five-mile radius of the subject property to the corresponding value for each of the comparable properties. The median home value of each property is shown in the following table.

### Median Home Sales Price by 5 Mile Ring Radius

| Comparable Number | City, State | Median Sales Price |
|---|---|---|
| Subject | White Plains, New York | $620,561 |
| 1 | Omaha, NE | $320,640 |
| 2 | Sayre, PA | $208,409 |
| 3 | Morgansville, NJ | $168,380 |
| 4 | White Plains, NY | $184,651 |
| 5 | Metro New York City, NY | $218,796 |

All comparables have been adjusted upward by 20% due to their significantly inferior location when compared to the subject property.

## Physical Characteristics

The comparables vary in a number of physical characteristics in comparison to the subject. All are similar in basic design, that being seniors housing facilities with interior hallways and an extensive amount of common areas. However, there are some variances that will require adjustment:

EPIC Rehabilitation and Nursing



**Age**

We will base the age adjustments upon the effective age for each comparable in comparison to the subject, as shown below:

Age/Condition Adjustment Calculations

| Element of Comparison | Comparable Number | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Property Name | Hillcrest Millard | Sayre Health Care | The Solana at Marlboro | 3 NYC Metro SNFs | Confidential |
| Year of Sale | 2017 | 2017 | 2018 | 2018 | - |
| Less Year Sale Built | 2017 | 2015 | 2015 | 1964-1974, 1975 and 1995 | 2001 |
| Age of Sale at Sale | 0 | 2 | 3 | - | 18 |
| Est. Effective Age of Sale | 0 | 2 | 3 | 25 | 15 |
| Subject's Effective Age | 1 | 1 | 1 | 1 | 1 |
| Variance in Effect. Age | (1) | 1 | 2 | 24 | 14 |
| Economic Life | 60 | 60 | 60 | 60 | 60 |
| Variance/Economic Life | -1.7% | 1.7% | 3.3% | 40.0% | 23.3% |
| Calculated Adjustment (% Variance Applied To Price Per Bed) | ($5,434) | $3,889 | $17,766 | $88,357 | $52,986 |

## Quality

Comparable 3 has not been adjusted, due to its similar quality when compared to the subject property. Comparables 1, 2, 4 and 5 have been adjusted upward by 10% due to their inferior quality when compared to the subject property.

## Economic Characteristics

In this adjustment process, economic characteristics are not considered as they should be reflected in the adjustments for location and physical characteristics. Note that following this process, we will also conduct a ranking and statistical analysis based solely upon income characteristics.

## Use/Zoning

Comparable 3 has been adjusted downward by 10% due to its superior use/zoning when compared to the subject property. Comparables 1, 2, 4 and 5 have not been adjusted, due to their similar use/zoning when compared to the subject property.

## Non-Realty Components

Each of the sales included real property, FF&E, and business value. Allocations of the contribution of each component to the sales price were not provided. We will not adjust for non-realty components in the adjustment process but will allocate the subject's value to its components in the conclusion section of this appraisal.

## Summary of Adjustments

The preceding adjustments are now applied to the comparables as follows:

EPIC Rehabilitation and Nursing



**Adjustment of Comparable Sales - Price Per Bed Basis**

| Element of Comparison | Comparable Number | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Property Name | Hillcrest Millard | Sayre Health Care | The Solana at Marlboro | 3 NYC Metro SNFs | Confidential |
| Unadjusted Price Per Bed | $326,060 | $233,333 | $532,967 | $220,891 | $227,083 |
| Adjustment for Property Rights Conveyed | $0 | $0 | $0 | $0 | $0 |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjustment for Financing Terms | $0 | $0 | $0 | $0 | $0 |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjustment for Conditions of Sale | $0 | $0 | $0 | $0 | $0 |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjustment for Market Conditions | $32,606 | $0 | $0 | $0 | $0 |
| | 10.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price Per Bed Before Physical Adjustments | $358,666 | $233,333 | $532,967 | $220,891 | $227,083 |
| Adjustment for Location | $71,733 | $46,667 | $106,593 | $44,178 | $45,417 |
| | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Adjustment for Age/Condition | ($5,978) | $3,889 | $17,766 | $55,223 | $52,986 |
| | -1.7% | 1.7% | 3.3% | 25.0% | 23.3% |
| Adjustment for Quality | $35,867 | $23,333 | $0 | $22,089 | $22,708 |
| | 10.0% | 10.0% | 0.0% | 10.0% | 10.0% |
| Adjustment for Economic Characteristics | $0 | $0 | $0 | $0 | $0 |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjustment for Use/Zoning | $0 | $0 | ($53,297) | $0 | $0 |
| | 0.0% | 0.0% | -10.0% | 0.0% | 0.0% |
| Adjustment for Non-Realty Components | $0 | $0 | $0 | $0 | $0 |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Final Adjusted Sales Price Per Bed | $460,288 | $307,222 | $604,029 | $342,381 | $348,194 |
| Low of Adjusted Prices | | | $307,222 | | |
| High of Adjusted Prices | | | $604,029 | | |
| Average of Adjusted Prices | | | $412,423 | | |

Based upon this analysis, a very wide per bed range is indicated.

## Sales Price Trends

## Skilled Nursing

The following chart displays the average and median price per bed for skilled nursing over the last 5 years. The average price per bed paid was $77,500  and the median price per bed was $63,950  in 2018.





| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Average | $76,600 | $85,900 | $99,200 | $81,350 | $77,500 |
| Median | $65,100 | $66,500 | $94,660 | $90,400 | $63,950 |

Source: The Skilled Nursing Acquisition and Investment Report First Edition 2019, Irving Levin Associates, Inc.

# Continuum/Graphing Analysis

The data is not extensive enough to <u>accurately</u> derive adjustments for physical differences using paired sales or other quantitative adjustment techniques. Furthermore, physical differences between the comparables and the subject are abundant because the comparables vary significantly in location, size, year built, facility composition, etc. Thus, as an additional analysis (and one which is more relevant), we will analyze the relationship of price per bed and net operating income (NOI) per bed. This is a relevant measure of income-producing potential that should account for the different levels of services offered, varying locations, and differences in the physical facilities of the comparables.

EPIC Rehabilitation and Nursing





**Comparison of NOI Per Bed and Price Per Bed**

| Comparable Number | NOI Per Bed | Sales Price Per Bed |
|---|---|---|
| 1 | $31,750 | $358,666 |
| 2 | $32,349 | $233,333 |
| 3 | $35,535 | $532,967 |
| 4 | $24,358 | $220,891 |
| 5 | $24,003 | $227,083 |
| Subject | $49,496 | $450,000 |

| | |
|---|---|
| Correlation Coefficient | 0.7733 |
| Forecasted Value | $717,087 |

| Range | Price Per Bed | X | Subject's Beds | = | Indicated Value | Rounded |
|---|---|---|---|---|---|---|
| Low of Range | $445,000 | X | 160 | = | $71,200,000 | $71,200,000 |
| High of Range | $455,000 | X | 160 | = | $72,800,000 | $72,800,000 |

The sales display a strong correlation between NOI per bed prices. Based upon this relationship and the forecasted value shown above, but also with strong consideration to the adjusted prices per bed based upon the traditional adjustment process, we selected a value range of $445,000 to $455,000 per bed for the subject. As mentioned previously, the assisted living facility sale was utilized to reflect the high-end finishes offered by the subject as well as reflect the lower operating margins. The subject will be focused on maintaining a high Medicare census and the high-end facility will be able to offer the services and care needed to maintain a high Medicare rate. This focus on Medicare and the high-end services will result in operating margins at the high-end of the range for skilled nursing facilities; therefore, the sale of the assisted living facility in Morgansville, New Jersey was given some weight in reconciling above the range of the skilled nursing comparables to reflect the higher-end finishes and superior services.



# Effective Gross Income Multiplier

The effective gross income multipliers (EGIM) for the sales are as follows:



### Comparison of Expense Ratios and EGIMs

| Comparable Number | Expense Ratio | EGIM |
|---|---|---|
| 1 | 81.9% | 1.86 |
| 2 | 70.2% | 2.15 |
| 3 | 55.1% | 6.74 |
| 4 | 82.2% | 1.61 |
| 5 | 82.9% | 1.62 |
| Subject | 69.6% | 3.00 |

### Expense Ratio Vs. EGI Multiplier

| | | |
|---|---|---|
| Correlation Coefficient | | 0.9345 |
| Forecasted EGIM | | 3.62 |

| Range | EGIM | X | Forecast EGI | = | Indicated Value | Rounded |
|---|---|---|---|---|---|---|
| Low of Range | 2.85 | X | $26,084,380 | = | $74,340,483 | $74,340,000 |
| High of Range | 3.10 | X | $26,084,380 | = | $80,861,578 | $80,860,000 |

The sales display a strong correlation between expense ratios and EGIMs. Based primarily upon this relationship and the forecasted value shown above, we selected an EGIM range of 2.85 to 3.10 to apply to the subject's pro forma EGI. As with the concluded price per bed from the NOI analysis, the Solana at Marlboro sale comparable was given weight in reconciling above the range of the skilled nursing comparables.



# Indicated Value via Sales Comparison

The value indications are as follows:

### Summary of Sales Comparison Approach Value Indications

| Unit of Comparison | Low Of Range | High of Range |
|---|---|---|
| Sales Price Per Bed | $71,200,000 | $72,800,000 |
| EGIM | $74,340,000 | $80,860,000 |
| Concluded Value | $74,800,000 | |
| Less Income Loss to Stabilization | $15,220,000 | |
| Less Repairs | $0 | |
| Less Profit for Lease Up Risk | $2,280,000 | |
| Plus Excess Land | $0 | |
| **Concluded As Is Value** | **$57,300,000** | |

In developing the sales price per bed analysis, we first adjusted the sales based solely upon differences in physical elements of comparison, such as age, location, and quality. This analysis indicates a wide range of per bed prices. This is because economics is the primary factor driving the sales prices of seniors housing properties, not physical differences. Following the physical adjustment analysis, we conducted an analysis of NOI per bed compared to sales price per bed. This comparison showed a strong correlation between the two variables. This method relies upon NOI per bed and is closely related to the income capitalization approach. We then selected an indicated price per bed considering both methods.

The EGIM analysis is less dependent upon the accurate estimation of net operating income. An investor considering purchasing the subject might place substantial weight in an EGIM analysis, as it is a commonly used tool.

Overall, there are limited transactions of similar skilled nursing facilities as the subject property, therefore the Solana at Marlboro sale comparable was utilized to better reflect the quality, age, and operating margins of the subject property. Overall, this analysis reconciled at the high-end of the comparable range recognizing that this reflects the superior quality and location of the subject property.

Both units of comparison are well supported and appropriate. We place roughly equal weight in the analyses and conclude an indicated value of $57,300,000 for the subject. The deduction for absorption is discussed later in the report, and represented the income loss as the subject property leases up.

EPIC Rehabilitation and Nursing



# Land Valuation

To develop an opinion of the subject's land value, as if vacant and available to be developed to its highest and best use, we utilize the sales comparison approach.

The sales comparison method is the most common technique for valuing land, and it is the most reliable and pertinent method when adequate sales data can be located. To use the sales comparison technique, sales of similar parcels of land are analyzed. Current contracts of sales and listings can also be considered. The comparables are analyzed, compared, and adjusted to provide a value indication for the land being appraised. This method of land valuation is utilized in this report.

## Extent of the Data Search

We have searched the subject's market area for recent sales of sites with comparable size, shape, and access. The search procured four recent sales. Detailed comparable profiles are included in the Addendum of this report.

### Transactions Confirmed

A summary of comparable land sales considered follows. Factual data regarding each comparable has been obtained from the grantor (seller), grantee (buyer), broker or some other knowledgeable party.





| No. | Location | City/State | Mi. From Subj. | Site SF | Sales Price | Price Per SF |
|-----|----------|-----------|----------------|---------|-------------|--------------|
| 1 | 50 Franklin Avenue, White Plains, NY | White Plains, NY | 0.0 | 45,413 | $5,421,600 | $119.38 |
| 2 | 120 Bloomingdale Road, White Plains, NY | White Plains, NY | 1.0 | 31,117 | $6,250,000 | $200.85 |
| 3 | 26-28 E Post Road, White Plains, NY | White Plains, NY | 1.0 | 8,712 | $1,242,450 | $142.61 |
| 4 | 25 City Place, White Plains, NY | White Plains, NY | 0.0 | 5,227 | $679,000 | $129.90 |
| S | EPIC Rehabilitation and Nursing | White Plains, NY | -- | 34,803 | | |



## Summary of Land Comparables

| Item | Comparable Number | | | |
| --- | --- | --- | --- | --- |
| | 1 | 2 | 3 | 4 |
| Location | 50 Franklin Avenue, White | 120 Bloomingdale Road, White | 26-28 E Post Road, White Plains, NY | 25 City Place, White Plains, NY |
| Municipality | White Plains | White Plains | White Plains | White Plains |
| Type Comparable | Closed sale | Closed sale | Closed sale | Closed sale |
| Sales Price | $5,421,600 | $6,250,000 | $1,242,450 | $679,000 |
| Date of Sale | July 11, 2019 | August 20, 2019 | November 30, 2018 | September 1, 2017 |
| Site Size (SF) | 45,413 | 31,117 | 8,712 | 5,227 |
| Property Rights Conveyed | Fee simple | Fee simple | Fee simple | Fee simple |
| Financing Terms | Cash to seller | Cash to seller | Cash to seller | Cash to seller |
| Conditions of Sale | Arm's length | Arm's length | Arm's length | Arm's length |
| Zoning | RM-0 | cB-3 | B-3 | N/A |
| Sales Price Per Sq. Ft. | $119.38 | $200.85 | $142.61 | $129.90 |

# Adjustments for Non-Physical Elements of Comparison

The adjustment process is typically applied through either quantitative or qualitative analysis, or a combination of the two. Quantitative adjustments are often developed as dollar or percentage amounts and are most credible when there is sufficient data to perform a paired sales or statistical analysis. Such analysis was not possible in the subject's market due to a lack of sufficient data. Thus, the adjustments used are based on qualitative judgment. If the comparable is superior to the subject, its sale price is adjusted downward to reflect the subject's relative inferiority; if the comparable is inferior, its price is adjusted upward. The adjustable elements of comparison are:

## Property Rights Conveyed

The sales all involved the conveyance of fee simple interests. No adjustment is required for property rights conveyed because the fee simple interest in the subject site is under consideration.

## Financing Terms

The comparables sold for cash and/or on cash equivalent terms. No adjustments are needed.

EPIC Rehabilitation and Nursing



## Conditions of Sale

This adjustment is made to account for atypical motivation of either the buyer or seller in a given sale. The comparables considered all sold under arm's length conditions and require no adjustment.

## Market Conditions

Comparable 4 is adjusted upward for market conditions considering the transaction occurred in 2017. Therefore this comparable received an upward adjustment.

## Location

The comparables are all located in comparable areas. No adjustments are needed.

## Site Size

Comparables 3 and 4 are smaller in size compared to the subject property, and therefore received an upward adjustment.

## Zoning

The comparables are all zoned to permit similar development. No adjustments are needed.

## Other Physical

Other physical considerations are shape, topography, utility availability, presence of a flood hazard, etc. There are no other physical elements that require adjustment.

## Summary of Adjustments

The required adjustments and the resulting adjusted sales prices per square foot are shown in the following table.



## Land Comparable Adjustments

| Item | Comparable Number | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Unadjusted Price Per Sq. Ft. | $119.38 | $200.85 | $142.61 | $129.90 |
| Adjustment For Property Rights Conveyed | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Adjustment For Financing Terms | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Adjustment For Conditions of Sale | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Adjustment For Market Conditions (Time) | $0.00 0% | $0.00 0% | $0.00 0% | $6.50 5% |
| Adjusted Price Prior to Physical Adjustments | $119.38 | $200.85 | $142.61 | $136.40 |
| Adjustment For Location | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Adjustment For Site Size | $0.00 0% | $0.00 0% | $7.13 5% | $6.82 5% |
| Adjustment For Zoning | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Adjustment For Other Physical | $0.00 0% | $0.00 0% | $0.00 0% | $0.00 0% |
| Final Adjusted Price Per SF | $119.38 | $200.85 | $149.74 | $143.22 |
| Minimum of Adjusted Prices | $119.38 | | | |
| Maximum of Adjusted Prices | $200.85 | | | |
| Average of Adjusted Prices | $153.30 | | | |

## Indicated Value of the Site as Though Vacant

The weight is placed in Comparables 1, 2 and 3 due to the location, proposed use, and site size. The indicated site value is as follows:

## Concluded Site Value

| | |
|---|---|
| Subject's Square Feet | 34,803 |
| Times Concluded Price Per SF | $155.00 |
| Indicated Value | $5,394,390 |
| **Rounded to:** | **$5,390,000** |



# Cost Approach

The steps taken to apply the cost approach are:

- Develop an opinion of the value of the land as though vacant and available to be developed to its highest and best use, as of the effective date of the appraisal;
- Estimate the replacement cost new of the existing improvements under current market conditions;
- Estimate depreciation from all causes and deduct this estimate from replacement cost new to arrive at depreciated replacement cost of the improvements; and
- Add land value to the depreciated replacement cost of the improvements to arrive at a market value indication for the property overall.

## Replacement Cost New

Replacement cost is the current cost to construct improvements with equivalent utility to the subject, using modern materials and current standards, design, and layout. Estimates of replacement cost for developing a market value opinion include three components: direct costs, indirect costs, and entrepreneurial profit.

## Direct Costs

Direct costs are expenditures for labor, materials, equipment and contractor's overhead and profit. We use Marshall Valuation Service (MVS) as the basis of our direct cost estimate. In addition to direct costs, MVS includes certain indirect costs such as architectural and engineering fees, and interest on building loan funds during construction.

