HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street, 37th Floor
New York, NY  10005
Telephone: (212) 765-9100
Alan D. Halperin, Esq.
Debra J. Cohen, Esq.
ahalperin@halperinlaw.net
dcohen@ halperinlaw.net

*Counsel to Alan D. Halperin in his capacity as
liquidation trustee of the HHHW Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| **HBL SNF, LLC,** | : Case No. 21-22623-SHL |
| | : |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Halperin Battaglia Benzija, LLP ("HBB") hereby appears as counsel to Alan D. Halperin (the "Trustee"), as liquidation trustee of the HHHW Liquidation Trust (the "Trust"). The Trust owns 39% of the membership interest in HBL SNF, LLC, the above-captioned debtor (the "Debtor").

HBB enters its appearance pursuant to § 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, as amended (the "Bankruptcy Rules"), and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of any and all notices and papers filed or entered in the above-captioned cases be given and served upon the following:

Alan D. Halperin, Esq.
Debra J. Cohen, Esq.
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor

New York, NY  10005
Telephone: (212) 765-9100
ahalperin@halperinlaw.net
dcohen@ halperinlaw.net

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of the Debtor, its members and equity interests, creditors, or other parties in interest in or with respect to (a) this case or any related cases or adversary proceedings, whether currently pending or later commenced, (b) property of the Debtor or its estate, or proceeds thereof in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use in any manner; or (2) requires or seeks to require any act or other conduct by a party in interest in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is intended for the purpose of receiving notices and is not intended to be and should not be deemed a submission to the jurisdiction of this Court.  In addition, this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Trustee or the Trust: to (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a District Court Judge;

(3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, the filing of this Notice of Appearance and Request for Service of Papers is not intended as, and shall not be, the consent of the Trustee or the Trust to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Trustee on behalf of the Trust, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated: New York, New York
        November 1, 2021

HALPERIN BATTAGLIA BENZIJA, LLP
*Counsel to Alan D. Halperin in his capacity as
liquidation trustee of the HHHW Liquidation Trust*

By:     */s/ Alan D. Halperin*
        Alan D. Halperin, Esq.
        Debra J. Cohen, Esq.
        40 Wall Street, 37th Floor
        New York, NY  10005
        Telephone: (212) 765-9100
        ahalperin@halperinlaw.net
        dcohen@ halperinlaw.net