**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND NURSING AT WHITE PLAINS, | : (Subchapter V) |
| | : |
| | : Case No. 21-22623 (SHL) |
| Debtor. | : |

------------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED CONSENT ORDER DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession (the "Debtor"), through its undersigned proposed counsel, hereby files the *Proposed Consent Order Directing the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333* attached hereto as Exhibit A.

Dated: New York, New York
November 2, 2021

                              KLESTADT WINTERS JURELLER
                              SOUTHARD & STEVENS, LLP

                              By:  */s/ Tracy L. Klestadt*
                              Tracy L. Klestadt
                              Christopher Reilly
                              200 West 41st Street, 17th Floor
                              New York, New York 10036
                              Tel: (212) 972-3000
                              Fax: (212) 972-2245
                              Email: tklestadt@klestadt.com
                                        creilly@klestadt.com

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                              :     Chapter 11
                                                   :
HBL SNF, LLC, d/b/a,                               :     (Subchapter V)
EPIC REHABILITATION AND NURSING                    :
AT WHITE PLAINS,                                   :     Case No. 21-22623 (SHL)
                                    Debtor.       :
------------------------------------------------------------ X

## CONSENT ORDER DIRECTING THE APPOINTMENT
## OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333

WHEREAS, on November 1, 2021, HBL SNF, LLC, d/b/a Epic Rehabilitation and Nursing at White Plains (the "Debtor"), filed a voluntary petition commencing a case under Subchapter V of Chapter 11 of Title 11 of the United States Code and describing the Debtor as a Health Care Business as defined in 11 U.S.C. § 101(27A) (ECF No. 1); and

WHEREAS, the Debtor has consented to the entry of an order directing the United States Trustee to appoint a patient care ombudsman ("PCO") in accordance with 11 U.S.C. § 333.

The Court has determined that the appointment of a PCO is necessary to monitor the quality of patient care and to represent the interests of the Debtor's patients, and after due deliberation, it is hereby

ORDERED that the United States Trustee shall appoint a PCO pursuant to 11 U.S.C. § 333.

Dated: White Plains, New York
       November _____, 2021

                                                   _____
                                                   HONORABLE SEAN H. LANE
                                                   UNITED STATES BANKRUPTCY JUDGE

AGREED TO BY:

*/s/ Tracy L. Klestadt*
Tracy L. Klestadt, Partner
Klestadt Winters Jureller Southard & Stevens, LLP
Proposed Counsel to the Debtor