**Fill in this information to identify the case:**

Debtor name    **HBL SNF, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 29, 2021**    X */s/ Lizer Jozefovic*
                                                Signature of individual signing on behalf of debtor

                                                **Lizer Jozefovic**
                                                Printed name

                                                **Chief Executive Officer**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **HBL SNF, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SKYVIEW NURSING HOME 1280 Albany Post Road Croton on Hudson, NY 10520** | | **intercompany loan from affiliated entity** | | | | $10,792,863.88 |
| **WATERVIEW ACQUISITION I, LLC 1280 Albany Post Road Croton on Hudson, NY 10520** | | **intercompany loan from affiliated entity** | | | | $2,533,776.69 |
| **Westchester County Health Care Corp. c/o Garfunkel Wild, P.C. 111 Great Neck Rd, Suite 600 Great Neck, NY 11021** | | | **Contingent Unliquidated Disputed** | | | $1,596,263.74 |
| **DUE TO OTHERS NEED INFORMATION** | | | | | | $1,100,000.00 |
| **Lizer Jozefovic 120 Church Street White Plains, NY 10601** | | **unsecured loan from insider** | | | | $1,050,000.00 |
| **Park Manor Acquisition II, LLC 1280 Albany Post Road Croton on Hudson, NY 10520** | | **intercompany loan from affiliated entity** | | | | $1,007,526.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **HBL SNF, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MICHELMAN & ROBINSON, LLP 10880 WILSHIRE BLVD 19TH.FL LOS ANGELES, CA 90024** | | | | | | $403,018.29 |
| **MARK NEUMAN 120 Church Street White Plains, NY 10601** | | **unsecured loan from insider** | | | | $385,000.00 |
| **LIZER JOZEFOVIC 120 Church Street White Plains, NY 10601** | | **unsecured loan from insider** | | | | $385,000.00 |
| **PHARMSCRIPT,LLC 150 PIERCE STREET SOMERST, NJ 08873** | | | | | | $253,704.44 |
| **Epic Senior, LLC 1278 Albany Post Road Croton on Hudson, NY 10520** | | **intercompany loan from affiliated entity** | | | | $177,963.20 |
| **PUTNAM OPERATION ACQUISITION 1280 Albany Post Road Croton on Hudson, NY 10520** | | **intercompany loan from affiliated entity** | | | | $168,407.05 |
| **LANGUAGE FUNDAMENTALS 1032 MAIN STREET FISHKILL, NY 12524** | | | | | | $103,620.23 |
| **CENTRAL CARE SOLUTIONS 1420 E. LINDEN AVENUE LINDEN, NJ 07036** | | | | | | $100,381.69 |
| **GERIMEDIX, INC. PO BOX 21117 NEW YORK, NY 10087-1117** | | | | | | $90,162.98 |
| **EMPRO STAFFING P.O. BOX 190331 BROOKLYN, NY 11219** | | | | | | $75,332.82 |
| **MEMIC INDEMNITY COMPANY PO BOX 9500 LEWISTON, NE 04243-9500** | | | | | | $72,191.40 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **HBL SNF, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MEDLINE INDUSTRIES, INC.** BOX 382075 PITTSBURGH, PA 15251-8075 | | | | | | **$68,953.39** |
| **SECURE 360 INC.** 1294 EAST 19TH. STREET 2ND. FLOOR BROOKLYN, NY 11230 | | | | | | **$57,342.45** |
| **HEALTH FACILITY ASSESSMENT FUND** 333 BUTTERNUT DRIVE STRACUSE, NY | | | | | | **$46,397.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HBL SNF, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................   $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................   $     **9,485,532.08**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................................................   $     **9,485,532.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **248,049.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **21,008,241.32**

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b        $     **21,256,290.32**

**Fill in this information to identify the case:**

Debtor name   **HBL SNF, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Metropolitan Commerical Bank - Operating Account** | **Checking (accounts payable)** | 1389 | $614,384.60 |
| 3.2. | **Metropolitan Commercial Bank - Government Account** | **Medicare and Medicaid Deposit Account** | 1397 | $0.00 |
| 3.3. | **JP Morgan Chase Bank - Payroll Account** | **Payroll account** | 1769 | $14,074.08 |
| 3.4. | **JP Morgan Chase Bank - Savings Account** | **Savings Account** | 7272 | $10,144.89 |
| 3.5. | **JP Morgan Chase Bank - Residents Funds Savings Account** | **Residents Funds Savings Account** | 9639 | $50,282.55 |
| 3.6. | **JP Morgan Chase Bank - Petty Cash** | **Petty Cash use for Operating Petty Cash** | 2635 | $38.68 |
| 3.7. | **JP Morgan Chase Bank - Resident Funds Checking Account** | **Resident Funds Checking Account** | 2908 | $3,781.04 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **HBL SNF, LLC**                                        Case number *(If known)*
          Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **JP Morgan Chase Bank - Resident Security Account** | **Resident Security Account for Private Pay Patients** | **5537** | **$0.07** |
| 3.9. | **Regions Bank - Operating Account** | **Operating Account** | **5238** | **$37,037.17** |
| 3.10. | **Regions Bank** | **Non-government Receivables** | **5246** | **$0.00** |
| 3.11. | **Regions Bank** | **Government Receivables** | **5254** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                    $729,743.08
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposits** | **$3,707.00** |
| 7.2. | **Partial security deposit delivered to White Plains Healthcare Properties I, LLC but not credited** | **Unknown** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid expenses** | **$1,139,551.00** |
| 8.2. | **Partial prepayment of rent delivered to White Plains Healthcare Properties I, LLC but not credited** | **Unknown** |

9.    **Total of Part 2.**                                                    $1,143,258.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **HBL SNF, LLC** | Case number *(If known)* | |
|--------|------------------|--------------------------|--|
| | Name | | |

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|-----|--------------------------|--|--|--|--|
| | 11a. 90 days old or less: | **3,852,749.00** | - | **136,377.00** | = .... **$3,716,372.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| | 11a. 90 days old or less: | **1,345,246.00** | - | **0.00** | = .... **$1,345,246.00** |
|--|--------------------------|-------------------|---|-----------|--------------------------|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$5,061,618.00** |
|-----|----------------------|-------------------|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| Part 4: | **Investments** |
|---------|-----------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. | **Raw materials** **Inventory** | | **$0.00** | | **$30,041.00** |

| 20. | **Work in progress** |
|-----|----------------------|

| 21. | **Finished goods, including goods held for resale** |
|-----|-----------------------------------------------------|

| 22. | **Other inventory or supplies** |
|-----|----------------------------------|

| 23. | **Total of Part 5.** | **$30,041.00** |
|-----|----------------------|----------------|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|------------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **HBL SNF, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table><tr><td style="background:black;color:white">Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr></table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

<table><tr><td style="background:black;color:white">Part 8:</td><td>Machinery, equipment, and vehicles</td></tr></table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Property and equipment at cost (Major moveable equipment - $2,325,410; leasehold improvements - $591,316; computers - $66,354), less accumulated depreciation ($462,808)** | **$0.00** | | **$2,520,872.00** |
| **Furniture, fixtures and equipment, value $1,500,000 title to which is disputed** | **Unknown** | | **Unknown** |

| 51. | **Total of Part 8.** | **$2,520,872.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table><tr><td style="background:black;color:white">Part 9:</td><td>Real property</td></tr></table>

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **HBL SNF, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **New York State Department of Health Operating Certificate** | $0.00 | | $0.00 |
| **New York State Department of Health Controlled Substance License** | $0.00 | | $0.00 |
| **New York State Department of Health Limited Service Laboratory Registration** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **HBL SNF, LLC**                                    Case number *(If known)* _____
Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $729,743.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,143,258.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,061,618.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,041.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,520,872.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,485,532.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,485,532.08 |

**Fill in this information to identify the case:**

Debtor name   **HBL SNF, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ascentium Capital LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Security Systems** | **$145,216.00** | **Unknown** |

**23970 Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1976**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Ascentium Capital LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Roller Shades** | **$16,829.00** | **Unknown** |

**23970 Highway 59 N**
**Kingwood, TX 77339**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2101**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 3

Debtor    **HBL SNF, LLC**
_____
Name                                                              Case number *(if known)* _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.                                                          ☐ Contingent
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

---

| 2.3 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $86,004.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**Dishwashing Machine & Glass Partitions**

**23970 Highway 59 N
Kingwood, TX 77339**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
7959**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.                                  ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

---

| 2.4 | **Security Benefit Corporation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien

**1 S.W. Security Benefit PL
Topeka, KS 66636**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.                                  ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $248,049.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 3

Debtor    **HBL SNF, LLC**
_____
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James C. Wine, Esq.**<br>**Nyemster Goode P.C.**<br>**700 Walnut, Suite 1600**<br>**Des Moines, IA 50309-3899** | Line __2.4__ | |
| **Neal Kronley, Esq.**<br>**DLA Piper US LLP**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020-1104** | Line __2.4__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **HBL SNF, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|-----|-----|-----------------|---------------------|
| **2.1** | Priority creditor's name and mailing address<br>**Centers for Medicare and Medicaid**<br>**Servic**<br>**Division of Accounting Operations**<br>**P.O. Box 7520**<br>**Baltimore, MD 21244**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>**CITY OF WHITE PLAINS-TAX BILL**<br>**255 MAIN STREET**<br>**ROOM #102**<br>**WHITE PLAINS, NY 10601**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**County of Westchester**
**148 Martine Avenue**
**White Plains, NY 10601**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Bankruptcy Section**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Department of Health**
**Corning Tower**
**Empire State Plaza**
**Albany, NY 12227**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Department of Taxation**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **HBL SNF, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**400 EAST MAIN STREET**
**400 EAST MAIN STREET**
**MOUNT KISCO, NY 10549-3417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.00 |
|---|---|---|---|

**ACCU REFERENCE MEDICAL LABS**
**1901 EAST LINDEN AVENUE**
**SUITE 4**
**LINDEN, NJ 07036-1195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,678.78 |
|---|---|---|---|

**ACUTE CARE GASES**
**23 NUTMEG VALLEY ROAD**
**WOLCOTT, CT 06716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,985.00 |
|---|---|---|---|

**ACUTIS DIAGNOSTICS LABORATORY**
**400 KARIN LANE**
**HICKSVILLE, NY 11801-5352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AETNA**
**131 SOUTH DEARBORN-6TH.FLOOR**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.05 |
|---|---|---|---|

**AETNA LIFE INSURANCE COMPANY**
**P.O. BOX 536919**
**ATLANTA, GA 30353-6919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFLAC**
**22 CORPORATE WOODS BLVD.**
**ALBANY, NY 12211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,546.07** |
|---|---|---|---|

**ALBORO NATIONAL**
**3602 EAST TREMONT AVENUE**
**SUITE 203**
**BRONX, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALISA HECHT**
**50 COLUMBUS AVENUE**
**TUCKHAO, NY 10707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALL BRIGHT ELECTRIC**
**100 SNAKE HILL ROAD**
**WEST NYACK, NY 10994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|

**ALL SAFE FIRE PROTECTION & MECHANIC**
**375 EXECUTIVE BLVD**
**ELMSFORD, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,251.27** |
|---|---|---|---|

**ALL STATE PEST MANAGEMENT**
**4730 ROUTE 9**
**SUITE 200**
**HOWELL, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ALLSCRIPTS HEALTHCARE, LLC**
**24630 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,799.56** |
|---|---|---|---|

**ALLSTATE MEDICAL**
**34 35TH. STREET**
**BROOKLYN, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN MINUTEMEN SEWER & DRAIN SE**
**PO BOX 2005**
**NEW CITY, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA RODRIGUES**
**254 MARTINE AVE**
**APT 6D**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**ANTHONY J. SALVATE M.D.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANYITSI REYNOLDS**
**279 NORTH BROADEWAY**
**APT 6E**
**YONKERS, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $283.51 |
|---|---|---|---|

**APEX LABORATORY, INC.**
**110 CENTRAL AVE.**
**FARMINDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.72 |
|---|---|---|---|

**APPROVED STORAGE & WASTE HAULING, I**
**110 EDISON AVENUE**
**MOUNT VERNON, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASCENTIUM CAPITAL LLC**
**23970 HWY 59 N**
**INGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**ASSURED PARTNERS**
**300 COLONIAL CENTER PKWY**
**SUITE 270**
**LAKE MARY, FL 32746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.23** | Nonpriority creditor's name and mailing address

**ATLANTIC A PROGRAM OF DE LAGE**
**P.O. BOX 41602**
**PHILADELPHIA, PA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**ATLANTIC TOMORROWS OFFICE**
**P.O. BOX 5149**
**WHITE PLAINS, NY 10602-5149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,316.24**

---

**3.25** | Nonpriority creditor's name and mailing address

**AUDIO NY**
**1240 BEACH 9TH STREET**
**FAR ROCKAWAY, NY 11691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**B&B AMBULETTE**
**1663 Route 22**
**Brewster, NY 10509**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**BALBOA CAPITAL CORPORATION**
**P.O. BOX 844803**
**LOS ANGELES, CA 90084-4803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**BLESSED HANDS LLC**
**129 VERNON AVENUE**
**MOUNT VERNON, NY 10553**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENNA C. DIAMOND**
**313 LARCHMONT ACRES**
**APT B**
**LARCHMONT, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BYEG3, LLC**
**559 TABOR ROAD**
**MORRIS PLAINS, NJ 07950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROL OLIVIERI**
**WILTSHIRE PLACE**
**BRONXVILLE, NY 10708-1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARSTENS**
**141 W Jackson Blvd/Suite 1000**
**CHICAGO, OIL 60694-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CCI HEALTHCARE SYSTEMS GROUP CORP.**
**218 39TH STREET**
**2ND FLOOR**
**BROOKLYN, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,381.69 |
|---|---|---|---|

**CENTRAL CARE SOLUTIONS**
**1420 E. LINDEN AVENUE**
**LINDEN, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**CERAMICS F & S**
**45 WASHINGTON STREET**
**PORTCHESTER, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CERTIFIED SITE SAFETY OF NY LLC**
**99 LAFAYETTE AVENUE**
**WHITE PLAINS, NY 00010-0603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHASE INK**
**PO BOX 1423**
**CHARLOTE, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF WHITE PLAINS**
**WHITE PLAINS BUILDING DEPT.**
**70 CHURCH STREET**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF WHITE PLAINS PUBLIC SAFETY**
**WHITE PLAINS DEPT.PUBLIC SAFE**
**77 SOUTH LEXINGTON AVE**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CITY OF WHITE PLAINS WATER BILL**
**255 MAIN STREET**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLASSICO BLDG MAINTENANCE, INC.**
**2580 BOSTON ROAD**
**BRONX, NY 10467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLC TRANSPORTATION**
**135 RADIO CIRCLE DRIVE**
**SUITE 109**
**MOUNT KISCO, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$145.55** |

**COLUMBIADOCTORS**
**PO BOX 28761**
**NEW YORK, NY 10087-8761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**COMMISSIONER OF TAXATION & FINANCE**
**NYS ASSESSMENT RECEIVABLES**
**PO BOX 4127**
**BINGHAMTON, NY 13002-4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$21,343.62** |

**CON EDISON**
**JAF STATION**
**P.O. BOX 1702**
**NEW YORK, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**CONDRA AND ASSOCIATES**
**CONSULTING & PROFESSIONAL SERV**
**6543 CORBITT AVENUE**
**SAINT LOUIS, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$156.06** |

**COZZINI BROTHERS, INC.**
**350 HOWARD AVENUE**
**DES PLAINES, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**CREATIVE FORCASTING, INC.**
**P.O. BOX 7789**
**COLORADO SPRINGS, CO 80933-7789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$270.00** |

**CROWN CARE SERVICES INC.**
**PO BOX 86**
**LAKEWOOD, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CSC**<br>**P.O. BOX 13397**<br>**PHILADELPHIA, PA 19101-3397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $901.02 |
|---|---|---|
| **CULINARY DEPOT**<br>**67 ROUTE 59**<br>**SPRING VALLEY, NY 10977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CURASPAN HEALTH GROUP INC.**<br>**P.O. BOX 744204**<br>**ATLANTA, GA 30374-4204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CURRENT TECHNOLOGIES ELECTRONICS**<br>**1383 W. Veterans Hwy**<br>**JACKSON, NJ 08527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **CWT DECOR LLC**<br>**475 SOUTH OBERLIN AVENUE**<br>**SUITE 2**<br>**LAKEWOOD, NJ 08701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.83 |
|---|---|---|
| **DAILY NEWS**<br>**PO BOX 9001093**<br>**LOUISVILLE, KY 40290-1093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DATAPATH CARD SERVICES. INC.**<br>**P.O. BOX 55028**<br>**LITTLE ROCK, AR 72215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DAVID ZUIDEMA INC. SEPTIC**
**90 MIDLAND AVENUE**
**MIDLAND PARK, NJ WHITE GLOVE**
**PLACEMEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DBA ORTHOPEDICS**
**PO BOX 16244**
**BELFAST, ME 04915-4057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DE LAGE LANDEN FINANCIAL SERVICES,**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DELUXE**
**P.O. BOX 4656**
**CAROL STREAM, IL 60197-4656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,800.00**

**DENTSERV DENTAL SERVICES PC**
**15 CANAL ROAD**
**PELHAM MANOR, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00**

**DEUCES WILD ENTERTAINMENT**
**418 Franklin St.**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DIGITAL DIAGNOSTICS, INC.**
**PO BOX 1173**
**WALL, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.64**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **DIMAPILIS DAUZ BUSINESS GROUP, LLC** | ☐ Contingent | |
| **369 ASHFORD AVENUE** | ☐ Unliquidated | |
| **SUITE E** | ☐ Disputed | |
| **DOBS FERRY, NY 10522** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.65**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **DIRECT SUPPLY, INC** | ☐ Contingent | |
| **BOX 88201** | ☐ Unliquidated | |
| **MILWAUKEE, WI 53288-0201** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$700.00** |
|---|---|---|
| **DLB BACKFLOW** | ☐ Contingent | |
| **141 WILLETT AVENUE** | ☐ Unliquidated | |
| **PORT CHESTER, NY 10573** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.67**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **DR. KENNETH BRAUNSTEIN** | ☐ Contingent | |
| **20 SOUTH BROADWAY** | ☐ Unliquidated | |
| **YONKERS, NY 10701** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.68**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$255.00** |
|---|---|---|
| **DRB BENEFIT GROUP** | ☐ Contingent | |
| **PO BOX 545** | ☐ Unliquidated | |
| **GOTHA, FL 34734** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,100,000.00** |
|---|---|---|
| **DUE TO OTHERS** | ☐ Contingent | |
| **NEED INFORMATION** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **DURKIN WATER CO. LP** | ☐ Contingent | |
| **120 FIELDS LANE** | ☐ Unliquidated | |
| **BREWSTER, NY 10509** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **HBL SNF, LLC**                                                      Case number (if known) _____
_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYNALINK COMMUNICATIONS**
**PO BOX 3415**
**CHURCH STREET STATION**
**NEW YORK, NY 10008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,332.82 |
|---|---|---|---|

**EMPRO STAFFING**
**P.O. BOX 190331**
**BROOKLYN, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,189.68 |
|---|---|---|---|

**Epic Management, LLC**
**1278 Albany Post Road**
**Croton on Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  intercompany loan from affiliated entity

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,963.20 |
|---|---|---|---|

**Epic Senior, LLC**
**1278 Albany Post Road**
**Croton on Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  intercompany loan from affiliated entity

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC LIPPER**
**622 MACOPIN ROAD**
**WEST MILFORD, NJ 07480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETHAN ALLEN STAFFING**
**59 ACADEMY STREET**
**POUGHKEEPSIE, NY 12601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EZPRODUCTS INTERNATIONAL INC.**
**612 N. FLORIDA AVENUE**
**WAUCHULA, FL 33873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HBL SNF, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FALCO LAWN SPRINKLERS INC.**
**P.O. BOX 631**
**WHITE PLAINS, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FANNIE PAESE**
**50 LAWRENCE DRIVE**
**WHITE PLAINS, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELICIA RICKETS**
**1 FORDHAN HILL OVAL**
**17E**
**BRONX, NY 10468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FIRST INSURANCE FUNDING**
**FIRST INSURANCE FUNDING**
**CAROL STREAM, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FLAMBOKO RECORDS**
**PO BOX 2124**
**DABURRI, CT 06813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FOLLETT LLC**
**PO BOX 782806**
**PHILADELPHIA, PA 19178-2806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FORGET ME NOT CUPCAKES**
**26 MILTON TURNPIKE**
**MILTON, NY 12547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FOUNDATION FOR QUALITY CARE**
**33 ELK STREET**
**SUITE 300**
**ALBANY, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FRANK NASK SEPTIC TANK SERVICE INC**
**PO BOX 366**
**MAMARONECK, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321.87**

**FRESH SCENTS INC**
**663 E CRESCENT AVENUE**
**SUITE 1200**
**RAMSEY, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**GALLERIA MALL DENTAL, P.C.**
**100 Main St., #201**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GARY MONROE**
**47 DAVIS AVENUE**
**APT 1E**
**WHITE PLAINS, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GEM MEDICAL DISTRIBUTORS**
**13 GEM DRIVE**
**LAKEWOOD, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**GERERD CORBETT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,162.98 |
|---|---|---|---|

**GERIMEDIX, INC.**
**PO BOX 21117**
**NEW YORK, NY 10087-1117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.04 |
|---|---|---|---|

**GOODHIRE**
**555 TWIN DOLPHIN DRIVE**
**SUITE 630**
**REDWOOD CITY, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,341.25 |
|---|---|---|---|

**GOODNEWS PERSONNEL**
**PO BOX 445**
**TUXEDO PARK, NY 10987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.25 |
|---|---|---|---|

**GRAINGER**
**DEPT. 887354199**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANITE ENERGY, INC.**
**1721 SYMPHONY LANE**
**TOMS RIVER, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GREATAMERICA FINANCIAL SERVICES**
**P.O. BOX 660831**
**DALLAS, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GUARDIAN**
**BOX 824404**
**PHILADELPHIA, PA 19182-4404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,485.78 |
|---|---|---|---|

**H&R HEALTHCARE**
**1750 OAK STREET**
**LAKEWOOD, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,749.92 |
|---|---|---|---|

**H.T. LYONS, INC.**
**3 REXFORD WAY**
**HALFMOON, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**HARTER SECREST & EMERY LLP**
**1600 PAUSCH & LOMB PLACE**
**ROCHESTER, NY ####-####**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.07 |
|---|---|---|---|

**HD SUPPLY FACILITIES MAINTENANCE LT**
**P.O. BOX 509058**
**SAN DIEGO, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,397.00 |
|---|---|---|---|

**HEALTH FACILITY ASSESSMENT FUND**
**333 BUTTERNUT DRIVE**
**STRACUSE, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HearUSA**
**186 EAST POST ROAD**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HK LAUNDRY EQUIPMENT INC.**
**530 MAIN STREET**
**ARMONK, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HMM,CPAs LLP**
**527 TOWNLINE ROAD**
**SUITE 203**
**HAUPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HOFMAN'S GLASS & STOREFRONT**
**8125 FOSTER AVENUE**
**BROOKLYN, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HUDSON MEDICAL ASSOCIATES, P.C**
**44 PONDFIELDROAD**
**SUITE 6**
**BRONXVILLE, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HUDSON VALLEY DOOR & HARDWARE**
**35 VAN WYCK LANE**
**WAPPINGERS FALLS, NY 12590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,054.49**

**HUNTINGTON POWER EQUIPMENT,INC**
**P.O. BOX 2040**
**SHELTON, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ICON INTERIOR**
**1008 39TH STREET**
**BROOKLYN, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ID CARD CONSULTANTS-WANDALAM**
**P.O. BOX 97**
**LIMA, NY 14485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDENTOGO**
**555 7th Ave.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**INNOVATIVE WATER CONSULTING**
**704 S. STATE ROAD**
**135 STE D348**
**GREENWOOD, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTAC ACTUARIAL SERVICE INC.**
**50 TICE BLVD**
**SUITE 151**
**WOODCLIFF LAKE, NJ 07677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,468.29 |
|---|---|---|---|

**INTEGRA SCRIIPTS, LLC**
**160 AIRPORT ROAD**
**LAKEWOOD, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,912.04 |
|---|---|---|---|

**INTERSTATE FIRE & SAFTY EQUIP.**
**PO Box 502**
**HARRISON, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IRVING SINGER**
**136 ROSE HILL AVENUE**
**NEW ROCHELLE, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,387.50 |
|---|---|---|---|

**IV NATIONAL**
**61 ROCK SPRING ROAD**
**UNIT 34**
**STAMFORD, CT 06906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$687.15**

**JACKSON LEWIS P.C.**
**P.O. BOX 416019**
**BOSTON, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JEAN CATES**
**120 CHURCH STREET**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JIMMY'S SOFT SERVE**
**81 SHELDON AVE**
**TARRYTOEN, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JOANNE GADDI**
**88 ALPINE ROAD**
**YONKERS, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JOHN VILASI**
**6 VILLAGE GREEN**
**PORT CHESTER, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JOHNNY DARE MUSIC LTD**
**PO BOX 111**
**PIERMONT, NY 10968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JOHNSON CONTROLS FIRE PROTECTION**
**LP**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUAN MANUEL ORTEGA**
**22-45 42ND STREET**
**2NS FLOOR**
**ASTORIA, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JVK OPERATIONS LTD**
**130 NEW HIGHWAY**
**N.AMITYVILLE, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.50 |
|---|---|---|---|

**K PILLAY CORP.**
**75 GREENVALE CIRCLE**
**WHITE PLAINS, NY 10607-1601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K&A HOUSE OF BOUNCE, INC.**
**15 DOLPHIN ROAD**
**NEW CITY, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.43 |
|---|---|---|---|

**KEYMAN LOCKSMITH**
**152 WESTCHESTER AVENUE**
**PORT CHESTER, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.90 |
|---|---|---|---|

**LABEL TAPE SYSTEM**
**5563 MARQUESAS CIRCLE**
**SARASOTA, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,620.23 |
|---|---|---|---|

**LANGUAGE FUNDAMENTALS**
**1032 MAIN STREET**
**FISHKILL, NY 12524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.134**

**Nonpriority creditor's name and mailing address**
**LAZ PARKING NEW YORK NEW JERSEY, LL**
**PO BOX 788125**
**PHILADELPHIA, PA 19178-8125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135**

**Nonpriority creditor's name and mailing address**
**LE LANDSCAPING SERVICES**
**253 S. LEXINGTON AVE  6C**
**WHITE PLAINS, NY 10606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136**

**Nonpriority creditor's name and mailing address**
**LIZER JOZEFOVIC**
**120 Church Street**
**White Plains, NY 10601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan from insider**

Is the claim subject to offset? ■ No ☐ Yes

$385,000.00

---

**3.137**

**Nonpriority creditor's name and mailing address**
**Lizer Jozefovic**
**120 Church Street**
**White Plains, NY 10601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unsecured loan from insider**

Is the claim subject to offset? ■ No ☐ Yes

$1,050,000.00

---

**3.138**

**Nonpriority creditor's name and mailing address**
**LONG TERM SOLUTIONS INC.**
**P.O. BOX 455**
**WAPPINGERS FALLS, NY 12590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,667.50

---

**3.139**

**Nonpriority creditor's name and mailing address**
**LOU PATRICK ENTERTEINMENT**
**PO BOX 326**
**SOUTH SALEM, NY 10590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$525.00

