**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Stephanie Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
HBL SNF, LLC, d/b/a EPIC REHABILITATION         :    (Subchapter V)
AND NURSING AT WHITE PLAINS,                    :
                                                :    Case No. 21-22623 (SHL)
                           Debtor.              :
---------------------------------------------------------------x
```

## NOTICE OF FILING OF EXHIBITS

**PLEASE TAKE NOTICE** that in connection with the hearing on certain Motions of HBL SNF, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), scheduled for December 7, 2021 [Dkt. Nos. 5, 6, 7, 8, 11, 36, and 37], the Debtor, through its proposed undersigned counsel, hereby files the following documents, attached as exhibits hereto, for reference of the Court and all parties in interest:

1. **Exhibit A** – Construction Loan Agreement, dated as of August 18, 2017, by and among White Plains Healthcare Properties I, LLC ("WPHCP"), as borrower, Security Benefit Life Insurance Company, as lender, and Security Benefit Corporation ("Security Benefit"), as agent

2. **Exhibit B** - Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated as of August 18, 2017, executed by WPHCP in favor of Security Benefit

3. **Exhibit C** – Assignment of Leases and Rents, dated as of August 18, 2017, executed by WPHCP in favor of Security Benefit

4. **Exhibit D** – Security Agreement, Assignment of Leases and Rents and Fixture Filing (Operating Lease), dated as of August 18, 2017, by and among the Debtor, Security Benefit and WPHCP

5. **Exhibit E** – UCC-1 Financing Statement filed on April 15, 2020 by Security Benefit against the Debtor

6. **Exhibit F** – Amended and Restated Operating Lease, dated as of November 19, 2015, between WPHCP, as landlord, and the Debtor, as tenant

7. **Exhibit G** - Development Agreement, dated as of November 19, 2015, between the Debtor, as operator/tenant, and WPHCP, as developer

8. **Exhibit H** – Letter of Intent, dated as of November 20, 2019, between the Debtor, WPHCP and Howard Fensterman

9. **Exhibit I** – Subordination, Non-Disturbance and Attornment Agreement, dated as of 2017, among WPHCP, as lessor, the Debtor, as lessee, Security Benefit, as agent, and Security Benefit Life Insurance Company, as lender

Dated:  New York, New York
        December 6, 2021

                                KLESTADT WINTERS JURELLER
                                SOUTHARD & STEVENS, LLP


                            By: */s/ Tracy L. Klestadt*
                                Tracy L. Klestadt
                                Stephanie Sweeney
                                Christopher Reilly
                                200 West 41st Street, 17th Floor
                                New York, New York 10036
                                Tel: (212) 972-3000
                                Fax: (212) 972-2245
                                Email: tklestadt@klestadt.com
                                       ssweeney@klestadt.com
                                       creilly@klestadt.com

                                *Proposed Attorneys for the Debtor and*
                                *Debtor-in-Possession*