# Exhibit B

**HBL-SNF, LLC**
**1280 Albany Post Road**
**Croton-on-Hudson, NY 10520**

September 17, 2021

White Plains Healthcare Properties I, LLC
West Peabody Executive Center
2 Bourbon Street
Peabody, MA 01960

      *Re:    Notice of Exercise of Option to Purchase*
              *White Plains Healthcare Properties I, LLC ("Landlord") and*
              *HBL-SNF, LLC ("Tenant")*
              *116-120 Church Street, White Plains, New York (the "Leased Premises")*

Gentlemen:

    Please take notice that pursuant to section 3.8 of the Amended and Restated Operating Lease and in accordance with section 13.1, Tenant hereby notifies you of its exercise of its option to purchase the Leased Premises for the sum of $65,000,000.

    Tenant hereby proposes March 31, 2022 as the date of closing on the property.

                                                              Very truly yours,

                                                              HBL-SNF, LLC

cc:     Gerald J. Billow, Esq.
          Posternak Blankstein & Lund LLP
          800 Boylston Street, Suite 3200
          Boston, MA 02199

          Howard Fensterman, Esq.
          Abrams Fensterman
          1111 Marcus Avenue
          Lake Success, NY 11042

          Alfred E. Donnellan, Esq.
          DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
          One North Lexington Avenue
          White Plains, NY 10601