## Indirect Costs

MVS does not include all of the indirect costs, also known as soft costs, which are appropriate in a replacement cost estimate. Therefore, we add an allowance for the following indirect costs that are not contained within MVS: taxes and carrying costs on land during construction, legal and accounting fees, and marketing and finance costs prior to stabilization.



Based upon the classifications in the Marshall Valuation Service handbook, the subject is considered to be a Class A "Convalescent Hospital" of excellent quality. Site improvements, including parking lot, signs, driveways, and exterior lighting, have been added to derive the total estimated direct costs.

### Cost New of Main Building

| | |
|---|---|
| Building Type | Convalescent Hospital |
| Section & Page Number | Section 15, Page 26 |
| Building Class | Class A |
| Building Quality | Excellent |
| Base Cost Per Square Foot | $279.00 |
| Area Multiplier | 1.000 |
| Story Height Multiplier | 1.00 |
| **Subtotal** | **$279.00** |
| Adjustment for Sprinkler System | $2.00 |
| Adjustment for Elevator | $1.50 |
| Adjustment for Patios | $0.00 |
| **Adjusted Base Cost** | **$282.50** |
| Current Cost Multiplier | 1.05 |
| Local Multiplier | 1.31 |
| **Final Per Square Foot Cost** | **$388.58** |
| Subject's Building Area | 110,210 |
| **Total Building Cost** | **$42,825,402** |
| **Cost New of Buildings Per SF** | **$388.58** |

### Direct Costs

| Item | Replacement Cost New |
|---|---|
| Main Building | $42,825,402 |
| Landscaping | $200,000 |
| Signs | $50,000 |
| Sidewalks/Parking Lot/Ring Road | $350,000 |
| **Total Direct Costs** | **$43,425,402** |
| **Total Direct Costs Per SF** | **$394.02** |

As shown, the indicated replacement cost of the building and site improvements is $394.02 per square foot. JLL maintains a database of cost comparables. These represent either actual costs for buildings or total budgeted costs based upon construction bids. Current comparables are shown as follows.

EPIC Rehabilitation and Nursing



## Construction Cost Comparables

| Item | Comp 1 | Comp 2 | Comp 3 | Average |
|---|---|---|---|---|
| **Identification -** | | | | |
| Care Type | SNF | SNF | SNF | - |
| Units | 102 | 102 | 92 | 99 |
| Beds | 124 | 124 | 108 | 119 |
| Building Area (Square Feet) | 77,000 | 77,000 | 75,283 | 76,428 |
| **Cost in Dollars -** | | | | |
| **Items in Marshall & Swift Base Costs -** | | | | |
| Hard (Direct Costs) | $16,062,506 | $16,052,401 | $13,550,552 | $15,221,820 |
| Architect and Engineering Fees | $703,810 | $691,810 | $566,294 | $653,971 |
| Permits and Building Fees | $130,000 | $78,000 | $60,000 | $89,333 |
| Construction Interest | $417,490 | $367,500 | $460,000 | $414,997 |
| Contractor's Overhead and Profit | $0 | $0 | $706,808 | $235,603 |
| Insurance | $68,500 | $115,000 | $0 | $61,167 |
| Total of Items in M&S Base Costs | $17,382,306 | $17,304,711 | $15,343,654 | $16,676,890 |
| **Items Not in Marshall & Swift Base Costs -** | | | | |
| Financing Costs (Other than Construction Interest) | $438,585 | $410,500 | $1,568,960 | $806,015 |
| Pre-Opening Marketing Costs | $0 | $0 | $115,000 | $38,333 |
| Lease Up Costs (Lease-Up Reserve) | $1,468,541 | $1,468,541 | $575,000 | $1,170,694 |
| CON or License Costs | $1,543,000 | $2,033,881 | $56,040 | $1,210,974 |
| Initial Working Capital | $0 | $0 | $0 | $0 |
| Total of Items Not in M&S Base Costs | $3,450,126 | $3,912,922 | $2,315,000 | $3,226,016 |
| **Other Components -** | | | | |
| Total Land Cost | $1,487,118 | $1,525,892 | $1,674,545 | $1,562,518 |
| Total Entrepreneurial Profit/Intangible Value | $0 | $0 | $0 | $0 |
| Total FF&E | $1,200,000 | $1,200,000 | $1,200,000 | $1,200,000 |
| Total Other Cost | $2,687,118 | $2,725,892 | $2,874,545 | $2,762,518 |
| **TOTAL COST** | $23,519,550 | $23,943,525 | $20,533,199 | $22,665,425 |
| **Cost Per Unit -** | | | | |
| Total of Items in M&S Base Costs | $170,415 | $169,654 | $166,779 | $168,949 |
| Total of Items Not in M&S Base Costs | $33,825 | $38,362 | $25,163 | $32,450 |
| Total Land Cost | $14,580 | $14,960 | $18,202 | $15,914 |
| Total Entrepreneurial Profit/Intangible Value | $0 | $0 | $0 | $0 |
| Total FF&E | $11,765 | $11,765 | $13,043 | $12,191 |
| Total Other Cost | $230,584 | $234,740 | $223,187 | $229,504 |
| **Cost Per Square Foot -** | | | | |
| Total of Items in M&S Base Costs | $225.74 | $224.74 | $203.81 | $218.10 |
| Total of Items Not in M&S Base Costs | $44.81 | $50.82 | $30.75 | $42.12 |
| Total Land Cost | $19.31 | $19.82 | $22.24 | $20.46 |
| Total Entrepreneurial Profit/Intangible Value | $0.00 | $0.00 | $0.00 | $0.00 |
| Total FF&E | $0.15 | $0.15 | $0.17 | $0.16 |
| Total Other Cost | $2.99 | $3.05 | $2.96 | $3.00 |
| **Relevant Percentages -** | | | | |
| Financing Costs as % of Base Cost | 2% | 2% | 8% | 4% |
| Pre-Opening Marketing Costs as % of Base Cost | 0% | 0% | 1% | 0% |
| Lease-up Costs as a % of Base Cost | 6% | 6% | 3% | 5% |
| CON or License Cost as a % of Base Cost | 7% | 8% | 0% | 5% |
| Initial Working Capital as a % of Base Cost | 0% | 0% | 0% | 0% |
| Land Cost as a % of Total Direct and Indirect Costs | 6% | 6% | 8% | 7% |
| Profit/Intangible Value as a % of  Total Direct and Indirect Costs | 0% | 0% | 0% | 0% |

EPIC Rehabilitation and Nursing



We have grouped the costs for the comparables are in a manner consistent with the Marshall Valuation Service. As noted previously, the Marshall Valuation Service indicated total direct costs for the subject of $394.02 per square foot. The cost comps indicated an average of $218.10 per square foot. While a detailed construction budget was not provided for the appraisal, the total construction cost was confirmed at $60,655,050, or $550 per square foot. This total cost includes CON Fees and financing costs that are not typically included in determining the base cost per square foot, and given no detailed budget was provided, it is inferred that the cost per square foot would be closer to $400 per square foot. Based upon this, it is evident that the cost estimate provided by the Marshall Valuation Service is reasonable. We will rely more upon the Marshall Valuation Service and forecast total costs inclusive of direct construction costs, architect and engineering fees, permits and building fees, construction interest, contractor's overhead and profit and insurance of $394.02 per square foot.

There are other costs not included in this figure. We have estimated the costs for financing, pre-opening marketing, lost income during lease-up, and CON or license at the average for the cost comparables.

In addition, developers of seniors housing properties anticipate receiving an entrepreneurial incentive for the efforts in developing seniors housing properties. We continue to actively conduct surveys of seniors housing developers to ascertain typical entrepreneurial incentive expectations. Responses ranged from 5% to more than 20%. The most common response was 15%. Therefore, we are forecasting a 15% entrepreneurial incentive.

In addition to entrepreneurial incentive, successful seniors housing facilities generally have intangible business enterprise value. We will add an allocation for this to our cost approach so that the cost approach is inclusive of intangibles, and the value is developed on the same basis as the income capitalization and sales comparison approaches.

The following set forth developer forecasts for the total value of properties following lease-up, with the gap between cost and value being inclusive of entrepreneurial incentive and intangible value.



### Developer Survey on Entrepreneurial Incentive/Intangible Value

| Property Type | Location/State | Total Project Costs | Forecasted Stabilized Value | Combined Incentive/Intangible % |
|---|---|---|---|---|
| AL | Texas | $33,500,000 | $48,400,000 | 44% |
| MC | Massachusetts | $15,000,000 | $21,000,000 | 40% |
| AL/MC | Minnesota | $23,500,000 | $32,200,000 | 37% |
| MC | Illinois | $5,500,000 | $7,300,000 | 33% |
| SNF | Texas | $6,250,000 | $8,700,000 | 39% |
| MC | Texas | $13,850,000 | $22,600,000 | 63% |
| SNF | Colorado | $15,800,000 | $21,800,000 | 38% |
| AL/MC | Colorado | $22,950,000 | $29,400,000 | 28% |
| AL/MC | Arizona | $18,600,000 | $22,550,000 | 21% |
| IL/AL/MC | Texas | $53,650,000 | $70,500,000 | 32% |
| MC | Oklahoma | $9,500,000 | $11,800,000 | 24% |
| AL | Washington | $16,300,000 | $20,100,000 | 23% |
| AL/MC | California | $24,500,000 | $31,750,000 | 30% |
| IL/AL/MC | Indiana | $30,850,000 | $46,900,000 | 52% |
| AL/MC | Pennsylvania | $24,500,000 | $38,250,000 | 56% |
| IL/AL/MC | Oklahoma | $24,500,000 | $40,100,000 | 64% |
| AL/MC | Colorado | $18,450,000 | $28,200,000 | 53% |
| IL/AL/MC | Wisconsin | $16,800,000 | $21,400,000 | 27% |
| IL/AL/MC | Oregon | $25,000,000 | $45,900,000 | 84% |
| AL/MC | California | $27,500,000 | $39,700,000 | 44% |
| MC | Indiana | $9,700,000 | $16,700,000 | 72% |
| AL/MC | Texas | $13,230,000 | $23,300,000 | 76% |
| AL/MC | Virginia | $35,200,000 | $55,100,000 | 57% |
| AL/MC | New Jersey | $21,725,000 | $40,300,000 | 86% |
| AL/MC | Florida | $29,550,000 | $34,100,000 | 15% |
| IALF | California | $15,550,000 | $25,800,000 | 66% |
| SNF | Texas | $9,650,000 | $12,900,000 | 34% |

These are just a few of many examples we have on file of the combined entrepreneurial incentive/intangible value anticipated by active seniors housing developers. In many cases, a lower percentage will be realized, and in a few cases, a higher percentage will be realized. Based upon the preceding, we will conservatively forecast the combined entrepreneurial incentive/intangible value to be 30%, allocated 15% to entrepreneurial incentive and 15% to intangible value. The entrepreneurial profit is a component of cost and is included in the replacement cost new. The intangible value is a component of value and is added after depreciation.

EPIC Rehabilitation and Nursing



## Direct and Indirect Costs

| Item | | Replacement Cost New |
|---|---|---|
| Direct Costs | $394.02 | $43,425,402 |
| Financing Costs | 4% | $1,737,016 |
| Pre-Opening Marketing | 0% | $0 |
| Lost Income During Lease-Up | 5% | $2,171,270 |
| Cost of CON and/or License | 5% | $2,171,270 |
| Total Direct and Indirect Costs | | **$49,504,958** |
| Entrepreneurial Incentive | 15% | $7,425,744 |
| Total Costs | | **$56,930,702** |

## Replacement Cost of FF&E

The average cost per unit of FF&E for the Cost Comparables previously presented was $12,191 per unit. Given the subject property is a brand new development and is of superior quality, the comparables do not accurately reflect the expected value of the FF&E. Therefore, this analysis reconciles above the range of the comparables to reflect the subject properties superior qualities. We will use this to estimate the subject's FF&E cost:

### Estimated FF&E Cost

| Subject's Units | X | FF&E Cost Per Unit | = | FF&E Cost New | FF&E Cost New Rounded |
|---|---|---|---|---|---|
| 90 | X | $17,000 | = | $1,530,000 | $1,530,000 |

## Analysis of Depreciation

We will measure physical depreciation using the modified age/life method. The subject's effective age is 1 year, while the total economic life is 60 years. The FF&E has also depreciated. FF&E depreciates more rapidly that real property, often requiring replacement several times during the life of a real estate asset. We will use an average economic life of 15 years for the subject's FF&E.

### Physical Depreciation to Real Estate

| | | | | |
|---|---|---|---|---|
| Replacement Cost New | | | | $56,930,702 |
| Times Percent Depreciated | 1 | / | 60 | -1.7% |
| Total Incurable Depreciation | | | | ($948,845) |
| Rounded | | | | ($950,000) |

### Physical Depreciation to FF&E

| | | | | |
|---|---|---|---|---|
| Replacement Cost New | | | | $1,530,000 |
| Times Percent Depreciated | 2 | / | 15 | -13.3% |
| Total Incurable Depreciation | | | | ($204,000) |
| Rounded | | | | ($200,000) |



## Physical Depreciation to FF&E Upon Stabilization

| | | | | |
|---|---|---|---|---|
| Replacement Cost New | | | | $1,530,000 |
| Times Percent Depreciated | 4 | / | 15 | -26.7% |
| Total Incurable Depreciation | | | | ($408,000) |
| Rounded | | | | ($410,000) |



# Cost Approach Summary

## Cost Approach Summary

| | | | |
|---|---|---|---|
| Building Area Square Feet | | | 110,210 |
| Number of Operating Beds | | | 160 |

| Item | Dollars | Per Square Foot | Per Bed |
|---|---|---|---|
| Direct Costs | $43,425,402 | $394.02 | $271,409 |
| Indirect Costs | $6,079,556 | $55.16 | $37,997 |
| Entrepreneurial Incentive | $7,425,744 | $67.38 | $46,411 |
| **Total Cost New** | **$56,930,702** | **$516.57** | **$355,817** |
| Less Physical Deterioration Curable | $0 | $0.00 | $0 |
| Less Physical Deterioration Incurable | ($950,000) | ($8.62) | ($5,938) |
| Less Functional Obsolescence Curable | $0 | $0.00 | $0 |
| Less Functional Obsolescence Incurable | $0 | $0.00 | $0 |
| Less External Obsolescence | $0 | $0.00 | $0 |
| **Depreciated Value of the Improvements** | **$55,980,702** | **$507.95** | **$349,879** |
| Plus Land Value As Though Vacant | $5,390,000 | $48.91 | $33,688 |
| **Total Indicated Value of Real Property** | **$61,370,702** | **$556.85** | **$383,567** |
| **Total Indicated Value of Real Property, Rounded** | **$61,370,000** | **$556.85** | **$383,563** |
| Plus Replacement Cost of FF&E, Rounded | $1,530,000 | $13.88 | $9,563 |
| Less Depreciation of FF&E, Rounded | ($200,000) | ($1.81) | ($1,250) |
| **Net Depreciated Value of FF&E** | **$1,330,000** | **$12.07** | **$8,313** |
| **Cost Approach Value Before Intangibles** | **$62,700,000** | **$568.91** | **$391,875** |
| Estimated Intangible Asset Value, Rounded | $9,410,000 | $85.38 | $58,813 |
| **Cost Approach Value Before Adjustments** | **$72,110,000** | **$654.30** | **$450,688** |
| Less Income Loss to Stabilization | $15,220,000 | $138.10 | $95,125 |
| Less Repairs | $0 | $0.00 | $0 |
| Less Profit for Lease Up Risk | $2,280,000 | $20.69 | $14,250 |
| Plus Excess Land | $0 | $0.00 | $0 |
| **Total Indicated Value Via the Cost Approach** | **$54,600,000** | **$495.42** | **$341,250** |

Since the analysis considered all components of cost including entrepreneurial profit/intangible value, the value indication is for the going concern on a stabilized basis. Adjustments were made, if required, for rent loss during absorption, repairs, and excess land to get to the as is value.

EPIC Rehabilitation and Nursing



# Insurable Replacement Cost

Our estimate of insurable replacement cost is below. Unlike market value, there are multiple definitions for insurable replacement cost, with some excluding or including different items, so the calculations below may not meet the specifications set forth in some insurance policies.

### Insurable Replacement Cost

| | |
|---|---|
| Reconciled Cost Per SF | $394.02 |
| Less Site Improvements Cost Per SF | ($5.44) |
| Less Foundations | ($3.00) |
| Less Site Work | ($3.00) |
| Less Architect Fees | ($15.76) |
| **Cost Per Square Foot after Exclusions** | **$366.82** |
| Inclusions | $0.00 |
| **Concluded Cost Per Square Foot** | **$366.82** |
| Times Building Area | 110,210 |
| **Insurable Replacement Cost** | **$40,427,126** |
| **Rounded** | **$40,430,000** |



# Absorption and Income Loss Analysis

In this section, we will estimate the subject's absorption and the corresponding income loss during the lease-up period needed for the subject to reach the forecasted stabilized occupancy level.

## Current Status

As of the effective date of this analysis, the subject was 25.0% occupied, whereas our forecast of stabilized occupancy is 93.0%.

Based on discussions with owners, operators and brokers, due to COVID-19 subject operations are expected to be impacted in the short term, notably longer lease-up timelines over the next several months. Therefore, JLL conclusions fall at the lower end of indications below.