---

**3.140**

**Nonpriority creditor's name and mailing address**
**LTC CONSULTING SERVICES**
**100 BLVD OF THE AMERICAS**
**LAKEWOOD, NJ 08701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LYNN BADIN**
**56 PALMER AVENUE**
**SCARSDALE, NY 10583**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAJESTIC AWNING & SIGN**
**25 TRUMAN DRIVE SOUTH**
**EDISON, NJ 08817**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARILYN BERGLAS**
**20 OLD MAMARONECK ROAD**
**APT.6J**
**WHITE PLAINS, NY 10605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385,000.00 |
|---|---|---|---|

**MARK NEUMAN**
**120 Church Street**
**White Plains, NY 10601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __unsecured loan from insider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**MASSIVE DBA BLACK SEA**
**TRANSPORTATIO**
**EAST 3RD. STREET**
**MOUNT VERNON, NY 10553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATRIXCARE INC.**
**10900 HAMPSHIRE AVENUE SOUTH**
**BLOOMINGTON, MN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,243.48 |
|---|---|---|---|

**MATURE SOLUTIONS, INC.**
**3436 ST. JOHNS PLACE**
**CINCINNATI, OH 45208**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.00 |
|---|---|---|---|

**MBS LTD**
**409 HOYT STREET**
**BROOKLYN, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MDLIVE**
**P.O. BOX 65689**
**TUCSON, AZ 85728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.50 |
|---|---|---|---|

**MED-NET COMPLIANCE, LLC**
**196 PRINCETON-HIGHTSTOWN ROAD**
**BLDG. 1A, SUITE 1A**
**WEST WINDSOR, NJ 08550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MED-PART**
**3052 BRIGHTON 1ST. STREET**
**502**
**BROOKLYN, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**MEDFIRST STAFFING SERVICES, INC.**
**15 CUNNINGHAM DRIVE**
**WESTORANGE, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEDICANIX**
**55 FIELDS LANE**
**SUITE C**
**NORTH SALEM, NY 10560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,953.39 |
|---|---|---|---|

**MEDLINE INDUSTRIES, INC.**
**BOX 382075**
**PITTSBURGH, PA 15251-8075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **HBL SNF, LLC**
Name

Case number (if known) _____

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,191.40 |

**MEMIC INDEMNITY COMPANY**
PO BOX 9500
LEWISTON, NE 04243-9500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.58 |

**MEMORIAL HOSPITAL FOR CANCER**
PO BOX 27998
NEW YORK, NY 10087-7998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**METLIFE GROUP BENEFITS**
PO BOX 804466
KANSAS CITY, MO 64180-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**METROCOM WIRELESS INC.**
31 PLAINFIELD AVENUE
BEDFORFD HILLS, NY 10507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.50 |

**MICHELLE COHEN**
86 CEDAR LANE
OSSINING, NY 10562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,018.29 |

**MICHELMAN & ROBINSON, LLP**
10880 WILSHIRE BLVD 19TH.FL
LOS ANGELES, CA 90024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MIELE WOODWORKING CORP.**
66 STERLING AVENUE
YONKERS, NY 10704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **MORTELLI CONTRACTORS INC.**<br>**12 WEST MAIN STREET**<br>**ELMSFORD, NY 10523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **MSC 410836**<br>**PO BOX 415000**<br>**NASHVILLE, TN 37241-0836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.63 |
|---|---|---|
| **NATIONAL CARE SYSTEMS,LLC**<br>**14C 53RD. STREET**<br>**BROOKLYN, NY 11232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,276.18 |
|---|---|---|
| **NEEYA DISTRIBUTORS, INC.**<br>**3 BRIARCLIFF DRIVE**<br>**MONSEY, NY 10952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.166**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.97 |
|---|---|---|
| **NET HEALTH SYSTEMS, INC**<br>**PO BOX 72046**<br>**CLEVELAND, OH 44192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.167**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.60 |
|---|---|---|
| **NEXUS HEALTH RESOURCES, INC.**<br>**130 DOLSON AVENUE**<br>**SUITE 203**<br>**MIDDLETOWN, NY 10904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.168**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NOJO PROMO**<br>**528 REYNOLDS AVENUE**<br>**TOMS RIVER, NJ 08755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169**

**Nonpriority creditor's name and mailing address**
**NORTH SHORE HEM ONC**
**1500 ROUTE 112**
**BUILDING# 4**
**PORT JEFFERSON, NY 11776-8054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170**

**Nonpriority creditor's name and mailing address**
**NORTH SHORE LIJ MEDICAL**
**PO BOX 71428**
**PHILADELPHIA, PA 19176-1428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$10.44**

---

**3.171**

**Nonpriority creditor's name and mailing address**
**NORTHWELL HEALTH LABS**
**P.O. BOX 417855**
**BOSTON, MA 02241-7855**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$24,447.29**

---

**3.172**

**Nonpriority creditor's name and mailing address**
**NOVA HEALTHCARE SOLUTIONS INC.**
**3222 AVENUE K**
**BROOKLYN, NY 11210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**
**NUTRASOURCE RD LLC**
**5691 BROOKFIELD CIRCLE WEST**
**FORT LAUDERDALE, FL 33312-6283**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174**

**Nonpriority creditor's name and mailing address**
**NYNA COMISSIONER OF HEALTH**
**7941 CORPORATE DRIVE**
**NOTTINGHAN, MD 21236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**
**NYSHFA**
**33 ELK STREET**
**SUITE 300**
**ALBANY, NY 12207**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**O'NEILLS CONCESSIONS**
**2071 BALDWIN ROAD**
**YORKTOWN HEIGHTS, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.77 |
|---|---|---|---|

**OPEN SYSTEMS METRO**
**258 ROUTE 117 BY-PASS-ROAD**
**BEDFORFD HILLS, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OPRANDY'S FIRE & SAFETY, INC.**
**49 BROOOKLINE AVENUE**
**MIDDLETOWN, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,065.13 |
|---|---|---|---|

**OPTIMUM**
**PO BOX 70340**
**PHILADELPHIA, PA 19176-0340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**P&NP COMPUTER SERVICES, INC.**
**992 WEST AVENUE**
**BROCKPORT, NY 14420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007,526.00 |
|---|---|---|---|

**Park Manor Acquisition II, LLC**
**1280 Albany Post Road**
**Croton on Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **intercompany loan from affiliated entity**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAY-O-MATIC CORPORATION**
**166-30 JAMAICA AVENUE**
**2ND. FLOOR**
**JAMAICA, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253,704.44**

**PHARMSCRIPT,LLC**
**150 PIERCE STREET**
**SOMERST, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,442.50**

**PINNACLE HEALTH CONSULTANTS,LLC**
**1890 PALMER AVENUE**
**SUITE 204**
**LARCHMONT, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PITNEY BOWES GLOBAL FINANCIAL SERV**
**P.O. BOX 371887**
**PITTSBURGH, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**PREMIER AMBULETTE TRANSPORT INC.**
**271 NORTH AVENUE**
**SUITE 1200**
**NEW ROCHELLE, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,080.27**

**PREVENTIVE DIAGNOSTICS, INC.**
**12 SPENCER STREET**
**BROOKLYN, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.46**

**PURCHASE POWER**
**PO Box 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168,407.05**

**PUTNAM OPERATION ACQUISITION**
**1280 Albany Post Road**
**Croton on Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __intercompany loan from affiliated entity__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**RABBI TAMAR CRYSTAL**
**65 WEST 90TH STREET**
**15C**
**NEW YORK, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**RAPID AIR REFRIGERATION**
**645 SAW MILL RIVER ROAD**
**AEDSLEY, NY 10502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,799.28

**RELIAS LLC**
**PO BOX 74008620**
**CHICAGO, IL 60674-8620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,225.00

**REMED SERVICES**
**3424 OAKTON STREET**
**SUITE 102**
**SKOKIE, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**RETINA CONSULTATIONS**
**915 PALMER ROAD**
**BRONXVILLE, NY 10708-3304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00

**RICHARD GREENOP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**RIDGEFIELD ASSOCIATES**
**P.O. BOX 3427**
**NEWTOWN, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **HBL SNF, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**S&S WORLDWIDE, INC.**
P.O. BOX 845825
BOSTON, MA 02284-5825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**SANDRA A. HERMAN**
43 DINGLEY ROAD
CARMEL, NY 10512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,098.44 |

**SBV WORKFORCE MANAGEMENT**
2 KILE COURT
MONSEY, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6,602.94 |

**SCHINDLER ELEVATOR CORPORATION**
PO BOX 93050
CHICAGO, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $57,342.45 |

**SECURE 360 INC.**
1294 EAST 19TH. STREET
2ND. FLOOR
BROOKLYN, NY 11230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $467.50 |

**SG REHAB.,INC**
340 BAKER AVENUE
APT.5C
WHITE PLAINS, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $16,274.23 |

**SHELTERPOINT LIFE**
P.O. BOX 9340
GARDEN CITY, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**
**SKYVIEW NURSING HOME**
**1280 Albany Post Road**
**Croton on Hudson, NY 10520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$10,792,863.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **intercompany loan from affiliated entity**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**
**SMARTLINX SOLUTIONS LLC**
**111S. WOOD AVENUE**
**STE.400**
**ISELIN, NJ 08830**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**
**STREAMLINE VERIFY**
**100 BOULEVARD OF THE AMERICAS**
**LAKEWOOD, NJ 08701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**
**SUBURBAN BOWERY/DBA TIGERCHEF**
**27  CHESTNUT STREET**
**SUFFERN, NY 10901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$1,190.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**
**SUBURBAN CARTING CO.**
**P.O. BOX 844532**
**BOSTON, MA 02284-4532**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$12,927.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**
**SUE LARSEN**
**3 LAKEVIEW DRIVE NORTH**
**WHITE PLAINS, NY 10603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**
**SULLIVAN COUNTY LABS**
**86 QUEEN MOUNTAIN ROAD**
**FERNDALE, NY 12734**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$669.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPPLYLINE MEDICAL**
**1750 CEDARBRIDGE AVENUE**
**SUITE 4**
**LAKEWOOD, NJ 08701-6921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.30 |
|---|---|---|---|

**SUPREMACY SERVICES INC.**
**250-02 NORTHERN BLVD.**
**LITTLE NECK, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TG LANDSCAPE CONTRACTOR**
**490 ELLENDALE AVENUE**
**RYE BROOK, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE CITY OF WHITE PLAINS**
**255 MAIN STREET**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE NEW YORK TIMES**
**PO BOX 371456**
**PITTSBURGH, PA 15250-7456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE ROSE OF SHARON FLORIST**
**4057 ASBURY AVENUE**
**SUITE 5**
**TINTON FALLS, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS V. MEADE**
**137 CRYSTAL STREET**
**HARRISON, NY 10528-0663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TOP STITCH**<br>**921 SUMMA DRIVE**<br>**ELKHART, IN 46516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **TRAVIS IRELAND**<br>**1050 S. ITHAN STREET**<br>**PHILADELPHIA, PA 19143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|
| | **TYPODUCTIONS,INC.**<br>**18 CHARLOTTE DRIVE**<br>**WESLEY HILLS, NY 10977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.14 |
|---|---|---|---|
| | **UPS**<br>**PO BOX 809488**<br>**CHICAGO, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **VERIZON**<br>**P.O. BOX 15124**<br>**ALBANY, NY 12210-5124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,533,776.69 |
|---|---|---|---|
| | **WATERVIEW ACQUISITION I, LLC**<br>**1280 Albany Post Road**<br>**Croton on Hudson, NY 10520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __intercompany loan from affiliated entity__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,596,263.74 |
|---|---|---|---|
| | **Westchester County Health Care Corp.**<br>**c/o Garfunkel Wild, P.C.**<br>**111 Great Neck Rd, Suite 600**<br>**Great Neck, NY 11021** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.64** |
|---|---|---|---|

**WESTCHESTER MEDICAL CENTER**
**PO BOX 5044**
**NEW BRITAIN, CT 06050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.93** |
|---|---|---|---|

**WESTMED MEDICAL GROUP P.C.**
**800 WESTCHESTER AVE**
**SUITE N715**
**RYE BROOK, NY 10573-1376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,697.50** |
|---|---|---|---|

**WHITE GLOVE PLACEMENT, INC.**
**89 BARTLETT STREET**
**BROOKLYN, NY 11206-4429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WHITE PLAINS DEPT.PUBLIC SAFETY**
**77 SOUTH LEXINGTON AVENUE**
**WHITE PLAINS, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**White Plains Healthcare Properties I LLC**
**2 Bourbon Street**
**Suite 200**
**Peabody, MA 01960**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.88** |
|---|---|---|---|

**WHITE PLAINS HOSPITAL CENTER**
**PO BOX 28990**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,293.00** |
|---|---|---|---|

**ZAFRIN, PC**
**214 E. 9TH. STREET**
**NEW YORK, NY 10101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **HBL SNF, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abrams Fensterman et al**<br>**81 Main Street**<br>**Suite 306**<br>**White Plains, NY 10601** | Line **3.229**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **City of White Plains**<br>**Law Department**<br>**255 Main Street**<br>**White Plains, NY 10601** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Delbello Donellen et al**<br>**One North Lexington Avenue**<br>**11th Floor**<br>**White Plains, NY 10601** | Line **3.229**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **New York State Attorney General**<br>**The Capitol**<br>**Albany, NY 12224-0341** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **New York State Attorney General**<br>**The Capitol**<br>**Albany, NY 12224-0341** | Line **2.6**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the United States Attorney**<br>**Southern District of New York**<br>**One St. Andrews Plaza**<br>**New York, NY 10007** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 21,008,241.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 21,008,241.32 |

**Fill in this information to identify the case:**

Debtor name        **HBL SNF, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amended and Restated Operating Lease Dated November 19, 2015 Monthly rent $506,097 Appoximately 28 years remaining**<br><br>**White Plains Healthcare Properties I, LL 2 Bourbon Street Suite 200 Peabody, MA 01960** |

**Fill in this information to identify the case:**

Debtor name    **HBL SNF, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Epic Healthcare Management, LLC** | | **Ascentium Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Lizer Jozefovic** | | **White Plains Healthcare Properties I LLC** | ☐ D _____<br>■ E/F  **3.229**<br>☐ G _____ |
| 2.3 **Mark Neuman** | | **White Plains Healthcare Properties I LLC** | ☐ D _____<br>■ E/F  **3.229**<br>☐ G _____ |
| 2.4 **Waterview Acquisition I, LLC** | | **Ascentium Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Westchester Healthcare Properties I, LLC** | | **Ascentium Capital LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **HBL SNF, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6   **Lizer Jozefovic** | **White Plains Healthcare Properties I, LL** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |
| 2.7   **Mark Neuman** | **White Plains Healthcare Properties I, LL** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    **HBL SNF, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operations** | **$19,586,994.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Operations** | **$10,477,237.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **See Attached Spreadsheet at Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | HBL SNF, LLC | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Spreadsheet at Exhibit B** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **White Plains Healthcare Properties I, LLC v. HBL SNF, LLC, Lizer Jozefovic a/k/a Lizer Jozofovic and Mark Neuman v. CCC Equities, LLC, Project Equity Consulting, The Congress Companies, Howard Fensterman and William Nicolson** 60278/2020 | **Breach of Contract/counterclaims** | **Supreme Court of the State of New York County of Westchester** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Westchester County Health Care Corporation v. Westchester Health Care Propertes I, LLC; HBL SNF, LLC, d/b/a The Rehabilitation and Care Institute at White Plains; and White Plains Health Care Properties I, LLC** 65560/2019 | **specific performance/breach of contract** | **Supreme Court of the State of New York Westchester County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | **HBL SNF, LLC** | Case number *(if known)* | |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller et al. 200 West 41st Street 17th Floor New York, NY 10036** | | **10/19/2021** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Klestadt Winters Jureller et al. 200 West 41 Street 17th Floor New York, NY 10036** | | **10/28/2021** | **$66,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **HBL SNF, LLC** _____    Case number *(if known)* _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **EPIC REHABILITATION AND NURSING** 120 Church Street White Plains, NY 10601 | **Nursing home** | **160 beds - average 118 patients in October 2021** |

| | | Location where patient records are maintained *(if different from facility address).* If electronic, identify any service provider. 120 Church Street, White Plains, NY 10601 | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
|---|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Debtor    **HBL SNF, LLC**                                                   Case number *(if known)*

---

**Bank account information**
**Social Security numbers**
**Medicare numbers**
**Medicaid numbers**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Epic Healthcare Management, LLC 401k Plan** | EIN:   **27-4757579** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

| Debtor | HBL SNF, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ownership in Dispute | | Title to the furniture, fixture and equipment located in the Debtor's premises at 120 Church Street, White Plains, New York is currently in dispute. | $0.00 |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **HBL SNF, LLC** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **HMM, CPAs LLP**<br>**527 Townline Road**<br>**Suite 203**<br>**Hauppauge, NY 11788** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **HMM, CPAs LLP**<br>**527 Towline Road**<br>**Suite 203**<br>**Hauppauge, NY 11788** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Lizer Jozefovic** | |
| 26c.2.   **Mark Neuman** | |
| 26c.3.   **Danielle Feminella** | |
| 26c.4.   **Jennifer Brennan** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **HBL SNF, LLC**                                                Case number *(if known)*

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lizer Jozefovic | | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Neuman | | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Danielle Feminella | | Vice President of Finance | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Westchester Healthcare Properties LLC | | | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HHHW Liquidation Trust | c/o Alan Halperin, Esq.<br>40 Wall Street<br>37th Floor<br>New York, NY 10005 | | 39% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bethel Nursing Company, Inc. | 67 Springvale Road<br>Croton on Hudson, NY 10520 | | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached Spreadsheet at Exhibit B** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Debtor    **HBL SNF, LLC**                                                        Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2021**

**/s/ Lizer Jozefovic**                                    **Lizer Jozefovic**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**HBL SNF, LLC**
**d/b/a**
**EPIC REHABILITATION AND NURSING AT WHITE PLAINS**

**FINANCIAL STATEMENTS**

**Ten Months Ended October 31, 2021**



**AUDIT | TAX | CONSULTING**

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

To the Members of:
HBL SNF, LLC d/b/a Epic Rehabilitation and Nursing at White Plains
White Plains, NY

Management is responsible for the accompanying  financial statements of HBL SNF, LLC d/b/a Epic Rehabilitation and Nursing at White Plains (a corporation), which comprise the balance sheet as of October 31, 2021, the related statement of loss and changes in members' deficit for the one month and the ten months then ended and the related notes to the financial statements in accordance with accounting principles generally accepted in the United States of America.  We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.  We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management.  Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

A statement of cash flows for the ten months ended October 31, 2021, has not been presented. Accounting principles generally accepted in the United States of America require that such a statement be presented when financial statements purport to present financial position and results of operations.

**Supplementary Information**

The supplementary information contained in pages 13 through 19, is presented for purposes of additional analysis and is not a required part of the basic financial statements.  The supplementary information is the responsibility of management.  The information was subject to our compilation engagement; however, we have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, a conclusion, nor provide any form of assurance on such supplementary information.

*HMM, CPAs LLP*

Hauppauge, NY
November 19, 2021

---

527 Townline Road – Suite 203, Hauppauge, NY 11788 | *Telephone*: (631) 265-6289 | *Fax*: (631) 265-6523
www.horanmm.com | *Email*: general@horanmm.com

## HBL SNF, LLC
### d/b/a
### EPIC REHABILITATION AND NURSING AT WHITE PLAINS

**BALANCE SHEET**
**October 31, 2021**

### ASSETS

**CURRENT ASSETS**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 208,930 |
| Accounts Receivables net of allowance for | | |
|    doubtful accounts of $132,380 as of October 31, 2021 | | 3,716,372 |
| Due from third party payors | | 1,345,246 |
| Inventory | | 30,041 |
| Security deposits | | 3,707 |
| Prepaid expenses | | 1,139,551 |
| **TOTAL CURRENT ASSETS** | | 6,443,847 |
| | | |
| RESIDENT FUND | | 67,938 |
| PROPERTY AND EQUIPMENT at cost, less | | |
|   accumulated depreciation | | 2,520,872 |
| **TOTAL ASSETS** | $ | 9,032,657 |

### LIABILITIES & MEMBERS' DEFICIT

**CURRENT LIABILITIES**

| | | |
|---|---|---:|
| Accounts payable | $ | 1,738,583 |
| Accrued payroll expenses and taxes payable | | 1,069,074 |
| Accrued expenses | | 746,997 |
| Payable to third party and private payors | | 166,844 |
| Current portion of long term debt | | 62,914 |
| **TOTAL CURRENT LIABILITIES** | | 3,784,412 |
| | | |
| RESIDENT FUND PAYABLE | | 67,688 |
| DUE TO OTHERS | | 1,050,000 |
| DUE TO RELATED PARTIES | | 15,264,476 |
| LONG TERM DEBT, less current portion above | | 185,135 |
| CONTINGENCIES | | - |
| **TOTAL LIABILITIES** | | 20,351,711 |
| | | |
| **MEMBERS' DEFICIT** | | (11,319,054) |
| | | |
| **TOTAL LIABILITIES & MEMBERS' DEFICIT** | $ | 9,032,657 |

The accompanying Notes to Financial Statements are an integral part of this statement.
Unaudited - See Independent Accountant's Compilation Report

# HBL SNF, LLC
## d/b/a
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS

### STATEMENT OF LOSS AND CHANGES IN MEMBERS' DEFICIT

| | One Month Ended October 31, 2021 | | Ten Months Ended October 31, 2021 | |
|---|---|---|---|---|
| **OPERATING REVENUE** | | | | |
| Routine and ancillary service income | $ 2,090,156 | $ 573.12 | $ 19,586,994 | $ 558.08 |
| Other operating income | 654 | 0.18 | 12,132 | 0.35 |
| **TOTAL OPERATING REVENUE** | 2,090,810 | 573.30 | 19,599,126 | 558.43 |
| **EXPENSES** | | | | |
| Nursing & Medical | 655,538 | 179.74 | 6,112,399 | 174.17 |
| Therapy & Ancillaries | 287,509 | 78.85 | 2,696,304 | 76.84 |
| Social Services | 14,360 | 3.94 | 152,345 | 4.34 |
| Leisure Time Activities | 33,312 | 9.13 | 288,864 | 8.23 |
| Cleanliness & Safety | 149,572 | 41.02 | 1,357,288 | 38.67 |
| Food & Nutrition | 157,352 | 43.13 | 1,448,390 | 41.27 |
| General & Administration | 481,233 | 131.95 | 3,397,709 | 96.83 |
| Property | 603,126 | 165.37 | 6,053,466 | 172.48 |
| Non-Comparable | 30,297 | 8.31 | 338,637 | 9.65 |
| **TOTAL EXPENSES** | 2,412,299 | 661.44 | 21,845,402 | 622.48 |
| **NET OPERATING LOSS** | (321,489) | (88.14) | (2,246,276) | (64.05) |
| **NON-OPERATING INCOME** | | | | |
| Forgiveness of Paycheck Protection Program Loan | - | - | 482,320 | 13.74 |
| **TOTAL NON-OPERATING INCOME** | - | - | 482,320 | 13.74 |
| **NET LOSS** | $ (321,489) | $ (88.14) | (1,763,956) | $ (50.31) |
| **MEMBERS' DEFICIT** | | | | |
| Balance, Beginning of Period | | | (9,555,098) | |
| **BALANCE, END OF PERIOD** | | | $ (11,319,054) | |
| **NUMBER OF RESIDENT DAYS** | 3,647 | | 35,097 | |
| **AVERAGE NUMBER OF RESIDENTS** | 118 | | 115 | |

The accompanying Notes to Financial Statements are an integral part of this statement.
Unaudited - See Independent Accountant's Compilation Report

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

### NOTES TO FINANCIAL STATEMENTS
**Ten Months Ended October 31, 2021**

**(1) Summary of significant accounting policies**

Description of Operations - HBL SNF, LLC d/b/a Epic Rehabilitation and Nursing at White Plains (the Company), is licensed as a 160 bed Residential Health Care Facility located in White Plains, NY. The Company provides the necessary medical services to its residents. The entity commenced operations on November 14, 2019 as limited liability Company in accordance with the Limited Liability Law of the State of New York. The Company does not have a termination date.

Basis of Accounting – The Company's financial statements are prepared in accordance with accounting principles generally accepted in the United States of America.

Cash and Cash Equivalents - Cash and cash equivalents consists of cash held in checking and money market accounts and certificates of deposits with original maturities of three months or less.

Use of Estimates - The preparation of the financial statements in conformity with accounting principles generally accepted in the United States of America requires the Company's management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reported period. Actual events and results could differ from those assumptions and estimates.

Routine and ancillary service income – Routine and ancillary service income is reported at the amount that reflects the consideration to which the Company expects to be entitled in exchange for providing resident care. These amounts are due from residents, third-party payors (including health insurers and government programs), and others and includes variable consideration for retroactive revenue adjustments due to settlement of audits, reviews, and investigations.

Generally, the Company bills the residents and third-party payors several days after the services are performed. Revenue is recognized as performance obligations are satisfied.

Performance obligations are determined based on the nature of the services provided by the Company. Revenue for performance obligations satisfied over time is recognized based on actual charges incurred in relation to total expected (or actual) charges. The Company believes that this method provides a faithful depiction of the transfer of services over the term of the performance obligation based on the inputs needed to satisfy the obligation. Generally, performance obligations satisfied over time relate to residents in our facility receiving skilled nursing services or residents receiving other services in our facility. The Company measures the performance obligation from admission into the facility, or the commencement of an inpatient service, to the point when it is no longer required to provide services to that resident, which is generally at the time of discharge or completion of the inpatient services.

Revenue for performance obligations satisfied at a point in time is generally recognized when goods or services are provided to the residents and the Company does not believe it is required to provide additional goods or services related to that sale.

Because all of its performance obligations relate to contracts with a duration of less than one year, the Company has elected to apply the optional exemption provided in FASB ASC 606-10-50-14(a) and, therefore, is not required to disclose the aggregate amount of the transaction price allocated to performance obligations that are unsatisfied or partially unsatisfied at the end of the reporting period.

The Company determines the transaction price based on standard charges for goods and services provided, reduced by contractual adjustments provided to third-party payors, discounts provided to uninsured residents in accordance with the Company's policy, and implicit price concessions provided to Residents. The Company determines its estimates of contractual adjustments based on contractual agreements, its policies, and historical experience. The Company determines its estimate of implicit price concessions based on its historical collection experience.

# HBL SNF, LLC
## d/b/a
## Epic Rehabilitation and Nursing at White Plains

### NOTES TO FINANCIAL STATEMENTS
### Ten Months Ended October 31, 2021

### (1) Summary of Significant Accounting Policies (continued)

The Company has determined that the nature, amount, timing, and uncertainty of revenue and cash flows is primarily affected by the primary payor source. A table providing details of this factor is presented below:

|  | One Month Ended October 31, 2021 | Ten Months Ended October 31, 2021 |
|---|---|---|
| Private | $ 171,561 | $ 988,841 |
| Medicare | 1,189,563 | 11,584,045 |
| Other Insurance & MLTC | 152,281 | 1,490,016 |
| Medicaid | 576,751 | 5,524,092 |
| Total | $ 2,090,156 | $ 19,586,994 |

Routine and ancillary service income is comprised primarily of Skilled Nursing Revenue. Revenue from other services is not a significant component of resident services revenue. For the one month and the ten months ended October 31, 2021, the Company recognized revenue of $2,090,156 and $19,586,994 from goods and services that transfer to the customer over time.