## Absorption

The subject's forecasted occupancy is as follows:

### Payor Mix and Projected Resident Day Occupancy

| Payor Source | Year 1 | | Year 2 | | Year 3 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Days | % | Days | % | Days | % |
| Private Pay Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Ins./Managed Care Nursing | 3,105 | 7.2% | 4,052 | 7.5% | 4,073 | 7.5% |
| Medicaid Nursing | 25,915 | 60.5% | 29,710 | 55.0% | 29,058 | 53.5% |
| Medicare Nursing | 10,708 | 25.0% | 16,206 | 30.0% | 17,109 | 31.5% |
| VA/Hospice Nursing | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total | 42,833 | 100.0% | 54,020 | 100.0% | 54,313 | 100.0% |
| | | | | | | |
| Available (Operating) Beds | 160 | | 160 | | 160 | |
| Available Res. Days | 58,400 | | 58,400 | | 58,400 | |
| Occupancy Rate | 73.3% | | 92.5% | | 93.0% | |

The subject is forecast to achieve stabilized operations in Year 2 with Year 3 representing the first stabilized year. The forecast lease-up in the proforma suggests a lease-up of 9.8 units per month in Year 1. While a month by month breakdown is not provided in the proforma, the assumed lease-up time in the proforma is 18 to 24 months.

NIC MAP tracks move-in rates for properties in the 31 largest US markets. This data will aid in the establishment of an absorption rate for the subject.

EPIC Rehabilitation and Nursing



### National Absorption Averages Units

| Quarter | Independent Living | Assisted Living | Memory Care |
|---|---|---|---|
| 2Q13 | 5.0 | 3.0 | 1.8 |
| 3Q13 | 5.4 | 2.9 | 1.6 |
| 4Q13 | 5.1 | 2.8 | 1.7 |
| 1Q14 | 4.7 | 2.9 | 1.9 |
| 2Q14 | 6.0 | 2.8 | 1.8 |
| 3Q14 | 5.8 | 3.1 | 1.7 |
| 4Q14 | 4.5 | 3.2 | 1.8 |
| 1Q15 | 4.5 | 2.8 | 1.8 |
| 2Q15 | 5.2 | 3.0 | 1.7 |
| 3Q15 | 5.7 | 3.3 | 1.7 |
| 4Q15 | 5.3 | 3.0 | 1.6 |
| 1Q16 | 5.6 | 2.7 | 1.5 |
| 2Q16 | 5.4 | 2.6 | 1.4 |
| 3Q16 | 4.8 | 2.4 | 1.3 |
| 4Q16 | 6.2 | 2.7 | 1.3 |
| 1Q17 | 5.0 | 2.8 | 1.3 |
| 2Q17 | 4.9 | 2.9 | 1.5 |
| 3Q17 | 5.2 | 3.0 | 1.3 |
| 4Q17 | 4.8 | 2.8 | 1.3 |
| 1Q18 | 4.0 | 2.8 | 1.3 |
| 2Q18 | 4.0 | 2.8 | 1.3 |
| 3Q18 | 4.9 | 2.7 | 1.3 |
| 4Q18 | 4.4 | 2.6 | 1.3 |
| 1Q19 | 4.4 | 2.5 | 1.2 |
| 2Q19 | 4.4 | 2.5 | 1.2 |

Based upon this data and considering the prevailing market occupancy level, we are forecasting that the subject will require 24 months to reach stabilized occupancy, which equates to an average absorption rate of 4.53 beds per month.

### Income Loss Forecast

Net operating income (NOI) during the forecasted months of remaining absorption is projected in the tables that follow, based upon the preceding assumptions. The income loss is not discounted as it is a negative rather than positive cash flow.



## Income Loss During Absorption

| | |
|---|---|
| Pro Forma EGI | $26,084,380 |
| Pro Forma Expenses at Stabilization | $18,164,995 |
| Pro Forma NOI | $7,919,385 |
| Starting Physical Occupancy Level | 25% |
| Starting Economic Occupancy Level | 27% |
| Total Absorption Period (Months) | 24 |
| Beginning Expenses (as a Percent of Total) | 75% |

| Month | Forecast % of EGI Earned | Pro Forma EGI | Projected EGI | Forecast % of Expenses Incurred | Pro Forma Expenses | Forecast Expenses | Forecast NOI | Pro Forma NOI | Income Loss (Variance Between Pro Forma NOI and Forecast NOI) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 26.9% | $2,173,698 | $584,328 | 75.0% | 1,513,750 | $1,135,312 | ($550,985) | $659,949 | $1,210,933 |
| 2 | 29.9% | $2,173,698 | $650,551 | 76.0% | 1,513,750 | $1,151,080 | ($500,529) | $659,949 | $1,160,478 |
| 3 | 33.0% | $2,173,698 | $716,775 | 77.1% | 1,513,750 | $1,166,849 | ($450,074) | $659,949 | $1,110,022 |
| 4 | 36.0% | $2,173,698 | $782,999 | 78.1% | 1,513,750 | $1,182,617 | ($399,618) | $659,949 | $1,059,567 |
| 5 | 39.1% | $2,173,698 | $849,223 | 79.2% | 1,513,750 | $1,198,385 | ($349,162) | $659,949 | $1,009,111 |
| 6 | 42.1% | $2,173,698 | $915,446 | 80.2% | 1,513,750 | $1,214,153 | ($298,707) | $659,949 | $958,656 |
| 7 | 45.2% | $2,173,698 | $981,670 | 81.3% | 1,513,750 | $1,229,922 | ($248,251) | $659,949 | $908,200 |
| 8 | 48.2% | $2,173,698 | $1,047,894 | 82.3% | 1,513,750 | $1,245,690 | ($197,796) | $659,949 | $857,745 |
| 9 | 51.3% | $2,173,698 | $1,114,118 | 83.3% | 1,513,750 | $1,261,458 | ($147,340) | $659,949 | $807,289 |
| 10 | 54.3% | $2,173,698 | $1,180,342 | 84.4% | 1,513,750 | $1,277,226 | ($96,885) | $659,949 | $756,833 |
| 11 | 57.3% | $2,173,698 | $1,246,565 | 85.4% | 1,513,750 | $1,292,994 | ($46,429) | $659,949 | $706,378 |
| 12 | 60.4% | $2,173,698 | $1,312,789 | 86.5% | 1,513,750 | $1,308,763 | $4,026 | $659,949 | $655,922 |
| 13 | 63.4% | $2,217,172 | $1,406,593 | 87.5% | 1,544,025 | $1,351,021 | $55,572 | $673,148 | $617,576 |
| 14 | 66.5% | $2,217,172 | $1,474,141 | 88.5% | 1,544,025 | $1,367,105 | $107,036 | $673,148 | $566,111 |
| 15 | 69.5% | $2,217,172 | $1,541,690 | 89.6% | 1,544,025 | $1,383,189 | $158,501 | $673,148 | $514,647 |
| 16 | 72.6% | $2,217,172 | $1,609,238 | 90.6% | 1,544,025 | $1,399,272 | $209,966 | $673,148 | $463,182 |
| 17 | 75.6% | $2,217,172 | $1,676,786 | 91.7% | 1,544,025 | $1,415,356 | $261,430 | $673,148 | $411,717 |
| 18 | 78.7% | $2,217,172 | $1,744,334 | 92.7% | 1,544,025 | $1,431,439 | $312,895 | $673,148 | $360,253 |
| 19 | 81.7% | $2,217,172 | $1,811,883 | 93.7% | 1,544,025 | $1,447,523 | $364,360 | $673,148 | $308,788 |
| 20 | 84.8% | $2,217,172 | $1,879,431 | 94.8% | 1,544,025 | $1,463,607 | $415,824 | $673,148 | $257,323 |
| 21 | 87.8% | $2,217,172 | $1,946,979 | 95.8% | 1,544,025 | $1,479,690 | $467,289 | $673,148 | $205,859 |
| 22 | 90.9% | $2,217,172 | $2,014,528 | 96.9% | 1,544,025 | $1,495,774 | $518,754 | $673,148 | $154,394 |
| 23 | 93.9% | $2,217,172 | $2,082,076 | 97.9% | 1,544,025 | $1,511,857 | $570,218 | $673,148 | $102,929 |
| 24 | 97.0% | $2,217,172 | $2,149,624 | 99.0% | 1,544,025 | $1,527,941 | $621,683 | $673,148 | $51,465 |
| Total | | | | | | | | | $15,215,379 |
| **Total Discounted Income Loss Rounded** | | | | | | | | | **$15,220,000** |

The total indicated income loss during absorption is $15,220,000.

EPIC Rehabilitation and Nursing



# Conclusion

## Market Value of the Specified Assets of the Business As Is, Fee Simple Estate

The following indications of value have been developed for the subject:

### Value Indications

| Approach to Value | Value Indication |
| --- | --- |
| The Income Capitalization Approach - Direct Capitalization | $54,500,000 |
| The Income Capitalization Approach - Yield Capitalization | $59,100,000 |
| The Sales Comparison Approach | $57,300,000 |
| The Cost Approach | $54,600,000 |

The direct capitalization method was developed for this report. The income capitalization process is well supported and highly pertinent to the appraisal of income property such as the subject. Market rent was estimated after a review of competing local properties. Total income and expenses were estimated based upon analysis of similar income and expense comparables with consideration to the subject's forecasted expenses. This is the approach most utilized in the market and is considered the most relevant approach to valuing the subject.

We also developed the yield capitalization approach (DCF analysis). This approach is widely used by sophisticated investors and is highly relevant.

The sales comparison approach was also developed and is relatively well supported. Market participants rely upon sales to provide general ranges for valuation purposes, but generally place much more weight on the income approach.

The cost approach was developed in this appraisal. Buyers of senior housing properties place little credence in the cost approach. While the subject property is a newly constructed facility with little depreciation, market participants typically place less weight on the cost approach. Thus, the cost approach is given little consideration.

After consideration of the reliability and relevance of each approach, the income approach - direct capitalization and yield capitalization methods are given equal weight, with the sales comparison approach providing added support. The indicated value is $56,800,000.



## Prospective Market Value of the Specified Assets of the Business Upon Stabilization

We have already developed as estimate of value for the subject based upon being stabilized now, via direct capitalization. The forecast date of stabilization is 24 months from the current effective date of value. Thus, the prospective value is developed based upon a 3.0% annual escalation in income, expenses and value over the 24 month lease-up period. The resulting prospective market value of the specified assets of the business upon stabilization is $74,900,000.

## Value Allocation

The above concluded value is on a going concern basis. In order to allocate the going concern value, several different methodologies can be used. These include the lease analysis, the management fee capitalization method, and the cost residual method. REITs and other buyers of nursing facility real estate typically determine market rent based upon a lease coverage ratio. According to Health Care REIT, HCP, Healthcare Trust of America and Aviv REIT, a typical lease coverage ratio for assisted living is 1.01 or higher, and typical coverage for a nursing facility is 1.3 or higher. For purposes of this analysis, a coverage ratio of 1.50 is used.

### Lease Analysis

The lease analysis determines the value of the real estate and FF&E based upon facility lease data excluding intangibles. The residual is then allocated to intangibles.

For the lease analysis, we utilize our pro forma NOI. From this, we determine the value associated with the real estate based income stream. This is this capitalized at a lower rate than the going concern NOI due to the lower risk factor.

For comparison purposes, the capitalization rate used is 9.00% based upon recent REIT transactions noted below. The value of the FF&E is estimated based upon a typical cost per unit less depreciation. Examples of relevant transactions in support of our forecasts include:



**Leased Fee Sale Comparables**

| Property/Portfolio | Facility Type | Number of Beds/Units | State (s) | Date of Sale | Year 1 Rent | Year 1 NOI | Sales Price | Lease Coverage Ratio | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|
| Laurel Health Care | SNF, AL | 2,777 | Various | No Sale Date | $25,925,000 | $36,500,000 | No Sale | 1.41 | No Sale |
| Platinum Portfolio | SNF, AL | 937 | Various | No Sale Date | $9,880,000 | $11,790,000 | No Sale | 1.19 | No Sale |
| Prelude at Woodbury | SNF, AL | 30 | MN | No Sale Date | $3,287,000 | $4,273,100 | No Sale | 1.30 | No Sale |
| Village at Richardson | SNF | 206 | TX | No Sale Date | $1,377,500 | $1,719,071 | No Sale | 1.25 | No Sale |
| Friendship Haven SNF | SNF | 137 | TX | No Sale Date | $1,312,500 | $2,075,526 | No Sale | 1.58 | No Sale |
| FL& NH SNFs | SNF | 1,324 | FL, NH | No Sale Date | $12,060,000 | $16,281,000 | No Sale | 1.35 | No Sale |
| 2 TX SNFs | SNF | 264 | TX | No Sale Date | $2,349,000 | $3,405,000 | No Sale | 1.45 | No Sale |
| Highbridge Bronx, NY | SNF | 90 | NY | No Sale Date | $1,530,000 | $2,140,618 | No Sale | 1.40 | No Sale |
| Dallas SNF | SNF | 126 | TX | No Sale Date | $1,360,000 | $1,904,000 | No Sale | 1.40 | No Sale |
| The Oaks | SNF | 59 | CA | No Sale Date | $670,000 | $970,000 | No Sale | 1.45 | No Sale |
| 20 Sabra & Genesis | SNF | 1,835 | KY, OH, IN | December-17 | $9,300,000 | $15,169,264 | $103,300,000 | 1.63 | 9.00% |
| 5 Metron Skilled Nursing | SNF | 416 | MI | March-18 | $3,735,000 | $5,415,704 | $41,250,000 | 1.45 | 9.05% |
| Providence Group | SNF | 528 | CA | October-17 | $6,072,000 | N/A | $69,120,000 | - | 8.78% |
| Carespring Portfolio | SNF, AL | 1,147 | OH,KY | September-18 | $16,200,000 | $23,616,895 | $183,050,000 | 1.46 | 8.85% |
| Five Oaks | SNF | 268 | WA | October-17 | $1,140,000 | N/A | $12,120,000 | - | 9.41% |
| Cascadia Healthcare | SNF | 571 | ID | 9/17 & 10/17 | $5,916,000 | N/A | $65,315,000 | - | 9.06% |
| Priority Management Group | SNF | 405 | TX | September-17 | $1,850,000 | N/A | $20,285,000 | - | 9.12% |
| Cascadia Healthcare | SNF | 76 | WA | September-17 | $120,000 | N/A | $895,000 | - | 13.41% |
| 2 IN SNFs - Med Equities (Includes UPL) | SNF | 160 | IN | August-17 | $1,350,000 | $2,358,948 | $15,000,000 | 1.75 | 9.00% |
| Cascadia Healthcare | SNF | 53 | OR | July-17 | $362,000 | N/A | $3,995,000 | - | 9.06% |
| Illinois SNF Portfolio | SNF | N/A | IL | March-17 | $2,920,000 | N/A | $29,200,000 | - | 10.00% |
| WLC Management | SNF | 99 | IL | July-17 | $372,000 | N/A | $3,668,000 | - | 10.14% |
| CareTrust REIT & On Pointe Health | SNF | 262 | TX/NM | June-17 | $2,455,000 | N/A | $27,316,000 | - | 8.99% |
| Cascadia Healthcare | SNF | 119 | ID | May-17 | $588,000 | N/A | $6,475,000 | - | 9.08% |
| Eldercare Services/Med Equities | SNF | 130 | CT | May-17 | $900,000 | N/A | $10,000,000 | - | 9.00% |
| Brightpointe at Rivershire | SNF | 150 | TX | March-17 | $1,547,871 | $2,832,604 | $15,300,000 | 1.83 | 10.12% |
| The Ensign Group | SNF | 126 | TX | February-17 | $1,160,650 | N/A | $13,900,000 | - | 8.35% |
| CareTrust REIT & WLC Management | SNF | 455 | IL | February-17 | $2,915,000 | N/A | $29,200,000 | - | 9.98% |
| 4 SNF/ALFs in Dallas Fort Worth | SNF, AL | 568 | TX | December-16 | $8,600,000 | N/A | $95,900,000 | - | 8.97% |
| OH SNFs -2 | SNF | N/A | OH | April-16 | $1,410,000 | $1,900,000 | $14,700,000 | - | 9.59% |
| Symphony Post Acute | SNF | N/A | IL | November-15 | $24,200,000 | N/A | $276,200,000 | - | 8.76% |
| Old Mill Rehab | SNF | 44 | NE | October-15 | $1,012,275 | $1,707,028 | $13,011,247 | 1.69 | 7.78% |
| Pristine Portfolio | SNF, AL | N/A | OH | October-15 | $17,200,000 | N/A | $175,000,000 | - | 9.83% |
| 10 Texas SNFs | SNF | 1,142 | TX | July-15 | $12,325,000 | $15,567,134 | $145,000,000 | 1.26 | 8.50% |
| NMS Healthcare | SNF | 678 | MD | June-15 | $20,475,500 | $30,712,500 | $234,000,000 | 1.50 | 8.75% |
| Aviv Portfolio | SNF | 26520 | US | March-15 | $201,000,000 | $251,250,000 | $3,000,000,000 | 1.25 | 6.70% |
| Vista at Westover | SNF | 120 | TX | February-15 | $1,500,000 | $2,114,449 | $20,000,000 | 1.41 | 7.50% |
| Bethany Rehab | SNF | 170 | CO | February-15 | $1,700,000 | $2,251,828 | $17,950,000 | 1.32 | 9.47% |
| **LOW** | | | | | | | | **1.19** | **6.70%** |
| **AVERAGE** | | | | | | | | **1.44** | **9.15%** |
| **HIGH** | | | | | | | | **1.83** | **13.41%** |

The resulting allocation is as follows:

## Lease Coverage Method

| | As Is | Upon Stabilization |
|---|---|---|
| Forecast NOI | $7,919,385 | $8,236,161 |
| Divided by Market Lease Coverage Ratio | 1.50 | 1.50 |
| Income Attributable to Real Estate and FF&E | $5,279,590 | $5,490,774 |
| Divided by NNN Cap Rate | 9.00% | 9.00% |
| Indicated Value of Real Estate and FF&E | $58,662,112 | $61,008,601 |
| Rounded | $58,660,000 | $61,010,000 |
| Allocated Value of FF&E | $1,330,000 | $1,330,000 |
| Allocated Value of Land | $5,390,000 | $5,390,000 |
| Allocated Value of Improvements | $51,940,000 | $54,290,000 |
| Indicated Value of Intangibles | -$4,160,000 | $13,890,000 |