The Company has elected the practical expedient allowed under FASB ASC 606-10-32-18 and does not adjust the promised amount of consideration from residents and third-party payors for the effects of a significant financing component due to the Company's expectation that the period between the time the service is provided to a resident and the time that the Resident or a third-party payor pays for that service will be one year or less.

However, the Company does, in certain instances, enter into payment agreements with residents that allow payments in excess of one year. For those cases, the financing component is not deemed to be significant to the contract.

The Company has applied the practical expedient provided by FASB ASC 340-40-25-4 and all incremental customer contract acquisition costs are expensed as they are incurred as the amortization period of the asset that the Company otherwise would have recognized is one year or less in duration.

Variable Interest Entity Election - The Company has an agreement with White Plains Healthcare Properties I, LLC (The Realty) under which the Realty owns the land and building and leases it to the Company. The Company and the Realty do not have common ownership. The Company has no ownership interest in the Realty but does not guarantee the Realty's debt. The Company has determined that the Realty is a variable interest entity and the Company is the primary beneficiary and therefore would be required under Financial Accounting Standards Board Accounting Standards Codification to consolidate their financial statements. The Company though had elected to apply the alternative accounting and disclosure for certain variable interest entities provided to private companies pursuant to generally accepted accounting principles, and first effective for years beginning after December 15, 2014. Accordingly, the Company has opted not to consolidate their financial statement with the Realty (see also Note 9).

Property and Equipment - Property and equipment are stated at cost and are depreciated over their estimated useful lives using the straight-line method. Additions and improvements which extend the life of the assets are capitalized, and normal repairs and maintenance are charged to current operations. The costs and related accumulated depreciation of assets retired or disposed of are removed from the related accounts and the resulting gain or loss is reflected in income. Depreciation is computed using the straight-line method over the estimated lives of the assets which are as follows:

| Leasehold Improvements | 10-15 |
|---|---|
| Major Movable Equipment | 10 |
| Computers | 5 |

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

**NOTES TO FINANCIAL STATEMENTS**
**Ten Months Ended October 31, 2021**

**(1) Summary of Significant Accounting Policies (continued)**

Long-Lived Assets – The Company assesses its long-lived assets for impairment when events or circumstances indicate their carrying amounts may not be recoverable by comparing the expected undiscounted future cash flows of the assets within the respective carrying amounts as of the date of assessment.  Should aggregate expected future cash flows be less than the carrying value, impairment would be recognized, measured as the difference between the carrying value and the fair value of the asset.  During 2021, the Company did not record any impairment charges.

Resident Fund- Resident funds represent cash held in escrow on behalf of the residents. Such funds represent living allowances received by residents from the State of New York, as well as other resident funds deposited with the Company for safe keeping. Accordingly, the amounts are reported as assets and liabilities of the Company and are included on the balance sheet as "resident fund" and "resident funds payable."

Concentration of Credit Risk - Accounts receivable potentially exposes the Company to concentrations of credit risk, as defined by FASB in the ASC. The Company's outstanding receivables are generated from third-party payers and private pay sources for residents residing in the facility. Third-party payors include the Medicaid, Medicare and private insurance companies. Private pay sources include individual residents.

The Company provides credit in the normal course of business, without collateral, to its residents, most of who are local residents and are insured under third party agreements. The Company has collateral in the form of restricted funds held in escrow for their private paying residents. Accounts receivable from residents and third party payors were approximately as follows as of October 31, 2021:

| | |
|---|---|
| Medicaid | 21.92% |
| Medicare | 35.30% |
| Self Pay | 42.78% |
| Total | 100.00% |

Allowance for Doubtful Accounts - Accounts receivable are reduced by an allowance for doubtful accounts. In evaluating the collectability of accounts receivable, the Company analyzes its past history and identifies trends for each of its major payor sources of revenue to estimate the appropriate allowance for doubtful accounts and the provision for bad debts. Management regularly reviews data about these major payor sources of revenue in evaluating the sufficiency of the allowance for doubtful accounts.

For receivables associated with services provided to residents who have third-party coverage, the Company analyzes contractually due amounts and provides an allowance for doubtful accounts and a provision for bad debts, if necessary (for example, for expected uncollectible deductibles and copayments on accounts for which the third-party payor has not yet paid, or for payors who are known to be having financial difficulties that make the realization of amounts due unlikely).

For receivables associated with self-pay residents (which includes both residents without insurance and residents with deductible and copayment balances due for which third-party coverage exists for part of the bill), the Company records a significant provision for bad debts in the period of service on the basis of its past experience, which indicates that many residents are unable or unwilling to pay the portion of their bill for which they are financially responsible. The difference between the standard rates (or the discounted rates if negotiated) and the amounts actually collected after all reasonable collection efforts have been exhausted is charged off against the allowance for doubtful accounts.

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

NOTES TO FINANCIAL STATEMENTS
Ten Months Ended October 31, 2021

**(1) Summary of Significant Accounting Policies (continued)**

Assessing Collectability - The Company recognizes resident service revenue associated with services provided to residents who have third-party payor coverage on the basis of contractual rates for the services rendered. For uninsured residents, the Company recognizes revenue on the basis of its standard rates for services provided (or on the basis of discounted rates, if negotiated). On the basis of historical experience, a portion of the Company's uninsured residents will be unable or unwilling to pay for the services provided. Thus, the Company records a provision for bad debts related to uninsured residents in the period the services are provided.

Income Taxes – The Company is a limited liability company organized under the laws of the State of New York and does not incur income taxes. Instead, its earnings are included in the members' personal income tax returns and taxed depending on their personal tax situations. The financial statements, therefore, do not include a provision for income taxes. The Company files income tax returns in the U.S. federal, and New York State jurisdictions.  The Company recognizes the effects of income tax positions only if they are more likely than not of being sustained.  Management has determined that the Company has no uncertain tax provisions that would require financial statement recognition.

Impact of Coronavirus (COVID-19) – In March 2020, an outbreak of a new strain of coronavirus, COVID-19, emerged as a pandemic in New York State and across the United States, leading to widespread business shutdowns and significant fluctuations in the financial markets. The COVID-19 outbreak has been ongoing and as such, has disrupted supply chains and affected production and sales across a range of industries.

Long-term care facilities have been impacted by the pandemic with many facilities experiencing reduced census due to COVID-19 deaths.  Although not all of the reduction in census can be directly attributed to COVID-19 deaths, new admissions have slowed dramatically due to a general decline in medical care and concern among patients and family members about the coronavirus.

In response to the coronavirus outbreak, the US Government passed the Families First Coronavirus Relief Act (FFCRA) and the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"). These two pieces of legislation were designed to assist individuals and businesses in dealing with the coronavirus outbreak.

Even though the Company has received assistance in response to the pandemic, the extent to which COVID-19 impacts the Company's business, results of operations and financial condition will depend on future developments, which are highly uncertain and cannot be predicted, including, but not limited to, the duration, spread, severity, and impact of COVID-19.  Therefore, the related financial impact cannot be reasonably estimated at this time.

Subsequent Events – In preparing these financial statements, the Company has evaluated subsequent events through October 22, 2021, which is the date the financial statements were available to be issued.

**(2) Resident fund**

The Company acts as a fiduciary for the personal funds of its residents. These funds are kept in a separate cash account. The resident fund cash balance at October 31, 2021 was $67,938. The resident fund payable at October 31, 2021 was $67,688.

**(3) Resident Service Income from Third Party Payors**

Agreements with third-party payors typically provide for payments at amounts less than established charges.  A summary of the payment arrangements with major third-party payors follows:

*Medicare*: Certain inpatient services are paid at prospectively determined rates per day based on clinical, diagnostic and other factors.  Physician services are paid based upon established fee schedules.  Inpatient services are paid using prospectively determined rates.

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

<u>**NOTES TO FINANCIAL STATEMENTS**</u>
**Ten Months Ended October 31, 2021**

**(3) <u>Resident Service Income from Third Party Payors</u> (continued)**

<u>*Medicaid*</u>: Reimbursements for Medicaid services are generally paid at prospectively determined rates per day. The Company is reimbursed for services at tentative rates with final settlement determined after submission of annual cost reports by the Company and audits thereof by the Medicaid administrative contractor.

<u>*Other:*</u>   Payment agreements with certain commercial insurance carriers and health maintenance organizations provide for payment using prospectively determined rates per day.

Laws and regulations concerning government programs, including Medicare and Medicaid, are complex and subject to varying interpretation.  As a result, there is at least a reasonable possibility that recorded estimates will change by a material amount in the near term. The Nursing Home believes that it is in compliance with all applicable laws and regulations and is not aware of any pending or threatened investigations involving allegations of potential wrongdoing.

Settlements with third-party payors for retroactive adjustments due to audits, reviews, or investigations are considered variable consideration and are included in the determination of the estimated transaction price for providing resident care.

These settlements are estimated based on the terms of the payment agreement with the payor, correspondence from the payor and the Company's historical settlement activity, including an assessment to ensure that it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the retroactive adjustment is subsequently resolved.   Estimated settlements are adjusted in future periods as adjustments become known (that is, new information becomes available), or as years are settled or are no longer subject to such audits, reviews, and investigations.

Generally, residents who are covered by third-party payors are responsible for related deductibles and coinsurance, which vary in amount. The Company estimates the transaction price for residents with deductibles and coinsurance based on historical experience and current market conditions. The initial estimate of the transaction price is determined by reducing the standard charge by any contractual adjustments, discounts, and implicit price concessions.

Subsequent changes to the estimate of the transaction price are generally recorded as adjustments to Resident service revenue in the period of the change. Additional revenue recognized due to changes in its estimates of implicit price concessions, discounts, and contractual adjustments were not considered significant for the nine months ended October 31, 2021.  Subsequent changes that are determined to be the result of an adverse change in the Resident's ability to pay are recorded as bad debt expense.

Due from Third Party Payors consisted of the following at October 31, 2021:

| | | |
|---|---|---:|
| 1% Rate Restoration | $ | 99,500 |
| 2019 Quality Pool | | (46,730) |
| 2020 Medicaid Rate Changes | | 193,290 |
| 2021 Medicaid Rate Changes | | 1,099,186 |
| Due from third party payors | $ | 1,345,246 |

# HBL SNF, LLC
## d/b/a
## Epic Rehabilitation and Nursing at White Plains

### NOTES TO FINANCIAL STATEMENTS
### Ten Months Ended October 31, 2021

## (3) Resident Service Income from Third Party Payors (continued)

Payable to third party and private payors consisted of the following at October 31, 2021:

| | | |
|---|---|---:|
| Due to Medicaid - (credit balances) | $ | 79,906 |
| Due to Private - (credit balances) | | 8,821 |
| Due to Other Ins, - (credit balances) | | 78,117 |
| Total payable to third party and private payors | $ | 166,844 |

Temporary Suspension of Medicare Sequestration

The Budget Control Act of 2011 requires a mandatory, across the board reduction in federal spending, called a sequestration. Medicare fee for service claims with dates of service or dates of discharge on or after April 3, 2013 incur a 2.0% reduction in Medicare payments. All Medicare rate payments and settlements have incurred this mandatory reduction and it will continue to remain in place through at least 2023, unless Congress takes further action. In response to COVID-19, the CARES Act temporarily suspended the automatic 2.0% reduction of Medicare claim reimbursements for the period of May 1, 2020 through December 31, 2021. During the ten months ended October 31, 2021, the suspension of sequestration resulted in net revenues of approximately $220,000.

Medicaid Rate Changes

| | Rate | Medicaid Only CMI |
|---|---:|:---:|
| November 14, 2019 | $ 258.14 | N/A |
| January 1, 2021 - CMI Dated 7/2020 | $ 338.67 | 1.51 |
| July 1, 2021 - CMI Dated 1/2021 | $ 331.99 | 1.46 |
| Assessment per diem - 1/1/19 | $ 17.31 | N/A |

As part of the budget, New York State implemented an across the board (ATB) reduction to Medicaid payments made to most Medicaid providers. All fee-for-service payments with dates of service of January 1, 2021 through October 31, 2021, were reduced by 1.5%.

## (4) Property and Equipment

Property and equipment consisted of the following at October 31, 2021:

| | | |
|---|---|---:|
| Major moveable equipment | $ | 2,325,410 |
| Leasehold improvements | | 591,916 |
| Computers | | 66,354 |
| Total at cost | | 2,983,680 |
| Accumulated Depreciation | | (462,808) |
| Net property and equipment | $ | 2,520,872 |

The depreciation charged to operations for the one month and the ten months ended October 31, 2021 was $21,000 and $210,000, respectively. The depreciation policies followed by the Company are described in Note (1).

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

NOTES TO FINANCIAL STATEMENTS
Ten Months Ended October 31, 2021

**(5) Accrued Payroll Expenses and Taxes Payable**

Accrued payroll expenses and taxes payable consisted of the following at October 31, 2021:

| | | |
|---|---|---:|
| Accrued payroll, sick, and vacation | $ | 433,157 |
| Accrued payroll taxes | | 635,917 |
| Total accrued payroll and taxes payable | $ | 1,069,074 |

**(6) Long-term Debt**

Long-term debt consisted of the following at October 31, 2021:

**(A)** $208,948 lease payable, interest at 10.38%, monthly installments of $4,479, including principal and interest, due December 2024 — $ 145,216

**(B)** $22,656 lease payable, interest at 11.60%, monthly installments of $500, including principal and interest, due March 2025 — 16,829

**(C)** $101,955 lease payable, interest at 11.65%, monthly installments of $2,250, including principal and interest, due October 2025 — 86,004

| | | |
|---|---|---:|
| Total long term debt | | 248,049 |
| Less:  Amount due within one year | | 62,914 |
| Amount Due After One Year | $ | 185,135 |

Monthly requirements on long-term debt are as follows for the year ended:

| | (A) | (B) | (C) | TOTAL |
|---|---:|---:|---:|---:|
| 2021 | $ 6,500 | $ 678 | $ 2,843 | $ 10,021 |
| 2022 | 41,441 | 4,352 | 18,261 | 64,054 |
| 2023 | 45,953 | 4,884 | 20,506 | 71,343 |
| 2024 | 51,322 | 5,482 | 23,027 | 79,831 |
| 2025 | - | 1,433 | 21,367 | 22,800 |
| 2026 thereafter | - | - | - | - |
| TOTAL | $ 145,216 | $ 16,829 | $ 86,004 | $ 248,049 |

Total interest expense for the one month and the ten months ended October 31, 2021 was $2,296 and $24,869, respectively.

The assets and liabilities under capital lease are recorded at the lower of the present value of the minimum lease payments or the fair value of the asset. The assets are amortized over their estimated productive lives. Amortization of assets under capital leases is included in depreciation expense for the one month and the ten months ended October 31, 2021. The following is a summary of property held under capital lease:

| | | |
|---|---|---:|
| Leasehold Improvements | $ | 333,559 |
| MME | | 22,656 |
| Accumulated Depreciation | | (32,670) |
| **Net** | $ | 323,545 |

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

<u>**NOTES TO FINANCIAL STATEMENTS**</u>
**Ten Months Ended October 31, 2021**

**(7) <u>Transactions with Related Parties</u>**

Due (to) / from Related Parties consisted of the following at October 31, 2021:

| | | |
|---|---|---:|
| Due from Salem Acquisition I, LLC | $ | 20 |
| Due from Water's edge | | 201,376 |
| Due to Waterview Acquisition I, LLC | | (2,533,777) |
| Due from Broward Acquisition, LLC | | 444 |
| Due to Skyview Nursing Home | | (10,792,864) |
| Due to Putnam Operation Acquisition | | (168,408) |
| Due from Due to Riverfront, LLC | | 200 |
| Due from Due to Watercrest Acquisition I, LLC | | 13,000 |
| Due to Park Manor Acquisition II, LLC | | (1,007,527) |
| Due to EPIC Management, LLC | | (35,190) |
| Due to Epic Senior, LLC | | (177,963) |
| Due from Montgomery Nursing Home | | 6,213 |
| Due to Owners | | (770,000) |
| Total Net Due to related parties | $ | (15,264,476) |

The Company has received loans from related parties. These related parties are nursing homes who have common ownership with the Company: Salem Acquisition I, LLC, Water's Edge, Waterview Acquisition I, LLC, Broward Acquisition I, LLC, Skyview Acquisition, LLC, Putnam Operation Acquisition I, LLC, Park Manor Acquisition II, LLC and Montgomery Nursing Home.

The Company receives management services from EPIC Healthcare Management, LLC and Epic Senior, LLC, related parties with common ownership. Total management services for the one month and the ten months ended October 31, 2021 was $83,633 and $774,918, respectively.

The above loans do not accrue interest and have no set repayment terms.

**(8) <u>PPP Loan Payable</u>**

In April 2020, the Company received a loan in the amount of $482,300 under the Payroll Protection Program ("PPP Loan"). The PPP Loan, established as part of the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"), provides for loans to qualifying businesses for amounts up to 2.5 times of the average monthly payroll expenses of the qualifying business. The PPP Loan and accrued interest are forgivable after the covered period, up to 24-weeks, if the borrower uses the PPP Loan proceeds for eligible purposes, including payroll, benefits, rent, utilities, covered worker protection expenditures and maintains its payroll levels. The amount of the PPP Loan forgiveness will be reduced if the borrower terminates employees or reduces salaries during the covered period, up to 24-weeks. The unforgiven portion of the PPP Loan is payable over two years (with a possible extension to five years), at an interest rate of 1%, with a deferral of payments for the first 10 months. All the proceeds of the PPP Loan were used by the company to pay eligible payroll costs and the Company maintained its headcount and otherwise complied with the terms of the PPP Loan.

The Company believes that it has acted in compliance with the program and has requested forgiveness of the PPP Loan. The PPP Loan of $482,300 was forgiven as of October 31, 2021 and is shown on the statement of loss and changes in members' deficit.

**HBL SNF, LLC**
**d/b/a**
**Epic Rehabilitation and Nursing at White Plains**

**NOTES TO FINANCIAL STATEMENTS**
**Ten Months Ended October 31, 2021**

**(9)  Lease Agreement**

The Company has an arm's length lease with White Plains Healthcare Properties I, LLC (The Realty) to operate a 160-bed skilled nursing facility located at 120 Church Street, White Plains, NY 10601.  The lease, dated November 19, 2015 has a thirty-year term. The lease calls for annual rent for $6,073,158, split into monthly installments of $506,097 per month.  The total rent charged to operations for the one month and the ten months ended October 31, 2021 was $506,097 and $5,060,965, respectively.

Future minimum lease payments are as follows:

| | | |
|---|---|---:|
| 2021 | $ | 1,012,193 |
| 2022 | | 6,073,158 |
| 2023 | | 6,073,158 |
| 2024 | | 6,073,158 |
| 2025 | | 6,073,158 |
| 2026 - thereafter | | 90,085,177 |
| Total future minimum lease payments | $ | 115,390,002 |

The Company has property in possession of the Realty with an aggregate value of approximately $4,400,000. This property is comprised of a payment made to the Realty in 2015 in the amount of $2,200,000 and a second payment made to the Realty in 2019 for $2,200,000.  The Company has not received credit for these payments under the lease.

**(10) Pension**

The Company is a sponsor in a multiple employer defined contribution plan with EPIC Healthcare Management, LLC, a related party.  The plan covers substantially all of its employees and provides deferred compensation and profit sharing benefits. The plan provides that employees who have attained age 18 and completed three months of service can voluntarily contribute from 1% to 85% of their earnings to the plan.  The Company may contribute a discretionary matching contribution and a discretionary profit-sharing amount equal to a percentage of the participants' contribution. Pension expense for the one month and the ten months ended October 31, 2021 was $2,482 and $16,936, respectively.

**(11) Commitments and Contingencies**

The Company is involved in various claims and legal actions in the normal course of business.  Management estimates that such matters will be resolved without material adverse effect on the Company's future financial position or results from operations.

The Company files annual cost reports with National Government Services as fiscal intermediary for the Medicare Program and New York State Department of Health for the development of Medicare and Medicaid payment rates. Revenue received under cost reimbursement agreements are subject to audit and retroactive adjustment.  Provisions have not been made in the accompanying financial statements for the effect of such adjustment, if any, relating to this matter.

**HBL SNF, LLC**
**d/b/a**
**EPIC REHABILITATION AND NURSING AT WHITE PLAINS**

<u>**SUPPLEMENTARY INFORMATION**</u>

**Ten Months Ended October 31, 2021**

**HBL SNF, LLC**
**d/b/a**
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS
### STATEMENT OF OPERATIONS - REVENUES

**Ten Months Ended October 31, 2021**

| CURR. MTH. 10/01/21 10/31/21 | DESCRIPTION | CUM. 01/01/21 10/31/21 | PER DAY 01/01/21 10/31/21 | PER DAY 10/01/21 10/31/21 | % INC (DEC) CUM. vs. CURR. MTH. |
|---|---|---|---|---|---|
| | **ROUTINE AND ANCILLARY SERVICE INCOME** | | | | |
| $    576,751 | MEDICAID | $  5,524,565 | $ 347.44 | $ 343.51 | -1.14% |
| - | MEDICAID  RETRO | (473) | (0.03) | - | 0.00% |
| 152,281 | OTHER INS. & MLTC | 1,490,016 | 453.44 | 547.77 | 17.22% |
| 1,107,734 | MEDICARE PART - A | 11,043,531 | 798.64 | 826.67 | 3.39% |
| 171,561 | PRIVATE | 988,841 | 474.95 | 490.17 | 3.11% |
| 81,829 | MEDICARE PART B | 540,514 | 15.40 | 22.44 | 31.37% |
| $ 2,090,156 | **ANCILLARY SERVICE INCOME** | $ 19,586,994 | $ 558.08 * | $ 573.12 * | 53.95% |
| | **OTHER OPERATING INCOME** | | | | |
| $         654 | OTHER INCOME | $       12,132 | $   0.35 | $   0.18 | -94.44% |
| $         654 | **TOTAL OTHER OPERATING INCOME** | $       12,132 | $   0.35 | $   0.18 | -94.44% |

*Average Routine and Ancillary Service Income and Contractual Allowances for all classes of residents.
Unaudited - See Independent Accountant's Compilation Report

**HBL SNF, LLC**
**d/b/a**
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS

### STATEMENT OF OPERATIONS - EXPENSES

**Ten Months Ended October 31, 2021**

| CURR. MTH. 10/01/21 10/31/21 | DEPARTMENT | CUM. 01/01/21 10/31/21 | PER DAY 01/01/21 10/31/21 | PER DAY 10/01/21 10/31/21 | % INC (DEC) CUM. vs. CURR MTH. |
|---|---|---|---|---|---|
| | **NURSING & MEDICAL** | | | | |
| $ 142,639 | PAYROLL DNS & RN SUPERVISORS | $ 1,278,393 | $ 36.42 | $ 39.11 | 6.88% |
| 138,920 | PAYROLL L.P.N. | 1,329,576 | 37.88 | 38.09 | 0.55% |
| 214,091 | PAYROLL AIDES & ORDERLIES | 2,028,787 | 57.81 | 58.70 | 1.52% |
| 12,631 | PAYROLL MDS COORDINATOR | 115,307 | 3.29 | 3.46 | 4.91% |
| 8,912 | PAYROLL MEDICAL RECORDS | 82,767 | 2.36 | 2.44 | 3.28% |
| 5,066 | PAYROLL ADMINISTRATIVE | 52,136 | 1.49 | 1.39 | -7.19% |
| 122,690 | BENEFITS | 1,062,311 | 30.27 | 33.64 | 10.02% |
| 9,871 | CONTRACTED NURSING SERVICES LPN | 149,729 | 4.27 | 2.71 | -57.56% |
| 650 | MEDICAL SUPPLIES & SERVICES | 7,820 | 0.22 | 0.18 | -22.22% |
| 68 | OTHER | 5,573 | 0.16 | 0.02 | -700.00% |
| $ 655,538 | **TOTAL NURSING & MEDICAL** | $ 6,112,399 | $ 174.17 | $ 179.74 | 3.10% |
| | **THERAPY & ANCILLARIES** | | | | |
| $ 88,520 | PAYROLL PHYSICAL THERAPY | $ 857,369 | $ 24.43 | $ 24.27 | -0.66% |
| 66,161 | PAYROLL OCCUPATIONAL THERAPY | 604,962 | 17.24 | 18.14 | 4.96% |
| 36,336 | BENEFITS | 317,836 | 9.06 | 9.96 | 9.04% |
| 1,705 | PHYSICAL THERAPY SERVICES | 8,663 | 0.25 | 0.47 | 46.81% |
| 3,733 | OCCUPATIONAL THERAPY SERVICES | 9,934 | 0.28 | 1.02 | 72.55% |
| 2,389 | THERAPEAUTIC SUPPLIES & SERVICES | 17,981 | 0.51 | 0.66 | 22.73% |
| 37,638 | RX DRUGS | 347,728 | 9.91 | 10.32 | 3.97% |
| 5,354 | LABORATORY SERVICES & SUPPLIES | 52,645 | 1.50 | 1.47 | -2.04% |
| 3,175 | RADIOLOGY SERVICES & SUPPLIES | 32,139 | 0.92 | 0.87 | -5.75% |
| 21,034 | SUPPLIES | 285,542 | 8.14 | 5.77 | -41.07% |
| 2,323 | PHARMACY CONSULTANT | 21,143 | 0.60 | 0.64 | 6.25% |
| 19,141 | CONTRACTED SERVICES | 140,362 | 4.00 | 5.25 | 23.81% |
| $ 287,509 | **TOTAL THERAPY & ANCILLARIES** | $ 2,696,304 | $ 76.84 | $ 78.85 | 2.55% |
| | **SOCIAL SERVICES** | | | | |
| $ 11,523 | PAYROLL | $ 125,096 | $ 3.56 | $ 3.16 | -12.66% |
| 2,837 | BENEFITS | 27,249 | 0.78 | 0.78 | 0.00% |
| $ 14,360 | **TOTAL SOCIAL SERVICES** | $ 152,345 | $ 4.34 | $ 3.94 | -10.15% |