## Management Fee Capitalization Method

For the management fee capitalization method, we will assume that the forecasted management fee reflects income attributable to the business value of the subject. We will then capitalize this

EPIC Rehabilitation and Nursing



amount at a higher rate due to the increased risk associated with the business value of the subject. The management fee capitalization method is based upon the Rushmore method commonly used in the valuation of hotels/motels. The capitalization rate used is based upon property management company transactions procured from the BIZCOMPS database summarized below:

### Property Management Company Sale Comparables

| Business Description | Location | Date of Sale | Earnings | Sales Price | Cap Rate |
|---|---|---|---|---|---|
| Property Management | Florida | August-17 | $116 | $225 | 51.56% |
| Property Management | Florida | May-17 | $46 | $120 | 38.33% |
| Property Management | Nevada | April-17 | $95 | $462 | 20.56% |
| Property Management | Florida | February-17 | $414 | $1,485 | 27.88% |
| Property Management | Colorado | December-16 | $297 | $800 | 37.13% |
| Property Management | Florida | August-16 | $115 | $253 | 45.45% |
| Property Management | Florida | July-16 | $100 | $235 | 42.55% |
| Property Management | California | February-16 | $127 | $425 | 29.88% |
| Property Management | Montana | December-15 | $24 | $65 | 36.92% |
| Property Management | California | June-15 | $160 | $595 | 26.89% |
| Property Management | Texas | March-15 | $150 | $360 | 41.67% |
| Property Management | Florida | October-14 | $279 | $850 | 32.82% |
| Property Management | Florida | July-14 | $110 | $280 | 39.29% |
| Property Management | Florida | June-14 | $106 | $275 | 38.55% |
| **AVERAGE** | | | | | **36.39%** |
| Amounts displayed in thousands. | | | | | |

Based upon these comparables, a capitalization rate of 35.00% is deemed appropriate. This calculation is shown below:

### Management Capitalization Method

| | As Is | Upon Stabilization |
|---|---|---|
| Forecast Management Fee | $1,304,219 | $1,356,388 |
| Divided by Management Fee Cap Rate | 35.00% | 35.00% |
| Indicated Value of Intangibles | $3,726,340 | $3,875,394 |
| Rounded | $3,730,000 | $3,880,000 |

## Cost Residual Method

For this methodology, we will utilize the cost approach. Our concluded cost approach value before intangibles is deducted from our as is value conclusion to determine the intangible value for the subject. This calculation is shown below:

### Cost Residual Method

| | As Is | Upon Stabilization |
|---|---|---|
| Market Value of the Specified Assets of the Business | $56,800,000 | $74,900,000 |
| Less Concluded Cost Approach Value Before Intangibles | $62,700,000 | $62,700,000 |
| Indicated Value of Intangibles | -$5,900,000 | $12,200,000 |



## Allocation Conclusion

The concluded business values, utilizing the above methods, are shown below. It is noted that we have equally weighted each approach in our determination of intangible values for the subject. For any approach resulting in negative intangible value, we have not forecasted any intangibles. The concluded intangible values are therefore based upon the averages of the methods below.

### Intangible Value Conclusions

|  | As Is | Upon Stabilization |
| --- | --- | --- |
| Lease Coverage Method | $0 | $13,890,000 |
| Cost Residual Method | $0 | $12,200,000 |
| **Indicated Value of Intangibles** | **$0** | **$13,890,000** |

The resulting allocation of the subject's as-is value is as follows:

### Value Allocation(s)

|  | As Is | Upon Stabilization |
| --- | --- | --- |
| Real Property | $55,470,000 | $59,890,000 |
| FF&E | $1,330,000 | $1,120,000 |
| Intangible Value | $0 | $13,890,000 |
| **Market Value of the Specified Assets of the Business** | **$56,800,000** | **$74,900,000** |

## Exposure Time

Our estimate of value is based upon a typical exposure time for the property type being appraised. Exposure time is assumed to precede the effective date of value. Exposure times vary widely from property to property and are dependent upon a number of factors. These can include the motivation of the owner, the price that the property is offered for sale, the effectiveness of the marketing plan, the availability of financing, etc. We surveyed active market participants, including brokers and buyers, to determine a typical marketing time for seniors housing properties. The respondents were offered the following choices:

A. 3 months

B. 6 months

C. 9 months

D. 12 months

E. More than 12 months

The majority, being 35.8% of total respondents, indicated selection B, while 30.2% indicated selection C. Given the market uncertainly and volatility, exposure times are currently difficult to predict. Based upon these responses, we conclude that an exposure period of nine months would be necessary to sell the subject.

EPIC Rehabilitation and Nursing



# Marketing Time – JLL Seniors Housing Investor Survey (Spring 2020)

Exposure time is assumed to precede the date of value while marketing time is the estimated time from the date of value that would be required to sell the property. When market conditions are stable and not expected to change, exposure time and marketing time are generally the same.

Respondents were asked a typical marketing time for a seniors housing asset, defined as the number of months between the date a community is listed through the date of closing. Most respondents, at 53 percent, indicated an average marketing time of six months, with less than six months coming in second at 20 percent of respondents, indicating a seller's market.

| All Property Types Marketing Time | Respondents % |
|---|---|
| Less than 6 months | 20.0 |
| 6 months | 53.0 |
| 9 months | 19.0 |
| 12 months | 3.0 |
| Greater than 12 months | 5.0 |

Given the market uncertainly and volatility, marketing times are currently difficult to predict. As such, we have estimated marketing time to also be nine months.

# Final Value Estimate(s)

Our analyses and forecasts result in the value conclusion(s) below, which are based upon assumptions, limiting conditions, and definitions presented in this report.

## Value Conclusion(s)

| Scenario | Effective Date | Conclusion |
|---|---|---|
| Market Value of the Specified Assets of the Business As Is, Fee Simple Estate | April 3, 2020 | $56,800,000 |
| Prospective Market Value of the Specified Assets of the Business Upon Stabilization | April 3, 2022 | $74,900,000 |

Our valuation of the subject is based on payment of the consideration in cash. The valuation is based upon a reasonable exposure time of nine months prior to the effective date of value. The estimated marketing period is also nine months.

EPIC Rehabilitation and Nursing





# *Appendix A*

## Legal Description

## SCHEDULE A *(Description)*

ALL that certain plot, piece or parcel of land, situate, lying and being in the City of White Plains, County of Westchester and State of New York.  Said parcel being more particularly described as follows:

BEGINNING at a point in the easterly line of Church Street where the same is intersected by the southerly line of Barker Avenue;

RUNNING THENCE from said point North 70 degrees 40 minutes 10 seconds East a distance of 173.57 feet along the southerly line of Barker Avenue to a point where the same is intersected by the divisions line herein described parcel on the west and lands now or formerly of Koeppel & Mohr Equities on the East;

THENCE from said point and along said divisions line South 17 degrees 59 minutes 50 seconds East a distance of 200.51 feet to a point in the division line between the herein described parcel on the north and lands now or formerly of Hamilton Plaza Company, Inc. on the south;

THENCE from said point and along said line South 71 degrees 01 minutes 50 seconds West a distance of 173.24 feet to the easterly line of Church Street; and

THENCE from said point and along said line North 18 degrees 05 minutes 04 seconds West a distance of 199.41 feet to the point and place of BEGINNING.



# *Appendix B*

## Maps, Plats, Building Plans

# National Flood Hazard Layer FIRMette

**FEMA**



41°2'20.62"N
73°46'21.88"W

City of White Plains
360935

AREA OF MINIMAL FLOOD HAZARD
Zone X

36119C0267F
eff. 9/28/2007

USGS The National Map: Orthoimagery. Data refreshed April, 2019.

73°45'44.42"W
41°1'53.49"N

Feet
0   250   500   1,000   1,500   2,000

1:6,000

## Legend

SEE FIS REPORT FOR DETAILED LEGEND AND INDEX MAP FOR FIRM PANEL LAYOUT

**SPECIAL FLOOD HAZARD AREAS**
Without Base Flood Elevation (BFE)
Zone A, V, A99
With BFE or Depth Zone AE, AO, AH, VE, AR
Regulatory Floodway

**OTHER AREAS OF FLOOD HAZARD**
0.2% Annual Chance Flood Hazard, Areas of 1% annual chance flood with average depth less than one foot or with drainage areas of less than one square mile Zone X
Future Conditions 1% Annual Chance Flood Hazard Zone X
Area with Reduced Flood Risk due to Levee. See Notes. Zone X
Area with Flood Risk due to Levee Zone D

**OTHER AREAS**
NO SCREEN  Area of Minimal Flood Hazard Zone X
Effective LOMRs
Area of Undetermined Flood Hazard Zone D

**GENERAL STRUCTURES**
Channel, Culvert, or Storm Sewer
Levee, Dike, or Floodwall

20.2  Cross Sections with 1% Annual Chance
17.5  Water Surface Elevation
Coastal Transect
Base Flood Elevation Line (BFE)
Limit of Study
Jurisdiction Boundary
Coastal Transect Baseline

**OTHER FEATURES**
Profile Baseline
Hydrographic Feature

**MAP PANELS**
Digital Data Available
No Digital Data Available
Unmapped

The pin displayed on the map is an approximate point selected by the user and does not represent an authoritative property location.

This map complies with FEMA's standards for the use of digital flood maps if it is not void as described below. The basemap shown complies with FEMA's basemap accuracy standards

The flood hazard information is derived directly from the authoritative NFHL web services provided by FEMA. This map was exported on 3/27/2020 at 12:26:33 PM  and does not reflect changes or amendments subsequent to this date and time. The NFHL and effective information may change or become superseded by new data over time.

This map image is void if the one or more of the following map elements do not appear: basemap imagery, flood zone labels, legend, scale bar, map creation date, community identifiers, FIRM panel number, and FIRM effective date. Map images for unmapped and unmodernized areas cannot be used for regulatory purposes.









# *Appendix C*

## Comparable Profiles

## Rental Comparable Number 1



| Property Identification | |
|---|---|
| **Name:** | Martine Center for Nuring and Rehabilitation |
| **Address:** | 12 Tibbets Avenue |
| **Municipality:** | White Plains |
| **State:** | New York |
| **Zip Code:** | 10608 |
| **Phone Number:** | 914-287-7200 |

| Physical Data | |
|---|---|
| **Property Type:** | Nursing Center |
| **Year Opened:** | 1974 |
| **Number of Stories:** | 6 |
| **Quality:** | Good |
| **Condition:** | Good |

| Unit/Bed Mix | |
|---|---|
| **Number of Nursing Beds:** | 200 |
| **Number of AL Beds:** | 0 |
| **Number of IL Units:** | 0 |

| Occupancy & Census | |
|---|---|
| **Occupancy:** | 100.0% |
| **Private Pay %:** | N/A |
| **Insurance/Managed Care %:** | N/A |
| **Medicaid %:** | N/A |
| **Medicare %:** | N/A |
| **VA %:** | 0.0% |

| Rental Rates | | | |
|---|---|---|---|
| **Bed Type** | **Unit Sq. Ft.** | **Fee Basis** | **Base Rate Per Day/Month** |
| Nursing - Private | N/A | Daily | $1,200.00 |
| Nursing - Semi-Private | N/A | Daily | $600.00 |

## Rental Comparable Number 2



| Property Identification | |
|---|---|
| **Name:** | White Plains Center for Nursing Care |
| **Address:** | 220 West Post Road |
| **Municipality:** | White Plains |
| **State:** | New York |
| **Zip Code:** | 10606 |
| **Phone Number:** | 914-686-8880 |

| Physical Data | |
|---|---|
| **Property Type:** | Nursing Center |
| **Year Opened:** | 1996 |
| **Number of Stories:** | 1 |
| **Quality:** | Good |
| **Condition:** | Good |

| Unit/Bed Mix | |
|---|---|
| **Number of Nursing Beds:** | 88 |
| **Number of AL Beds:** | 0 |
| **Number of IL Units:** | 0 |

| Occupancy & Census | |
|---|---|
| **Occupancy:** | 100.0% |
| **Private Pay %:** | 12.4% |
| **Insurance/Managed Care %:** | 12.4% |
| **Medicaid %:** | 48.7% |
| **Medicare %:** | 26.4% |
| **VA %:** | 0.0% |

| Rental Rates | | | |
|---|---|---|---|
| **Bed Type** | **Unit Sq. Ft.** | **Fee Basis** | **Base Rate Per Day/Month** |
| Nursing - Private | N/A | Daily | $450.00 |
| Nursing - Semi-Private | N/A | Daily | $425.00 |

## Rental Comparable Number 3



| Property Identification | |
|---|---|
| **Name:** | The Grove at Valhalla Rehabilitation and Nursing Center |
| **Address:** | 61 Grasslands Road |
| **Municipality:** | Valhalla |
| **State:** | New York |
| **Zip Code:** | 10595 |
| **Phone Number:** | 914-681-8400 |

| Physical Data | |
|---|---|
| **Property Type:** | Nursing Center |
| **Year Opened:** | 1990 |
| **Number of Stories:** | 2 |
| **Quality:** | Good |
| **Condition:** | Good |

| Unit/Bed Mix | |
|---|---|
| **Number of Nursing Beds:** | 160 |
| **Number of AL Beds:** | 0 |
| **Number of IL Units:** | 0 |

| Occupancy & Census | |
|---|---|
| **Occupancy:** | 96.0% |
| **Private Pay %:** | 8.1% |
| **Insurance/Managed Care %:** | 8.1% |
| **Medicaid %:** | 57.9% |
| **Medicare %:** | 25.9% |
| **VA %:** | 0.0% |

| Rental Rates | | | |
|---|---|---|---|
| **Bed Type** | **Unit Sq. Ft.** | **Fee Basis** | **Base Rate Per Day/Month** |
| Nursing - Private | N/A | Daily | $550.00 |
| Nursing - Semi-Private | N/A | Daily | $500.00 |

## Rental Comparable Number 4



| Property Identification | |
|---|---|
| **Name:** | Tarrytown Hall Care Center |
| **Address:** | 20 Wood Court |
| **Municipality:** | Tarrytown |
| **State:** | New York |
| **Zip Code:** | 10573 |
| **Phone Number:** | 914-631-2600 |

| Physical Data | |
|---|---|
| **Property Type:** | Nursing Center |
| **Year Opened:** | 1973 |
| **Number of Stories:** | 5 |
| **Quality:** | Good |
| **Condition:** | Good |

| Unit/Bed Mix | |
|---|---|
| **Number of Nursing Beds:** | 120 |
| **Number of AL Beds:** | 0 |
| **Number of IL Units:** | 0 |

| Occupancy & Census | |
|---|---|
| **Occupancy:** | 94.0% |
| **Private Pay %:** | 20.3% |
| **Insurance/Managed Care %:** | 20.3% |
| **Medicaid %:** | 9.9% |
| **Medicare %:** | 50.3% |
| **VA %:** | 0.0% |

### Rental Rates

| Bed Type | Unit Sq. Ft. | Fee Basis | Base Rate Per Day/Month |
|---|---|---|---|
| Nursing - Private | N/A | Daily | $528.00 |
| Nursing - Semi-Private | N/A | Daily | $513.00 |

## Rental Comparable Number 5



| Property Identification | |
|---|---|
| **Name:** | Regal Care at Greenwich |
| **Address:** | 1188 King Street |
| **Municipality:** | Greenwich |
| **State:** | Connecticut |
| **Zip Code:** | 06831 |
| **Phone Number:** | 203-531-8300 |

| Physical Data | |
|---|---|
| **Property Type:** | Nursing Center |
| **Year Opened:** | 1966 |
| **Number of Stories:** | 1 |
| **Quality:** | Good |
| **Condition:** | Good |

| Unit/Bed Mix | |
|---|---|
| **Number of Nursing Beds:** | 75 |
| **Number of AL Beds:** | 0 |
| **Number of IL Units:** | 0 |

| Occupancy & Census | |
|---|---|
| **Occupancy:** | 97.3% |
| **Private Pay %:** | 2.5% |
| **Insurance/Managed Care %:** | 2.5% |
| **Medicaid %:** | 77.1% |
| **Medicare %:** | 18.0% |
| **VA %:** | 0.0% |

### Rental Rates

| Bed Type | Unit Sq. Ft. | Fee Basis | Base Rate Per Day/Month |
|---|---|---|---|
| Nursing - Private | N/A | Daily | $500.00 |
| Nursing - Semi-Private | N/A | Daily | $485.00 |

# Senior Housing Sale Profile

## Location & Property Identification

| | |
|---|---|
| Property Name: | Hillcrest Millard |
| Sub-Property Type: | Skilled Nursing Facility |
| Address: | 13225 Westwood Lane |
| City/State/Zip: | Omaha, Nebraska 68144 |
| County: | Douglas |
| MSA: | Omaha MSA |



## Sale Information

| | |
|---|---|
| Grantor: | Mainstreet Property Group |
| Grantee: | Invesque, Inc |
| Sale Status: | Closed |
| Portfolio Sale: | Yes |
| Date of Sale: | 28-Nov-2017 |
| Contract Sale Price: | $24,780,547 |
| Document Type: | Warranty Deed |
| Recording No.: | Book - 2016 Page - 109654 |
| Property Rights: | Fee Simple Going Concern |
| % of Interest Conveyed: | 100% |
| Financing: | All Cash |
| Verified By: | Todd Deitemyer, MAI |
| Verification Type: | Confidential |

## Sale Indicators

| | |
|---|---|
| Price per Bed: | $326,060 |
| Price per SF of GBA: | $471.81 |
| EGIM: | N/A |
| Cap Rate: | 9.74% |

## Site and Improvement Data

| | |
|---|---|
| Land– SF (Gross): | 234,701 |
| Care/Housing Types: | SNF |
| Year Built: | 2017 |
| Property Condition: | Excellent |
| Construction Quality: | Excellent |
| No. of Buildings/Stories: | 1/1 |
| GBA– SF: | 52,522 |
| No. of Beds: | 76 |

## Income Data

| | |
|---|---|
| Operating Data Type: | Pro Forma |
| Effective Gross Income: | $13,295,957 |
| Expenses: | $10,882,988 |
| Net Operating Income: | $2,412,969 |
| Expense Ratio: | N/A |
| Reserves Included: | Yes, $375/bed |
| Management Included: | Yes, 5% |

## Unit Summary

| Care Type | Beds |
|---|---|
| Skilled Nursing | 76 |
| | |
| Totals | 76 |

## Comments

New skilled nursing facility. At the time of the sale, the subject was pending an official Certificate of Occupancy that would take effect in December. The subject  was sold as part of a four property portfolio. Other properties were in Wichita, KS, Columbia, MO, and Houston, TX.