HBL SNF, LLC
d/b/a
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS

### STATEMENT OF OPERATIONS - EXPENSES

**Ten Months Ended October 31, 2021**

| CURR. MTH. 10/01/21 10/31/21 | DEPARTMENT | CUM. 01/01/21 10/31/21 | PER DAY 01/01/21 10/31/21 | PER DAY 10/01/21 10/31/21 | % INC (DEC) CUM. vs. CURR MTH. |
|---|---|---|---|---|---|
| | **LEISURE TIME ACTIVITIES** | | | | |
| $    25,389 | PAYROLL | $    221,370 | $    6.31 | $    6.96 | 9.34% |
| 5,950 | BENEFITS | 48,209 | 1.37 | 1.63 | 15.95% |
| - | CONTRACTED SERVICES | 636 | 0.02 | - | 100.00% |
| 1,973 | SUPPLIES & SERVICES | 14,174 | 0.40 | 0.54 | 25.93% |
| - | OTHER | 4,475 | 0.13 | - | 100.00% |
| $    33,312 | **TOTAL LEISURE TIME ACTIVITIES** | $    288,864 | $    8.23 | $    9.13 | 9.86% |
| | **CLEANLINESS & SAFETY** | | | | |
| $    70,226 | PAYROLL HOUSEKEEPING | $    619,982 | $    17.66 | $    19.26 | 8.31% |
| 21,548 | PAYROLL MAINTENANCE | 189,110 | 5.39 | 5.91 | 8.80% |
| 3,525 | PAYROLL LAUNDRY | 28,323 | 0.81 | 0.97 | 16.49% |
| 22,200 | BENEFITS | 181,975 | 5.18 | 6.09 | 14.94% |
| 1,891 | MAINTENANCE SUPPLIES | 22,495 | 0.64 | 0.52 | -23.08% |
| 990 | TRANSPORTATION | 9,434 | 0.27 | 0.27 | 0.00% |
| 7,200 | HOUSEKEEPING SUPPLIES | 54,020 | 1.54 | 1.97 | 21.83% |
| 13,608 | MAINTENANCE SERVICES | 160,457 | 4.57 | 3.73 | -22.52% |
| 8,384 | LAUNDRY SUPPLIES & SERVICES | 91,492 | 2.61 | 2.30 | -13.48% |
| $    149,572 | **TOTAL CLEANLINESS & SAFETY** | $    1,357,288 | $    38.67 | $    41.02 | 5.73% |
| | **FOOD & NUTRITION** | | | | |
| $    92,899 | PAYROLL | $    868,856 | $    24.76 | $    25.47 | 2.79% |
| 21,820 | BENEFITS | 188,834 | 5.38 | 5.98 | 10.03% |
| 405 | DIETICIAN | 28,377 | 0.81 | 0.11 | -636.36% |
| 36,633 | FOOD | 299,411 | 8.53 | 10.04 | 15.04% |
| 48 | PURCHASED SERVICES | 2,144 | 0.06 | 0.01 | -500.00% |
| 5,547 | SUPPLIES | 60,768 | 1.73 | 1.52 | -13.82% |
| $    157,352 | **TOTAL FOOD & NUTRITION** | $    1,448,390 | $    41.27 | $    43.13 | 4.31% |

HBL SNF, LLC
d/b/a
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS
### STATEMENT OF OPERATIONS - EXPENSES
**Ten Months Ended October 31, 2021**

| CURR. MTH.<br>10/01/21<br>10/31/21 | DEPARTMENT | CUM.<br>01/01/21<br>10/31/21 | PER DAY<br>01/01/21<br>10/31/21 | PER DAY<br>10/01/21<br>10/31/21 | % INC (DEC)<br>CUM. vs.<br>CURR MTH. |
|---|---|---|---|---|---|
| | **GENERAL & ADMINISTRATION** | | | | |
| | | | | | |
| $     15,822 | PAYROLL ADMIN & OPERATION | $     154,503 | $     4.40 | $     4.34 | -1.38% |
| 5,803 | PAYROLL OFFICE FISCAL | 53,179 | 1.52 | 1.59 | 4.40% |
| 21,364 | PAYROLL OFFICE OTHER | 155,740 | 4.44 | 5.86 | 24.23% |
| 11,898 | BENEFITS | 96,827 | 2.76 | 3.26 | 15.34% |
| 1,982 | SUPPLIES & SERVICES | 16,286 | 0.46 | 0.54 | 14.81% |
| 64,293 | CONTRACTED SERVICES | 528,075 | 15.05 | 17.63 | 14.63% |
| 26,000 | INSURANCE - LIAB., MALP., ETC. | 260,000 | 7.41 | 7.13 | -3.93% |
| 83,633 | MANAGEMENT FEES | 774,918 | 22.08 | 22.93 | 3.71% |
| (24,612) | ACCOUNTING FEES | 57,036 | 1.63 | (6.75) | 0.00% |
| - | CONTRIBUTION | 200 | 0.01 | - | 100.00% |
| 10,000 | BAD DEBTS | 100,000 | 2.85 | 2.74 | -4.01% |
| 6,922 | ADVERTISING | 45,561 | 1.30 | 1.90 | 31.58% |
| 46,397 | STATE REVENUE ASSESSMENT | 372,725 | 10.62 | 12.72 | 16.51% |
| 61,632 | LEGAL | 588,510 | 16.77 | 16.90 | 0.77% |
| 113,738 | PRINTING, BOOKS & PUBLICATIONS | 113,738 | 3.24 | 31.19 | 89.61% |
| 27,201 | BANK FEES | 35,257 | 1.00 | 7.46 | 86.60% |
| 9,160 | MISCELLANEOUS EXPENSES | 45,154 | 1.29 | 2.51 | 48.61% |
| $     481,233 | **TOTAL GENERAL & ADMINISTRATION** | $ 3,397,709 | $     96.83 | $     131.95 | 26.62% |
| | | | | | |
| | **PROPERTY (NON-TRENDED)** | | | | |
| | | | | | |
| $     506,096 | RENT | $ 5,060,965 | $     144.20 | $     138.77 | -3.91% |
| 11,977 | EQUIPMENT RENTALS | 124,209 | 3.54 | 3.28 | -7.93% |
| 2,296 | INTEREST | 24,869 | 0.71 | 0.63 | -12.70% |
| 21,000 | DEPRECIATION | 210,000 | 5.98 | 5.76 | -3.82% |
| 6,757 | SALES TAX | 83,423 | 2.38 | 1.85 | -28.65% |
| 50,000 | REAL ESTATE TAX | 500,000 | 14.25 | 13.71 | -3.94% |
| 5,000 | PROPERTY INSURANCE | 50,000 | 1.42 | 1.37 | -3.65% |
| $     603,126 | **TOTAL PROPERTY** | $ 6,053,466 | $     172.48 | $     165.37 | -4.30% |
| | | | | | |
| | **NON COMPARABLE (TRENDED)** | | | | |
| | | | | | |
| $     3,750 | MEDICAL DIRECTOR | $     37,500 | $     1.07 | $     1.03 | -3.88% |
| 3,200 | DENTAL FEES | 17,600 | 0.50 | 0.88 | 43.18% |
| 23,347 | LIGHT, HEAT & POWER | 283,537 | 8.08 | 6.40 | -26.25% |
| $     30,297 | **TOTAL NON COMPARABLE** | $     338,637 | $     9.65 | $     8.31 | -16.13% |

**HBL SNF, LLC**
**d/b/a**
# EPIC REHABILITATION AND NURSING AT WHITE PLAINS

### STATEMENT OF OPERATIONS - EXPENSES

**Ten Months Ended October 31, 2021**

| CURR. MTH. 10/01/21 10/31/21 | DEPARTMENT | CUM. 01/01/21 10/31/21 | PER DAY 01/01/21 10/31/21 | PER DAY 10/01/21 10/31/21 | % INC (DEC) CUM. vs. CURR MTH. |
|---|---|---|---|---|---|
| | **NON-SNF PROGRAMS** | | | | |
| | **PAYROLL SUMMARY** | | | | |
| $  142,639 | DNS & RN SUPERVISORS | $ 1,278,393 | $   36.42 | $   39.11 | 6.88% |
| 138,920 | L.P.N'S | 1,329,576 | 37.88 | 38.09 | 0.55% |
| 214,091 | AIDES & ORDERLIES | 2,028,787 | 57.81 | 58.70 | 1.52% |
| 12,631 | PAYROLL MDS COORDINATOR | 115,307 | 3.29 | 3.46 | 4.91% |
| 5,066 | NURSING ADMINISTRATIVE | 52,136 | 1.49 | 1.39 | -7.19% |
| 88,520 | PHYSICAL THERAPY | 857,369 | 24.43 | 24.27 | -0.66% |
| 66,161 | OCCUPATIONAL THERAPY | 604,962 | 17.24 | 18.14 | 4.96% |
| 92,899 | DIETARY | 868,856 | 24.76 | 25.47 | 2.79% |
| 25,389 | RECREATION | 221,370 | 6.31 | 6.96 | 9.34% |
| 70,226 | HOUSEKEEPING | 619,982 | 17.66 | 19.26 | 8.31% |
| 21,548 | MAINTENANCE | 189,110 | 5.39 | 5.91 | 8.80% |
| 3,525 | LAUNDRY | 28,323 | 0.81 | 0.97 | 16.49% |
| 8,912 | MEDICAL RECORDS | 82,767 | 2.36 | 2.44 | 3.28% |
| 11,523 | SOCIAL SERVICES | 125,096 | 3.56 | 3.16 | -12.66% |
| 15,822 | ADMINISTRATION | 154,503 | 4.40 | 4.34 | -1.38% |
| 5,803 | OFFICE FISCAL | 53,179 | 1.52 | 1.59 | 4.40% |
| 21,364 | ADMINISTRATIVE & OFFICE OTHER | 155,740 | 4.44 | 5.86 | 24.23% |
| $  945,039 | **TOTAL PAYROLL SUMMARY** | $ 8,765,456 | $ 249.77 | $ 259.12 | 3.61% |
| | **CONTRACTED LABOR SUMMARY** | | | | |
| $    9,871 | NURSING | $   149,729 | $    4.27 | $    2.71 | -57.56% |
| 1,705 | PHYSICAL THERAPY | 8,663 | 0.25 | 0.47 | 46.81% |
| 3,733 | OCCUPATIONAL THERAPY | 9,934 | 0.28 | 1.02 | 72.55% |
| 19,141 | ANCILLARY SERVICES | 140,362 | 4.00 | 5.25 | 23.81% |
| - | ACTIVITIES | 636 | 0.02 | - | 100.00% |
| $   34,450 | **TOTAL CONTRACTED LABOR SUMMARY** | $   309,324 | $    8.82 | $    9.45 | 6.67% |
| | **BENEFITS SUMMARY** | | | | |
| $   67,545 | FICA | $   645,448 | $   18.39 | $   18.52 | 0.70% |
| 4,140 | UNEMPLOYMENT INSURANCE | 118,238 | 3.37 | 1.15 | -193.04% |
| 848 | DISABILITY | 2,417 | 0.07 | 0.23 | 69.57% |
| 11,000 | WORKMEN'S COMPENSATION | 112,153 | 3.20 | 3.02 | -5.96% |
| 2,482 | NON UNION PENSION | 16,936 | 0.48 | 0.68 | 29.41% |
| 131,212 | HEALTH INSURANCE | 970,057 | 27.64 | 35.98 | 23.18% |
| 3,005 | MTA COMMUTER TAX | 28,689 | 0.82 | 0.82 | 0.00% |
| 3,499 | OTHER BENEFITS | 29,303 | 0.83 | 0.96 | 13.54% |
| $  223,731 | **TOTAL BENEFITS SUMMARY** | $ 1,923,241 | $   54.80 | $   61.36 | 10.69% |

# HBL SNF, LLC
## d/b/a
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS
### % OF BENEFITS TO PAYROLL

**Ten Months Ended October 31, 2021**

| CURR. MTH.<br>10/01/21<br>10/31/21 | DEPARTMENT | CUM.<br>01/01/21<br>10/31/21 | PER DAY<br>01/01/21<br>10/31/21 | PER DAY<br>10/01/21<br>10/31/21 | % INC (DEC)<br>CUM. vs.<br>CURR MTH. |
|---|---|---|---|---|---|
| 23.67% | **% OF BENEFITS TO PAYROLL** | 21.94% | N/A | N/A | -1.73% |

**HBL SNF, LLC**
**d/b/a**
## EPIC REHABILITATION AND NURSING AT WHITE PLAINS

### CENSUS SUMMARY

**October 31, 2021**

**Ten Months Ended October 31, 2021**

| MONTH | MEDICAID RESIDENT DAYS | MEDICARE RESIDENT DAYS | PRIVATE RESIDENT DAYS | OTHER INS RESIDENT DAYS | TOTAL | OCC PCTG. | AVG. BED OCC. |
|---|---|---|---|---|---|---|---|
| JAN 2021 | 678 | 1,498 | 120 | 103 | 2,399 | 48.37% | 77.0 |
| FEB 2021 | 794 | 1,988 | 88 | 262 | 3,132 | 69.91% | 112.0 |
| MAR 2021 | 1,522 | 1,501 | 169 | 288 | 3,480 | 70.16% | 112.0 |
| APRIL 2021 | 1,806 | 1,318 | 68 | 196 | 3,388 | 70.58% | 113.0 |
| MAY 2021 | 1,748 | 1,404 | 163 | 446 | 3,761 | 75.83% | 121.0 |
| JUNE 2021 | 1,942 | 1,155 | 210 | 442 | 3,749 | 78.10% | 125.0 |
| JULY 2021 | 1,831 | 1,241 | 420 | 461 | 3,953 | 79.70% | 128.0 |
| AUG 2021 | 2,172 | 1,102 | 149 | 415 | 3,838 | 77.38% | 124.0 |
| SEPT 2021 | 1,729 | 1,281 | 345 | 395 | 3,750 | 78.13% | 125.0 |
| OCT 2021 | 1,679 | 1,340 | 350 | 278 | 3,647 | 73.53% | 118.0 |
| **YTD TOTAL** | 15,901 | 13,828 | 2,082 | 3,286 | 35,097 | 72.16% | 115.0 |
| | | | | | | | |
| **PAYOR MIX** | 45.31% | 39.40% | 5.93% | 9.36% | 100.00% | **YTD** | |

**One Month Ended October 31, 2021**

| MONTH | MEDICAID RESIDENT DAYS | MEDICARE RESIDENT DAYS | PRIVATE RESIDENT DAYS | OTHER INS RESIDENT DAYS | TOTAL | OCC PCTG. | AVG. BED OCC. |
|---|---|---|---|---|---|---|---|
| OCT 2021 | 1,679 | 1,340 | 350 | 278 | 3,647 | 73.53% | 118.0 |
| **CURR TOTAL** | 1,679 | 1,340 | 350 | 278 | 3,647 | 73.53% | 118.0 |
| | | | | | | | |
| **PAYOR MIX** | 46.04% | 36.74% | 9.60% | 7.62% | 100.00% | **PER.** | |

**# OF SNF BEDS:**        160

Unaudited - See Independent Accountant's Compilation Report

# Exhibit A

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 08/01/21 to 08/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| **Checking Account:**      10112000 | | | | | | | |
| 000132 / NYNA COMMISSIONER OF HEALTH | 151 | 08/03/21 | M | 08032021 | 014931 | RECERTS | 200.00 |
| | | | | | | **000132 Subtotal :** | 200.00 |
| 000232 / MARSHA ABELSON | 153 | 08/12/21 | M | 08122021 | 014976 | REFUND | 52.00 |
| | | | | | | **000232 Subtotal :** | 52.00 |
| 000108 / EPIC WHITE PLAINS RESIDENT FUNDS | 154 | 08/23/21 | M | 08232021 | 015017 | REFUND | 98.00 |
| | | | | | | **000108 Subtotal :** | 98.00 |
| | 155 | 08/26/21 | M | 08262021 | 014999 | REFUND | 37.00 |
| | | | | | | **000108 Subtotal :** | 37.00 |
| 000014 / INDENTOGO | 156 | 08/27/21 | M | 08272021 | 014976 | | 102.00 |
| | | | | | | **000014 Subtotal :** | 102.00 |
| 000132 / NYNA COMMISSIONER OF HEALTH | 157 | 08/31/21 | M | 08312021 | 014998 | RECERTS | 200.00 |
| | | | | | | **000132 Subtotal :** | 200.00 |
| 000108 / EPIC WHITE PLAINS RESIDENT FUNDS | 158 | 08/31/21 | M | 08/2021 | 014998 | AUGUST2021 | 3333.15 |
| | | | | | | **000108 Subtotal :** | 3333.15 |
| 000040 / METLIFE GROUP BENEFITS | 2049 | 08/01/21 | 2 | 08/2021 | 014918 | 0009 | 536.38 |
| | | | | | | **000040 Subtotal :** | 536.38 |
| 000021 / ALBORO NATIONAL | 2050 | 08/02/21 | 2 | 6523 | 014919 | | 2425.60 |
| | 2050 | 08/02/21 | 2 | 6560 | 014919 | | 2263.89 |
| | 2050 | 08/02/21 | 2 | 6601 | 014919 | | 2263.89 |
| | 2050 | 08/02/21 | 2 | 6643 | 014919 | | 2263.89 |
| | | | | | | **000021 Subtotal :** | 9217.27 |
| 000055 / ACUTE CARE GASES | 2051 | 08/02/21 | 2 | 30384 | 014922 | | 15.00 |
| | 2051 | 08/02/21 | 2 | 30542 | 014922 | | 60.00 |
| | 2051 | 08/02/21 | 2 | 30708 | 014922 | | 32.50 |
| | 2051 | 08/02/21 | 2 | 30855 | 014922 | | 15.00 |
| | 2051 | 08/02/21 | 2 | 30954 | 014922 | | 210.00 |
| | 2051 | 08/02/21 | 2 | 30994 | 014922 | | 148.00 |
| | 2051 | 08/02/21 | 2 | 31026 | 014922 | | 82.50 |
| | 2051 | 08/02/21 | 2 | 31060 | 014922 | | 370.00 |
| | 2051 | 08/02/21 | 2 | R19405 | 014922 | RENTALS | 126.00 |
| | 2051 | 08/02/21 | 2 | R19406 | 014922 | RENTALS | 73.80 |
| | 2051 | 08/02/21 | 2 | R19407 | 014922 | RENTALS | 246.60 |

Page:    2
Date:    11/10/21 at 5:22 PM

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 08/01/21 to 08/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2051 | 08/02/21 | 2 | R19408 | 014922 | RENTAL | 4.92 |
| | | | | | | **000055 Subtotal :** | 1384.32 |
| 000184 / MEMIC INDEMNITY COMPANY | 2052 | 08/02/21 | 2 | 07182021 | 014922 | 3102805596 | 12031.90 |
| | | | | | | **000184 Subtotal :** | 12031.90 |
| 000077 / NOVA HEALTHCARE SOLUTIONS INC. | 2053 | 08/04/21 | 2 | 4374 | 014924 | APRIL 2021 | 300.00 |
| | 2053 | 08/04/21 | 2 | 4540 | 014924 | MAY 2021 | 300.00 |
| | 2053 | 08/04/21 | 2 | 4701 | 014924 | JUNE 2021 | 300.00 |
| | | | | | | **000077 Subtotal :** | 900.00 |
| 000089 / UPS | 2054 | 08/04/21 | 1 | 7Y0524301 | 014924 | | 77.59 |
| | | | | | | **000089 Subtotal :** | 77.59 |
| 000047 / SUBURBAN CARTING CO. | 2055 | 08/05/21 | 2 | 774778 | 014928 | APRIL2021 | 6073.00 |
| | 2055 | 08/05/21 | 2 | 778951 | 014928 | JUNE 2021 | 5068.27 |
| | | | | | | **000047 Subtotal :** | 11141.27 |
| 000204 / WHITE GLOVE PLACEMENT, INC. | 2056 | 08/09/21 | 2 | 10001 | 014930 | 50.00 | 2200.00 |
| | 2056 | 08/09/21 | 2 | 10002 | 014930 | 25.50 | 1122.00 |
| | 2056 | 08/09/21 | 2 | E10003 | 014930 | 45.00 | 2090.00 |
| | 2056 | 08/09/21 | 2 | E10004 | 014930 | 104.50 | 5338.50 |
| | | | | | | **000204 Subtotal :** | 10750.50 |
| 000225 / K PILLAY CORP. | 2057 | 08/09/21 | 1 | 07182021 | 014930 | JULY18TH | 412.50 |
| | 2057 | 08/09/21 | 1 | 08022021 | 014930 | 8/1-8/2 | 577.50 |
| | | | | | | **000225 Subtotal :** | 990.00 |
| 000063 / FIRST INSURANCE FUNDING | 2058 | 08/11/21 | 2 | 93289098 | 014932 | 93289098 | 26729.53 |
| | | | | | | **000063 Subtotal :** | 26729.53 |
| 000184 / MEMIC INDEMNITY COMPANY | 2059 | 08/16/21 | 2 | 07182021 | 014934 | 3102805596 | 12031.90 |
| | | | | | | **000184 Subtotal :** | 12031.90 |
| 000227 / JOANNE GADDI | 2060 | 08/16/21 | 1 | 07162021 | 014934 | REFUNDCLOT | 258.86 |
| | | | | | | **000227 Subtotal :** | 258.86 |
| 000019 / DYNALINK COMMUNICATIONS | 2061 | 08/19/21 | 1 | 418415 | 014941 | AUGUST2021 | 1553.20 |
| | | | | | | **000019 Subtotal :** | 1553.20 |
| 000025 / GERIMEDIX, INC. | 2063 | 08/19/21 | 2 | 1186303-IN | 014941 | | 3200.46 |
| | 2063 | 08/19/21 | 2 | 1186304-IN | 014941 | | 63.79 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 08/01/21 to 08/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2063 | 08/19/21 | 2 | 1186305-IN | 014941 | | 8.40 |
| | 2063 | 08/19/21 | 2 | 1187525-IN | 014941 | GLOVES | 695.00 |
| | 2063 | 08/19/21 | 2 | 1187682-IN | 014941 | | 3852.45 |
| | 2063 | 08/19/21 | 2 | 1189021-IN | 014941 | | 2793.92 |
| | 2063 | 08/19/21 | 2 | 1189022-IN | 014941 | | 179.16 |
| | 2063 | 08/19/21 | 2 | 1189023-IN | 014941 | | 194.00 |
| | 2063 | 08/19/21 | 2 | 1190342-IN | 014941 | | 2442.50 |
| | 2063 | 08/19/21 | 2 | 1190343-IN | 014941 | | 264.87 |
| | 2063 | 08/19/21 | 2 | 1190344-IN | 014941 | | 19.44 |
| | 2063 | 08/19/21 | 2 | 1190345-IN | 014941 | | 110.00 |
| | 2063 | 08/19/21 | 2 | 1191755-IN | 014941 | | 1209.61 |
| | 2063 | 08/19/21 | 2 | 1191756-IN | 014941 | | 63.94 |
| | | | | | | 000025 Subtotal : | 15097.54 |
| 000053 / SECURE 360 INC. | 2064 | 08/19/21 | 2 | 60215 | 014941 | 5/27/2020 | 16581.38 |
| | | | | | | 000053 Subtotal : | 16581.38 |
| 000102 / GUARDIAN | 2065 | 08/19/21 | 1 | 08/2021 | 014941 | 0009 | 5272.59 |
| | | | | | | 000102 Subtotal : | 5272.59 |
| 000169 / AETNA LIFE INSURANCE COMPANY | 2066 | 08/19/21 | 1 | 240889 | 014941 | JULY 2021 | 313.82 |
| | | | | | | 000169 Subtotal : | 313.82 |
| 000193 / MICHELMAN & ROBINSON, LLP | 2067 | 08/19/21 | 1 | 173784 | 014941 | INTEREST | 108.75 |
| | 2067 | 08/19/21 | 2 | 170690 | 014941 | 1/31/2021 | 7250.00 |
| | 2067 | 08/19/21 | 2 | 171907 | 014941 | 2/28/2021 | 5160.00 |
| | 2067 | 08/19/21 | 2 | 174748 | 014941 | INTEREST | 186.15 |
| | | | | | | 000193 Subtotal : | 12704.90 |
| 000228 / AFLAC | 2068 | 08/19/21 | 2 | 773098 | 014941 | NRV82/JULY | 4931.46 |
| | | | | | | 000228 Subtotal : | 4931.46 |
| 000007 / VERIZON | 2069 | 08/30/21 | 1 | 07202021 | 014963 | 9149494569 | 1214.85 |
| | | | | | | 000007 Subtotal : | 1214.85 |
| 000010 / CON EDISON | 2070 | 08/30/21 | 1 | 07072021 | 014963 | 7/7-8/5 | 22290.10 |
| | | | | | | 000010 Subtotal : | 22290.10 |
| 000011 / CON EDISON | 2071 | 08/30/21 | 1 | 07072021 | 014963 | 7/7-8/5 | 2369.98 |
| | | | | | | 000011 Subtotal : | 2369.98 |
| 000017 / GREATAMERICA FINANCIAL SERVICES | 2072 | 08/30/21 | 1 | 29680986 | 014963 | 1462589000 | 213.17 |
| | | | | | | 000017 Subtotal : | 213.17 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 08/01/21 to 08/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date Prity | Invoice | Session Reference | | Amount |
|---|---|---|---|---|---|---|
| 000030 / ASSURED PARTNERS | 2073 | 08/30/21 1 | 61270 | 014963 CYBER | | 5184.35 |
| | | | | | 000030 Subtotal : | 5184.35 |
| 000033 / ATLANTIC A PROGRAM OF DE LAGE | 2074 | 08/30/21 1 | 73317096 | 014963 50034540 | | 855.08 |
| | | | | | 000033 Subtotal : | 855.08 |
| 000035 / MADELYN BONILLA | 2075 | 08/30/21 1 | 07/2021 | 014963 MILEAGE | | 100.81 |
| | | | | | 000035 Subtotal : | 100.81 |
| 000052 / SBV WORKFORCE MANAGEMENT | 2076 | 08/30/21 2 | 210401WHT | 014963 APRIL2021 | | 945.03 |
| | 2076 | 08/30/21 2 | 210501WHT | 014963 | | 951.53 |
| | 2076 | 08/30/21 2 | 210601WHT | 014963 JUNE 2021 | | 1003.55 |
| | 2076 | 08/30/21 2 | 210701WHT | 014963 | | 1029.56 |
| | | | | | 000052 Subtotal : | 3929.67 |
| 000141 / MATURE SOLUTIONS, INC. | 2077 | 08/30/21 1 | 49717 | 014963 | | 399.00 |
| | | | | | 000141 Subtotal : | 399.00 |
| 000183 / GRAINGER | 2078 | 08/30/21 2 | 9001904342 | 014963 | | 305.25 |
| | 2078 | 08/30/21 2 | 9925658875 | 014963 | | 387.99 |
| | 2078 | 08/30/21 2 | 9930215695 | 014963 | | 316.69 |
| | 2078 | 08/30/21 2 | 9941523947 | 014963 | | 111.87 |
| | 2078 | 08/30/21 2 | 9942983124 | 014963 | | 95.74 |
| | 2078 | 08/30/21 2 | 9954391497 | 014963 | | 84.23 |
| | 2078 | 08/30/21 2 | 9956450564 | 014963 | | 408.14 |
| | 2078 | 08/30/21 2 | 9965492821 | 014963 | | 498.59 |
| | 2078 | 08/30/21 2 | 9967901639 | 014963 | | 133.05 |
| | | | | | 000183 Subtotal : | 2341.55 |
| 000202 / DE LAGE LANDEN FINANCIAL SERVICES | 2079 | 08/30/21 1 | 73265009 | 014963 50258394 | | 236.11 |
| | | | | | 000202 Subtotal : | 236.11 |
| 000204 / WHITE GLOVE PLACEMENT, INC. | 2080 | 08/30/21 2 | E10005 | 014963 22.50 | | 1035.00 |
| | 2080 | 08/30/21 2 | E10006 | 014963 22.50 | | 1035.00 |
| | 2080 | 08/30/21 2 | E10008 | 014963 60.00 | | 3392.50 |
| | 2080 | 08/30/21 2 | E10010 | 014963 50.00 | | 2530.00 |
| | | | | | 000204 Subtotal : | 7992.50 |
| 000094 / AETNA | 2082 | 08/30/21 1 | 08/2021 | 014966 AUGUST2021 | | 20513.32 |
| | | | | | 000094 Subtotal : | 20513.32 |
| 000007 / VERIZON | 2083 | 08/31/21 1 | 08202021 | 014968 9149494569 | | 1241.44 |