Leased fee sale - Hillcrest Health Services is subject to 10-year lease with 2 10 year renewal options. Base rental rate during the first year is the total Project cost multiplied by .0985 ($1,864,792), increasing by 3.0% or CPI annually. The lease would start at the earlier of either 30 days after CO or the day the facility is licensed.

JLL forecasted a lease coverage ratio of 1.29 based on projected stabilized going concern NOI.

# Senior Housing Sale Profile

## Location & Property Identification

| | |
|---|---|
| Property Name: | 3 NYC Metro SNFs |
| Sub-Property Type: | Skilled Nursing Facility |
| Address: | 220 West Post Road |
| City/State/Zip: | White Plains, NY 10606 |
| County: | Westchester |
| MSA: | New York |



## Sale Information

| | |
|---|---|
| Grantor: | Various LLC (SentosaCare) |
| Grantee: | Various LLC (operating as Optima Care) |
| Sale Status: | Closed |
| Portfolio Sale: | Yes |
| Date of Sale: | 1-Jan-2018 |
| Contract Sale Price: | $123,920,000 |
| Document Type: | N/A |
| Recording No.: | N/A |
| Property Rights: | Fee Simple Going Concern |
| % of Interest Conveyed: | 100% |
| Financing: | All Cash |
| Verified By: | Todd Deitemyer, MAI |
| Verification Type: | Confidential |

## Sale Indicators

| | |
|---|---|
| Price per Bed: | $220,891 |
| Price per SF of GBA: | $647.00 |
| EGIM: | 1.61 |
| Cap Rate: | 11.03% |

## Site and Improvement Data

| | |
|---|---|
| Land– SF (Gross): | 611,582 |
| Care/Housing Types: | SNF |
| Year Built: | 1964 - 1974, 1975, and 1995 |
| Property Condition: | Average |
| Construction Quality: | Average |
| No. of Buildings/Stories: | 1 and 1-2 |
| GBA– SF: | 191,601 |
| No. of Beds: | 561 |

## Income Data

| | |
|---|---|
| Operating Data Type: | Buyer's Pro Forma |
| Effective Gross Income: | $76,968,944 |
| Expenses: | $63,304,009 |
| Net Operating Income: | $13,664,936 |
| Expense Ratio: | 82.25% |
| Reserves Included: | Yes |
| Management Included: | Yes, 5% |

## Unit Summary

| Care Type | Beds |
|---|---|
| Skilled Nursing | 561 |
| Totals | 561 |

## Comments

1) Avalon Gardens Rehab ( Smithtown, NY) : 353 beds, Built in between 1964 - 1974, PP : $81,160,000. 2) Little Neck Care Center (Little Neck, NY): 120 beds, Built in 1975, PP: $26,400,000. 3) White Plains Center (White Plains, NY): 88 beds, Built in 1995, PP: $16,360,000. The financial data is based on the buyer's pro forma. Reserves of $365 per bed and a 5% management fee have been included in the expenses. The payor mix is as follows : 8.4% Medicare, 73.0% Medicaid, and 18.6% Private/Other.

# Senior Housing Sale Profile

## Location & Property Identification

| | |
|---|---|
| Property Name: | Sayre Health Care |
| Sub-Property Type: | N/A |
| Address: | 151 Keefer Lane |
| City/State/Zip: | Sayre, PA |
| County: | Bradford County |
| MSA: | Scranton–Wilkes-Barre–Hazleton, F |



## Sale Information

| | |
|---|---|
| Grantor: | Sayre Health Care Center, LLC |
| Grantee: | Sayre Healthcare Property, LLC |
| Sale Status: | Closed |
| Portfolio Sale: | N/A |
| Date of Sale: | 18-Aug-2017 |
| Contract Sale Price: | $21,000,000 |
| Document Type: | N/A |
| Recording No.: | 17053 |
| Property Rights: | Fee Simple Going Concern |
| % of Interest Conveyed: | 100% |
| Financing: | All Cash |
| Verified By: | Buyer/Seller |
| Verification Type: | Confidential |

## Sale Indicators

| | |
|---|---|
| Price per Bed: | $233,333 |
| Price per SF of GBA: | $385.32 |
| EGIM: | 2.15 |
| Cap Rate: | 13.80% |

## Site and Improvement Data

| | |
|---|---|
| Land– SF (Gross): | 603,350 |
| Care/Housing Types: | SNF |
| Year Built: | 2014/2015 |
| Property Condition: | Good |
| Construction Quality: | Good |
| No. of Buildings/Stories: | 1 |
| GBA– SF: | 54,500 |
| No. of Beds: | 90 |

## Income Data

| | |
|---|---|
| Operating Data Type: | Buyer Pro Forma |
| Effective Gross Income: | $9,767,442 |
| Expenses: | $6,856,024 |
| Net Operating Income: | $2,905,396 |
| Expense Ratio: | 70.19% |
| Reserves Included: | Yes |
| Management Included: | Yes |

## Unit Summary

| Care Type | Beds |
|---|---|
| Skilled Nursing | 90 |
| | |
| Totals | 90 |

## Comments

# Senior Housing Sale Profile

## Location & Property Identification

| | |
|---|---|
| Property Name: | The Solana Marlboro |
| Sub-Property Type: | Assisted Living, & Memory Care |
| Address: | 52 County Road 520 |
| City/State/Zip: | Morganville, NJ 07751 |
| County: | Monmouth |
| MSA: | New York-Newark-Jersey City MSA |



## Sale Information

| | |
|---|---|
| Grantor: | FSP Marlboro LLC |
| Grantee: | KAREP V Acquisitions LLC |
| Sale Status: | Closed |
| Portfolio Sale: | No |
| Date of Sale: | 8-Nov-2018 |
| Contract Sale Price: | $48,500,000 |
| Document Type: | Instrument Number |
| Recording No.: | 2018109179 |
| Property Rights: | Fee Simple Going Concern |
| % of Interest Conveyed: | 100% |
| Financing: | All Cash |
| Verified By: | Bradley Grossa |
| Verification Type: | Confidential |

## Sale Indicators

| | |
|---|---|
| Price per Unit: | $613,924 |
| Price per SF of GBA: | $659 |
| EGIM: | 6.74 |
| Cap Rate: | 6.67% |

## Site and Improvement Data

| | |
|---|---|
| Land– SF (Gross): | 284,795 |
| Care/Housing Types: | ALF/MC |
| Year Built: | 2015 |
| Property Condition: | Excellent |
| Construction Quality: | Excellent |
| No. of Buildings/Stories: | 1 Building, 2 Stories |
| GBA– SF: | 73,570 |
| No. of Units: | 79 |

## Income Data

| | |
|---|---|
| Operating Data Type: | Pro Forma |
| Effective Gross Income: | $7,197,086 |
| Expenses: | $3,963,445 |
| Net Operating Income: | $3,233,641 |
| Expense Ratio: | 55.10% |
| Reserves Included: | Yes, $375/bed |
| Management Included: | Yes, 5% |

## Unit Summary

| Care Type | Units | Beds |
|---|---|---|
| Assisted Living | 54 | 59 |
| Memory Care | 25 | 32 |
| | | |
| Totals | 79 | 91 |

## Comments

The facility had recently reached a stabilized occupancy level of 91% at the time of sale. It was noted that the facility had previously been publicly listed. The listing was removed, and the seller approached the buyer in which the sale price was negotiated. It has been reported that the current management, Chelsea Senior Living, will be retained by the buyer of the facility.



# *Appendix D*

## Operating Data

**HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains**

**OPERATING PROJECTION**

**Years Ending December 31, Y1, Y2, and Y3**

**HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains**

**PROFORMA BALANCE SHEET**
<u>January 1, Y1</u>

**ASSETS**

| | The Rehabilitation And Care Institute Of White Plains |
|---|---|
| **Current Assets** | |
| Cash & Cash Equivalents | $        6,293,440 |
| **Total Current Assets** | 6,293,440 |
| **Non Current Assets** | |
| Due from Landlord | 720,000 |
| Fixed Assets  -  Net | 1,480,000 |
| **Total Non Current Assets** | 2,200,000 |
| **Total Assets** | $        8,493,440 |

**LIABILITIES AND MEMBERS' EQUITY**

| | |
|---|---|
| **Liabilities** | |
| Long Term Debt, Current Portion | $        500,000 |
| **Total current liabilities** | 500,000 |
| **Long term Liabilities** | |
| Long Term Debt, Net of Current Portion | 3,180,000 |
| **Total Long-term Liabilities** | 3,180,000 |
| **Total Liabilities** | 3,680,000 |
| **Members' Equity** | 4,813,440 |
| **Total Liabilities and Members' Equity** | $        8,493,440 |

**HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains**
## <u>OPERATING PROJECTION</u>
**For the Years Ending December 31, Y1, Y2, and Y3**

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| **OPERATING INCOME** | | | |
| Private | $1,490,600 | $ 1,899,200 | $1,929,700 |
| Insurance | 1,242,300 | 1,582,200 | 1,606,700 |
| Medicare | 7,431,300 | 11,409,000 | 12,283,700 |
| Medicaid | 9,841,000 | 11,377,300 | 11,230,000 |
| Ancillary | 69,000 | 120,000 | 120,000 |
| Other Income | 1,200 | 1,200 | 1,200 |
| **TOTAL OPERATING INCOME** | 20,075,400 | 26,388,900 | 27,171,300 |
| **OPERATING EXPENSES** | | | |
| **NON-REVENUE SUPPORT SERVICES** | | | |
| **INDIRECT COSTS:** | | | |
| Administrative services | 530,675 | 530,700 | 535,200 |
| Fiscal services | 108,624 | 108,600 | 108,600 |
| Plant, operations and maintenance | 886,015 | 949,600 | 954,200 |
| Patient food services | 1,500,466 | 1,500,500 | 1,521,700 |
| Housekeeping services | 816,521 | 816,500 | 827,000 |
| Laundry services | 304,692 | 304,700 | 307,000 |
| Medical care services | 144,779 | 145,700 | 146,600 |
| **TOTAL INDIRECT COSTS** | 4,291,772 | 4,356,300 | 4,400,300 |
| **DIRECT COSTS:** | | | |
| Nursing administration | 1,057,677 | 1,057,700 | 1,081,100 |
| Leisure time activities | 326,948 | 438,500 | 444,500 |
| Social services and admitting | 365,557 | 444,700 | 451,600 |
| **TOTAL DIRECT COSTS** | 1,750,182 | 1,940,900 | 1,977,200 |
| **TOTAL NON-REVENUE SUPPORT SERVICES** | 6,041,953 | 6,297,200 | 6,377,500 |
| **REVENUE SUPPORT SERVICES** | | | |
| Ancillary Service Centers | 1,654,992 | 2,334,400 | 2,349,800 |
| Program Service Centers | 3,888,750 | 6,077,400 | 6,173,100 |
| **TOTAL REVENUE SUPPORT SERVICES** | 5,543,742 | 8,411,800 | 8,522,900 |
| **ASSESSMENT EXPENSE** | 860,100 | 1,019,600 | 1,006,500 |
| **TOTAL OPERATING COSTS** | 12,445,795 | 15,728,600 | 15,906,900 |
| **EBITDARM** | 7,629,605 | 10,660,300 | 11,264,400 |
| **MANAGEMENT FEES** | (987,920) | (1,300,515) | (1,335,245) |
| **RESERVE FOR REPLACEMENT** | (64,000) | (64,000) | (64,000) |
| **EBITDAR** | 6,577,685 | 9,295,785 | 9,865,155 |
| **PROPERTY COSTS** | (6,458,978) | (6,412,930) | (6,363,552) |
| **NET INCOME** | 118,707 | 2,882,855 | 3,501,603 |
| **NET FEASIBLE INCOME** | $ 118,707 | $ 2,882,855 | $ 3,501,603 |

## HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains
## OPERATING PROJECTION

### For the Year Ending December 31, Y1

| | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | |
| Private | $27,600 | $49,900 | $82,800 | $108,100 | $133,800 | $147,000 |
| Insurance | 23,000 | 41,600 | 69,000 | 90,100 | 111,500 | 122,500 |
| Medicare | 137,800 | 248,800 | 412,900 | 538,900 | 667,300 | 733,000 |
| Medicaid | 182,400 | 329,500 | 546,800 | 713,600 | 883,600 | 970,700 |
| Ancillary | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 |
| Other Income | 100 | 100 | 100 | 100 | 100 | 100 |
| **TOTAL OPERATING INCOME** | 369,000 | $673,400 | $1,115,600 | $1,455,300 | $1,801,300 | $1,978,800 |
| **OPERATING EXPENSES** | | | | | | |
| **NON-REVENUE SUPPORT SERVICES** | | | | | | |
| **INDIRECT COSTS:** | | | | | | |
| Administrative services | 41,640 | 41,640 | 41,640 | 43,854 | 43,854 | 43,854 |
| Fiscal services | 9,052 | 9,052 | 9,052 | 9,052 | 9,052 | 9,052 |
| Plant, operations and maint. | 64,572 | 66,552 | 70,614 | 70,614 | 74,677 | 74,677 |
| Patient food services | 41,969 | 46,449 | 73,952 | 99,138 | 118,172 | 128,950 |
| Housekeeping services | 29,949 | 36,980 | 48,959 | 53,022 | 61,147 | 69,272 |
| Laundry services | 6,548 | 12,613 | 19,637 | 25,972 | 28,288 | 29,474 |
| Medical care services | 12,065 | 12,065 | 12,065 | 12,065 | 12,065 | 12,065 |
| **TOTAL INDIRECT COSTS** | 205,796 | 225,352 | 275,919 | 313,716 | 347,254 | 367,343 |
| **DIRECT COSTS** | | | | | | |
| Nursing administration | 56,109 | 56,109 | 56,109 | 56,109 | 74,859 | 74,859 |
| Leisure time activities | 7,565 | 13,153 | 19,047 | 24,721 | 25,461 | 30,788 |
| Social services and admitting | 19,627 | 22,698 | 22,812 | 28,107 | 28,196 | 25,247 |
| **TOTAL DIRECT COSTS** | 83,300 | 91,959 | 97,967 | 108,936 | 128,515 | 130,893 |
| **TOTAL NON-REVENUE SUPPORT SERVICES** | 289,096 | 317,311 | 373,886 | 422,652 | 475,769 | 498,236 |
| **REVENUE SUPPORT SERVICES** | | | | | | |
| Ancillary Service Centers | 36,413 | 56,579 | 89,604 | 117,129 | 139,796 | 158,646 |
| Program Service Centers | 39,355 | 124,618 | 154,909 | 196,227 | 243,557 | 268,713 |
| **TOTAL REVENUE SUPPORT SERVICES** | 75,768 | 181,197 | 244,514 | 313,356 | 383,353 | 427,359 |
| **PROPERTY COSTS** | 548,600 | 495,500 | 548,600 | 530,900 | 548,600 | 530,900 |
| **RESERVE FOR REPLACEMENT** | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 |
| **MANAGEMENT FEES** | 18,450 | 33,165 | 54,955 | 71,660 | 88,695 | 97,405 |
| **TOTAL OPERATING COSTS** | 937,247 | 1,032,507 | 1,227,288 | 1,343,901 | 1,501,750 | 1,559,233 |
| **NET INCOME BEFORE ASSESSMENT** | (568,247) | (359,107) | (111,688) | 111,399 | 299,550 | 419,567 |
| **ASSESSMENT EXPENSE** | (15,900) | (28,800) | (47,800) | (62,400) | (77,200) | (84,800) |
| **NET INCOME AFTER ASSESSMENT** | $ (584,147) | $ (387,907) | $ (159,488) | $ 48,999 | $ 222,350 | $ 334,767 |
| **NET FEASIBLE INCOME** | $ (584,147) | $ (387,907) | $ (159,488) | $ 48,999 | $ 222,350 | $ 334,767 |