### Epic Rehab and Nursing White Plains
### Complete Check Register
Current and History Files, 08/01/21 to 08/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | **000007 Subtotal :** | 1241.44 |
| 000017 / GREATAMERICA FINANCIAL SERVICES | 2084 | 08/31/21 | 1 | 29863306 | 014968 | 1462589000 | 184.99 |
| | | | | | | **000017 Subtotal :** | 184.99 |
| 000034 / ALLSTATE MEDICAL | 2086 | 08/31/21 | 2 | 0319430-IN | 014968 | | 172.59 |
| | 2086 | 08/31/21 | 2 | 0319743-IN | 014968 | | 68.55 |
| | 2086 | 08/31/21 | 2 | 0319877-IN | 014968 | | 213.93 |
| | 2086 | 08/31/21 | 2 | 0319901-IN | 014968 | | 236.26 |
| | 2086 | 08/31/21 | 2 | 0320214-IN | 014968 | | 883.25 |
| | 2086 | 08/31/21 | 2 | 0320571-IN | 014968 | | 226.93 |
| | 2086 | 08/31/21 | 2 | 0320657-IN | 014968 | | 236.45 |
| | 2086 | 08/31/21 | 2 | 0320889-IN | 014968 | | 2546.81 |
| | 2086 | 08/31/21 | 2 | 0321264-IN | 014968 | | 404.24 |
| | 2086 | 08/31/21 | 2 | 0322054-IN | 014968 | | 236.15 |
| | 2086 | 08/31/21 | 2 | 0322187-IN | 014968 | | 224.77 |
| | 2086 | 08/31/21 | 2 | 0322243-IN | 014968 | | 883.25 |
| | 2086 | 08/31/21 | 2 | 0322474-IN | 014968 | | 236.15 |
| | 2086 | 08/31/21 | 2 | 0322608-IN | 014968 | | 191.76 |
| | 2086 | 08/31/21 | 2 | 0322893-IN | 014968 | | 883.25 |
| | 2086 | 08/31/21 | 2 | 0322965-IN | 014968 | | 787.45 |
| | 2086 | 08/31/21 | 2 | 0323106-IN | 014968 | | 109.41 |
| | 2086 | 08/31/21 | 2 | 0323301-IN | 014968 | | 226.93 |
| | 2086 | 08/31/21 | 2 | 0323360-IN | 014968 | | 460.60 |
| | 2086 | 08/31/21 | 2 | 0323752-IN | 014968 | | 808.48 |
| | | | | | | **000034 Subtotal :** | 10037.21 |
| 000039 / OPTIMUM | 2087 | 08/31/21 | 1 | 08/2021 | 014968 | AUGUST2021 | 3059.56 |
| | | | | | | **000039 Subtotal :** | 3059.56 |
| 000089 / UPS | 2088 | 08/31/21 | 1 | 7Y0524331 | 014968 | | 81.25 |
| | 2088 | 08/31/21 | 1 | 7Y0524341 | 014968 | | 50.35 |
| | | | | | | **000089 Subtotal :** | 131.60 |
| 000119 / GEORGE MICHAELS | 2089 | 08/31/21 | 1 | 08132021 | 014968 | SUPPLIES | 1135.96 |
| | | | | | | **000119 Subtotal :** | 1135.96 |
| 000148 / CITY OF WHITE PLAINS | 2090 | 08/31/21 | 1 | 835968 | 014968 | 0211-348-0 | 175.00 |
| | | | | | | **000148 Subtotal :** | 175.00 |
| 000154 / DATAPATH CARD SERVICES. INC. | 2091 | 08/31/21 | 1 | 08252021 | 014968 | | 1500.00 |
| | | | | | | **000154 Subtotal :** | 1500.00 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 08/01/21 to 08/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 000021 / ALBORO NATIONAL | 2092 | 08/31/21 | 2 | 6678 | 014969 | *V 08/31/21 | 2263.89 |
| | 2092 | 08/31/21 | 2 | 6717 | 014969 | *V 08/31/21 | 2388.28 |
| | 2092 | 08/31/21 | 2 | 6756 | 014969 | *V 08/31/21 | 2263.89 |
| | 2092 | 08/31/21 | 2 | 6790 | 014969 | *V 08/31/21 | 2263.89 |
| | 2092 | 08/31/21 | 2 | 6832 | 014969 | *V 08/31/21 | 2263.89 |
| | | | | | | 000021 Subtotal : | 0.00 |
| 000001 / HMM,CPAs LLP | 2094 | 08/31/21 | 2 | 18289 | 014973 | APRIL2021 | 5000.00 |
| | | | | | | 000001 Subtotal : | 5000.00 |
| 000028 / ANTHONY J. SALVATE M.D. | 2095 | 08/31/21 | 1 | 08/2021 | 014973 | AUGUST2021 | 3750.00 |
| | | | | | | 000028 Subtotal : | 3750.00 |
| 000071 / LONG TERM SOLUTIONS INC. | 2096 | 08/31/21 | 2 | 20751 | 014973 | MAY 2021 | 2230.00 |
| | | | | | | 000071 Subtotal : | 2230.00 |
| 000074 / LANGUAGE FUNDAMENTALS | 2097 | 08/31/21 | 2 | 9423 | 014973 | 157.5834 | 12133.92 |
| | | | | | | 000074 Subtotal : | 12133.92 |
| 000062 / CHASE INK | 26655 | 08/19/21 | N | 06202021 | 014961 | JUNE 2021 | 25530.42 |
| | 26655 | 08/19/21 | N | 07/2021 | 014961 | 6/21-7/20 | 20892.62 |
| | | | | | | 000062 Subtotal : | 46423.04 |
| 000088 / HEALTH FACILITY ASSESSMENT FUND | 08182021 | 08/18/21 | N | 07/2021 | 014939 | C1292690 | 46217.00 |
| | | | | | | 000088 Subtotal : | 46217.00 |
| 000013 / MATRIXCARE INC. | 08252021 | 08/25/21 | N | INV5222705 | 014977 | AUGUST2021 | 3319.93 |
| | | | | | | 000013 Subtotal : | 3319.93 |
| 000086 / LTC CONSULTING SERVICES | 08262021 | 08/26/21 | N | 18446 | 015016 | AUGUST2021 | 9600.00 |
| | | | | | | 000086 Subtotal : | 9600.00 |
| | | Total For Check Account: | | 10112000 | | | 360306.70 |
| Checking Account:      10114000 | | | | | | | |
| 000065 / PETTY CASH | 1020 | 08/23/21 | M | 08232021 | 014978 | 5/28-8/3 | 703.60 |
| | | | | | | 000065 Subtotal : | 703.60 |
| | | Total For Check Account: | | 10114000 | | | 703.60 |
| | | | | | | Check Register Total : | 361010.30 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| **Checking Account:**   10112000 | | | | | | | |
| 000108 / EPIC WHITE PLAINS RESIDENT FUNDS | 159 | 09/30/21 | M | 09/2021 | 015038 | SEPTEMBER | 5314.90 |
| | | | | | | **000108 Subtotal :** | 5314.90 |
| 000040 / METLIFE GROUP BENEFITS | 2081 | 09/01/21 | 2 | 09/2021 | 014964 | 0009 | 964.43 |
| | | | | | | **000040 Subtotal :** | 964.43 |
| 000021 / ALBORO NATIONAL | 2093 | 09/01/21 | 2 | 6678 | 014971 | | 2263.89 |
| | 2093 | 09/01/21 | 2 | 6717 | 014971 | | 2388.28 |
| | 2093 | 09/01/21 | 2 | 6756 | 014971 | | 2263.89 |
| | 2093 | 09/01/21 | 2 | 6790 | 014971 | | 2263.89 |
| | 2093 | 09/01/21 | 2 | 6832 | 014971 | | 2263.89 |
| | | | | | | **000021 Subtotal :** | 11443.84 |
| 000069 / CENTRAL CARE SOLUTIONS | 2098 | 09/01/21 | 2 | 46345 | 014974 | JUNE 2021 | 43251.01 |
| | 2098 | 09/01/21 | 2 | 46494 | 014974 | JULY PPD | 43586.05 |
| | | | | | | **000069 Subtotal :** | 86837.06 |
| 000018 / MEDLINE INDUSTRIES, INC. | 2100 | 09/08/21 | 2 | 1943674684 | 014980 | | 89.78 |
| | 2100 | 09/08/21 | 2 | 1943674685 | 014980 | | 89.78 |
| | 2100 | 09/08/21 | 2 | 1943674687 | 014980 | | 718.01 |
| | 2100 | 09/08/21 | 2 | 1943674688 | 014980 | | 126.85 |
| | 2100 | 09/08/21 | 2 | 1943674689 | 014980 | | 213.93 |
| | 2100 | 09/08/21 | 2 | 1943816537 | 014980 | | 1075.99 |
| | 2100 | 09/08/21 | 2 | 1943816538 | 014980 | | 165.07 |
| | 2100 | 09/08/21 | 2 | 1943982865 | 014980 | | 65.01 |
| | 2100 | 09/08/21 | 2 | 1944152394 | 014980 | | 505.52 |
| | 2100 | 09/08/21 | 2 | 1944297407 | 014980 | | 1496.18 |
| | 2100 | 09/08/21 | 2 | 1944331446 | 014980 | | 595.23 |
| | 2100 | 09/08/21 | 2 | 1944331452 | 014980 | | 1654.43 |
| | 2100 | 09/08/21 | 2 | 1945055939 | 014980 | | 331.70 |
| | 2100 | 09/08/21 | 2 | 1945084138 | 014980 | | 299.97 |
| | 2100 | 09/08/21 | 2 | 1945084139 | 014980 | | 10.85 |
| | 2100 | 09/08/21 | 2 | 1945084140 | 014980 | | 77.60 |
| | 2100 | 09/08/21 | 2 | 1945084141 | 014980 | | 33.83 |
| | 2100 | 09/08/21 | 2 | 1945084142 | 014980 | | 42.20 |
| | 2100 | 09/08/21 | 2 | 1945084143 | 014980 | | 2526.36 |
| | | | | | | **000018 Subtotal :** | 10118.29 |
| 000134 / COLLEEN M. MELVILLE | 2101 | 09/08/21 | 1 | 06/2021 | 014980 | JUNE2021 | 40.00 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2101 | 09/08/21 | 1 | 07/2021 | 014980 | JULY 2021 | 40.00 |
| | 2101 | 09/08/21 | 1 | 08/2021 | 014980 | AUGUST2021 | 40.00 |
| | | | | | | **000134 Subtotal :** | 120.00 |
| 000030 / ASSURED PARTNERS | 2102 | 09/09/21 | 1 | 48726 | 014984 | 9THPAYMENT | 3987.00 |
| | | | | | | **000030 Subtotal :** | 3987.00 |
| 000081 / OPEN SYSTEMS METRO | 2103 | 09/09/21 | 2 | 64707 | 014984 | | 470.35 |
| | | | | | | **000081 Subtotal :** | 470.35 |
| 000069 / CENTRAL CARE SOLUTIONS | 2104 | 09/10/21 | 2 | 44759 | 014986 | OCTOBER | 22821.24 |
| | 2104 | 09/10/21 | 2 | 44951 | 014986 | NOVEMBER | 4364.46 |
| | | | | | | **000069 Subtotal :** | 27185.70 |
| 000079 / OPRANDY'S FIRE & SAFETY, INC. | 2105 | 09/10/21 | 2 | 59029 | 014986 | | 435.94 |
| | | | | | | **000079 Subtotal :** | 435.94 |
| 000018 / MEDLINE INDUSTRIES, INC. | 2107 | 09/13/21 | 2 | 1945228368 | 014988 | | 9.84 |
| | 2107 | 09/13/21 | 2 | 1945743262 | 014988 | | 498.20 |
| | 2107 | 09/13/21 | 2 | 1945854144 | 014988 | | 343.40 |
| | 2107 | 09/13/21 | 2 | 1945872597 | 014988 | | 585.90 |
| | 2107 | 09/13/21 | 2 | 1945872800 | 014988 | | 374.70 |
| | 2107 | 09/13/21 | 2 | 1945872803 | 014988 | | 9.84 |
| | 2107 | 09/13/21 | 2 | 1945872807 | 014988 | | 1931.56 |
| | 2107 | 09/13/21 | 2 | 1946011059 | 014988 | | 46.79 |
| | 2107 | 09/13/21 | 2 | 1946016208 | 014988 | | 231.76 |
| | 2107 | 09/13/21 | 2 | 1946175468 | 014988 | | 55.80 |
| | 2107 | 09/13/21 | 2 | 1946479857 | 014988 | | 660.62 |
| | 2107 | 09/13/21 | 2 | 1946628054 | 014988 | | 261.40 |
| | 2107 | 09/13/21 | 2 | 1946628056 | 014988 | | 2372.33 |
| | 2107 | 09/13/21 | 2 | 1946628058 | 014988 | | 165.68 |
| | 2107 | 09/13/21 | 2 | 1946628060 | 014988 | | 48.97 |
| | 2107 | 09/13/21 | 2 | 1946628061 | 014988 | | 398.39 |
| | | | | | | **000018 Subtotal :** | 7995.18 |
| 000027 / SUBURBAN BOWERY/DBA TIGERCHEF | 2108 | 09/13/21 | 2 | 1103554 | 014988 | *V 09/30/21 | 770.64 |
| | 2108 | 09/13/21 | 2 | 1109948 | 014988 | *V 09/30/21 | 192.73 |
| | 2108 | 09/13/21 | 2 | 1125731 | 014988 | *V 09/30/21 | 706.27 |
| | 2108 | 09/13/21 | 2 | 1129541 | 014988 | *V 09/30/21 | 723.14 |
| | 2108 | 09/13/21 | 2 | 1136588 | 014988 | *V 09/30/21 | 471.73 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date Prity | Invoice | Session Reference | Amount |
|---|---|---|---|---|---|
| | 2108 | 09/13/21 2 | 1148545 | 014988 *V 09/30/21 | 224.64 |
| | | | | 000027 Subtotal : | 0.00 |
| 000063 / FIRST INSURANCE FUNDING | 2109 | 09/13/21 2 | 93289098 | 014988 93289098 | 26729.53 |
| | | | | 000063 Subtotal : | 26729.53 |
| 000184 / MEMIC INDEMNITY COMPANY | 2110 | 09/13/21 2 | 07182021 | 014988 3102805596 | 12031.90 |
| | | | | 000184 Subtotal : | 12031.90 |
| 000023 / SULLIVAN COUNTY LABS | 2111 | 09/15/21 2 | 0000036431 | 014989 *V 10/26/21 | 669.00 |
| | 2111 | 09/15/21 2 | 0000038444 | 014989 *V 10/26/21 | 945.00 |
| | | | | 000023 Subtotal : | 0.00 |
| 000025 / GERIMEDIX, INC. | 2112 | 09/15/21 2 | 1192945-IN | 014989 | 1506.41 |
| | 2112 | 09/15/21 2 | 1192946-IN | 014989 | 2161.61 |
| | 2112 | 09/15/21 2 | 1192947-IN | 014989 | 27.00 |
| | 2112 | 09/15/21 2 | 1194475-IN | 014989 | 3645.98 |
| | 2112 | 09/15/21 2 | 1194476-IN | 014989 | 21.07 |
| | 2112 | 09/15/21 2 | 1195653-IN | 014989 | 2265.01 |
| | | | | 000025 Subtotal : | 9627.08 |
| 000034 / ALLSTATE MEDICAL | 2114 | 09/15/21 2 | 0324461-IN | 014989 | 736.41 |
| | 2114 | 09/15/21 2 | 0325071-IN | 014989 | 129.50 |
| | 2114 | 09/15/21 2 | 0325607-IN | 014989 | 747.01 |
| | 2114 | 09/15/21 2 | 0325809-IN | 014989 | 325.13 |
| | 2114 | 09/15/21 2 | 0325995-IN | 014989 | 552.93 |
| | 2114 | 09/15/21 2 | 0326028-IN | 014989 | 287.74 |
| | 2114 | 09/15/21 2 | 0326545-IN | 014989 | 124.63 |
| | 2114 | 09/15/21 2 | 0326548-IN | 014989 | 121.65 |
| | 2114 | 09/15/21 2 | 0326552-IN | 014989 | 132.11 |
| | 2114 | 09/15/21 2 | 0326667-IN | 014989 | 41.73 |
| | 2114 | 09/15/21 2 | 0326668-IN | 014989 | 78.58 |
| | 2114 | 09/15/21 2 | 0327548-IN | 014989 | 104.04 |
| | 2114 | 09/15/21 2 | 0327994-IN | 014989 | 376.06 |
| | 2114 | 09/15/21 2 | 0328265-IN | 014989 | 39.56 |
| | 2114 | 09/15/21 2 | 0328343-IN | 014989 | 280.69 |
| | 2114 | 09/15/21 2 | 0328457-IN | 014989 | 166.68 |
| | 2114 | 09/15/21 2 | 0328507-IN | 014989 | 490.94 |
| | 2114 | 09/15/21 2 | 0328839-IN | 014989 | 365.03 |
| | | | | 000034 Subtotal : | 5100.42 |
| 000078 / COZZINI BROTHERS, | 2115 | 09/15/21 2 | C9399032 | 014989 | 22.76 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| INC. | | | | | | | |
| | 2115 | 09/15/21 | 2 | C9456790 | 014989 | | 22.76 |
| | 2115 | 09/15/21 | 2 | C9515784 | 014989 | | 22.76 |
| | 2115 | 09/15/21 | 2 | C9572605 | 014989 | | 22.76 |
| | 2115 | 09/15/21 | 2 | C9634262 | 014989 | | 26.01 |
| | 2115 | 09/15/21 | 2 | C9687547 | 014989 | | 26.01 |
| | | | | | | 000078 Subtotal : | 143.06 |
| 000080 / INNOVATIVE WATER CONSULTING | 2116 | 09/15/21 | 2 | 3388 | 014989 | | 500.00 |
| | 2116 | 09/15/21 | 2 | 3657 | 014989 | JAN-MARCH | 1800.00 |
| | 2116 | 09/15/21 | 2 | 3787 | 014989 | | 500.00 |
| | 2116 | 09/15/21 | 2 | 4023 | 014989 | APRIL-JUNE | 1800.00 |
| | | | | | | 000080 Subtotal : | 4600.00 |
| 000098 / SCHINDLER ELEVATOR CORPORATION | 2117 | 09/15/21 | 2 | 8105608770 | 014989 | MAY 2021 | 2200.98 |
| | 2117 | 09/15/21 | 2 | 8105633728 | 014989 | JUNE 2021 | 2200.98 |
| | | | | | | 000098 Subtotal : | 4401.96 |
| 000111 / NATIONAL CARE SYSTEMS,LLC | 2118 | 09/15/21 | 2 | 177718 | 014989 | | 1625.63 |
| | 2118 | 09/15/21 | 2 | 178599 | 014989 | | 1625.63 |
| | 2118 | 09/15/21 | 2 | 179415 | 014989 | | 1625.63 |
| | | | | | | 000111 Subtotal : | 4876.89 |
| 000180 / CURRENT TECHNOLOGIES ELECTRONICS | 2119 | 09/15/21 | 2 | 213837 | 014989 | 2/4/2021 | 875.00 |
| | | | | | | 000180 Subtotal : | 875.00 |
| 000192 / WHITE PLAINS HOSPITAL CENTER | 2120 | 09/15/21 | 2 | 01012021 | 014989 | DUARTETELL | 132.21 |
| | | | | | | 000192 Subtotal : | 132.21 |
| 000196 / GOODHIRE | 2121 | 09/15/21 | 2 | 09473005 | 014989 | JUNE 2021 | 257.88 |
| | 2121 | 09/15/21 | 2 | 09473006 | 014989 | JULY 2021 | 165.78 |
| | | | | | | 000196 Subtotal : | 423.66 |
| 000047 / SUBURBAN CARTING CO. | 2122 | 09/15/21 | 2 | 783929 | 014993 | JULY 2021 | 5961.36 |
| | | | | | | 000047 Subtotal : | 5961.36 |
| 000212 / LE LANDSCAPING SERVICES | 2123 | 09/15/21 | 1 | 07312021 | 014993 | | 4079.82 |
| | | | | | | 000212 Subtotal : | 4079.82 |
| 000148 / CITY OF WHITE | 2124 | 09/16/21 | 1 | E2021-299 | 014995 | | 1200.00 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prty | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| PLAINS | | | | | | | |
| | | | | | | 000148 Subtotal : | 1200.00 |
| 000017 / GREATAMERICA FINANCIAL SERVICES | 2125 | 09/21/21 | 1 | 30064025 | 015003 | 1462589000 | 241.35 |
| | | | | | | 000017 Subtotal : | 241.35 |
| 000087 / MDLIVE | 2126 | 09/21/21 | 2 | IGHEHC0035 | 015003 | JULY 2021 | 27.00 |
| | 2126 | 09/21/21 | 2 | IGHEHC0036 | 015003 | AUGUST2021 | 27.00 |
| | | | | | | 000087 Subtotal : | 54.00 |
| 000089 / UPS | 2127 | 09/21/21 | 1 | 7Y0524371 | 015003 | | 18.76 |
| | | | | | | 000089 Subtotal : | 18.76 |
| 000169 / AETNA LIFE INSURANCE COMPANY | 2128 | 09/21/21 | 1 | 241965 | 015003 | *V 09/21/21 | 251.05 |
| | 2128 | 09/21/21 | 1 | 5069 | 015003 | *V 09/21/21 | 255.00 |
| | | | | | | 000169 Subtotal : | 0.00 |
| 000228 / AFLAC | 2129 | 09/21/21 | 1 | 793203 | 015003 | AUGUST2021 | 3173.34 |
| | | | | | | 000228 Subtotal : | 3173.34 |
| 000010 / CON EDISON | 2130 | 09/22/21 | 1 | 08052021 | 015018 | 5547969501 | 30462.51 |
| | | | | | | 000010 Subtotal : | 30462.51 |
| 000011 / CON EDISON | 2131 | 09/22/21 | 1 | 08052021 | 015018 | 5547969701 | 2528.11 |
| | | | | | | 000011 Subtotal : | 2528.11 |
| 000019 / DYNALINK COMMUNICATIONS | 2132 | 09/22/21 | 2 | 422739 | 015018 | SEPTEMBER | 1551.51 |
| | | | | | | 000019 Subtotal : | 1551.51 |
| 000020 / LABEL TAPE SYSTEM | 2133 | 09/22/21 | 2 | 700215386 | 015018 | | 291.90 |
| | 2133 | 09/22/21 | 2 | 700215389 | 015018 | | 284.95 |
| | | | | | | 000020 Subtotal : | 576.85 |
| 000033 / ATLANTIC A PROGRAM OF DE LAGE | 2134 | 09/22/21 | 1 | 73542702 | 015018 | 50258394 | 246.90 |
| | 2134 | 09/22/21 | 1 | 73648927 | 015018 | 50034540 | 855.08 |
| | | | | | | 000033 Subtotal : | 1101.98 |
| 000039 / OPTIMUM | 2135 | 09/22/21 | 1 | 09/2021 | 015018 | SEPTEMBER | 3059.56 |
| | | | | | | 000039 Subtotal : | 3059.56 |
| 000073 / JOHNSON CONTROLS FIRE PROTECTION | 2136 | 09/22/21 | 2 | 22208603 | 015018 | 5/21-3/22 | 910.35 |
| | | | | | | 000073 Subtotal : | 910.35 |
| 000085 / PREVENTIVE | 2137 | 09/22/21 | 2 | 1539 | 015018 | JULY 2020 | 2178.68 |

Page:   6
Date:   11/10/21 at 5:24 PM

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| DIAGNOSTICS, INC. | | | | | | | |
| | 2137 | 09/22/21 | 2 | 1728 | 015018 | AUGUST2020 | 2258.97 |
| | 2137 | 09/22/21 | 2 | 1892 | 015018 | SEPTEMBER | 2426.06 |
| | 2137 | 09/22/21 | 2 | 48746 | 015018 | JUNE 2020 | 2126.60 |
| | | | | | | 000085 Subtotal : | 8990.31 |
| 000092 / PURCHASE POWER | 2138 | 09/22/21 | 1 | 08222021 | 015018 | | 301.50 |
| | | | | | | 000092 Subtotal : | 301.50 |
| 000095 / CROWN CARE SERVICES INC. | 2139 | 09/22/21 | 2 | 35560 | 015018 | APRIL 2021 | 180.00 |
| | 2139 | 09/22/21 | 2 | 36969 | 015018 | MAY 2021 | 180.00 |
| | 2139 | 09/22/21 | 2 | 38891 | 015018 | JUNE 2021 | 180.00 |
| | 2139 | 09/22/21 | 2 | 40592 | 015018 | JULY2021 | 180.00 |
| | | | | | | 000095 Subtotal : | 720.00 |
| 000098 / SCHINDLER ELEVATOR CORPORATION | 2140 | 09/22/21 | 2 | 8105661447 | 015018 | JULY 2021 | 2200.98 |
| | | | | | | 000098 Subtotal : | 2200.98 |
| 000117 / PHARMSCRIPT,LLC | 2141 | 09/22/21 | 2 | IN00664078 | 015018 | FEBRUARY | 42443.91 |
| | | | | | | 000117 Subtotal : | 42443.91 |
| 000119 / GEORGE MICHAELS | 2142 | 09/22/21 | 1 | 07/2021 | 015018 | JULY 2021 | 40.00 |
| | 2142 | 09/22/21 | 1 | 08/2021 | 015018 | AUGUST2021 | 40.00 |
| | 2142 | 09/22/21 | 1 | 09/2021 | 015018 | SEPTEMBER | 40.00 |
| | | | | | | 000119 Subtotal : | 120.00 |
| 000121 / RELIAS LLC | 2143 | 09/22/21 | 2 | SI-235135 | 015018 | APRIL2021 | 709.12 |
| | 2143 | 09/22/21 | 2 | SI-236887 | 015018 | APRIL 2021 | 2352.86 |
| | 2143 | 09/22/21 | 2 | SI-237788 | 015018 | MAY 2021 | 1635.57 |
| | 2143 | 09/22/21 | 2 | SI-242016 | 015018 | JUNE 2021 | 1635.57 |
| | 2143 | 09/22/21 | 2 | SI-246185 | 015018 | JULY 2021 | 1635.57 |
| | | | | | | 000121 Subtotal : | 7968.69 |
| 000134 / COLLEEN M. MELVILLE | 2144 | 09/22/21 | 1 | 09/2021 | 015018 | SEPTEMBER | 40.00 |
| | | | | | | 000134 Subtotal : | 40.00 |
| 000150 / HD SUPPLY FACILITIES MAINTENANCE | 2145 | 09/22/21 | 2 | 9191365185 | 015018 | | 312.00 |
| | | | | | | 000150 Subtotal : | 312.00 |
| 000169 / AETNA LIFE INSURANCE COMPANY | 2146 | 09/22/21 | 1 | 241965 | 015018 | AUGUST2021 | 251.05 |
| | | | | | | 000169 Subtotal : | 251.05 |
| 000174 / DIRECT SUPPLY, INC | 2147 | 09/22/21 | 2 | 29618685 | 015018 | | 498.42 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 09/01/21 to 09/30/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | 000174 Subtotal : | 498.42 |
| 000177 / DRB BENEFIT GROUP | 2148 | 09/22/21 | 2 | 5068 | 015018 | JULY2021 | 251.25 |
| | 2148 | 09/22/21 | 2 | 5069 | 015018 | AUGUST2021 | 255.00 |
| | | | | | | 000177 Subtotal : | 506.25 |
| 000192 / WHITE PLAINS HOSPITAL CENTER | 2149 | 09/22/21 | 1 | WS00671763 | 015018 | J.HENRY | 3.80 |
| | 2149 | 09/22/21 | 1 | WS00674703 | 015018 | L.WILLIAMS | 38.09 |
| | | | | | | 000192 Subtotal : | 41.89 |
| 000202 / DE LAGE LANDEN FINANCIAL SERVICES | 2150 | 09/22/21 | 1 | 73542702 | 015018 | 50258394 | 246.90 |
| | | | | | | 000202 Subtotal : | 246.90 |
| 000224 / WENDY DALLAS | 2151 | 09/22/21 | 1 | 08/2021 | 015018 | AUGUST2021 | 40.00 |
| | 2151 | 09/22/21 | 1 | 09/2021 | 015018 | SEPTEMBER | 40.00 |
| | | | | | | 000224 Subtotal : | 80.00 |
| 000231 / HOFMAN'S GLASS & STOREFRONT | 2152 | 09/22/21 | 2 | 2763 | 015018 | | 2734.13 |
| | | | | | | 000231 Subtotal : | 2734.13 |
| 000235 / NORTH SHORE HEM ONC | 2153 | 09/22/21 | 1 | EMM07311 | 015018 | J.TORO | 29.86 |
| | 2153 | 09/22/21 | 1 | EMM073111 | 015018 | J.TORO | 42.31 |
| | | | | | | 000235 Subtotal : | 72.17 |
| 000236 / NORTH SHORE LIJ MEDICAL | 2154 | 09/22/21 | 1 | P86158343 | 015018 | WILGERMEIN | 103.74 |
| | | | | | | 000236 Subtotal : | 103.74 |
| 000237 / NORTHERN WESTCHESTER HOSPITAL | 2155 | 09/22/21 | 1 | MN00667493 | 015018 | A.PERRI | 38.92 |
| | | | | | | 000237 Subtotal : | 38.92 |
| 000238 / LOU PATRICK ENTERTAINMENT | 2156 | 09/22/21 | 1 | 08042021 | 015018 | 8/4/2021 | 125.00 |
| | 2156 | 09/22/21 | 1 | 08252021 | 015018 | AUG252021 | 175.00 |
| | | | | | | 000238 Subtotal : | 300.00 |
| 000239 / MICHELLE COHEN | 2157 | 09/22/21 | 1 | 08082021 | 015018 | 8/8/2021 | 412.50 |
| | 2157 | 09/22/21 | 1 | 08202021 | 015018 | 8/15-8/20 | 1581.25 |
| | 2157 | 09/22/21 | 1 | 09022021 | 015018 | 9/2/2021 | 412.50 |
| | | | | | | 000239 Subtotal : | 2406.25 |
| 000240 / SUE LARSEN | 2158 | 09/22/21 | 1 | 08262021 | 015018 | 8/26/2021 | 125.00 |
| | | | | | | 000240 Subtotal : | 125.00 |
| 000233 / HUDSON VALLEY | 2159 | 09/23/21 | 2 | E04526 | 015021 | | 1389.80 |