| | JULY | AUGUST | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|
| | $158,600 | $158,600 | $153,500 | $158,600 | $153,500 | $158,600 | $1,490,600 |
| | 132,200 | 132,200 | 127,900 | 132,200 | 127,900 | 132,200 | 1,242,300 |
| | 790,600 | 790,600 | 765,100 | 790,600 | 765,100 | 790,600 | 7,431,300 |
| | 1,047,000 | 1,047,000 | 1,013,200 | 1,047,000 | 1,013,200 | 1,047,000 | 9,841,000 |
| | 6,000 | 6,500 | 7,000 | 7,500 | 8,000 | 8,500 | 69,000 |
| | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| | $2,134,500 | $2,135,000 | $2,066,800 | $2,136,000 | $2,067,800 | $2,137,000 | $20,075,400 |
| | | | | | | | |
| | 43,854 | 46,068 | 46,068 | 46,068 | 46,068 | 46,068 | 530,675 |
| | 9,052 | 9,052 | 9,052 | 9,052 | 9,052 | 9,052 | 108,624 |
| | 74,677 | 74,677 | 78,739 | 78,739 | 78,739 | 78,739 | 886,015 |
| | 158,878 | 167,003 | 165,974 | 167,003 | 165,974 | 167,003 | 1,500,466 |
| | 77,397 | 81,459 | 89,584 | 89,584 | 89,584 | 89,584 | 816,521 |
| | 30,513 | 30,513 | 30,053 | 30,513 | 30,053 | 30,513 | 304,692 |
| | 12,065 | 12,065 | 12,065 | 12,065 | 12,065 | 12,065 | 144,779 |
| | 406,436 | 420,837 | 431,535 | 433,024 | 431,535 | 433,024 | 4,291,772 |
| | 99,234 | 99,234 | 114,234 | 123,609 | 123,609 | 123,609 | 1,057,677 |
| | 31,120 | 31,120 | 35,920 | 36,067 | 35,920 | 36,067 | 326,948 |
| | 36,484 | 36,484 | 36,467 | 36,484 | 36,467 | 36,484 | 365,557 |
| | 166,837 | 166,837 | 186,621 | 196,160 | 195,996 | 196,160 | 1,750,182 |
| | 573,273 | 587,674 | 618,156 | 629,185 | 627,531 | 629,185 | 6,041,953 |
| | 166,946 | 166,946 | 163,271 | 184,654 | 180,979 | 194,029 | 1,654,992 |
| | 375,733 | 491,746 | 498,473 | 498,473 | 498,473 | 498,473 | 3,888,750 |
| | 542,679 | 658,692 | 661,744 | 683,127 | 679,452 | 692,502 | 5,543,742 |
| | 548,600 | 548,600 | 530,900 | 548,600 | 530,900 | 548,278 | 6,458,978 |
| | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,337 | 64,000 |
| | 105,060 | 105,060 | 101,675 | 105,060 | 101,675 | 105,060 | 987,920 |
| | 1,774,945 | 1,905,359 | 1,917,807 | 1,971,305 | 1,944,891 | 1,980,362 | 19,096,593 |
| | 359,555 | 229,641 | 148,993 | 164,695 | 122,909 | 156,638 | 978,807 |
| | (91,500) | (91,500) | (88,600) | (91,500) | (88,600) | (91,500) | (860,100) |
| | $ 268,055 | $ 138,141 | $ 60,393 | $ 73,195 | $ 34,309 | $ 65,138 | $ 118,707 |
| | $ 268,055 | $ 138,141 | $ 60,393 | $ 73,195 | $ 34,309 | $ 65,138 | $ 118,707 |

Unaudited - See summary of Significant Projection Assumptions
4A

### HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains
## <u>OPERATING PROJECTION</u>
**For the Year Ending December 31, Y2**

| | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | |
| Private | $    161,300 | $    145,700 | $    161,300 | $    156,100 | $    161,300 | $    156,100 |
| Insurance | 134,400 | 121,400 | 134,400 | 130,000 | 134,400 | 130,000 |
| Medicare | 969,000 | 875,200 | 969,000 | 937,700 | 969,000 | 937,700 |
| Medicaid | 966,300 | 872,800 | 966,300 | 935,100 | 966,300 | 935,100 |
| Ancillary | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Other Income | 100 | 100 | 100 | 100 | 100 | 100 |
| **TOTAL OPERATING INCOME** | 2,241,100 | 2,025,200 | 2,241,100 | 2,169,000 | 2,241,100 | 2,169,000 |
| **OPERATING EXPENSES** | | | | | | |
| **NON-REVENUE SUPPORT SERVICES** | | | | | | |
| **INDIRECT COSTS:** | | | | | | |
| Administrative services | 45,100 | 40,700 | 45,100 | 43,600 | 45,100 | 43,600 |
| Fiscal services | 9,200 | 8,300 | 9,200 | 8,900 | 9,200 | 8,900 |
| Plant, operations and maint. | 80,600 | 72,800 | 80,600 | 78,000 | 80,600 | 78,000 |
| Patient food services | 127,400 | 115,100 | 127,400 | 123,300 | 127,400 | 123,300 |
| Housekeeping services | 69,300 | 62,600 | 69,300 | 67,100 | 69,300 | 67,100 |
| Laundry services | 25,900 | 23,400 | 25,900 | 25,000 | 25,900 | 25,000 |
| Medical care services | 12,400 | 11,200 | 12,400 | 12,000 | 12,400 | 12,000 |
| **TOTAL INDIRECT COSTS** | 369,900 | 334,100 | 369,900 | 357,900 | 369,900 | 357,900 |
| **DIRECT COSTS** | | | | | | |
| Nursing administration | 89,800 | 81,100 | 89,800 | 86,900 | 89,800 | 86,900 |
| Leisure time activities | 37,200 | 33,600 | 37,200 | 36,000 | 37,200 | 36,000 |
| Social services and admitting | 37,800 | 34,100 | 37,800 | 36,500 | 37,800 | 36,500 |
| **TOTAL DIRECT COSTS** | 164,800 | 148,800 | 164,800 | 159,400 | 164,800 | 159,400 |
| **TOTAL NON-REVENUE SUPPORT SERVICES** | 534,700 | 482,900 | 534,700 | 517,300 | 534,700 | 517,300 |
| **REVENUE SUPPORT SERVICES** | | | | | | |
| Ancillary Service Centers | 198,300 | 179,100 | 198,300 | 191,900 | 198,300 | 191,900 |
| Program Service Centers | 516,200 | 466,200 | 516,200 | 499,500 | 516,200 | 499,500 |
| **TOTAL REVENUE SUPPORT SERVICES** | 714,500 | 645,300 | 714,500 | 691,400 | 714,500 | 691,400 |
| **PROPERTY COSTS** | 544,700 | 492,000 | 544,700 | 527,100 | 544,700 | 527,100 |
| **RESERVE FOR REPLACEMENT** | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 |
| **MANAGEMENT FEES** | 110,455 | 99,770 | 110,455 | 106,890 | 110,455 | 106,890 |
| **TOTAL OPERATING COSTS** | 1,909,688 | 1,725,303 | 1,909,688 | 1,848,023 | 1,909,688 | 1,848,023 |
| **NET INCOME BEFORE ASSESSMENT** | 331,412 | 299,897 | 331,412 | 320,977 | 331,412 | 320,977 |
| **ASSESSMENT EXPENSE** | (86,600) | (78,200) | (86,600) | (83,800) | (86,600) | (83,800) |
| **NET INCOME AFTER ASSESSMENT** | $    244,812 | $    221,697 | $    244,812 | $    237,177 | $    244,812 | $    237,177 |
| **NET FEASIBLE INCOME** | $    244,812 | $    221,697 | $    244,812 | $    237,177 | $    244,812 | $    237,177 |

| | JULY | AUG | SEPT | OCT | NOV | DECEMBER | TOTAL |
|---|---|---|---|---|---|---|---|
| | $   161,300 | $   161,300 | $   156,100 | $   161,300 | $   156,100 | $   161,300 | $   1,899,200 |
| | 134,400 | 134,400 | 130,000 | 134,400 | 130,000 | 134,400 | 1,582,200 |
| | 969,000 | 969,000 | 937,700 | 969,000 | 937,700 | 969,000 | 11,409,000 |
| | 966,300 | 966,300 | 935,100 | 966,300 | 935,100 | 966,300 | 11,377,300 |
| | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| | 2,241,100 | 2,241,100 | 2,169,000 | 2,241,100 | 2,169,000 | 2,241,100 | 26,388,900 |
| | | | | | | | |
| | 45,100 | 45,100 | 43,600 | 45,100 | 43,600 | 45,000 | 530,700 |
| | 9,200 | 9,200 | 8,900 | 9,200 | 8,900 | 9,500 | 108,600 |
| | 80,600 | 80,600 | 78,000 | 80,600 | 78,000 | 81,200 | 949,600 |
| | 127,400 | 127,400 | 123,300 | 127,400 | 123,300 | 127,800 | 1,500,500 |
| | 69,300 | 69,300 | 67,100 | 69,300 | 67,100 | 69,700 | 816,500 |
| | 25,900 | 25,900 | 25,000 | 25,900 | 25,000 | 25,900 | 304,700 |
| | 12,400 | 12,400 | 12,000 | 12,400 | 12,000 | 12,100 | 145,700 |
| | 369,900 | 369,900 | 357,900 | 369,900 | 357,900 | 371,200 | 4,356,300 |
| | 89,800 | 89,800 | 86,900 | 89,800 | 86,900 | 90,200 | 1,057,700 |
| | 37,200 | 37,200 | 36,000 | 37,200 | 36,000 | 37,700 | 438,500 |
| | 37,800 | 37,800 | 36,500 | 37,800 | 36,500 | 37,800 | 444,700 |
| | 164,800 | 164,800 | 159,400 | 164,800 | 159,400 | 165,700 | 1,940,900 |
| | 534,700 | 534,700 | 517,300 | 534,700 | 517,300 | 536,900 | 6,297,200 |
| | | | | | | | |
| | 198,300 | 198,300 | 191,900 | 198,300 | 191,900 | 197,900 | 2,334,400 |
| | 516,200 | 516,200 | 499,500 | 516,200 | 499,500 | 516,000 | 6,077,400 |
| | 714,500 | 714,500 | 691,400 | 714,500 | 691,400 | 713,900 | 8,411,800 |
| | 544,700 | 544,700 | 527,100 | 544,700 | 527,100 | 544,330 | 6,412,930 |
| | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,337 | 64,000 |
| | 110,455 | 110,455 | 106,890 | 110,455 | 106,890 | 110,455 | 1,300,515 |
| | 1,909,688 | 1,909,688 | 1,848,023 | 1,909,688 | 1,848,023 | 1,910,922 | 22,486,445 |
| | | | | | | | |
| | 331,412 | 331,412 | 320,977 | 331,412 | 320,977 | 330,178 | 3,902,455 |
| | (86,600) | (86,600) | (83,800) | (86,600) | (83,800) | (86,600) | (1,019,600) |
| | $   244,812 | $   244,812 | $   237,177 | $   244,812 | $   237,177 | $   243,578 | $   2,882,855 |
| | $   244,812 | $   244,812 | $   237,177 | $   244,812 | $   237,177 | $   243,578 | $   2,882,855 |

Unaudited - See summary of Significant Projection Assumptions

5A

# HBL SNF, LLC d/b/a EPIC Nursing and Rehab at White Plains
## <u>OPERATING PROJECTION</u>
### For the Year Ending December 31, Y3

| | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| **OPERATING INCOME** | | | | | | |
| Private | $163,900 | $148,000 | $163,900 | $158,600 | $163,900 | $158,600 |
| Insurance | 136,500 | 123,200 | 136,500 | 132,000 | 136,500 | 132,000 |
| Medicare | 1,043,300 | 942,200 | 1,043,300 | 1,009,600 | 1,043,300 | 1,009,600 |
| Medicaid | 953,800 | 861,400 | 953,800 | 923,000 | 953,800 | 923,000 |
| Ancillary | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Other Income | 100 | 100 | 100 | 100 | 100 | 100 |
| **TOTAL OPERATING INCOME** | 2,307,600 | 2,084,900 | 2,307,600 | 2,233,300 | 2,307,600 | 2,233,300 |
| **OPERATING EXPENSES** | | | | | | |
| **NON-REVENUE SUPPORT SERVICES** | | | | | | |
| **INDIRECT COSTS:** | | | | | | |
| Administrative services | 45,500 | 41,100 | 45,500 | 44,000 | 45,500 | 44,000 |
| Fiscal services | 9,200 | 8,300 | 9,200 | 8,900 | 9,200 | 8,900 |
| Plant, operations and maint. | 81,000 | 73,200 | 81,000 | 78,400 | 81,000 | 78,400 |
| Patient food services | 129,200 | 116,700 | 129,200 | 125,100 | 129,200 | 125,100 |
| Housekeeping services | 70,200 | 63,400 | 70,200 | 68,000 | 70,200 | 68,000 |
| Laundry services | 26,100 | 23,600 | 26,100 | 25,200 | 26,100 | 25,200 |
| Medical care services | 12,400 | 11,200 | 12,400 | 12,000 | 12,400 | 12,000 |
| **TOTAL INDIRECT COSTS** | 373,600 | 337,500 | 373,600 | 361,600 | 373,600 | 361,600 |
| **DIRECT COSTS** | | | | | | |
| Nursing administration | 91,800 | 82,900 | 91,800 | 88,900 | 91,800 | 88,900 |
| Leisure time activities | 37,800 | 34,100 | 37,800 | 36,500 | 37,800 | 36,500 |
| Social services and admitting | 38,400 | 34,600 | 38,400 | 37,100 | 38,400 | 37,100 |
| **TOTAL DIRECT COSTS** | 168,000 | 151,600 | 168,000 | 162,500 | 168,000 | 162,500 |
| **TOTAL NON-REVENUE SUPPORT SERVICES** | 541,600 | 489,100 | 541,600 | 524,100 | 541,600 | 524,100 |
| **REVENUE SUPPORT SERVICES** | | | | | | |
| Ancillary Service Centers | 199,600 | 180,300 | 199,600 | 193,100 | 199,600 | 193,100 |
| Program Service Centers | 524,300 | 473,600 | 524,300 | 507,400 | 524,300 | 507,400 |
| **TOTAL REVENUE SUPPORT SERVICES** | 723,900 | 653,900 | 723,900 | 700,500 | 723,900 | 700,500 |
| **PROPERTY COSTS** | 540,500 | 488,200 | 540,500 | 523,000 | 540,500 | 523,000 |
| **RESERVE FOR REPLACEMENT** | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,333 |
| **MANAGEMENT FEES** | 113,410 | 102,415 | 113,410 | 109,740 | 113,410 | 109,740 |
| **TOTAL OPERATING COSTS** | 1,924,743 | 1,738,948 | 1,924,743 | 1,862,673 | 1,924,743 | 1,862,673 |
| **NET INCOME BEFORE ASSESSMENT** | 382,857 | 345,952 | 382,857 | 370,627 | 382,857 | 370,627 |
| **ASSESSMENT EXPENSE** | (85,500) | (77,200) | (85,500) | (82,700) | (85,500) | (82,700) |
| **NET INCOME AFTER ASSESSMENT** | $ 297,357 | $ 268,752 | $ 297,357 | $ 287,927 | $ 297,357 | $ 287,927 |
| **NET FEASIBLE INCOME** | $ 297,357 | $ 268,752 | $ 297,357 | $ 287,927 | $ 297,357 | $ 287,927 |

Unaudited - See summary of Significant Projection Assumptions

| JULY | AUG | SEPT | OCT | NOV | DECEMBER | TOTAL |
|---|---|---|---|---|---|---|
| $163,900 | $163,900 | $158,600 | $163,900 | $158,600 | $163,900 | $1,929,700 |
| 136,500 | 136,500 | 132,000 | 136,500 | 132,000 | 136,500 | 1,606,700 |
| 1,043,300 | 1,043,300 | 1,009,600 | 1,043,300 | 1,009,600 | 1,043,300 | 12,283,700 |
| 953,800 | 953,800 | 923,000 | 953,800 | 923,000 | 953,800 | 11,230,000 |
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 2,307,600 | 2,307,600 | 2,233,300 | 2,307,600 | 2,233,300 | 2,307,600 | 27,171,300 |
| | | | | | | |
| 45,500 | 45,500 | 44,000 | 45,500 | 44,000 | 45,100 | 535,200 |
| 9,200 | 9,200 | 8,900 | 9,200 | 8,900 | 9,500 | 108,600 |
| 81,000 | 81,000 | 78,400 | 81,000 | 78,400 | 81,400 | 954,200 |
| 129,200 | 129,200 | 125,100 | 129,200 | 125,100 | 129,400 | 1,521,700 |
| 70,200 | 70,200 | 68,000 | 70,200 | 68,000 | 70,400 | 827,000 |
| 26,100 | 26,100 | 25,200 | 26,100 | 25,200 | 26,000 | 307,000 |
| 12,400 | 12,400 | 12,000 | 12,400 | 12,000 | 13,000 | 146,600 |
| 373,600 | 373,600 | 361,600 | 373,600 | 361,600 | 374,800 | 4,400,300 |
| 91,800 | 91,800 | 88,900 | 91,800 | 88,900 | 91,800 | 1,081,100 |
| 37,800 | 37,800 | 36,500 | 37,800 | 36,500 | 37,600 | 444,500 |
| 38,400 | 38,400 | 37,100 | 38,400 | 37,100 | 38,200 | 451,600 |
| 168,000 | 168,000 | 162,500 | 168,000 | 162,500 | 167,600 | 1,977,200 |
| 541,600 | 541,600 | 524,100 | 541,600 | 524,100 | 542,400 | 6,377,500 |
| | | | | | | |
| 199,600 | 199,600 | 193,100 | 199,600 | 193,100 | 199,500 | 2,349,800 |
| 524,300 | 524,300 | 507,400 | 524,300 | 507,400 | 524,100 | 6,173,100 |
| 723,900 | 723,900 | 700,500 | 723,900 | 700,500 | 723,600 | 8,522,900 |
| 540,500 | 540,500 | 523,000 | 540,500 | 523,000 | 540,352 | 6,363,552 |
| 5,333 | 5,333 | 5,333 | 5,333 | 5,333 | 5,337 | 64,000 |
| 113,410 | 113,410 | 109,740 | 113,410 | 109,740 | 113,410 | 1,335,245 |
| 1,924,743 | 1,924,743 | 1,862,673 | 1,924,743 | 1,862,673 | 1,925,099 | 22,663,197 |
| 382,857 | 382,857 | 370,627 | 382,857 | 370,627 | 382,501 | 4,508,103 |
| (85,500) | (85,500) | (82,700) | (85,500) | (82,700) | (85,500) | (1,006,500) |
| $   297,357 | $   297,357 | $   287,927 | $   297,357 | $   287,927 | $   297,001 | $  3,501,603 |
| $   297,357 | $   297,357 | $   287,927 | $   297,357 | $   287,927 | $   297,001 | $  3,501,603 |

Unaudited - See summary of Significant Projection Assumptions
5A

## THE REHABILITATION AND CARE INSTITUTE OF WHITE PLAINS
## SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS
### For the Years Ending December 31, Y1, Y2, and Y3

A summary of the significant projection assumptions applied in the preparation of the accompanying projected proforma balance sheet and operating projection follows.