### Epic Rehab and Nursing White Plains
### Complete Check Register
### Current and History Files, 09/01/21 to 09/30/21
### All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| DOOR & HARDWARE | | | | | | | 1389.80 |
| | | | | | | 000233 Subtotal : | 1389.80 |
| 000001 / HMM,CPAs LLP | 2160 | 09/28/21 | 2 | 18601 | 015029 | MARCH2021 | 3791.25 |
| | 2160 | 09/28/21 | 2 | 18636 | 015029 | DATA INPUT | 700.00 |
| | | | | | | 000001 Subtotal : | 4491.25 |
| 000028 / ANTHONY J. SALVATE M.D. | 2161 | 09/28/21 | 1 | 09/2021 | 015029 | SEPTEMBER | 3750.00 |
| | | | | | | 000028 Subtotal : | 3750.00 |
| 000071 / LONG TERM SOLUTIONS INC. | 2162 | 09/28/21 | 2 | 20872 | 015029 | JUNE 2021 | 1795.00 |
| | | | | | | 000071 Subtotal : | 1795.00 |
| 000074 / LANGUAGE FUNDAMENTALS | 2163 | 09/28/21 | 2 | 9517 | 015029 | 189.25 | 14572.25 |
| | | | | | | 000074 Subtotal : | 14572.25 |
| 000102 / GUARDIAN | 2164 | 09/28/21 | 1 | 09/2021 | 015029 | 00009 | 6146.50 |
| | | | | | | 000102 Subtotal : | 6146.50 |
| 000221 / DIMAPILIS DAUZ BUSINESS GROUP, LL | 2165 | 09/28/21 | 1 | 20210882 | 015029 | | 2272.50 |
| | 2165 | 09/28/21 | 1 | 219013 | 015029 | | 3585.00 |
| | | | | | | 000221 Subtotal : | 5857.50 |
| 000026 / NET HEALTH SYSTEMS, INC | 2168 | 09/28/21 | 2 | IN328957 | 015031 | MAY 2021 | 416.97 |
| | 2168 | 09/28/21 | 2 | IN344277 | 015031 | JUNE 2021 | 416.97 |
| | 2168 | 09/28/21 | 2 | IN359161 | 015031 | | 416.97 |
| | 2168 | 09/28/21 | 2 | IN376084 | 015031 | | 416.97 |
| | | | | | | 000026 Subtotal : | 1667.88 |
| 000062 / CHASE INK | 8332349 | 09/22/21 | N | 08/2021 | 015020 | 7/21-8/20 | 4134.61 |
| | | | | | | 000062 Subtotal : | 4134.61 |
| 000088 / HEALTH FACILITY ASSESSMENT FUND | 09172021 | 09/17/21 | N | 08/2021 | 014996 | C1297364 | 49736.00 |
| | | | | | | 000088 Subtotal : | 49736.00 |
| 000086 / LTC CONSULTING SERVICES | 09242021 | 09/24/21 | N | 18700 | 015053 | SEPTEMBER | 9600.00 |
| | | | | | | 000086 Subtotal : | 9600.00 |
| 000013 / MATRIXCARE INC. | 09272021 | 09/27/21 | N | INV5229520 | 015054 | SEPTEMBER | 3319.93 |
| | | | | | | 000013 Subtotal : | 3319.93 |
| | | Total For Check Account: | | 10112000 | | | 455696.73 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 09/01/21 to 09/30/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| **Checking Account:** 10114000 | | | | | | | |
| 000065 / PETTY CASH | 1021 | 09/22/21 | M | 09222021 | 015035 | SEPTEMBER | 584.21 |
| | | | | | | **000065 Subtotal :** | 584.21 |
| | | | **Total For Check Account:** | 10114000 | | | 584.21 |
| | | | | | | **Check Register Total :** | 456280.94 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 10/01/21 to 10/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|
| **Checking Account:** 10112000 | | | | | | |
| 000014 / INDENTOGO | 160 | 10/01/21 M | 10012021 | 015055 | | 102.00 |
| | | | | | 000014 Subtotal : | 102.00 |
| | 161 | 10/01/21 M | 10/1/2021 | 015055 | | 102.00 |
| | | | | | 000014 Subtotal : | 102.00 |
| | 162 | 10/01/21 M | 20211001 | 015055 | | 102.00 |
| | | | | | 000014 Subtotal : | 102.00 |
| | 163 | 10/06/21 M | 10062021 | 015055 | | 102.00 |
| | | | | | 000014 Subtotal : | 102.00 |
| | 164 | 10/06/21 M | 6102021 | 015055 | | 102.00 |
| | | | | | 000014 Subtotal : | 102.00 |
| 000252 / NEW YORK DEPT. OF HEALTH | 165 | 10/25/21 M | PFI0Y601 | 015113 | | 200.00 |
| | | | | | 000252 Subtotal : | 200.00 |
| 000251 / NEW YORK STATE DEPT. OF HEALTH | 167 | 10/25/21 M | 10252021 | 015113 03A3965 | | 100.00 |
| | | | | | 000251 Subtotal : | 100.00 |
| 000108 / EPIC WHITE PLAINS RESIDENT FUNDS | 169 | 10/31/21 M | 10/2021 | 015114 OCTOBER | | 1826.40 |
| | | | | | 000108 Subtotal : | 1826.40 |
| 000021 / ALBORO NATIONAL | 2166 | 10/01/21 2 | 6871 | 015030 | | 2263.89 |
| | 2166 | 10/01/21 2 | 6907 | 015030 | | 2388.28 |
| | 2166 | 10/01/21 2 | 6939 | 015030 | | 2263.89 |
| | 2166 | 10/01/21 2 | 6973 | 015030 | | 2263.89 |
| | | | | | 000021 Subtotal : | 9179.95 |
| 000040 / METLIFE GROUP BENEFITS | 2167 | 10/01/21 2 | 10/2021 | 015030 00009 | | 831.46 |
| | | | | | 000040 Subtotal : | 831.46 |
| 000007 / VERIZON | 2169 | 10/04/21 1 | 09202021 | 015041 9149494569 | | 1213.34 |
| | | | | | 000007 Subtotal : | 1213.34 |
| 000033 / ATLANTIC A PROGRAM OF DE LAGE | 2170 | 10/04/21 1 | 73968357 | 015041 50034540 | | 897.84 |
| | | | | | 000033 Subtotal : | 897.84 |
| 000094 / AETNA | 2171 | 10/04/21 1 | 09/2021 | 015041 0837189 | | 16203.39 |
| | 2171 | 10/04/21 1 | 7/2021 | 015041 COMMISSION | | 190.03 |
| | | | | | 000094 Subtotal : | 16393.42 |
| 000172 / PIERRE NOEL | 2172 | 10/04/21 1 | 09232021 | 015041 TRAVEL | | 317.23 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | **000172 Subtotal :** | 317.23 |
| 000202 / DE LAGE LANDEN FINANCIAL SERVICES | 2173 | 10/04/21 | 1 | 73925406 | 015041 | 50258394 | 246.90 |
| | | | | | | **000202 Subtotal :** | 246.90 |
| 000239 / MICHELLE COHEN | 2174 | 10/04/21 | 1 | 09122021 | 015041 | SEPT.12TH | 412.50 |
| | 2174 | 10/04/21 | 1 | 09262021 | 015041 | SEPT26TH | 412.50 |
| | | | | | | **000239 Subtotal :** | 825.00 |
| 000241 / SG REHAB.,INC | 2175 | 10/04/21 | 1 | 09242021 | 015041 | SEPT242021 | 206.25 |
| | | | | | | **000241 Subtotal :** | 206.25 |
| 000242 / GEM MEDICAL DISTRIBUTORS | 2176 | 10/05/21 | 1 | 237 | 015043 | RAPIDTEST | 6032.68 |
| | | | | | | **000242 Subtotal :** | 6032.68 |
| 000034 / ALLSTATE MEDICAL | 2177 | 10/08/21 | 2 | 0329213-IN | 015044 | | 75.26 |
| | 2177 | 10/08/21 | 2 | 0329226-IN | 015044 | | 226.93 |
| | 2177 | 10/08/21 | 2 | 0329646-IN | 015044 | | 286.11 |
| | 2177 | 10/08/21 | 2 | 0329683-IN | 015044 | WHEELCHAIR | 1446.81 |
| | | | | | | **000034 Subtotal :** | 2035.11 |
| 000047 / SUBURBAN CARTING CO. | 2178 | 10/08/21 | 2 | 788250 | 015044 | JULY 2021 | 5961.36 |
| | | | | | | **000047 Subtotal :** | 5961.36 |
| 000140 / NEXUS HEALTH RESOURCES, INC. | 2179 | 10/08/21 | 2 | 1796 | 015044 | JUNE 2021 | 148.70 |
| | 2179 | 10/08/21 | 2 | 1815 | 015044 | JULY 2021 | 129.50 |
| | 2179 | 10/08/21 | 2 | 1839 | 015044 | AUGUST2021 | 1129.50 |
| | 2179 | 10/08/21 | 2 | 1861 | 015044 | | 147.65 |
| | | | | | | **000140 Subtotal :** | 1555.35 |
| 000001 / HMM,CPAs LLP | 2180 | 10/13/21 | 1 | 16662 | 015049 | 1585 | 500.00 |
| | | | | | | **000001 Subtotal :** | 500.00 |
| 000010 / CON EDISON | 2181 | 10/14/21 | 1 | 09032021 | 015057 | 9/3-10/5 | 27801.37 |
| | | | | | | **000010 Subtotal :** | 27801.37 |
| 000011 / CON EDISON | 2182 | 10/14/21 | 1 | 09032021 | 015057 | 9/3-10/5 | 2613.85 |
| | | | | | | **000011 Subtotal :** | 2613.85 |
| 000025 / GERIMEDIX, INC. | 2183 | 10/14/21 | 2 | 1196977-IN | 015057 | | 3184.06 |
| | 2183 | 10/14/21 | 2 | 1198001-IN | 015057 | | 2639.74 |
| | 2183 | 10/14/21 | 2 | 1199210-IN | 015057 | | 5781.35 |
| | 2183 | 10/14/21 | 2 | 1199211-IN | 015057 | | 92.31 |
| | 2183 | 10/14/21 | 2 | 1199212-IN | 015057 | | 50.40 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 10/01/21 to 10/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|
| | 2183 | 10/14/21 2 | 1200650-IN | 015057 | | 2615.22 |
| | 2183 | 10/14/21 2 | 1202002-IN | 015057 | | 2700.11 |
| | 2183 | 10/14/21 2 | 1202003-IN | 015057 | | 7.48 |
| | 2183 | 10/14/21 2 | 1202004-IN | 015057 | | 40.58 |
| | 2183 | 10/14/21 2 | 1202005-IN | 015057 | | 18.12 |
| | 2183 | 10/14/21 2 | 1203592-IN | 015057 | | 3137.15 |
| | | | | | 000025 Subtotal : | 20266.52 |
| 000089 / UPS | 2184 | 10/14/21 1 | 7Y0524381 | 015057 | | 24.80 |
| | | | | | 000089 Subtotal : | 24.80 |
| 000092 / PURCHASE POWER | 2185 | 10/14/21 1 | 09222021 | 015057 | | 450.55 |
| | | | | | 000092 Subtotal : | 450.55 |
| 000119 / GEORGE MICHAELS | 2186 | 10/14/21 1 | 10082021 | 015057 EXPENSE | | 1317.27 |
| | | | | | 000119 Subtotal : | 1317.27 |
| 000124 / MAJESTIC AWNING & SIGN | 2187 | 10/14/21 1 | 129696 | 015057 REPAIR | | 1059.41 |
| | | | | | 000124 Subtotal : | 1059.41 |
| 000239 / MICHELLE COHEN | 2188 | 10/14/21 1 | 10032021 | 015057 OCT3RD2021 | | 412.50 |
| | | | | | 000239 Subtotal : | 412.50 |
| 000244 / RABBI TAMAR CRYSTAL | 2189 | 10/14/21 1 | 09102021 | 015057 ROSHHASHAN | | 200.00 |
| | | | | | 000244 Subtotal : | 200.00 |
| 000245 / JOHNNY DARE MUSIC LTD | 2190 | 10/14/21 1 | 09292021 | 015057 SEPT29TH | | 150.00 |
| | | | | | 000245 Subtotal : | 150.00 |
| 000019 / DYNALINK COMMUNICATIONS | 2191 | 10/18/21 2 | 427901 | 015063 OCTOBER | | 2216.91 |
| | | | | | 000019 Subtotal : | 2216.91 |
| 000026 / NET HEALTH SYSTEMS, INC | 2192 | 10/18/21 2 | IN391818 | 015063 SEPTEMBER | | 416.97 |
| | | | | | 000026 Subtotal : | 416.97 |
| 000089 / UPS | 2193 | 10/18/21 1 | 7Y0524411 | 015063 | | 17.15 |
| | | | | | 000089 Subtotal : | 17.15 |
| 000039 / OPTIMUM | 2194 | 10/21/21 1 | 10/2021 | 015073 10/8-11/7 | | 3065.13 |
| | | | | | 000039 Subtotal : | 3065.13 |
| 000055 / ACUTE CARE GASES | 2196 | 10/21/21 2 | 31189 | 015073 | | 47.50 |
| | 2196 | 10/21/21 2 | 31355 | 015073 | | 40.00 |
| | 2196 | 10/21/21 2 | 31520 | 015073 | | 32.50 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2196 | 10/21/21 | 2 | 31657 | 015073 | | 57.50 |
| | 2196 | 10/21/21 | 2 | 31927 | 015073 | | 50.00 |
| | 2196 | 10/21/21 | 2 | 32028 | 015073 | | 400.00 |
| | 2196 | 10/21/21 | 2 | 32098 | 015073 | | 175.00 |
| | 2196 | 10/21/21 | 2 | 32168 | 015073 | | 115.00 |
| | 2196 | 10/21/21 | 2 | 32282 | 015073 | | 175.00 |
| | 2196 | 10/21/21 | 2 | 32297 | 015073 | | 145.00 |
| | 2196 | 10/21/21 | 2 | 32459 | 015073 | | 90.00 |
| | 2196 | 10/21/21 | 2 | 32609 | 015073 | | 115.00 |
| | 2196 | 10/21/21 | 2 | 32802 | 015073 | | 80.00 |
| | 2196 | 10/21/21 | 2 | R19949 | 015073 | RENTALS | 76.26 |
| | 2196 | 10/21/21 | 2 | R19950 | 015073 | RENTALS | 254.82 |
| | 2196 | 10/21/21 | 2 | R19951 | 015073 | RENTALS | 76.26 |
| | 2196 | 10/21/21 | 2 | R19952 | 015073 | RENTALS | 230.16 |
| | 2196 | 10/21/21 | 2 | R20519 | 015073 | RENTALS | 125.85 |
| | 2196 | 10/21/21 | 2 | R20520 | 015073 | RENTALS | 73.80 |
| | 2196 | 10/21/21 | 2 | R20521 | 015073 | RENTALS | 49.32 |
| | 2196 | 10/21/21 | 2 | R20522 | 015073 | RENTALS | 246.60 |
| | 2196 | 10/21/21 | 2 | R20523 | 015073 | RENTALS | 73.80 |
| | 2196 | 10/21/21 | 2 | R20524 | 015073 | RENTALS | 246.60 |
| | 2196 | 10/21/21 | 2 | R20525 | 015073 | RENTALS | 56.70 |
| | | | | | | 000055 Subtotal : | 3032.67 |
| 000143 / MASSIVE DBA BLACK SEA TRANSPORTAT | 2197 | 10/21/21 | 2 | 210630 | 015073 | JUNE2021 | 785.00 |
| | 2197 | 10/21/21 | 2 | 210731 | 015073 | JULY 2021 | 1520.00 |
| | 2197 | 10/21/21 | 2 | 210930 | 015073 | AUG-SEPT | 2280.00 |
| | | | | | | 000143 Subtotal : | 4585.00 |
| 000183 / GRAINGER | 2198 | 10/21/21 | 2 | 9009037970 | 015073 | | 282.55 |
| | 2198 | 10/21/21 | 2 | 9023199608 | 015073 | | 531.74 |
| | 2198 | 10/21/21 | 2 | 9026533837 | 015073 | | 58.78 |
| | 2198 | 10/21/21 | 2 | 9036503903 | 015073 | | 158.29 |
| | | | | | | 000183 Subtotal : | 1031.36 |
| 000184 / MEMIC INDEMNITY COMPANY | 2199 | 10/21/21 | 2 | 07182021 | 015073 | 3102805596 | 12031.90 |
| | | | | | | 000184 Subtotal : | 12031.90 |
| 000234 / RICHARD GREENOP | 2200 | 10/21/21 | 1 | 07292021 | 015073 | JULY29TH | 125.00 |
| | | | | | | 000234 Subtotal : | 125.00 |
| 000238 / LOU PATRICK ENTERTAINMENT | 2201 | 10/21/21 | 1 | 09022021 | 015073 | SEPT2ND | 175.00 |

Page:   5
Date:   11/10/21 at 5:25 PM

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 10/01/21 to 10/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2201 | 10/21/21 | 1 | 09152021 | 015073 | SEPT15TH | 175.00 |
| | 2201 | 10/21/21 | 1 | 09222021 | 015073 | SEPT 22ND | 175.00 |
| | | | | | | **000238 Subtotal :** | 525.00 |
| 000247 / DEUCES WILD ENTERTAINMENT | 2202 | 10/21/21 | 1 | 08042021 | 015073 | AUG.4TH | 125.00 |
| | 2202 | 10/21/21 | 1 | 08132021 | 015073 | AUG.13TH | 175.00 |
| | 2202 | 10/21/21 | 1 | 08182021 | 015073 | AUG.18TH | 175.00 |
| | 2202 | 10/21/21 | 1 | 09082021 | 015073 | SESPT8TH | 175.00 |
| | | | | | | **000247 Subtotal :** | 650.00 |
| 000248 / GERARD CORBETT | 2203 | 10/21/21 | 1 | 09302021 | 015073 | SEPT.30TH | 125.00 |
| | | | | | | **000248 Subtotal :** | 125.00 |
| 000113 / APPROVED STORAGE & WASTE HAULING, | 2204 | 10/21/21 | 2 | 180707 | 015077 | MAY 2021 | 59.61 |
| | 2204 | 10/21/21 | 2 | 184557 | 015077 | JUNE 2021 | 103.50 |
| | 2204 | 10/21/21 | 2 | 190548 | 015077 | AUGUST2021 | 63.47 |
| | | | | | | **000113 Subtotal :** | 226.58 |
| 000034 / ALLSTATE MEDICAL | 2208 | 10/21/21 | 2 | 0328478-IN | 015080 | RAILS | 4790.18 |
| | 2208 | 10/21/21 | 2 | 0329775-IN | 015080 | | 380.05 |
| | 2208 | 10/21/21 | 2 | 0329968-IN | 015080 | | 253.06 |
| | 2208 | 10/21/21 | 2 | 0330411-IN | 015080 | | 550.55 |
| | 2208 | 10/21/21 | 2 | 0330606-IN | 015080 | | 399.91 |
| | 2208 | 10/21/21 | 2 | 0331279-IN | 015080 | | 921.19 |
| | 2208 | 10/21/21 | 2 | 0331674-IN | 015080 | | 692.46 |
| | 2208 | 10/21/21 | 2 | 0331718-IN | 015080 | | 910.35 |
| | 2208 | 10/21/21 | 2 | 0331770-IN | 015080 | | 795.69 |
| | 2208 | 10/21/21 | 2 | 0331926-IN | 015080 | | 383.65 |
| | 2208 | 10/21/21 | 2 | 0332247-IN | 015080 | | 516.95 |
| | 2208 | 10/21/21 | 2 | 0332286-IN | 015080 | | 305.62 |
| | 2208 | 10/21/21 | 2 | 0332324-IN | 015080 | | 386.22 |
| | 2208 | 10/21/21 | 2 | 0332397-IN | 015080 | | 175.57 |
| | 2208 | 10/21/21 | 2 | 0332856-IN | 015080 | | 87.68 |
| | 2208 | 10/21/21 | 2 | 0333012-IN | 015080 | REHAB | 189.55 |
| | 2208 | 10/21/21 | 2 | 0333121-IN | 015080 | | 108.38 |
| | 2208 | 10/21/21 | 2 | 0337206-IN | 015080 | | 621.70 |
| | 2208 | 10/21/21 | 2 | 0337420-IN | 015080 | | 104.59 |
| | 2208 | 10/21/21 | 2 | 0337763-IN | 015080 | | 37.82 |
| | 2208 | 10/21/21 | 2 | 0338815-IN | 015080 | | 172.87 |
| | 2208 | 10/21/21 | 2 | 0338862-IN | 015080 | | 7785.66 |
| | 2208 | 10/21/21 | 2 | 0339138-IN | 015080 | | 197.25 |
| | 2208 | 10/21/21 | 2 | 0339255-IN | 015080 | | 169.81 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2208 | 10/21/21 | 2 | 0339574-IN | 015080 | | 113.32 |
| | 2208 | 10/21/21 | 2 | 0339877-IN | 015080 | WHEELCHAIR | 883.25 |
| | 2208 | 10/21/21 | 2 | 0340260-IN | 015080 | | 73.97 |
| | 2208 | 10/21/21 | 2 | 0340317-IN | 015080 | | 80.20 |
| | 2208 | 10/21/21 | 2 | 0340439-IN | 015080 | | 221.09 |
| | 2208 | 10/21/21 | 2 | 0340545-IN | 015080 | WHEELCHAIR | 1536.76 |
| | 2208 | 10/21/21 | 2 | 0340907-IN | 015080 | | 234.09 |
| | 2208 | 10/21/21 | 2 | 0340955-IN | 015080 | | 583.27 |
| | 2208 | 10/21/21 | 2 | 0341203-IN | 015080 | WHEELCHAIR | 2996.57 |
| | 2208 | 10/21/21 | 2 | 0341316-IN | 015080 | | 275.27 |
| | 2208 | 10/21/21 | 2 | 0341852-IN | 015080 | | 977.55 |
| | 2208 | 10/21/21 | 2 | 0342218-IN | 015080 | | 99.17 |
| | 2208 | 10/21/21 | 2 | 0342245-IN | 015080 | | 35.71 |
| | 2208 | 10/21/21 | 2 | 0342485-IN | 015080 | | 80.20 |
| | 2208 | 10/21/21 | 2 | 0342833-IN | 015080 | | 1012.28 |
| | 2208 | 10/21/21 | 2 | 0342835-IN | 015080 | | 15.12 |
| | 2208 | 10/21/21 | 2 | 0343247-IN | 015080 | | 222.17 |
| | 2208 | 10/21/21 | 2 | 0343717-IN | 015080 | | 149.56 |
| | 2208 | 10/21/21 | 2 | 0343962-IN | 015080 | BEDSPREAD | 3373.72 |
| | 2208 | 10/21/21 | 2 | 0344222-IN | 015080 | | 124.51 |
| | 2208 | 10/21/21 | 2 | 0344331-IN | 015080 | | 329.95 |
| | 2208 | 10/21/21 | 2 | 0344390-IN | 015080 | | 268.83 |
| | 2208 | 10/21/21 | 2 | 0344645-IN | 015080 | | 281.78 |
| | 2208 | 10/21/21 | 2 | 0344970-IN | 015080 | | 185.87 |
| | | | | | | **000034 Subtotal :** | 35090.97 |
| 000155 / MEDFIRST STAFFING SERVICES, INC. | 2210 | 10/21/21 | 2 | 1058 | 015080 | 3/1-3/7 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1059 | 015080 | 3/8-3/14 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1060 | 015080 | 3/15-3/21 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1061 | 015080 | 3/22-3/28 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1062 | 015080 | 3/29-4/4 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1063 | 015080 | 4/5-4/11 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1064 | 015080 | 4/12-4/18 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1065 | 015080 | 4/19-4/25 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1066 | 015080 | 4/27-5/2 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1067 | 015080 | 5/3-5/9 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1068 | 015080 | 5/10-5/16 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1069 | 015080 | 5/17-5/23 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1070 | 015080 | 5/24-5/30 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1071 | 015080 | 5/31-6/6 | 2500.00 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prty | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| | 2210 | 10/21/21 | 2 | 1072 | 015080 | 6/7-6/13 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1073 | 015080 | 6/14-6/20 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1074 | 015080 | 6/21-6/27 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1075 | 015080 | 6/28-7/4 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1076 | 015080 | 7/5-7/11 | 2500.00 |
| | 2210 | 10/21/21 | 2 | 1077 | 015080 | 7/12-7/18 | 2500.00 |
| | | | | | | 000155 Subtotal : | 50000.00 |
| 000193 / MICHELMAN & ROBINSON, LLP | 2211 | 10/21/21 | 2 | 167703 | 015080 | SEPT.2020 | 26524.00 |
| | 2211 | 10/21/21 | 2 | 168460 | 015080 | OCT.2020 | 23476.00 |
| | | | | | | 000193 Subtotal : | 50000.00 |
| | 2212 | 10/22/21 | 2 | 168460 | 015081 | OCT.2020 | 35539.00 |
| | 2212 | 10/22/21 | 2 | 169306 | 015081 | NOV.2020 | 14461.00 |
| | | | | | | 000193 Subtotal : | 50000.00 |
| 000018 / MEDLINE INDUSTRIES, INC. | 2214 | 10/25/21 | 2 | 1947292873 | 015085 | | 214.00 |
| | 2214 | 10/25/21 | 2 | 1947292875 | 015085 | | 82.89 |
| | 2214 | 10/25/21 | 2 | 1947292876 | 015085 | | 12.90 |
| | 2214 | 10/25/21 | 2 | 1947447752 | 015085 | | 2001.23 |
| | 2214 | 10/25/21 | 2 | 1947447759 | 015085 | | 455.86 |
| | 2214 | 10/25/21 | 2 | 1947447763 | 015085 | | 398.39 |
| | 2214 | 10/25/21 | 2 | 1947447766 | 015085 | | 12.90 |
| | 2214 | 10/25/21 | 2 | 1947634823 | 015085 | | 345.61 |
| | 2214 | 10/25/21 | 2 | 1948492972 | 015085 | | 345.61 |
| | 2214 | 10/25/21 | 2 | 1948744846 | 015085 | | 569.51 |
| | 2214 | 10/25/21 | 2 | 1948744848 | 015085 | | 147.66 |
| | 2214 | 10/25/21 | 2 | 1948890411 | 015085 | | 1211.92 |
| | 2214 | 10/25/21 | 2 | 1948890412 | 015085 | | 52.32 |
| | 2214 | 10/25/21 | 2 | 1948890413 | 015085 | | 57.29 |
| | 2214 | 10/25/21 | 2 | 1948923867 | 015085 | | 111.60 |
| | 2214 | 10/25/21 | 2 | 1949063214 | 015085 | | 71.96 |
| | 2214 | 10/25/21 | 2 | 1949063215 | 015085 | | 173.67 |
| | 2214 | 10/25/21 | 2 | 1949396441 | 015085 | | 1266.69 |
| | 2214 | 10/25/21 | 2 | 1949396443 | 015085 | | 12.90 |
| | 2214 | 10/25/21 | 2 | 1949459325 | 015085 | | 1601.03 |
| | 2214 | 10/25/21 | 2 | 1950043074 | 015085 | | 928.11 |
| | 2214 | 10/25/21 | 2 | 1950732032 | 015085 | | 220.22 |
| | 2214 | 10/25/21 | 2 | 1951662608 | 015085 | | 628.28 |
| | 2214 | 10/25/21 | 2 | 1953520673 | 015085 | | 58.08 |
| | | | | | | 000018 Subtotal : | 10980.63 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 000185 / CONDRA AND ASSOCIATES | 2215 | 10/25/21 | 1 | 09222021 | 015085 | PHASE#3 | 7500.00 |
| | | | | | | 000185 Subtotal : | 7500.00 |
| 000102 / GUARDIAN | 2216 | 10/26/21 | 1 | 10/2021 | 015087 | 00009 | 5574.18 |
| | | | | | | 000102 Subtotal : | 5574.18 |
| 000136 / DAILY NEWS | 2217 | 10/26/21 | 2 | 08252021 | 015087 | | 259.83 |
| | | | | | | 000136 Subtotal : | 259.83 |
| 000001 / HMM,CPAs LLP | 2219 | 10/26/21 | 2 | 18681 | 015089 | MAY 2021 | 5000.00 |
| | | | | | | 000001 Subtotal : | 5000.00 |
| | 2221 | 10/27/21 | 2 | 18857 | 015096 | | 2507.50 |
| | 2221 | 10/27/21 | 2 | 19262 | 015096 | MAY 2021 | 2242.50 |
| | | | | | | 000001 Subtotal : | 4750.00 |
| 000023 / SULLIVAN COUNTY LABS | 2222 | 10/27/21 | 2 | 0000038444 | 015096 | 7/23/2021 | 945.00 |
| | | | | | | 000023 Subtotal : | 945.00 |
| 000042 / SHELTERPOINT LIFE | 2223 | 10/27/21 | 2 | 7-9-2021 | 015096 | JULY-SEPT | 16274.23 |
| | | | | | | 000042 Subtotal : | 16274.23 |
| 000168 / WESTCHESTER MEDICAL CENTER | 2224 | 10/27/21 | 2 | 0000567127 | 015096 | T.POWRIE | 78.46 |
| | 2224 | 10/27/21 | 2 | 0000995340 | 015096 | DELLAPENA | 115.18 |
| | | | | | | 000168 Subtotal : | 193.64 |
| 000169 / AETNA LIFE INSURANCE COMPANY | 2225 | 10/27/21 | 2 | 242282 | 015096 | SEPTEMBER | 251.05 |
| | | | | | | 000169 Subtotal : | 251.05 |
| 000177 / DRB BENEFIT GROUP | 2226 | 10/27/21 | 2 | 5075 | 015096 | SEPTEMBER | 255.00 |
| | | | | | | 000177 Subtotal : | 255.00 |
| 000191 / WESTMED MEDICAL GROUP P.C. | 2227 | 10/27/21 | 2 | W22393008 | 015096 | B.SIMPSON | 437.93 |
| | | | | | | 000191 Subtotal : | 437.93 |
| 000192 / WHITE PLAINS HOSPITAL CENTER | 2228 | 10/27/21 | 2 | W000150496 | 015096 | T.SMITH | 1435.88 |
| | | | | | | 000192 Subtotal : | 1435.88 |
| 000196 / GOODHIRE | 2229 | 10/27/21 | 2 | 09473007 | 015096 | AUGUST2021 | 211.04 |
| | | | | | | 000196 Subtotal : | 211.04 |
| 000225 / K PILLAY CORP. | 2230 | 10/27/21 | 1 | 10162021 | 015096 | OCT.16TH | 412.50 |
| | 2230 | 10/27/21 | 1 | 10242021 | 015096 | OCT.24TH | 412.50 |
| | | | | | | 000225 Subtotal : | 825.00 |