The accompanying Operating Projection is based on assumptions concerning future events and circumstances. The assumptions disclosed herein are those which are significant to the projection or are key factors upon which the financial results of the enterprise depend.  Some assumptions inevitably will not materialize and unanticipated events and circumstances may occur subsequent to September 05, 2019 the date of this projection.  Therefore, the actual results achieved during the projection period will vary from the projection and the variations may be material.

### General

This Projection reflects the following:

1. Establishment of The Rehabilitation And Care Institute Of White Plains, a 160 Bed Skilled Nursing Facility located in White Plains, NY.

## (1) Income

### A.   Patient Days and Rates

Private and Other rates are projected based on similar facilities in the same geographical area and are increased by 1% per annum for inflation to reflect 2016 dollars. The Medicare rates are projected based on the full federal rates for the Medicare Prospective Payment System in effect for 2014 and are increased by 2% per annum for inflation to reflect 2015 dollars.  Medicaid rates are projected based on the reimbursement methodology under statewide pricing.

### SNF Y1

|  | Occp % | Patient Days | Rate | Revenue |
|---|---|---|---|---|
| Private | 7.25% | 3,105 | $ 480.00 | $ 1,490,600 |
| Insurance | 7.25% | 3,105 | $ 400.00 | 1,242,300 |
| Medicare | 25.00% | 10,708 | $ 694.00 | 7,431,300 |
| Medicaid | 60.50% | 25,915 | $ 382.91 | 9,841,000 |
| Total Patient Days | 100.00% | 42,833 | | $ 20,005,200 |
| % of Occupancy | 73.34% | | | |
| Bed Capacity | 160 | | | |

### SNF Y2

|  | Occp % | Patient Days | Rate | Revenue |
|---|---|---|---|---|
| Private | 7.25% | 4,052 | $ 470.00 | $ 1,899,200 |
| Insurance | 7.25% | 4,052 | $ 390.00 | 1,582,200 |
| Medicare | 30.00% | 16,206 | $ 704.00 | 11,409,000 |
| Medicaid | 55.50% | 29,710 | $ 382.91 | 11,377,300 |
| Total Patient Days | 100.00% | 54,020 | | $ 26,267,700 |
| % of Occupancy | 92.50% | | | |
| Bed Capacity | 160 | | | |

### SNF Y3

|  | Occp % | Patient Days | Rate | Revenue |
|---|---|---|---|---|
| Private | 7.25% | 4,073 | $ 475.00 | $ 1,929,700 |
| Insurance | 7.25% | 4,073 | $ 395.00 | 1,606,700 |
| Medicare | 31.50% | 17,109 | $ 718.00 | 12,283,700 |
| Medicaid | 54.00% | 29,058 | $ 382.91 | 11,230,000 |
| Total Patient Days | 100.00% | 54,313 | | $ 27,050,100 |
| % of Occupancy | 93.00% | | | |
| Bed Capacity | 160 | | | |

**THE REHABILITATION AND CARE INSTITUTE OF WHITE PLAINS**

**SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS**

**For the Years Ending December 31, Y1, Y2, and Y3**

## (2) Expenses

### A.    General

   Salaries, benefits, and other expenses are projected based on the December 31, 2016 financial statements for facilities owned and operated by the operators of The Rehabilitation And Care Institute Of White Plains. The benchmarked costs are increased for inflation by 2% per annum to reflect 2017 dollars.

Expenses in years 2 and 3 include an inflation factor of 2% per year.

### B.    Full Time Equivalents

   The following FTE's reflect full staffing at full occupancy:

| | |
|---|---:|
| **Admin Serv.** | |
| Administrator | 1.00 |
| Clerical | 2.00 |
| **Total Admin Serv.** | 3.00 |
| **Plant, Oper.** | |
| Mgt./Super. | 2.00 |
| Environment | 2.00 |
| **Total Plant Oper.** | 4.00 |
| **Patient Food Serv.** | |
| Mgt./Super. | 4.20 |
| Techs | 2.00 |
| Environment | 22.80 |
| **Total Patient Food Serv.** | 29.00 |
| **Hskpg. Serv.** | |
| Mgt./Super. | 4.20 |
| Environment | 15.00 |
| **Total Hskpg. Serv.** | 19.20 |
| **Laundry Serv.** | |
| Environment | 4.00 |
| **Total Laundry Serv.** | 4.00 |
| **Nursing Admin** | |
| Mgt./Super. | 2.00 |
| Techs | 4.00 |
| LPN's | 6.40 |
| **Total Nursing Admin** | 12.40 |
| **SNF** | |
| RN's | 19.32 |
| LPN's | 19.32 |
| Aides | 71.62 |
| **Total SNF** | 110.26 |

## THE REHABILITATION AND CARE INSTITUTE OF WHITE PLAINS

### SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS

**For the Years Ending December 31, Y1, Y2, and Y3**

**B.   Full Time Equivalents Cont'd**

| | |
|---|---:|
| **Medical Care Serv.** | |
| Clerical | 1.00 |
| **Total Medical Care Serv.** | 1.00 |
| **P.T.** | |
| Mgt./Super. | 1.00 |
| Techs | 5.00 |
| **Total P.T.** | 6.00 |
| **O.T.** | |
| Techs | 2.00 |
| **Total O.T.** | 2.00 |
| **Central Supply** | |
| Clerical | 1.00 |
| **Total Central Supply** | 1.00 |
| Aides | |
| **GRAND TOTALS** | 191.86 |

**C.   Property Costs**

### SUMMARY

Property costs Include the following:

| | 2019 | 2020 | 2021 |
|---|---:|---:|---:|
| Depreciation on MME | $ 148,000 | $ 148,000 | $ 148,000 |
| Property Costs for The Rehabilitation And Care Institute Of White Plains | 148,000 | 148,000 | 148,000 |
| Working Capital Loan Interest | 237,420 | 191,372 | 141,994 |
| Rent Paid to White Plains Healthcare Properties I, LLC (See Rent Footnote) | 6,073,558 | 6,073,558 | 6,073,558 |
| Total Property Costs | $ 6,458,978 | $ 6,412,930 | $ 6,363,552 |

### DEPRECIATION

The following represents the annual depreciation expense that will be allocated between the consolidating entities:

| | The Rehabilitation And Care Institute Of White Plains |
|---|---:|
| MME | $ 148,000 |
| Total | $ 148,000 |

-8-

**THE REHABILITATION AND CARE INSTITUTE OF WHITE PLAINS**

**SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS**

**For the Years Ending December 31, Y1, Y2, and Y3**

## C.   Property Costs Cont'd

### PROPERTY, PLANT, & EQUIPMENT

The following represents the fixed assets that are reflected in the projection:

|  | Useful Lives | The Rehabilitation And Care Institute Of White Plains |
|---|---|---|
| MME | 10 | $   1,480,000 |
| Total |  | $   1,480,000 |

MME was included in the project costs funded by the construction loan. Upon completion of the project, title to the MME was transferred to the tenant to facilitate Medicaid Capital Reimbursement for those assets.

### RENT

The following represents the annual rent that will be paid by The Rehabilitation And Care Institute Of White Plains to White Plains Healthcare Properties I, LLC and  per the terms of the lease agreement:

|  | 2019 | 2020 | 2021 |
|---|---|---|---|
| First Mortgage P&I Payment | $   3,099,443 | $   3,099,443 | $   3,099,443 |
| Mezzanine Loan | 523,600 | 523,600 | 523,600 |
| Sponsor Mezzanine Loan | 806,400 | 806,400 | 806,400 |
| Sponsor Equity Interest | 1,394,115 | 1,394,115 | 1,394,115 |
| Additional Rent | 250,000 | 250,000 | 250,000 |
| Total | $   6,073,558 | $   6,073,558 | $   6,073,558 |

Real estate tax payments are included in operations as part of " Plant, operations and maintenance".

## D.      Working Capital Loan

The Rehabilitation And Care Institute Of White Plains will need a working capital loan in the amount of $3,680,000. The loan will have an interest rate of 7% for 5 years.   Principal and Interest payments are as follows:

|  | 2019 | 2021 |
|---|---|---|
| Interest | $   237,420 | $   141,994 |
| Principal | 637,000 | 732,427 |
| Total | $   874,421 | $   874,421 |

**THE REHABILITATION AND CARE INSTITUTE OF WHITE PLAINS**

**SUMMARY OF SIGNIFICANT PROJECTION ASSUMPTIONS**

**For the Years Ending December 31, Y1, Y2, and Y3**

# (3) <u>CASH FLOW ASSUMPTIONS</u>

### A.   <u>Accounts Receivable</u>

The facility will collect the private receivable in advance and all other receivables will be collected on a 60 day cycle.

### B.   <u>Accounts Payable</u>

The facility will pay accounts payable on a 60 day cycle.

# (4) <u>WORKING CAPITAL ASSUMPTIONS</u>

The facility's working capital requirements of $5,821,995 is based on 2 months of year 3 expenses plus the initial (year 1) operating losses of the facility.

The working capital is reflected on the balance sheet as $5,821,995 in Cash. This requirement is satisfied via a combination of Working Capital Long Term Debt and Member's Equity Contributions

# (5) <u>IMPORTANT PROJECT CONSIDERATIONS</u>

1. All projections are based upon the actual existence of a mortgage for $42,240,000.00 which was approved by DOH at 5.5% Interest for a 30-year, self amortizing term. In order to be approved by the New York State Department of Health, the financing must consist of the full amount in a first-mortgage document. Secondary or Mezzinine financing will not be acceptable to DC For the Department of Health to reimburse a mortgage, it must be:☐
    a. "Self-Amortizing"- meaning principal payments (which lower the principal balance) are made monthly according to the ☐ amortization schedule.
    b. Amortization term of 30 years.☐
    c. "Reasonable" interest rate
2. All projections concerning the capital cost reimbursement are to be based upon the following;
    a. Project cost is based on a construction start date of August 1, 2013, with a twenty-month completion period.
    b. Project cost per bed, exclusive of CON fees, is $352,000 per bed and is within the geographic per bed limitation for Westchester County.
    c. Financing for the project is anticipated as follows:
        i.     Land Value $4,528,333
        ii.    Cash 9,863,426
        iii.   HUD Mortgage of 42,240,000
        iv.    Total Funds $56,631,759
3. The entire cost of $56,631,759.00 must be certified to the department of health, without the cost certification we will not be fully reimbursed for the approved capital costs of the project which will result in a loss of revenue.
    a. Per the developer's Cost Certification, actual project costs are estimated to be $60,655,050
4. Total approved (reimbursable) mortgage is $42,240,000 (75% of the total approved project costs). The Medicaid rate projection assumes a 30 year amortizing loan at 6%.
    a. The Department of Health has indicated that they would accept a 30-year, self-amortizing mortgage with a balloon payment after year 5, with the assumption that HUD refinancing would occur in years 3 or 4. The goal would be for the facility to receive 30 years of mortgage reimbursement. The operator (Lizer) would need to request permission to refinance into HUD and match the term of the originally approved mortgage.
    b. Any restated mortgage has to be in the amount of $42,240,000.00 and has to be in place at the time the Department of Health approves the facility to take patients or we risk that we will not get our property cost reimbursement
5. The MATP Calculation (utilized by DOH as part of the rate setting process) shows these amounts and their anticipated breakout.
6. Medicaid Rate Revenue and Expense assumptions for Real Estate Taxes and Utilities subject to change based on feedback from regulatory/rate setting authorities.



# *Appendix E*

## Letter of Engagement

## Irion, Sam

| | |
|---|---|
| **From:** | Chandler, Brian |
| **Sent:** | Friday, March 13, 2020 12:32 PM |
| **To:** | Giammarco, Kaycee; Irion, Sam |
| **Subject:** | FW: [EXTERNAL] RE: Engagement Letter RETS 295102 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Brian L. Chandler, MAI, CRE, FRICS**
Managing Director
National Practice Lead – Seniors Housing
JLL Valuation Advisory
700 E. Campbell Road, Suite 265
Richardson, Texas 75081
T +1 214 396 5423
M +1 214 808 0044
brian.chandler@am.jll.com
us.jll.com/valuation-advisory

---

**From:** Kristin Borders <Kristin.Borders@huntington.com>
**Sent:** Friday, March 13, 2020 12:31 PM
**To:** John Lang <John.Lang@huntington.com>; Chandler, Brian <Brian.Chandler@am.jll.com>
**Cc:** Garret Vetter <Garret.Vetter@huntington.com>; Lisa Bessinger <Lisa.Bessinger@huntington.com>; James O'Brien <James.OBrien@huntington.com>; Jeanette M Servan <Jeanette.M.Servan@huntington.com>; Nicholas C Stone <Nicholas.C.Stone@huntington.com>
**Subject:** [EXTERNAL] RE: Engagement Letter RETS 295102

**HNB CONTACT'S NAME: Garret Vetter**
**& PHONE #** 616/771-6241

**APPRAISER'S NAME: Brian Chandler**
**& PHONE # (214)396-5423**

**HNB Reviewer: John Lang**

Please immediately inform your customer of the **ENGAGED APPRAISER'S NAME NOTED ABOVE & phone #**, and that they have been engaged to appraise the above referenced projects. Please feel free to contact the appraiser immediately and forward data and information that you have been provided or are aware of to assist in expediting this job.

The original contract due date of the report has been set as indicated in the engagement letter below. Direct communication and timely data flow between the appraiser, banker and our customer as Essential Partners is critical to maintain on-time delivery expectations. RETS will immediately notify you regarding any potential issues or specific reasons for delays encountered that could result in placing the job on-hold or necessitate revising this delivery date.

**Please immediately inform your customer that:**

Huntington National Bank has identified a number of standard items the appraiser must have in order to complete the appraisal.  Once engaged by Huntington Bank, the selected appraiser will contact all Essential Partners within 48 hours with a complete list of required documents. In order to meet your expectations and to facilitate receipt of the appraisal in a timely manner, I would ask that you prepare collection of the following items. The list below is comprehensive and not all items may apply. In addition, our appraisal department will contact the selected appraiser within 10 days of engagement to verify receipt of the requested information. Delays in transmittal of the requested data will result in delay in the receipt of the appraisal.

       Legal Description (metes and bounds or lot and block)
       Current Rent Roll
       Copies of Leases
       Financial Operating Statements (current year plus 3 years of historic data)
       Site Plan and/or Survey
       Construction/Renovation plans (with cost breakdown, if available)
       Floor Plans (if property is improved)
       Current Tax Bill
       Title Report
       Franchise Agreement
       Capital Expenditures Program
       Pending contracts/Listing information, purchase contract
       Ground Lease
       Historical Sales Data by Tenant (current year plus 3 years of historic data)
       Subdivision Plan and Approval Status
       Sales History of Lots or Units
       Floor Plans for Models/Marketing Brochure
       Unit and Project Features and Amenities
       Environmental Reports
       Etc.

Thank you in advance for your attention to this matter.Cc:
Engaged Appraiser as noted above

Thanks!

**Kristin Borders**
RETS Functional Coordinator
**614.480.1812**

**The Huntington National Bank**
**Easton Operations Center – EA4W59**
7 Easton Oval
Columbus, OH 43219
**huntington.com**

---

**From:** Kristin.Borders@huntington.com <Kristin.Borders@huntington.com>
**Sent:** Friday, March 13, 2020 1:30 PM
**To:** brian.chandler@am.jll.com
**Cc:** Garret Vetter <Garret.Vetter@huntington.com>; Lisa Bessinger <Lisa.Bessinger@huntington.com>; James O'Brien <James.OBrien@huntington.com>; Jeanette M Servan <Jeanette.M.Servan@huntington.com>; Nicholas C Stone <Nicholas.C.Stone@huntington.com>; Kristin Borders <Kristin.Borders@huntington.com>; Real Estate Technical Services <rets@huntington.com>
**Subject:** Engagement Letter

Re: APPRAISAL FILE No. 295102: Appraisal and Appraisal Report Appraisal Report

120 Church St , White Plains, West Chester, NY 10601

Dear Huntington Bank Appraisal Vendor:

Your bid for the above-referenced Appraisal has been accepted. Below is the relevant information regarding this Appraisal. Please refer to the external RETS site for completion of this Appraisal.

You will be bound to the terms of the Master Agreement that you accepted upon initially logging into the external RETS site. Thank you.