Epic Rehab and Nursing White Plains
Complete Check Register
Current and History Files, 10/01/21 to 10/31/21
All Accounts, Sessions 000000 to 015133 All Checks

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 000228 / AFLAC | 2231 | 10/27/21 | 2 | 813495 | 015096 | SEPTEMBER | 3133.74 |
| | | | | | | 000228 Subtotal : | 3133.74 |
| 000236 / NORTH SHORE LIJ MEDICAL | 2232 | 10/27/21 | 2 | P91528683 | 015096 | WILGERMEIN | 10.44 |
| | | | | | | 000236 Subtotal : | 10.44 |
| 000239 / MICHELLE COHEN | 2233 | 10/27/21 | 1 | 10172021 | 015096 | OCT.17TH | 412.50 |
| | 2233 | 10/27/21 | 1 | 10242021 | 015096 | OCT.24TH | 412.50 |
| | | | | | | 000239 Subtotal : | 825.00 |
| 000243 / COLUMBIADOCTORS | 2234 | 10/27/21 | 2 | 1224563283 | 015096 | J.VOLPE | 61.87 |
| | 2234 | 10/27/21 | 2 | 1255502530 | 015096 | PLOTKIN | 39.38 |
| | 2234 | 10/27/21 | 2 | 1257182050 | 015096 | J.VOLPE | 44.30 |
| | | | | | | 000243 Subtotal : | 145.55 |
| 000246 / CERAMICS F & S | 2235 | 10/27/21 | 2 | 0000075 | 015096 | COUNTERTOP | 300.00 |
| | | | | | | 000246 Subtotal : | 300.00 |
| 000249 / KAYLADOSCOPE INC. | 2236 | 10/27/21 | 1 | 10/11-15 | 015096 | OCT11-15TH | 1295.00 |
| | 2236 | 10/27/21 | 1 | 10/18-21 | 015096 | OCT18-21 | 787.50 |
| | | | | | | 000249 Subtotal : | 2082.50 |
| 000119 / GEORGE MICHAELS | 2237 | 10/27/21 | 1 | 10/2021 | 015098 | OCTOBER | 40.00 |
| | | | | | | 000119 Subtotal : | 40.00 |
| 000134 / COLLEEN M. MELVILLE | 2238 | 10/27/21 | 1 | 10/2021 | 015098 | OCTOBER | 40.00 |
| | | | | | | 000134 Subtotal : | 40.00 |
| 000224 / WENDY DALLAS | 2239 | 10/27/21 | 1 | 10/2021 | 015098 | OCTOBER | 40.00 |
| | | | | | | 000224 Subtotal : | 40.00 |
| 000007 / VERIZON | 2240 | 10/28/21 | 1 | 10202021 | 015102 | 9149494569 | 1230.83 |
| | | | | | | 000007 Subtotal : | 1230.83 |
| 000017 / GREATAMERICA FINANCIAL SERVICES | 2241 | 10/28/21 | 1 | 30262103 | 015102 | 1462589000 | 184.99 |
| | | | | | | 000017 Subtotal : | 184.99 |
| 000089 / UPS | 2242 | 10/28/21 | 1 | 7Y0524421 | 015102 | | 18.64 |
| | | | | | | 000089 Subtotal : | 18.64 |
| 000177 / DRB BENEFIT GROUP | 2243 | 10/28/21 | 1 | 5079 | 015102 | OCTOBER | 262.50 |
| | | | | | | 000177 Subtotal : | 262.50 |
| 000202 / DE LAGE LANDEN FINANCIAL SERVICES | 2244 | 10/28/21 | 1 | 74254271 | 015102 | 50258394 | 236.11 |
| | | | | | | 000202 Subtotal : | 236.11 |

**Epic Rehab and Nursing White Plains**
**Complete Check Register**
**Current and History Files, 10/01/21 to 10/31/21**
**All Accounts, Sessions 000000 to 015133 All Checks**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 000228 / AFLAC | 2245 | 10/28/21 | 1 | 833710 | 015102 | OCTOBER | 3206.58 |
| | | | | | | 000228 Subtotal : | 3206.58 |
| 000117 / PHARMSCRIPT,LLC | 2246 | 10/28/21 | 2 | 000676636 | 015103 | *V 10/28/21 | 36904.50 |
| | | | | | | 000117 Subtotal : | 0.00 |
| | 2247 | 10/28/21 | 2 | IN00599716 | 015105 | MARCH2021 | 18673.64 |
| | | | | | | 000117 Subtotal : | 18673.64 |
| 000094 / AETNA | 2248 | 10/28/21 | 1 | 10/2021 | 015107 | 0837189 | 25746.81 |
| | | | | | | 000094 Subtotal : | 25746.81 |
| 000069 / CENTRAL CARE SOLUTIONS | 2249 | 10/28/21 | 2 | 46690 | 015108 | AUGUSTPPD | 40921.20 |
| | | | | | | 000069 Subtotal : | 40921.20 |
| 000088 / HEALTH FACILITY ASSESSMENT FUND | 10192021 | 10/19/21 | N | 09/2021 | 015082 | C1302561 | 46480.00 |
| | | | | | | 000088 Subtotal : | 46480.00 |
| 000086 / LTC CONSULTING SERVICES | 10212021 | 10/21/21 | N | 18971 | 015112 | OCTOBER | 9600.00 |
| | | | | | | 000086 Subtotal : | 9600.00 |
| 000013 / MATRIXCARE INC. | 10252021 | 10/25/21 | N | INV5236752 | 015110 | OCTOBER | 3319.93 |
| | | | | | | 000013 Subtotal : | 3319.93 |
| | | Total For Check Account: | | 10112000 | | | 527660.07 |

**Checking Account:        10114000**

| Payment / Vendor Information | Check | Ck Date | Prity | Invoice | Session | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 000065 / PETTY CASH | 1022 | 10/15/21 | M | 10152021 | 015091 | | 576.58 |
| | | | | | | 000065 Subtotal : | 576.58 |
| | | Total For Check Account: | | 10114000 | | | 576.58 |
| | | | | | | Check Register Total : | 528236.65 |

# <u>Exhibit B</u>

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2020 to 2020**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
| 20137000 | | | Due to/from Waters Edge | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | $ | 5,796.16 |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 1,426.46 | $ | 0.00 | | $ | 7,222.62 |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,009.51 | $ | 0.00 | | $ | 9,232.13 |
| 12/31/20 | GL | | Reverse 12/19 interco- not on WE books | 000360 | 000360 | $ | 98.89 | $ | 0.00 | | $ | 9,331.02 |
| **Account Total:** | | | | | | | | | | | | |
| Begin. Bal. : | $ | 5,796.16 | Net Change: | $ | 3,534.86 | $ | 3,534.86 | $ | 0.00 | | $ | 9,331.02 |
| 20137200 | | | Due to/from EPIC Management | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | ($ | 22,600.86) |
| 12/31/20 | GL | | Record nterco trfs | 000328 | 000328 | $ | 0.00 | $ | 199.54 | | ($ | 22,800.40) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 194.85 | $ | 0.00 | | ($ | 22,605.55) |
| 12/31/20 | GL | | Record Epic interco 5-19 | 000358 | 000358 | $ | 0.00 | $ | 301.68 | | ($ | 22,907.23) |
| **Account Total:** | | | | | | | | | | | | |
| Begin. Bal. : | ($ | 22,600.86) | Net Change: | ($ | 306.37) | $ | 194.85 | $ | 501.22 | | ($ | 22,907.23) |
| 20137300 | | | Due to/from EPIC Senior | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | ($ | 173,343.60) |
| 11/30/20 | GL | | Record interco trfs | 000305 | 000305 | $ | 0.00 | $ | 224.00 | | ($ | 173,567.60) |
| **Account Total:** | | | | | | | | | | | | |
| Begin. Bal. : | ($ | 173,343.60) | Net Change: | ($ | 224.00) | $ | 0.00 | $ | 224.00 | | ($ | 173,567.60) |
| 20137500 | | | Due to/from Salem Hills | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | ($ | 93,482.66) |
| 11/30/20 | GL | | Record nov health ins adj | 000306 | 000306 | $ | 0.00 | $ | 30,000.00 | | ($ | 123,482.66) |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 1,426.46 | $ | 0.00 | | ($ | 122,056.20) |
| 11/30/20 | GL | | Record SH interco- C. Bockis | 000315 | 000315 | $ | 0.00 | $ | 170.17 | | ($ | 122,226.37) |
| 11/30/20 | GL | | Record SH interco- L. O'Connor | 000315 | 000315 | $ | 0.00 | $ | 120.12 | | ($ | 122,346.49) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,009.56 | $ | 0.00 | | ($ | 120,336.93) |
| 12/31/20 | GL | | AJE#14 adj and record prior yr interco | 000412 | 000412 | $ | 2,538.48 | $ | 0.00 | | ($ | 117,798.45) |
| **Account Total:** | | | | | | | | | | | | |
| Begin. Bal. : | ($ | 93,482.66) | Net Change: | ($ | 24,315.79) | $ | 5,974.50 | $ | 30,290.29 | | ($ | 117,798.45) |
| 20138000 | | | Due to/from SkyView | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | ($ | 8,711,075.25) |
| 11/30/20 | GL | | Record interco trfs | 000305 | 000305 | $ | 20,000.00 | $ | 0.00 | | ($ | 8,691,075.25) |
| 11/30/20 | GL | | Record interco trfs | 000305 | 000305 | $ | 745.09 | $ | 0.00 | | ($ | 8,690,330.16) |
| 11/30/20 | GL | | Record skyview interco | 000306 | 000306 | $ | 0.00 | $ | 1,950.62 | | ($ | 8,692,280.78) |
| 11/30/20 | GL | | Record skyview interco | 000306 | 000306 | $ | 0.00 | $ | 4,296.87 | | ($ | 8,696,577.65) |
| 11/30/20 | GL | | Record skyview interco | 000306 | 000306 | $ | 0.00 | $ | 7,291.88 | | ($ | 8,703,869.53) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2020 to 2020**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | Ending Bal. |
| 11/30/20 | GL | | Record Nov cash receipts | 000309 | 000309 | $ | 0.00 | $ | 58,000.00 | $ | 8,761,869.53 |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 10,276.46 | $ | 0.00 | ($ | 8,751,593.07) |
| 12/31/20 | GL | | Record Skyview interco-masks, face shields, gowns | 000323 | 000323 | $ | 0.00 | $ | 20,208.03 | $ | 8,771,801.10) |
| 12/31/20 | GL | | Record Skyview interco- Nov | 000323 | 000323 | $ | 0.00 | $ | 11,397.98 | $ | 8,783,199.08) |
| 12/31/20 | GL | | Record interco trfs | 000328 | 000328 | $ | 167,000.00 | $ | 0.00 | ($ | 8,616,199.08) |
| 12/31/20 | GL | | Record Dec cash receipts | 000329 | 000329 | $ | 0.00 | $ | 190,000.00 | ($ | 8,806,199.08) |
| 12/31/20 | GL | | Record Dec health ins adj | 000330 | 000330 | $ | 0.00 | $ | 25,000.00 | $ | 8,831,199.08) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,609.56 | $ | 0.00 | $ | 8,828,589.52) |
| 12/31/20 | GL | | Record Skyview Dec interco | 000336 | 000336 | $ | 0.00 | $ | 1,880.28 | $ | 8,830,469.80) |
| **Account Total:** | | | | | | | | | | | |

| | Begin. Bal. : | ($ | 8,711,075.25) | Net Change: | ($ | 119,394.55) | $ | 200,631.11 | $ | 320,025.66 | ($ | 8,830,469.80) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 20138100 | | | Due to/from Montgomery NH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | $ | 34,727.89 |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 11,835.45 | $ | 0.00 | $ | 46,563.34 |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 4,886.04 | $ | 0.00 | $ | 51,449.38 |
| **Account Total:** | | | | | | | | | | | |

| | Begin. Bal. : | $ | 34,727.89 | Net Change: | $ | 16,721.49 | $ | 16,721.49 | $ | 0.00 | $ | 51,449.38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 20138200 | | | Due to/from Putnam | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | 118,885.58) |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 1,426.46 | $ | 0.00 | ($ | 117,459.12) |
| 12/31/20 | GL | | Record Putnam interco- Nov | 000323 | 000323 | $ | 0.00 | $ | 2,629.68 | ($ | 120,088.80) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,009.56 | $ | 0.00 | ($ | 118,079.24) |
| 12/31/20 | GL | | Record Putnam Dec interco | 000347 | 000347 | $ | 0.00 | $ | 3,102.00 | ($ | 121,181.24) |
| **Account Total:** | | | | | | | | | | | |

| | Begin. Bal. : | ($ | 118,885.58) | Net Change: | ($ | 2,295.66) | $ | 3,436.02 | $ | 5,731.68 | ($ | 121,181.24) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 20138500 | | | Due to/from Waterview Hills | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | 1,797,648.54) |
| 11/30/20 | GL | | Record interco trfs | 000305 | 000305 | $ | 0.00 | $ | 411,000.00 | ($ | 2,208,648.54) |
| 11/30/20 | GL | | Record waterview Oct interco | 000306 | 000306 | $ | 0.00 | $ | 281.72 | ($ | 2,208,930.26) |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 1,426.46 | $ | 0.00 | ($ | 2,207,503.80) |
| 12/31/20 | GL | | Record Waterview Nov interco | 000323 | 000323 | $ | 0.00 | $ | 239.41 | ($ | 2,207,743.21) |
| 12/31/20 | GL | | Record interco trfs | 000328 | 000328 | $ | 0.00 | $ | 330,000.00 | ($ | 2,537,743.21) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,009.56 | $ | 0.00 | ($ | 2,535,733.65) |
| 12/31/20 | GL | | Record 401k loan paid by WV | 000339 | 000339 | $ | 0.00 | $ | 118.76 | ($ | 2,535,852.41) |
| 12/31/20 | GL | | Record Waterview interco | 000358 | 000358 | $ | 0.00 | $ | 1,483.65 | ($ | 2,537,336.06) |
| 12/31/20 | GL | | AJE#12 record interco | 000412 | 000412 | $ | 0.00 | $ | 1,161.29 | ($ | 2,538,497.35) |
| 12/31/20 | GL | | AJE#13 record interco prior years | 000412 | 000412 | $ | 770,000.00 | $ | 0.00 | ($ | 1,768,497.35) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2020 to 2020**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |

**Account Total:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | | 1,797,648.54) Net Change: | $ | 29,151.19 | $ | 773,436.02 | $ | 744,284.83 | ($ | | 1,768,497.35) |

| 20138800 | | | Due to/from Park Manor Acquisition II | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | | 896,909.08) |
| 11/30/20 | GL | | Record park manor oct interco | 000306 | 000306 | | $ | 0.00 | $ | 381.16 | ($ | 897,290.24) |
| 11/30/20 | AP | | | 000310 | 000310 | $ | 1,426.42 | | $ | 0.00 | ($ | 895,863.82) |
| 12/31/20 | GL | | Record Park Manor interco - Nov | 000323 | 000323 | | $ | 0.00 | $ | 1,574.27 | ($ | 897,438.09) |
| 12/31/20 | AP | | | 000333 | 000333 | $ | 2,009.56 | | $ | 0.00 | ($ | 895,428.53) |
| 12/31/20 | GL | | 4/20 Icon bill entd and paid in error- was for Park manor | 000345 | 000345 | $ | 18,603.56 | | $ | 0.00 | ($ | 876,824.97) |
| 12/31/20 | GL | | Record Park Manor Dec interco | 000347 | 000347 | | $ | 0.00 | $ | 3,199.88 | ($ | 880,024.85) |

**Account Total:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | | 896,909.08) Net Change: | $ | 16,884.23 | $ | 22,039.54 | $ | 5,155.31 | ($ | | 880,024.85) |

**Grand Total:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal.: | ($ | | 11,773,421.52) Net Change: | ($ | 80,244.60) | $ | 1,025,968.39 | $ | 1,106,212.99 | ($ | | 11,853,666.12) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |

**20137000**      Due to/from Waters Edge

| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | $ | 9,331.02 |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | $ | | 14,039.52 |
| 01/31/21 | GL | | Record Jan health ins adj | 000379 | 000379 | $ | 50,000.00 | $ | 0.00 | $ | | 64,039.52 |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.47 | $ | 0.00 | $ | | 65,868.99 |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | $ | | 73,859.54 |
| 02/28/21 | GL | | Record Feb health ins adj | 000406 | 000406 | $ | 60,000.00 | $ | 0.00 | $ | | 133,859.54 |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.46 | $ | 0.00 | $ | | 135,944.00 |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 2,484.34 | $ | 0.00 | $ | | 138,428.34 |
| 04/30/21 | GL | | Record April health ins adj | 000468 | 000469 | $ | 60,000.00 | $ | 0.00 | $ | | 198,428.34 |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,883.97 | $ | 0.00 | $ | | 200,312.31 |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | $ | | 201,375.86 |

**Account Total:**

| | Begin. Bal. : | $ | 9,331.02 | Net Change: | $ | 192,044.84 | $ | 192,044.84 | $ | 0.00 | $ | 201,375.86 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**20137100**      Due to/from Riverfront/BayVue

| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | $ | 0.00 |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 77.97 | $ | 0.00 | $ | | 77.97 |
| 05/31/21 | GL | | Correct March posting | 000484 | 000485 | $ | 74.00 | $ | 0.00 | $ | | 151.97 |
| 05/31/21 | AP | | | 000485 | 000486 | $ | 48.03 | $ | 0.00 | $ | | 200.00 |

**Account Total:**

| | Begin. Bal. : | $ | 0.00 | Net Change: | $ | 200.00 | $ | 200.00 | $ | 0.00 | $ | 200.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**20137200**      Due to/from EPIC Management

| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | ($ | 22,907.23) |
| 01/31/21 | GL | | Record Epic health trfs | 000365 | 000365 | $ | 0.00 | $ | 163,000.00 | ($ | | 185,907.23) |
| 01/31/21 | GL | | Record Epic health trfs | 000365 | 000365 | $ | 163,000.00 | $ | 0.00 | ($ | | 22,907.23) |
| 02/28/21 | GL | | Record epic health trfs | 000398 | 000398 | $ | 0.00 | $ | 155,000.00 | ($ | | 177,907.23) |
| 02/28/21 | GL | | Record epic health trfs | 000398 | 000398 | $ | 155,000.00 | $ | 0.00 | ($ | | 22,907.23) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 8.94 | $ | 0.00 | ($ | | 22,898.29) |
| 03/31/21 | GL | | Record Epic mgmt Jan interco | 000432 | 000432 | $ | 0.00 | $ | 2,202.38 | ($ | | 25,100.67) |
| 04/30/21 | GL | | Record epic health trfs | 000459 | 000460 | $ | 0.00 | $ | 165,000.00 | ($ | | 190,100.67) |
| 04/30/21 | GL | | Record epic health trfs | 000459 | 000460 | $ | 165,000.00 | $ | 0.00 | ($ | | 25,100.67) |
| 04/30/21 | GL | | Record April health ins adj | 000468 | 000469 | $ | 25,000.00 | $ | 0.00 | ($ | | 100.67) |
| 05/31/21 | GL | | Record interco trfs | 000478 | 000479 | $ | 0.00 | $ | 30,000.00 | ($ | | 30,100.67) |
| 06/30/21 | GL | | record interco trfs | 000501 | 000502 | $ | 0.00 | $ | 754.01 | ($ | | 30,854.68) |
| 09/30/21 | GL | | Record epic health trfs | 000565 | 000567 | $ | 0.00 | $ | 69,000.00 | ($ | | 99,854.68) |
| 09/30/21 | GL | | Record epic health trfs | 000565 | 000567 | $ | 69,000.00 | $ | 0.00 | ($ | | 30,854.68) |
| 09/30/21 | GL | | Record interco trfs | 000565 | 000567 | $ | 0.00 | $ | 585.00 | ($ | | 31,439.68) |
| 10/31/21 | GL | | Record Epic health trfs | 000584 | 000587 | $ | 0.00 | $ | 20,046.68 | ($ | | 51,486.36) |
| 10/31/21 | GL | | Record Epic health trfs | 000584 | 000587 | $ | 20,046.68 | $ | 0.00 | ($ | | 31,439.68) |
| 10/31/21 | GL | | Record HMM 401k audit fee | 000586 | 000589 | $ | 0.00 | $ | 3,750.00 | ($ | | 35,189.68) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | Ending Bal. |

**Account Total:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 22,907.23) | Net Change: | ($ | 12,282.45) | $ | 597,055.62 | $ | 609,338.07 | ($ | 35,189.68) |