Fee: 5500

Delivery Date: 04/03/2020

Scope:

Report Format: Appraisal Report

Interest Held: Fee Simple

Values Requested: Going Concern,As Stabilized Market Value,As Is Market Value

Special Instructions: Newly built 160 bed SNF located in White Plains, NY. Epic Rehabilitation and Healthcare at White Plains. Analysis of CURRENT market conditions and FORWARD TRENDS, vacancy rates, supply-demand factors, current pricing, absorption potential, overall cap rate trends, and competitive listings to underpin and support the H&BU conclusion and the logic of comparable data adjustments pertinent to the appraisal problem is required. Intended use: consideration for financing, internal risk analysis, &/or possible use in foreclosure. Complexity would suggest these approach(es) to value be developed: sales; income; cost; however, we rely upon the judgment of the appraiser to develop the necessary approaches to value to provide a credible opinion of value. If the assignment asks for fee simple but you learn that there is an arms-length lease(s), please provide the leased fee value (unless otherwise advised). If leased fee is requested but the lease is not arms-length, appraise fee simple. NOTE: If you have appraised the subject property for HNB before (5-years) you must also provide an Executive Summary section expanding the Summary of Salient Facts and that sets forth a discussion and comparison of driving valuation assumptions relied upon (then and now) and what occurred supporting the changes observed in comparison of the prior appraisal versus the current appraisal and concluded opinion(s) of value. However, if there is more than one structure on the site, each individual building must be defined by parcel number, address, square footage and effective age (As Is – or Proposed). This should be presented in summary form in the Summary of Salient Facts. SCOPE opinion(s) of value: AS IS; Please allow 2 to 3 business days before engagement decisions are made and bid accordingly to allow for this process. Thank you for your time and consideration for this bid. Also include the as is Going Concern opinion, inclusive of breakdown of contributing value components: Business/Intangibles, FFE- remaining life, and balance of RE only allocation. Appropriate cap rate selection adjustment &/or line-item reserves expensed for depreciated loss/cap-ex future replacement for FFE should be included.

**Contact Information**

Property Contact Name: Garret Vetter

Contact Address: 40 Pearl Street , Grand Rapids, MI 49503

Contact Phone: (616)771-6241

Contact Fax:

Contact Email: garret.vetter@huntington.com

Secondary Property Contact Name:

Secondary Contact Address: , ,

Secondary Contact Phone:

Secondary Contact Fax:

Secondary Contact Email:

**Property Information**

Property Type: Nursing Home

Address: 120 Church St

City: White Plains

County: West Chester

State: NY

Zip Code: 10601

| | |
|---|---|
| Construction Status: | Existing |
| Occupancy: | Owner   100% |
| | Third Party Leased   0% |
| Year Built: | 2020 |
| Existing Sq Ft: | 110000 |
| Proposed Sq Ft: | 0 |
| Total Sq Ft: | 110000 |
| # of Beds: | 160 |
| # of Buildings: | 1 |
| # of Stories: | 5 |

This message and any attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

- - - Huntington CAN-SPAM Opt-Out Auto-Disclosure - - -
If you prefer not to receive future e-mail offers for products or services from Huntington click or visit
https://www.huntington.com/unsubscribe



# *Appendix F*

## Analyst Qualifications

## JLL Biography



---

# Bryan J. Lockard

**Managing Director**

**Responsibilities**

Bryan J. Lockard serves as Managing Director in JLL's Valuation & Advisory Services, specializing on the national seniors housing and healthcare sectors.  As National Practice Leader, Bryan also helps support a team of over 30 professionals with offices in 10 U.S. metro markets.

Mr. Lockard has experience in valuation, market studies, and feasibility analyses of single-asset to large portfolio transactions throughout the United States. Clients served include a broad base of local and national investment firms, property owners, development and operating companies, commercial and investment banks, insurance companies and REITs.



**Experience**

Prior to joining JLL, Mr.Lockard was with CBRE in the Seniors Housing and Healthcare Group where he was practice leader for the central US and focused on continuing care retirement communities nationally. Bryan began his career in commercial real estate as an Associate at HealthTrust in the Sarasota, Florida and Boston, MA offices. Bryan graduated from the University of Florida with a major in Finance and a minor in Leadership.

**Education and Affiliations**

University of Florida, B.S.
- Major: Business Administration - Finance
- Minor: Leadership

Member of American Seniors Housing Association (ASHA) Young Leaders
Appraisal Insititue
- Muliple Advanced Level Courses

**Certified General Real Estate Appraiser:**

Alabama, Arkansas, Georgia, Florida, Illinois, Indiana, Iowa, Kansas, Kentucky, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, North Carolina, North Dakota, Nebraska, Ohio, South Carolina, Tennessee and Wisconsin

**Contact**

401 E. Jackson Street Tampa, FL 33602
T: +1-813-387-1301
E: Bryan.Lockard@am.jll.com

### Clients Represented

- *AIG*
- *Altitude Healthcare*
- *Bank Leumi*
- *BBVA Compass*
- *BOK Financial*
- *Bremer Bank*
- *Brookdale*
- *Capital One*
- *CBRE Capital Markets*
- *CNL Healthcare REIT*
- *Fannie Mae*
- *Freddie Mac*
- *Harrison Street*
- *Kayne Anderson*
- *Key Bank*
- *Lancaster Pollard*
- *M&T Bank*
- *Newmark Knight Frank*
- *Omega Healthcare Investors*
- *PGIM Investors*
- *PNC Bank*
- *ReNew REIT*
- *Strawberry Fields REIT*
- *SunTrust*
- *Wells Fargo*

COPYRIGHT © JONES LANG LASALLE IP, INC. 2019. All Rights Reserved

State of New York
*Department of State*

## DIVISION OF LICENSING SERVICES

MBER
69

FOR OFFICE USE ONLY
Control No. 1521056

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 12  | 10  | 19  |

┌
LOCKARD BRYAN J
C/O JLL VALUATION & ADVISORY S
401 E JACKSON ST
STE 1500
TAMPA, FL  33602
┐

EXPIRATION DATE

| MO. | DAY | YR. |
|-----|-----|-----|
| 12  | 09  | 20  |

TEMPORARY CERTIFICATION

BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

## JLL Biography



# Brian L. Chandler, MAI, CRE, FRICS



**Executive Vice President**

**Current Responsibilities**

Brian Chandler serves as the Executive Vice President in JLL's Valuation and Advisory Services (VAS) in the United States. In this role, he is focused on conducting appraisals, market studies, large portfolio engagements and consulting assignments for seniors housing and health care properties nationwide. Mr. Chandler has been actively engaged in commercial real estate valuation and consulting since 1989. In addition, experience includes real estate brokerage, tenant representation, asset management, preparation and desk review of consulting and valuation reports, market studies, cash flow analysis reports for owners/developers, insurance companies, pension fund advisors, governmental agencies, commercial lending institutions, and investment companies.

**Experience**

Prior to joining JLL in late 2016, Mr. Chandler was with a national valuation firm, where he most recently served as Managing Director/Partner with the Dallas office and Associate National Practice Leader of the Seniors Housing & Health Care Specialty Practice. Mr. Chandler has held senior level positions with Cushman & Wakefield and GMAC Commercial Mortgage.

**Education and Affiliations**

- University of North Texas, Denton, TX, Bachelor of Business Administration
- MAI designation by the Appraisal Institute (#12453)
- Member of the North Texas Commercial Association of Realtors
- Member of the American Senior Housing Association (ASHA)
- Member of the North Texas Chapter of The Appraisal Institute
- CRE designation by the Counselors of Real Estate in 2012
- Certified General Real Estate Appraiser in AL, AR, AZ, CA, CO, GA, HI, IA, IL, IN, KY, LA, MA, MD, MI, MN, MS, MO, NE, NJ, NY, NC, OH, OK, OR, PA, SC, TN, TX, UT, VA, WA

**Contact**
T: +1-214-396-5423
E: brian.chandler@am.jll.com

*Certified General Real Estate Appraiser:*

- ☐ Alabama
- ☒ Arizona
- ☒ Arkansas
- ☒ California
- ☒ Colorado
- ☒ Georgia
- ☒ Hawaii
- ☒ Illinois
- ☒ Indiana
- ☒ Kentucky
- ☒ Louisiana
- ☒ Maryland
- ☒ Massachusetts
- ☒ Michigan
- ☒ Minnesota
- ☒ Mississippi
- ☒ Missouri
- ☒ New Jersey
- ☒ New York
- ☒ North Carolina
- • Ohio
- • Oklahoma
- • Oregon
- • Pennsylvania
- • South Carolina
- • Tennessee
- • Texas
- • Utah
- • Virginia
- • Washington
- • Iowa

1

COPYRIGHT © JONES LANG LASALLE IP, INC. 2017. All Rights Reserved

FOR OFFICE USE ONLY

Control No. 105600

EFFECTIVE DATE
MO  DAY  YR
05  07  18

EXPIRATION DATE
MO  DAY  YR
05  06  20

State of New York
Department of State
DIVISION OF LICENSING SERVICES

UNIQUE ID NUMBER
46000050349

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

CHANDLER BRIAN L
C/O INTEGRA REALTY RESOURCES
700 E CAMPBELL RD STE 265
RICHARDSON, TX  75081

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

DOS-1098 (Rev. 3/01)

## JLL Biography



# Adib Sarkis

**Analyst III**



**Current Responsibilities**
Adib Sarkis is an Analyst for JLL Valuation & Advisory Services
Specializing in the senior housing and healthcare practices. Mr. Sarkis
provides a wide array of advisory services including third-party
valuations, market studies, and feasibility analysis throughout the
United States. His primary focus includes the market research and
financial analysis of active adult, independent living, assisted living,
memory care, and nursing care properties located throughout the
northeastern United States.

**Previous Experience**
Prior to joining JLL, Mr. Sarkis served as Senior Valuation Associate for CBRE
Valuation & Advisory Services as a member of the Senior Housing & Healthcare
Speciality practice.

**Education and Affiliations**
University of Connecticut, Bachelors Degree
- Major: Economics
- Coursework: International Finance and Economic Development
Boston Real Estate Finance Association
Massachusetts Board of Real Estate Appraisers

**Contact**
T: +1-212-812-5890
E: aj.sarkis@am.jll.com

*Appraiser Trainee:*
- *Connecticut*
- *Massachusetts*
- *Maryland*
- *Pennsylvania*
- *Rhode Island*

COPYRIGHT © JONES LANG LASALLE IP, INC. 2019. All Rights Reserved

# Department of State
## Division of Licensing Services
## Licensee Information

---

**ID Number:** 48000052813

**Name:** SARKIS ADIB J

**Business Name:** JLL

**Business Address:** 330 MADISON AVE

4TH FL

**County:** NEW YORK

**License Type:** LICENSED REAL ESTATE APPRAISER ASSISTANT
**Expires:** 10/16/2021

[ Name Search ] [ Business Name Search ] [ ID Search ]
[ Licensee Search Menu ]

---

Services/Programs    |    Privacy Policy    |    Accessibility Policy    |    Disclaimer    |    Return to DOS Homepage    |    Contact Us

---



# Seniors Housing & Healthcare

## U.S. Valuation Advisory

*Achieving client ambitions through market insight.*

**Valuation Advisory**
Seniors Housing & Healthcare

---

Whether you're a portfolio owner, an institutional investor, or lender, it's critical to understand the precise value of a single asset, or global portfolio – particularly in today's ever-changing business and economic landscape.

JLL Valuation Advisory[1] is a global network of more than 1,700 professionals, operating from 44 countries, to deliver expertise across the commercial real estate spectrum. You can rely on us to look beyond present value assessments to understand market trends, competing assets and projected income to deliver accurate, reliable valuations, providing a strong foundation for any real estate transaction.

Driven by a passion for client service and powered by real-time data, world-class research and cutting-edge technology, our seniors housing and healthcare specialists can help you put knowledge into action.

We have longstanding connections with sector insiders, yet act independently to assess the value of each asset or portfolio. Our leadership team is also affiliated with several industry organizations, including NIC, ASHA, Revista, BOMA, ULI, NCREIG, and the Appraisal Institute.

We strive to be your trusted advisor of choice.

[1] U.S. property valuation and tax consulting services are performed by JLL Valuation & Advisory Services, LLC, a wholly owned indirect subsidiary of Jones Lang LaSalle Incorporated.

## Associated asset types:

**Seniors Housing:**
- Age Restricted (55+)
- Active Adult
- Independent Living
- Assisted Living
- Memory Care
- Nursing Care
- CCRC/ LPC

**Healthcare:**
- Medical office
- Ambulatory surgery center
- Acute care hospitals
- Critical access hospitals
- Post acute care hospitals (LTAC/IRF)
- Micro hospitals/freestanding ERs
- Behavioral health
- Substance abuse treatment & recovery centers

## Valuation Advisory
Specialized service offerings.



### Reliable market valuations

- Appraisal, real property and going-concern
- Portfolio valuations
- Purchase price allocations (ASC 805 reporting)
- Litigation support
- HUD Section 232 Lean
- Fannie Mae & Freddie Mac
- Stark Law and anti-kickback compliance
- Net asset valuations per IPA guidelines



### World class advisory services

- Market and feasibility studies
- Site selection
- Underwriting due diligence
- Financial modeling
- Expert testimony
- Fair market rent analysis
- Lease renewal & purchase options
- Consumer research surveys
- Valuating indexing & operational benchmarking



### Property tax services

- Pre-acquisition consultations
- Assessment tracking and notification
- Annual income and expense reporting, where required
- Appeal recommendation and representation
- Post-appeal litigation support
- Preparation of tax budgets
- Tax bill tracking and approvals
- Abatement and exemption investigation and recommendation
- Reporting of business personal property tax returns
- Audit representation for business personal property tax returns

## National platform
2019 year-end track record.

## Awards and recognitions
Trusted advisors.

### $1.3B
Valuation Advisory
global transaction volume
in 2018

### 1,700
Valuation Advisory
professionals worldwide

### $167.5B
in assets appraised
in the U.S.
in 2019

### 11,710
valuation assignments
completed in the U.S.
in 2019

### 207
Valuation Advisory
professionals in the U.S.

### $1.9B
in Healthcare assets appraised
in 2019

### 1,691
Seniors Housing & Healthcare
valuation assignments
completed in the U.S.
in 2019

### 50
U.S. states Seniors Housing & Healthcare
valuation assignments
completed in the U.S. in 2019

We've won numerous awards and recognitions which reflect the quality of the services we provide to our clients, the integrity of our people and our desirability as a place to work.

**Top 70 Companies for Executive Women**
National Association for Female Executives
**3rd year in a row**

**World's Most Ethical Companies**
Ethisphere Institute
**12th year in a row**

**World's Most Admired Companies**
*Fortune* magazine
**4th year in a row**

**America's Most JUST Company in the Real Estate Industry**
*Forbes*
**4th year in a row**

**100 Best Companies**
*Working Mother*
**3rd year in a row**

**100 Best Corporate Citizens in the United States**
*CR Magazine*
**4th year in a row**

**Perfect Score on the Human Rights Campaign Foundation's Corporate Equality Index**
**5th year in a row**

**World-class research**
Market intelligence. Generations of data.

---

JLL's research team delivers intelligence, analysis and insight through market-leading reports and services that illuminate today's commercial real estate dynamics and identify tomorrow's challenges and opportunities. Backed by over 400 research professionals in over 60 countries, our research and expertise is fueled by real-time information and innovative thinking around the world. We partner with JLL's research team to provide accurate market intelligence on specialized sectors, such as seniors housing and healthcare. Our collaboration creates a competitive advantage for our clients and drives successful strategies to optimize their real estate decisions.



**U.S. Seniors Housing Investor Sentiment Survey**
With the number of baby boomers reaching retirement age increasing in the next 10 years, the seniors housing sector will be a growth sector that will warrant a lot of attention. JLL's bi-annual Valuation Advisorys Senior Housing Investor Sentiment Survey provides perspective on what's ahead for the sector.



**U.S. Healthcare Real Estate Outlook**
Interest in healthcare real estate is increasing as fast as the industry is growing. Rising patient numbers and increased real estate spending point to long-term demand and cycle resilience for investment in healthcare-related buildings. This annual outlook reports the top trends in healthcare real estate.



**U.S. Healthcare Construction Outlook**
A quarterly development profile and overview of key trends affecting the United States healthcare sector.



**U.S. Investment Outlook**
A comprehensive, bi-annual look at U.S. investment trends by property sector reports on the themes that are expected to shape investor behavior in the months ahead.

Please visit us.jll.com/research for our latest reports.

To subscribe, please contact jllresearch@am.jll.com.

# *Contact us*

## Seniors Housing



**Brian Chandler, MAI, CRE, FRICS**
Managing Director
+1 214 396 5423
brian.chandler@am.jll.com



**Bryan Lockard, MRICS**
Managing Director
+1 813 387 1301
bryan.lockard@am.jll.com

## Market & Feasibility Studies



**Jon Cruse, CRE, FRICS**
Executive Vice President
+1 214 924 7767
jon.cruse@am.jll.com

## Executive Leadership



**Zach Bowyer, MAI**
Managing Director
+1 617 316 6595
zach.bowyer@am.jll.com



**Bennett Johnson**
Managing Director
+1 213 239 6311
bennet.johnson@am.jll.com

## Healthcare



**Ken Gill, MAI**
Executive Vice President
+1 214 396 5448
ken.gill@am.jll.com



**Erik Hill, MAI, CCIM**
Vice President
+1 214 396-5462
erik.hill@am.jll.com

## Property Tax



**Debra Moore**
Vice President
+1  214 396 5447
debra.moore@am.jll.com

## Strategic Advisory



**Deborah Street**
Senior Vice President
+1  760 715 2076
deborah.street@am.jll.com



us.jll.com/valuationadvisory

About JLL Valuation AdvisoryJLL's Valuation Advisory platform leverages the firm's global experience and deep knowledge of local real estate markets to provide industry-leading valuation, market analytics and advisory services to a wide range of clients. We offer the highest quality market insights and property valuations to help our clients make optimal business decisions and manage risk. JLL Valuation Advisory is comprised of over 1,850 valuation experts and 175 offices globally. For more news, videos and research resources on JLL, please visit the firm's U.S. newsroom.

U.S. property valuation and tax consulting services are performed by JLL Valuation & Advisory Services, LLC,  a wholly owned indirect subsidiary of Jones Lang LaSalle Incorporated.