**20137300**      Due to/from EPIC Senior

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | 173,567.60) |
| 04/30/21 | GL | | record interco trfs | 000459 | 000460 | $ | 0.00 | $ | 692.00 | ($ | 174,259.60) |
| 08/31/21 | GL | | record interco trfs | 000539 | 000541 | $ | 0.00 | $ | 703.60 | ($ | 174,963.20) |
| 10/31/21 | GL | | Record interco trfs | 000584 | 000587 | $ | 0.00 | $ | 3,000.00 | ($ | 177,963.20) |

**Account Total:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 173,567.60) | Net Change: | ($ | 4,395.60) | $ | 0.00 | $ | 4,395.60 | ($ | 177,963.20) |

**20137500**      Due to/from Salem Hills

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | 117,798.45) |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | ($ | 113,089.95) |
| 01/31/21 | GL | | Record Salem interco | 000379 | 000379 | $ | 0.00 | $ | 2,569.50 | ($ | 115,659.45) |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.49 | $ | 0.00 | ($ | 113,829.96) |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | ($ | 105,839.41) |
| 02/28/21 | GL | | Record Salem interco 2012 | 000406 | 000406 | $ | 2,538.48 | $ | 0.00 | ($ | 103,300.93) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.49 | $ | 0.00 | ($ | 101,216.44) |
| 02/28/21 | GL | | Reverse entry- booked at YE | 000414 | 000414 | $ | 0.00 | $ | 2,538.48 | ($ | 103,754.92) |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 1,631.04 | $ | 0.00 | ($ | 102,123.88) |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,884.02 | $ | 0.00 | ($ | 100,239.86) |
| 05/31/21 | GL | | Record May cash receipts | 000479 | 000480 | $ | 95,860.28 | $ | 0.00 | ($ | 4,379.58) |
| 06/30/21 | GL | | Record June cash receipts | 000499 | 000500 | $ | 0.00 | $ | 585.00 | ($ | 4,964.58) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | ($ | 3,901.03) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases-Salem | 000511 | 000512 | $ | 0.00 | $ | 982.03 | ($ | 4,883.06) |
| 07/31/21 | GL | | Record Salem interco-June | 000532 | 000533 | $ | 0.00 | $ | 1,028.23 | ($ | 5,911.29) |
| 08/31/21 | GL | | Record Aug cash receipts | 000543 | 000545 | $ | 3,801.35 | $ | 0.00 | ($ | 2,109.94) |
| 08/31/21 | GL | | Record Salem interco- July | 000548 | 000550 | $ | 0.00 | $ | 2,220.90 | ($ | 4,330.84) |
| 09/30/21 | GL | | Record Sept cash receipts | 000563 | 000565 | $ | 0.00 | $ | 1,196.00 | ($ | 5,526.84) |
| 09/30/21 | GL | | Record SH interco- Aug | 000570 | 000572 | $ | 0.00 | $ | 1,535.09 | ($ | 7,061.93) |
| 10/31/21 | GL | | Record Salem Sept interco | 000586 | 000589 | $ | 0.00 | $ | 1,847.67 | ($ | 8,909.60) |
| 10/31/21 | GL | | Record October cash receipts | 000589 | 000592 | $ | 11,639.86 | $ | 0.00 | $ | 2,730.26 |
| 10/31/21 | GL | | Record Salem Oct interco | 000601 | 000605 | $ | 0.00 | $ | 2,710.25 | $ | 20.01 |

**Account Total:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 117,798.45) | Net Change: | $ | 117,818.46 | $ | 135,031.61 | $ | 17,213.15 | $ | 20.01 |

**20137700**      Due to/from Watercrest

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | $ | 0.00 |
| 05/31/21 | GL | | Record interco trfs | 000478 | 000479 | $ | 30,000.00 | $ | 0.00 | $ | 30,000.00 |
| 05/31/21 | GL | | Record May cash receipts | 000479 | 000480 | $ | 0.00 | $ | 30,000.00 | $ | 0.00 |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
| 07/31/21 | GL | | Record interco trfs | 000524 | 000525 | $ | 13,000.00 | $ | 0.00 | $ | | 13,000.00 |
| **Account Total:** | | | | | | | | | | | | |
| | Begin. Bal. : | $ | 0.00 Net Change: | $ | | 13,000.00 | $ | 43,000.00 | $ | 30,000.00 | $ | 13,000.00 |
| | | | | | | | | | | | | |
| 20138000 | | | Due to/from SkyView | | | | | | | | ($ | 8,830,469.80) |
| Beginning Balance | | | | | | | | | | | ($ | 8,830,469.80) |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | | ($ | 8,825,761.30) |
| 01/31/21 | GL | | Record interco trfs | 000365 | 000365 | $ | 284,326.93 | $ | 0.00 | | ($ | 8,541,434.37) |
| 01/31/21 | GL | | Record Jan cash receipts | 000375 | 000375 | $ | 0.00 | $ | 165,000.00 | | ($ | 8,706,434.37) |
| 01/31/21 | GL | | Record Skyview interco | 000379 | 000379 | $ | 0.00 | $ | 18,756.71 | | ($ | 8,725,191.08) |
| 01/31/21 | GL | | Record Skyview interco | 000379 | 000379 | $ | 0.00 | $ | 492.59 | | ($ | 8,725,683.67) |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.49 | $ | 0.00 | | ($ | 8,723,854.18) |
| 02/28/21 | GL | | Record Feb cash receipts | 000397 | 000397 | $ | 0.00 | $ | 1,810,864.37 | | ($ | 10,534,718.55) |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | | ($ | 10,526,728.00) |
| 02/28/21 | GL | | Record interco trfs | 000398 | 000398 | $ | 854,866.99 | $ | 0.00 | | ($ | 9,671,861.01) |
| 02/28/21 | GL | | Record 2009-2014 interco SV | 000406 | 000406 | $ | 0.00 | $ | 5,790.72 | | ($ | 9,677,651.73) |
| 02/28/21 | GL | | Record Feb health ins adj | 000406 | 000406 | $ | 40,000.00 | $ | 0.00 | | ($ | 9,637,651.73) |
| 02/28/21 | GL | | Record Skyview Feb interco | 000406 | 000406 | $ | 0.00 | $ | 2,438.78 | | ($ | 9,640,090.51) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.49 | $ | 0.00 | | ($ | 9,638,006.02) |
| 03/31/21 | GL | | Record interco trfs | 000422 | 000422 | $ | 60,000.00 | $ | 0.00 | | ($ | 9,578,006.02) |
| 03/31/21 | GL | | Record interco trfs | 000422 | 000422 | $ | 0.00 | $ | 34,000.00 | | ($ | 9,612,006.02) |
| 03/31/21 | GL | | Record interco trfs | 000422 | 000422 | $ | 5,927.87 | $ | 0.00 | | ($ | 9,606,078.15) |
| 03/31/21 | GL | | Record March cash receipts | 000423 | 000423 | $ | 0.00 | $ | 89,927.87 | | ($ | 9,696,006.02) |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 1,631.04 | $ | 0.00 | | ($ | 9,694,374.98) |
| 03/31/21 | GL | | Record Skyview interco- Jay Imports | 000432 | 000432 | $ | 0.00 | $ | 2,536.87 | | ($ | 9,696,911.85) |
| 03/31/21 | GL | | Record Skyview Mar interco | 000432 | 000432 | $ | 0.00 | $ | 680.35 | | ($ | 9,697,592.20) |
| 04/30/21 | GL | | Record April cash receipts | 000457 | 000458 | $ | 0.00 | $ | 85,000.00 | | ($ | 9,782,592.20) |
| 04/30/21 | GL | | Record interco trfs | 000459 | 000460 | $ | 165,000.00 | $ | 0.00 | | ($ | 9,617,592.20) |
| 04/30/21 | GL | | Record interco trfs | 000459 | 000460 | $ | 2,137.99 | $ | 0.00 | | ($ | 9,615,454.21) |
| 04/30/21 | GL | | Record Skyview interco | 000466 | 000467 | $ | 0.00 | $ | 1,979.62 | | ($ | 9,617,433.83) |
| 04/30/21 | GL | | Record Skyview interco | 000466 | 000467 | $ | 0.00 | $ | 553.59 | | ($ | 9,617,987.42) |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,884.02 | $ | 0.00 | | ($ | 9,616,103.40) |
| 05/31/21 | GL | | Record interco trfs | 000478 | 000479 | $ | 15,000.00 | $ | 0.00 | | ($ | 9,601,103.40) |
| 05/31/21 | GL | | Record interco trfs | 000478 | 000479 | $ | 0.00 | $ | 47,000.00 | | ($ | 9,648,103.40) |
| 05/31/21 | GL | | Record May cash receipts | 000479 | 000480 | $ | 0.00 | $ | 520,000.00 | | ($ | 10,168,103.40) |
| 05/31/21 | GL | | Correct posting error | 000484 | 000485 | $ | 47,000.00 | $ | 0.00 | | ($ | 10,121,103.40) |
| 05/31/21 | GL | | Record Skyview interco-May | 000484 | 000485 | $ | 0.00 | $ | 61.63 | | ($ | 10,121,165.03) |
| 06/30/21 | GL | | Record June cash receipts | 000499 | 000500 | $ | 0.00 | $ | 146,000.00 | | ($ | 10,267,165.03) |
| 06/30/21 | GL | | Record interco trfs | 000501 | 000502 | $ | 99,000.00 | $ | 0.00 | | ($ | 10,168,165.03) |
| 06/30/21 | GL | | Record interco trfs | 000501 | 000502 | $ | 0.00 | $ | 427,000.00 | | ($ | 10,595,165.03) |
| 06/30/21 | GL | | correct posting | 000504 | 000505 | $ | 427,000.00 | $ | 0.00 | | ($ | 10,168,165.03) |
| 06/30/21 | GL | | Record Skyview interco | 000507 | 000508 | $ | 0.00 | $ | 159.26 | | ($ | 10,168,324.29) |
| 06/30/21 | GL | | Record sales tax due on | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | | ($ | 10,167,260.74) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | Ending Bal. |
| | | | COVID PPE purchases | | | | | | | | |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases-Skyview | 000511 | 000512 | $ | 0.00 | $ | 11,888.15 | ($ | 10,179,148.89) |
| 07/31/21 | GL | | Record July cash receipts | 000520 | 000521 | $ | 0.00 | $ | 243,000.00 | ($ | 10,422,148.89) |
| 07/31/21 | GL | | Record interco trfs | 000524 | 000525 | $ | 130,000.00 | $ | 0.00 | ($ | 10,292,148.89) |
| 07/31/21 | GL | | Record July health ins adj | 000525 | 000526 | $ | 0.00 | $ | 75,000.00 | ($ | 10,367,148.89) |
| 07/31/21 | GL | | Record Skyview interco July | 000525 | 000526 | $ | 0.00 | $ | 62.22 | ($ | 10,367,211.11) |
| 08/31/21 | GL | | Record interco trfs | 000539 | 000541 | $ | 32,000.00 | $ | 0.00 | ($ | 10,335,211.11) |
| 08/31/21 | GL | | record interco trfs | 000539 | 000541 | $ | 0.10 | $ | 0.00 | ($ | 10,335,211.01) |
| 08/31/21 | GL | | Record Aug cash receipts | 000543 | 000545 | $ | 0.00 | $ | 609,855.00 | ($ | 10,945,066.01) |
| 08/31/21 | GL | | Record Aug health ins adj | 000548 | 000550 | $ | 0.00 | $ | 160,000.00 | ($ | 11,105,066.01) |
| 09/30/21 | GL | | Record Sept cash receipts | 000563 | 000565 | $ | 0.00 | $ | 166,500.00 | ($ | 11,271,566.01) |
| 09/30/21 | GL | | Record interco trfs | 000565 | 000567 | $ | 398,000.00 | $ | 0.00 | ($ | 10,873,566.01) |
| 09/30/21 | GL | | Record interco trfs | 000565 | 000567 | $ | 0.00 | $ | 353,000.00 | ($ | 11,226,566.01) |
| 09/30/21 | GL | | Record interco trfs | 000565 | 000567 | $ | 50,000.00 | $ | 0.00 | ($ | 11,176,566.01) |
| 09/30/21 | GL | | Correct interco trfs | 000569 | 000571 | $ | 353,000.00 | $ | 0.00 | ($ | 10,823,566.01) |
| 09/30/21 | GL | | Record Skyview interco- Aug | 000570 | 000572 | $ | 0.00 | $ | 1,239.89 | ($ | 10,824,805.90) |
| 09/30/21 | GL | | Record Skyview interco Sept | 000570 | 000572 | $ | 0.00 | $ | 530.76 | ($ | 10,825,336.66) |
| 10/31/21 | GL | | Record interco trfs | 000584 | 000587 | $ | 335,600.00 | $ | 0.00 | ($ | 10,489,736.66) |
| 10/31/21 | GL | | Record interco trfs | 000584 | 000587 | $ | 0.00 | $ | 110,000.00 | ($ | 10,599,736.66) |
| 10/31/21 | GL | | Record October cash receipts | 000589 | 000592 | $ | 0.00 | $ | 375,000.00 | ($ | 10,974,736.66) |
| 10/31/21 | GL | | Correct interco trfs | 000593 | 000597 | $ | 110,000.00 | $ | 0.00 | ($ | 10,864,736.66) |
| 10/31/21 | GL | | Correct interco posting | 000594 | 000598 | $ | 75,000.00 | $ | 0.00 | ($ | 10,789,736.66) |
| 10/31/21 | GL | | Record SV Oct interco | 000595 | 000599 | $ | 0.00 | $ | 3,127.22 | ($ | 10,792,863.88) |
| **Account Total:** | | | | | | | | | | | |

| | | | | | Begin. Bal. : | ($ | 8,830,469.80) | Net Change: | ($ | 1,962,394.08) | $ | 3,505,051.52 | $ | 5,467,445.60 | ($ | 10,792,863.88) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 20138100 | | | Due to/from Montgomery NH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | $ | 51,449.38 |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | $ | 56,157.88 |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 6,090.80 | $ | 0.00 | $ | 62,248.68 |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | $ | 70,239.23 |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 4,738.99 | $ | 0.00 | $ | 74,978.22 |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 5,093.06 | $ | 0.00 | $ | 80,071.28 |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 4,773.27 | $ | 0.00 | $ | 84,844.55 |
| 05/31/21 | GL | | Correct March posting | 000484 | 000485 | $ | 0.00 | $ | 74.00 | $ | 84,770.55 |
| 05/31/21 | AP | | | 000485 | 000486 | $ | 4,869.08 | $ | 0.00 | $ | 89,639.63 |
| 05/31/21 | GL | | Record Montgomery interco-May | 000487 | 000488 | $ | 0.00 | $ | 1,320.54 | $ | 88,319.09 |
| 06/30/21 | AP | | | 000505 | 000506 | $ | 4,945.31 | $ | 0.00 | $ | 93,264.40 |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | $ | 94,327.95 |
| 07/31/21 | AP | | | 000527 | 000528 | $ | 4,895.07 | $ | 0.00 | $ | 99,223.02 |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | | Ending Bal. |
| 09/30/21 | AP | | | 000572 | 000574 | $ | 704.62 | $ | 0.00 | $ | | 99,927.64 |
| 10/31/21 | GL | | Record October cash receipts | 000589 | 000592 | $ | 0.00 | $ | 94,000.00 | $ | | 5,927.64 |
| 10/31/21 | AP | | | 000597 | 000601 | $ | 285.03 | $ | 0.00 | $ | | 6,212.67 |
| **Account Total:** | | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | $ | 51,449.38 | Net Change: | ($ | 45,236.71) | $ | 50,157.83 | $ | 95,394.54 | $ | | 6,212.67 |

| 20138200 | | | Due to/from Putnam | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | ($ | 121,181.24) |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | | ($ | 116,472.74) |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.49 | $ | 0.00 | | ($ | 114,643.25) |
| 01/31/21 | GL | | Record putnam interco | 000385 | 000385 | $ | 0.00 | $ | 3,098.29 | | ($ | 117,741.54) |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | | ($ | 109,750.99) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.49 | $ | 0.00 | | ($ | 107,666.50) |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 1,631.04 | $ | 0.00 | | ($ | 106,035.46) |
| 03/31/21 | GL | | Record Putnam interco Feb and Mar | 000432 | 000432 | $ | 0.00 | $ | 7,137.86 | | ($ | 113,173.32) |
| 03/31/21 | GL | | Record March health ins adj | 000432 | 000432 | $ | 0.00 | $ | 70,000.00 | | ($ | 183,173.32) |
| 04/30/21 | GL | | Record April health ins adj | 000468 | 000469 | $ | 7,000.00 | $ | 0.00 | | ($ | 176,173.32) |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,884.02 | $ | 0.00 | | ($ | 174,289.30) |
| 05/31/21 | GL | | Record Putnam interco- April | 000487 | 000488 | $ | 0.00 | $ | 3,186.25 | | ($ | 177,475.55) |
| 06/30/21 | GL | | Record Michelman inv pd for PN and WV | 000507 | 000508 | $ | 13,613.04 | $ | 0.00 | | ($ | 163,862.51) |
| 06/30/21 | GL | | Record Putnam interco-Mayj | 000507 | 000508 | $ | 0.00 | $ | 2,641.17 | | ($ | 166,503.68) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | | ($ | 165,440.13) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases-Putnam | 000511 | 000512 | $ | 0.00 | $ | 936.89 | | ($ | 166,377.02) |
| 07/31/21 | GL | | Record Putnam interco | 000532 | 000533 | $ | 0.00 | $ | 1,638.41 | | ($ | 168,015.43) |
| 07/31/21 | GL | | Record Putnam interco-June | 000532 | 000533 | $ | 0.00 | $ | 2,801.60 | | ($ | 170,817.03) |
| 09/30/21 | GL | | Record Sept health ins adj | 000570 | 000572 | $ | 10,000.00 | $ | 0.00 | | ($ | 160,817.03) |
| 09/30/21 | GL | | Record Putnam interco Aug | 000570 | 000572 | $ | 0.00 | $ | 5,012.72 | | ($ | 165,829.75) |
| 10/31/21 | GL | | Record Putnam Sept interco | 000586 | 000589 | $ | 0.00 | $ | 1,720.22 | | ($ | 167,549.97) |
| 10/31/21 | GL | | Record Oct interco | 000601 | 000605 | $ | 0.00 | $ | 642.02 | | ($ | 168,191.99) |
| 10/31/21 | GL | | Record Putnam Oct interco-indeed | 000603 | 000607 | $ | 0.00 | $ | 216.06 | | ($ | 168,408.05) |
| **Account Total:** | | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 121,181.24) | Net Change: | ($ | 47,226.81) | $ | 51,804.68 | $ | 99,031.49 | ($ | | 168,408.05) |

| 20138500 | | | Due to/from Waterview Hills | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | ($ | 1,768,497.35) |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | | ($ | 1,763,788.85) |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.49 | $ | 0.00 | | ($ | 1,761,959.36) |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | | ($ | 1,753,968.81) |
| 02/28/21 | GL | | Record interco trfs | 000398 | 000398 | $ | 0.00 | $ | 136,000.00 | | ($ | 1,889,968.81) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | Ending Bal. |
| 02/28/21 | GL | | Record WV interco Jan | 000406 | 000406 | $ | 0.00 | $ | 651.06 | ($ | 1,890,619.87) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.49 | $ | 0.00 | ($ | 1,888,535.38) |
| 03/31/21 | GL | | Record interco trfs | 000422 | 000422 | $ | 0.00 | $ | 467,000.00 | ($ | 2,355,535.38) |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 1,631.04 | $ | 0.00 | ($ | 2,353,904.34) |
| 03/31/21 | GL | | Record waterview interco Feb | 000432 | 000432 | $ | 0.00 | $ | 51.39 | ($ | 2,353,955.73) |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,884.02 | $ | 0.00 | ($ | 2,352,071.71) |
| 05/31/21 | GL | | Record interco trfs | 000478 | 000479 | $ | 0.00 | $ | 33,000.00 | ($ | 2,385,071.71) |
| 06/30/21 | GL | | Record interco trfs | 000501 | 000502 | $ | 0.00 | $ | 69,000.00 | ($ | 2,454,071.71) |
| 06/30/21 | GL | | Record Michelman inv pd for PN and WV | 000507 | 000508 | $ | 1,386.96 | $ | 0.00 | ($ | 2,452,684.75) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | ($ | 2,451,621.20) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases-Waterview | 000511 | 000512 | $ | 0.00 | $ | 670.00 | ($ | 2,452,291.20) |
| 07/31/21 | GL | | Record interco trfs | 000524 | 000525 | $ | 185,000.00 | $ | 0.00 | ($ | 2,267,291.20) |
| 07/31/21 | GL | | Record WV June interco | 000525 | 000526 | $ | 0.00 | $ | 124.92 | ($ | 2,267,416.12) |
| 08/31/21 | GL | | Record interco trfs | 000539 | 000541 | $ | 20,000.00 | $ | 0.00 | ($ | 2,247,416.12) |
| 08/31/21 | GL | | Record interco trfs | 000539 | 000541 | $ | 0.00 | $ | 102,000.00 | ($ | 2,349,416.12) |
| 08/31/21 | GL | | Record Waterview July interco | 000548 | 000550 | $ | 0.00 | $ | 191.17 | ($ | 2,349,607.29) |
| 09/30/21 | GL | | Record interco trfs | 000565 | 000567 | $ | 0.00 | $ | 169,000.00 | ($ | 2,518,607.29) |
| 09/30/21 | GL | | Record WV interco- Aug | 000570 | 000572 | $ | 0.00 | $ | 169.40 | ($ | 2,518,776.69) |
| 10/31/21 | GL | | Record interco trfs | 000584 | 000587 | $ | 60,000.00 | $ | 0.00 | ($ | 2,458,776.69) |
| 10/31/21 | GL | | Record Oct health ins adj | 000587 | 000590 | $ | 0.00 | $ | 75,000.00 | ($ | 2,533,776.69) |

**Account Total:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 1,768,497.35) | Net Change: | ($ | 765,279.34) | $ | 287,578.60 | $ | 1,052,857.94 | ($ | 2,533,776.69) |

| 20138800 | | | Due to/from Park Manor Acquisition II | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | ($ | 880,024.85) |
| 01/31/21 | GL | | Record Jay Imports pmt | 000365 | 000365 | $ | 4,708.50 | $ | 0.00 | ($ | 875,316.35) |
| 01/31/21 | AP | | | 000382 | 000382 | $ | 1,829.49 | $ | 0.00 | ($ | 873,486.86) |
| 01/31/21 | GL | | Pmt made on MEMIC audit in error, also paid by PM | 000385 | 000385 | $ | 33,279.00 | $ | 0.00 | ($ | 840,207.86) |
| 02/28/21 | GL | | Record pmts to Jay imports | 000398 | 000398 | $ | 7,990.55 | $ | 0.00 | ($ | 832,217.31) |
| 02/28/21 | GL | | Record PM Jan interco | 000406 | 000406 | $ | 0.00 | $ | 1,664.12 | ($ | 833,881.43) |
| 02/28/21 | AP | | | 000409 | 000409 | $ | 2,084.49 | $ | 0.00 | ($ | 831,796.94) |
| 03/31/21 | AP | | | 000430 | 000430 | $ | 1,631.04 | $ | 0.00 | ($ | 830,165.90) |
| 03/31/21 | GL | | Record Park manor interco Feb | 000432 | 000432 | $ | 0.00 | $ | 1,578.80 | ($ | 831,744.70) |
| 04/30/21 | GL | | Record interco trfs | 000459 | 000460 | $ | 100,000.00 | $ | 0.00 | ($ | 731,744.70) |
| 04/30/21 | GL | | record interco trfs | 000459 | 000460 | $ | 0.00 | $ | 102,000.00 | ($ | 833,744.70) |
| 04/30/21 | GL | | Record PM interco- logmein | 000466 | 000467 | $ | 0.00 | $ | 576.66 | ($ | 834,321.36) |
| 04/30/21 | GL | | Record PM interco- March | 000466 | 000467 | $ | 0.00 | $ | 786.60 | ($ | 835,107.96) |
| 04/30/21 | AP | | | 000470 | 000471 | $ | 1,884.02 | $ | 0.00 | ($ | 833,223.94) |

**Epic Rehab and Nursing White Plains**
**General Ledger Detail Report**
**From 2021 to 2021**
**For Account 20137000 Through 20138800**
**Exclude Zero Activity Accounts, Exclude Statistical Accounts, Include Year End Closing Entry**

| Account Number | | | Account Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tran Date | Source | Session | Transaction Description | Batch | Tran No | | Debit Amt. | | Credit Amt. | | Ending Bal. |
| 05/31/21 | GL | | Record May health ins adj | 000484 | 000485 | $ | 0.00 | $ | 65,000.00 | ($ | 898,223.94) |
| 05/31/21 | GL | | Record PM Apr interco | 000484 | 000485 | $ | 0.00 | $ | 547.12 | ($ | 898,771.06) |
| 06/30/21 | GL | | Record June health ins adj | 000507 | 000508 | $ | 0.00 | $ | 62,000.00 | ($ | 960,771.06) |
| 06/30/21 | GL | | Record Park Manor May interco | 000507 | 000508 | $ | 0.00 | $ | 305.90 | ($ | 961,076.96) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases | 000511 | 000512 | $ | 1,063.55 | $ | 0.00 | ($ | 960,013.41) |
| 06/30/21 | GL | | Record sales tax due on COVID PPE purchases-Park Manor | 000511 | 000512 | $ | 0.00 | $ | 650.00 | ($ | 960,663.41) |
| 07/31/21 | GL | | Record interco trfs | 000524 | 000525 | $ | 50,000.00 | $ | 0.00 | ($ | 910,663.41) |
| 07/31/21 | GL | | Record PM June interco | 000525 | 000526 | $ | 0.00 | $ | 36.84 | ($ | 910,700.25) |
| 08/31/21 | GL | | Record interco trfs | 000539 | 000541 | $ | 50,000.00 | $ | 0.00 | ($ | 860,700.25) |
| 08/31/21 | GL | | Record PM July interco | 000548 | 000550 | $ | 0.00 | $ | 36.84 | ($ | 860,737.09) |
| 09/30/21 | GL | | Record PM interco Aug | 000570 | 000572 | $ | 0.00 | $ | 4,806.04 | ($ | 865,543.13) |
| 10/31/21 | GL | | Record interco trfs | 000584 | 000587 | $ | 0.00 | $ | 138,000.00 | ($ | 1,003,543.13) |
| 10/31/21 | GL | | Record PM Sept interco | 000586 | 000589 | $ | 0.00 | $ | 3,476.59 | ($ | 1,007,019.72) |
| 10/31/21 | GL | | Record PM Oct interco | 000595 | 000599 | $ | 0.00 | $ | 286.81 | ($ | 1,007,306.53) |
| 10/31/21 | GL | | Record Park Manor Oct interco | 000601 | 000605 | $ | 0.00 | $ | 220.15 | ($ | 1,007,526.68) |
| **Account Total:** | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal. : | ($ | 880,024.85) | Net Change: | ($ | 127,501.83) | $ | 254,470.64 | $ | 381,972.47 | ($ | 1,007,526.68) |

**Grand Total:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin. Bal.: | ($ | 11,853,666.12) | Net Change: | ($ | 2,641,253.52) | $ | 5,116,395.34 | $ | 7,757,648.86 | ($ | 14,494,919.64) |