**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Stephanie R. Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Attorneys for the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND NURSING AT WHITE PLAINS,[1] | : | (Subchapter V) |
| | : | |
| | : | Case No. 21-22623 (SHL) |
| Debtor. | : | |

-------------------------------------------------------------x

**DECLARATION OF LIZER JOZEFOVIC IN SUPPORT OF THE DEBTOR'S REPLY TO THE OBJECTION OF WHITE PLAINS HEALTHCARE PROPERTIES I, LLC TO MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §1189(b) EXTENDING TIME TO FILE SUBCHAPTER V PLAN OF REORGANIZATION**

Lizer Jozefovic declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Chief Executive Officer of HBL SNF, LLC, d/b/a Epic Rehabilitation and Nursing Center at White Plains (the "Debtor"). I submit this declaration in connection with the Debtor's Reply to The Objection of white Plains Healthcare Properties I, LLC to Motion for Entry of Order Pursuant to 11 U.S.C. § 1189(b) Extending Time to File Subchapter V Plan of Reorganization (the "Reply").[2]

2. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail from counsel to the Landlord refusing the Debtor's request for mediation.

---

[1] The Debtor's principal office is located at 120 Church Street, White Plains, New York 10601. The last four digits of its taxpayer identification number are 6045.
[2] Terms capitalized but not defined herein have the meanings ascribed to them in the Reply.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from the Landlord, dated September 24, 2021, denying the Debtor's request to exercise its option to purchase the property subject to the Lease.

[*Remainder of this page intentionally left blank – Signature follows*]

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: New York, New York

      January 24, 2022

 

_____
Lizer Jozefovic,
Chief Executive Officer

**EXHIBIT A**

**From:** Alfred E. Donnellan <AED@ddw-law.com>
**Sent:** Monday, July 26, 2021 11:34 AM
**To:** John Giardino (NY) <jgiardino@mrllp.com>
**Cc:** Alex Barnett-Howell (NY) <abarnett-howell@mrllp.com>
**Subject:** RE: [EXTERNAL] HBL/White Plains Confidential Settlement Proposal

CAUTION: Email from external account

John,
Your proposal has been reviewed and is rejected. If you have a proposal that would put the Tenant in compliance with the existing Lease, including the waivers of prior claims set forth therein, it will be considered. Our client will not participate in another renegotiation of the Lease. So, any mediation that would involve another round of re-trades on the terms of the Lease is not something we will participate in.


Alfred E Donnellan
Managing Partner
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Ave.
White Plains, NY 10601
Phone: 914-681-0200
e-mail: aed@ddw-law.com
www.ddw-law.com

This electronic transmission by the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP contains information that may be confidential or proprietary, or protected by the attorney client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify DelBello Donnellan Weingarten Wise & Wiederkehr, LLP at (914) 681-0200.
We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used, and cannot be used, by you or any other taxpayer, for the purpose of avoiding any penalties that may be imposed by Federal Tax Law.


**From:** John Giardino (NY) <jgiardino@mrllp.com>
**Sent:** Friday, July 23, 2021 2:14 PM
**To:** Alfred E. Donnellan <AED@ddw-law.com>
**Cc:** Alex Barnett-Howell (NY) <abarnett-howell@mrllp.com>
**Subject:** [EXTERNAL] HBL/White Plains Confidential Settlement Proposal

Dear Al,

As discussed, enclosed please find our proposal to settle a number of the issues in our pending matter. I look forward to discussing the same with you.

Enjoy the weekend,
John


**John Giardino, Esq.**



**New York** | Los Angeles | Orange County | San Francisco | Chicago

800 Third Avenue, 24th Floor, New York, NY  10022
**T** 212.730.7700  **D** 212.659.2587  **F** 212.730.7725
**E** jgiardino@mrllp.com  www.mrllp.com
**B**io **v**Card

2

**EXHIBIT B**

# WHITE PLAINS HEALTH CARE PROPERTIES I, LLC

**C/O THE CONGRESS COMPANIES**
West Peabody Executive Center
2 Bourbon Street
Peabody, MA 01960
Phone: 978-535-6700
Fax:    978-535-6701
inquire@congressconstruction.com

September 24, 2021                              BY UPS Overnight Delivery, signature required
                                                BY EMAIL: lizerj@watersedgeusa.com

HBL SNF, LLC
1280 Albany Post Road
Croton-on-Hudson, NY 10520
Attn: Lizer Josefovic

RE:    116-120 Church Street, White Plains, New York ("the Leased Premises")
       **TENANT LETTER OF SEPTEMBER 17, 2021.**

Lizer:

We are in receipt of your letter dated September 17, 2021, which attempts to exercise a non-existent "option" to purchase the Leased Premises. It is rejected in its entirety.

**Rejection of the September 17, 2021 letter:**
1. The Lease was terminated due to the Tenant's defaults thereunder on January 13, 2020 at 5:00 PM. We refer you to the Landlord's counsel, Alfred Donnellan's letter of January 7, 2020, attached herewith. The Tenant has no "option" rights under the Lease, since the Lease has long been terminated.

2. As set forth in the LOI dated November 20, 2019, para 6, g) Right of First Refusal and Option to Purchase, the Tenant's right of first refusal and option to purchase under the Lease were clearly suspended, pending payment in full of certain payments under the Lease, including the Security Deposits required under the Lease (as amended by the LOI), the working capital required by Section 7.7 of the Lease and *"the Tenant being in full compliance with the Lease"*. As you are aware, HBL never paid either the original lease Security Deposits nor the Security Deposits set forth in the LOI and never complied with the working capital requirements under Section 7.7 of the Lease. The Tenant is not currently, and was never, "in full compliance with the Lease".

**Tenant's duty to Indemnify the Landlord:**
1. In addition, as a result of HBL's blatant and ongoing Defaults under the Lease, (including the professional fees required to respond to this frivolous maneuver) continue to result in significant costs to the Landlord, which the Tenant is responsible to pay under Section 9.1, Tenant's indemnification, of the Lease. HBL's actions to date suggest that it is either unaware of, or in blatant disregard of this provision of the Lease. Be aware that these costs are inarguably the responsibility of the Tenant under the Lease, notwithstanding the Termination of the Lease, and must be paid forthwith.

**Amounts due to the Landlord by the Tenant:**
1. Due HBL's ongoing defaults, as of July 31, 2021, the Tenant is obligated under the Lease to pay to White Plains Health Care Properties the total sum of **$111,420,213.50,** including late and default

amounts due thereunder, as set forth in the attached accounting, which was included in the Landlord's Motion for Summary Judgment.

| | |
|---|---:|
| (i) Rent and Holdover Rent: | $20,574,253.03 |
| (ii) Real estate taxes: | $2,621.94 |
| (iii) Municipal and utility deposits: | $35,921.44 |
| (iv) Interest rate damages for failure to close by April 1, 2020 as required by the letter of intent, | $3,181,612.87 |
| (v) Costs and professional fees (including certain WIP): | $1,524,000.00 |
| (vi) Lender default and late charges, | $3,732,034.22 |
| (vii) Accelerated rent | $82,369,770.00 |

2. There can be no credible argument to even remotely suggest that the Tenant is not in **Default** under the Lease. **Accordingly, the Landlord hereby demands immediate payment of $111,420,213.50, (as of the above 7/30/21 accounting) plus further ongoing amounts as set forth under the Lease) from the Tenant HBL, and from its Guarantors Lizer Josefovic and Mark Neuman.**

3. The Landlord reserves all other rights and remedies at law or in equity as against the Tenant, and against all Guarantors of the Lease, and the holders of any funds allocated or designated for Landlord's benefit.

4. Notice is hereby given that the Landlord has incurred significant losses and expects to continue to incur significant losses in connection with the Tenant's Defaults as defined the Lease and the Guarantees. Pursuant to your obligations under the Lease and Guaranty, you (HBL and its Guarantors) are hereby placed on notice that the obligations thereunder are now due, owing and continue to accrue. As a result of these obligations, you shall not transfer any assets or otherwise attempt to conceal any assets from White Plains Health Care Properties I LLC. White Plains Health Care Properties I LLC expressly reserves all rights with respect to this matter.

Very Truly Yours,
WHITE PLAINS HEALTH CARE PROPERTIES I, LLC

William A. Nicholson
A Manager

CC:

By Email (lizerj@watersedgeusa.com) & BY UPS Overnight Delivery, signature required
Lizer Josefovic, Guarantor, Individually
53 Mariner Way
Monsey, NY 10952

Page **2** of **3**

By Email (jgiardino@mrllp.com) & BY UPS Overnight Delivery, signature required
John Giardino, Esq.
Michelman & Robinson, LLP
800 Third Avenue, 24th Floor
New York, NY 10022

By Email (markn@epicmgt.com) & BY UPS Overnight Delivery, signature required
Mark Neuman, Guarantor, Individually
22 Lyncrest Drive
Monsey, NY 10952

By UPS Overnight Delivery, signature required
Gerald Neuman, Individually
c/o HBL SNF, LLC
1280 Albany Post Road
Croton-on-Hudson, NY 10520

By Email:
Robert Spolzino, Esq.
Howard Fensterman, Esq.
Alfred E. Donnellan, Esq.
Edward Tabor

# Exhibit 24

WHITE PLAINS HEALTH CARE PROPERTIES I, LLC - HBL-SNF LLC

07/15/21

**AMOUNTS DUE UNDER LEASE & LOI**

Note: calculated through 7/31/2021

Note: Excludes Present Value of Accelerated Lease

| AMOUNTS PAYABLE | Reference | Amount Due | Late Charges Per Lease Para 3.2 (c): 5.00% | Overdue Rate Per Lease Sect. 9.1 (b): Prime Rate + 5.00% | TOTALS |
|---|---|---|---|---|---|
| **Rent:** | | | | | |
| Rent | Balance unp'd at commencement | $ 10,839.79 | $ 202,980.59 | $ 17,803.55 | $ 231,623.93 |
| Holdover Rent | Feb 2020- July 2021 | $ 18,219,474.00 | $ 910,973.70 | $ 1,212,181.40 | $ 20,342,629.10 |
| **Subtotal Rent** | | $ 18,230,313.79 | $ 1,113,954.29 | $ 1,229,984.96 | $ 20,574,253.04 |
| **RE Taxes** | | | | | |
| RE Taxes for the period 1/1/20 – 6/30/20 | Need proof of Payments | $ - | $ - | $ 2,621.94 | $ 2,621.94 |
| **Subtotal RE Taxes** | | $ - | $ - | $ 2,621.94 | $ 2,621.94 |
| **Deposits, Other** | | | | | |
| Utility Deposits | Lease Section 4.1 | $ 19,181.10 | $ - | $ 3,560.33 | $ 22,741.43 |
| Municipal Deposits | Lease Section 5.2 | $ 6,700.00 | $ - | $ 1,243.63 | $ 7,943.63 |
| 2020 FireInspection Fee | Lease Sect. 4.1 | $ 1,443.75 | $ - | $ - | $ - |
| ConEdison Electric Invoice | Lease Sect. 4.1 | $ 2,972.84 | $ - | $ 551.81 | $ 3,524.65 |
| **Subtotal Deposits, Other** | | $ 30,297.69 | $ - | $ 5,623.75 | $ 35,921.44 |
| **Interest Rate Damages for Failure to Close by 04/30/20 per LOI** | | | | | |
| Interest Rate Damages First Mortage Loan | Lease Article IX Indemnification | $ 1,916,160.82 | $ - | $ - | $ 1,916,160.82 |
| Interest Rate Damages Mezz Loan | Lease Article IX Indemnification | $ 1,265,452.05 | $ - | $ - | $ 1,265,452.05 |
| **Subtotal Interest Rate Damages** | | $ 3,181,612.87 | $ - | $ - | $ 3,181,612.87 |
| **Landlord Professional Fees & Transaction Costs (Est)** | | | | | |
| Landlord Legal, Professional, Transactional | Lease Article IX Indemnification | $ 1,524,000.00 | $ - | $ - | $ 1,524,000.00 |
| **Subtotal Professional & Transactional** | | $ 1,524,000.00 | $ - | $ - | $ 1,524,000.00 |
| **Lender Default and Late Charges** | | | | | |
| Lender Legal and Professional | Lease Article IX Indemnification | $ 26,727.58 | $ - | $ - | $ 26,727.58 |
| Lender Default Interest - SBLI | Lease Article IX Indemnification | $ 2,927,606.59 | $ - | $ - | $ 2,927,606.59 |
| Lender Late Charges - SBLI | Lease Article IX Indemnification | $ 231,124.71 | $ - | $ - | $ 231,124.71 |
| Lender Late Charges - BA | Lease Article IX Indemnification | $ 451,575.34 | $ - | $ - | $ 451,575.34 |
| Lender Extension Fees - BA (2 Ext @ .050%) | Lease Article IX Indemnification | $ 95,000.00 | $ - | $ - | $ 95,000.00 |
| **Subtotal Lender Legal, Default and Late Charges** | | $ 3,732,034.22 | $ - | $ - | $ 3,732,034.22 |
| **TOTALS** | | $ 26,698,258.57 | $ 1,113,954.29 | $ 1,238,230.65 | $ 29,050,443.51 |

**HBL SNF Default Costs due to Landlord**

| Rent | Amount Due | Due Date | Amount Paid | Date Paid | Days Late | Days > 5 Late | 5% Late Charge Per Lease 3.2 (c) LATE CHARGE PER LEASE PARA 3.2.c | Prime Rate + Overdue Charges (Overdue Rate Section Per Lease 9.1 (b)) | Indemnification Lease Article 9 | TOTAL Charges | Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10,839.79 | 9/30/2019 | | 7/31/2021 | 670 | 665 | $ 541.99 | 10.00% | $ 1,989.77 | $ 2,531.76 | |
| | 506,096.50 | 10/1/2019 | 506,096.50 | 10/30/2019 | 29 | 24 | $ 25,304.83 | 10.00% | $ 4,021.04 | $ 29,325.87 | |
| | 506,096.50 | 11/1/2019 | 506,096.50 | 11/18/2019 | 17 | 12 | $ 25,304.83 | 9.75% | $ 2,298.23 | $ 27,603.06 | |
| | 506,096.50 | 12/1/2019 | 506,096.50 | 12/23/2019 | 22 | 17 | $ 25,304.83 | 9.75% | $ | $ | |
| | 506,096.50 | 1/1/2020 | 506,096.50 | 1/2/2020 | 1 | -4 | $ - | 9.75% | $ - | $ - | |
| | 506,096.50 | 2/1/2020 | 506,096.50 | 2/1/2020 | 0 | -5 | $ - | 8.78% | $ - | $ - | |
| | 506,096.50 | 3/1/2020 | 506,096.50 | 3/2/2020 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 4/1/2020 | 506,096.50 | 5/6/2020 | 35 | 30 | $ 25,304.83 | 8.25% | $ 4,003.71 | $ 29,308.53 | |
| | 506,096.50 | 5/1/2020 | 506,096.50 | 5/26/2020 | 25 | 20 | $ 25,304.83 | 8.25% | $ 2,859.79 | $ 28,164.62 | |
| | 506,096.50 | 6/1/2020 | 506,096.50 | 6/2/2020 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 7/1/2020 | 506,096.50 | 7/1/2020 | 0 | -5 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 8/1/2020 | 506,096.50 | 8/7/2020 | 6 | 1 | $ 25,304.83 | 8.25% | $ 686.35 | $ 25,991.18 | |
| | 506,096.50 | 9/1/2020 | 506,096.50 | 9/4/2020 | 3 | -2 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 10/1/2020 | 506,096.50 | 10/2/2020 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 11/1/2020 | 506,096.50 | 11/2/2020 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 12/1/2020 | 506,096.50 | 12/2/2020 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 1/1/2021 | 506,096.50 | 1/4/2021 | 3 | -2 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 2/1/2021 | 506,096.50 | 2/4/2021 | 3 | -2 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 3/1/2021 | 506,096.50 | 3/2/2021 | 1 | -4 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 4/1/2021 | 506,096.50 | 4/1/2021 | 0 | -5 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 5/1/2021 | 506,096.50 | 5/6/2021 | 5 | 0 | $ - | 8.25% | $ - | $ - | |
| | 506,096.50 | 6/1/2021 | 506,096.50 | 6/7/2021 | 6 | 1 | $ 25,304.83 | 8.25% | $ 686.35 | $ 25,991.18 | |
| | 506,096.50 | 7/1/2021 | 506,096.50 | 7/7/2021 | 6 | 1 | $ 25,304.83 | 8.25% | $ 686.35 | $ 25,991.18 | |
| **SUBTOTAL RENT** | 10,839.79 | | $ 11,134,123.00 | | | | $ 202,980.59 | | $ 17,803.55 | $ 220,784.14 | 10,839.79 |

Holdover Rent (300%, less the base amount above, 200% calculated in this section) - "Paid" date is for calculation purposes only assuming amounts through 07/01/21

| | 1,012,193.00 | 7/1/2021 | - | 7/30/2021 | 29 | 24 | $ 50,609.65 | 8.25% | $ 6,634.72 | $ 57,244.37 | |
| | 1,012,193.00 | 6/1/2021 | - | 7/30/2021 | 59 | 54 | $ 50,609.65 | 8.25% | $ 13,498.22 | $ 64,107.87 | |
| | 1,012,193.00 | 5/1/2021 | - | 7/30/2021 | 90 | 85 | $ 50,609.65 | 8.25% | $ 20,590.50 | $ 71,200.15 | |
| | 1,012,193.00 | 4/1/2021 | - | 7/30/2021 | 120 | 115 | $ 50,609.65 | 8.25% | $ 27,454.00 | $ 78,063.65 | |
| | 1,012,193.00 | 3/1/2021 | - | 7/30/2021 | 151 | 146 | $ 50,609.65 | 8.25% | $ 34,546.29 | $ 85,155.94 | |
| | 1,012,193.00 | 2/1/2021 | - | 7/30/2021 | 179 | 174 | $ 50,609.65 | 8.25% | $ 40,952.22 | $ 91,561.87 | |
| | 1,012,193.00 | 1/1/2021 | - | 7/30/2021 | 210 | 205 | $ 50,609.65 | 8.25% | $ 48,044.50 | $ 98,654.15 | |
| | 1,012,193.00 | 12/1/2020 | - | 7/30/2021 | 241 | 236 | $ 50,609.65 | 8.25% | $ 55,136.79 | $ 105,746.44 | |
| | 1,012,193.00 | 11/1/2020 | - | 7/30/2021 | 271 | 266 | $ 50,609.65 | 8.25% | $ 62,000.29 | $ 112,609.94 | |
| | 1,012,193.00 | 10/1/2020 | - | 7/30/2021 | 302 | 297 | $ 50,609.65 | 8.25% | $ 69,092.57 | $ 119,702.22 | |
| | 1,012,193.00 | 9/1/2020 | - | 7/30/2021 | 332 | 327 | $ 50,609.65 | 8.25% | $ 75,956.07 | $ 126,565.72 | |
| | 1,012,193.00 | 8/1/2020 | - | 7/30/2021 | 363 | 358 | $ 50,609.65 | 8.25% | $ 83,048.36 | $ 133,658.01 | |
| | 1,012,193.00 | 7/1/2020 | - | 7/30/2021 | 394 | 389 | $ 50,609.65 | 8.25% | $ 90,140.64 | $ 140,750.29 | |
| | 1,012,193.00 | 6/1/2020 | - | 7/30/2021 | 424 | 419 | $ 50,609.65 | 8.25% | $ 97,004.14 | $ 147,613.79 | |
| | 1,012,193.00 | 5/1/2020 | - | 7/30/2021 | 455 | 450 | $ 50,609.65 | 8.25% | $ 104,096.42 | $ 154,706.07 | |
| | 1,012,193.00 | 4/1/2020 | - | 7/30/2021 | 485 | 480 | $ 50,609.65 | 8.25% | $ 110,959.92 | $ 161,569.57 | |
| | 1,012,193.00 | 3/1/2020 | - | 7/30/2021 | 516 | 511 | $ 50,609.65 | 8.78% | $ 125,668.48 | $ 176,278.13 | |
| | 1,012,193.00 | 2/1/2020 | - | 7/30/2021 | 545 | 540 | $ 50,609.65 | 9.75% | $ 147,357.28 | $ 197,966.93 | |
| | 1,012,193.00 | 1/1/2020 | - | 6/1/2020 | 152 | 147 | $ - | 9.75% | $ - | $ - | |
| | - | 12/1/2019 | - | 12/1/2019 | 0 | -5 | $ - | 9.75% | $ - | $ - | |
| | - | 11/1/2019 | - | 11/1/2019 | 0 | -5 | $ - | 9.75% | $ - | $ - | |
| | - | 10/1/2019 | - | 10/1/2019 | 0 | -5 | $ - | 10.00% | $ - | $ - | |
| **SUBTOTAL ADDITIONAL RENT** | $ - 18,219,474.00 | | | | | | $ 910,973.70 | | $ 1,212,181.40 | $ 2,123,155.10 | $ 18,219,474.00 |

| RE Taxes | - | 9/30/2019 | | 9/30/2019 | 0 | -5 | $ - | 10.00% | $ - | $ - | |

RECEIVED NYSCEF 08/19/2021
NYSCEF DOC. NO. 213

| | Date | Date | Days | LATE CHARGE PER LEASE PARA 3.2 c | Overdue Rate Section Per Lease 9.1 (b) | Indemnification Lease Article 9 | TOTAL Charges | Amts Due |
|---|---|---|---|---|---|---|---|---|
| $ - | 10/1/2019 | 10/1/2019 | 0 | -5% $ - | 10.00% $ - | $ - | $ - | $ - |
| $ 61,456.39 | 11/1/2019 | 11/1/2019 | 0 | -5% $ - | 9.75% $ - | $ - | $ - | $ - |
| $ 61,456.39 | 12/1/2019 | 12/31/2019 | 30 | 25% $ - | 9.75% $ 492.49 | $ - | $ 492.49 | $ 492.49 |
| $ 61,456.39 | 1/1/2020 | 1/31/2020 | 30 | 25% $ - | 9.75% $ 492.49 | $ - | $ 492.49 | $ 492.49 |
| $ 61,456.39 | 2/1/2020 | 2/28/2020 | 27 | 22% $ - | 9.75% $ 443.24 | $ - | $ 443.24 | $ 443.24 |
| $ 61,456.39 | 3/1/2020 | 3/31/2020 | 30 | 25% $ - | 8.78% $ 443.61 | $ - | $ 443.61 | $ 443.61 |
| $ 61,456.39 | 4/1/2020 | 4/30/2020 | 29 | 24% $ - | 8.25% $ 402.83 | $ - | $ 402.83 | $ 402.83 |
| $ 61,456.39 | 5/1/2020 | 5/26/2020 | 25 | 20% $ 63,914.56 | 8.25% $ 347.27 | $ - | $ 347.27 | $ 347.27 |
| $ - | 6/1/2020 | 6/30/2020 | 29 | 24% $ - | 8.25% $ - | $ - | $ - | $ - |
| $ - | 7/1/2020 | 7/1/2020 | 30 | 25% $ - | 8.25% $ - | $ - | $ - | $ - |
| **SUBTOTAL RE TAXES** | | | | $ - | $ 2,621.94 | $ - | $ 2,621.94 | $ - |
| **Utility & Mun. Dep** | | | | | | | | |
| $ - | 9/30/2019 | 9/30/2019 | 0 | -5% $ - | 10.00% $ - | $ - | $ - | $ - |
| $ - | 10/1/2019 | 10/1/2019 | 0 | -5% $ - | 0.00% $ - | $ - | $ - | $ - |
| $ - | 11/1/2019 | 11/1/2019 | 0 | -5% $ - | 9.75% $ - | $ - | $ - | $ - |
| $ 71,472.69 | 12/17/2019 | 3/16/2020 | 90 | 85% $ 41,175.00 | 9.75% $ 1,718.28 | $ - | $ 1,718.28 | $ 1,718.28 |
| $ 30,297.69 | 1/1/2020 | 1/31/2020 | 30 | 25% $ - | 9.75% $ 242.80 | $ - | $ 242.80 | $ 242.80 |
| $ 30,297.69 | 2/1/2020 | 2/28/2020 | 27 | 22% $ - | 8.78% $ 218.52 | $ - | $ 218.52 | $ 218.52 |
| $ 30,297.69 | 3/1/2020 | 3/31/2020 | 30 | 25% $ - | 8.78% $ 218.70 | $ - | $ 218.70 | $ 218.70 |
| $ 30,297.69 | 4/1/2020 | 4/30/2020 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 5/1/2020 | 5/31/2020 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 6/1/2020 | 6/30/2020 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 7/1/2020 | 7/31/2020 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 8/1/2020 | 8/31/2020 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 9/1/2020 | 9/30/2020 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 10/1/2020 | 10/31/2020 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 11/1/2020 | 11/30/2020 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 12/1/2020 | 12/31/2020 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 1/1/2021 | 1/31/2021 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 2/1/2021 | 2/28/2021 | 27 | 22% $ - | 8.25% $ 184.90 | $ - | $ 184.90 | $ 184.90 |
| $ 30,297.69 | 3/1/2021 | 3/31/2021 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 4/1/2021 | 4/30/2021 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 5/1/2021 | 5/31/2021 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| $ 30,297.69 | 6/1/2021 | 6/30/2021 | 29 | 24% $ - | 8.25% $ 198.60 | $ - | $ 198.60 | $ 198.60 |
| $ 30,297.69 | 7/1/2021 | 7/31/2021 | 30 | 25% $ - | 8.25% $ 205.44 | $ - | $ 205.44 | $ 205.44 |
| **SUBTOTAL MUN & UTIL DEPOSITS** | | | | $ - | $ 5,623.75 | $ - | $ 5,623.75 | $ 30,297.69 |
| **Interest Rate Damages First Mortage Loan** | | * Not Paid- for calculation purposes only | | | | | | |
| $ 38,500,000.00 | 9/30/2019 | 9/30/2019 | 0 | $ - | 7.11% $ - | 3.00% | $ - | |
| $ 38,500,000.00 | 10/1/2019 | 10/31/2019 | 30 | -5% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 11/1/2019 | 11/30/2019 | 29 | 24% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 12/1/2019 | 12/31/2019 | 30 | 25% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 1/1/2020 | 1/31/2020 | 30 | 25% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 2/1/2020 | 2/28/2020 | 27 | 22% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 3/1/2020 | 3/31/2020 | 30 | 25% $ - | 0.00% $ - | | $ - | |
| $ 38,500,000.00 | 4/1/2020 | 4/30/2020 | 29 | 24% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 5/1/2020 | 5/31/2020 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 6/1/2020 | 6/30/2020 | 29 | 24% $ - | 4.11% $ 125,720.96 | | $ 125,720.96 | |
| $ 38,500,000.00 | 7/1/2020 | 7/31/2020 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 8/1/2020 | 8/31/2020 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 9/1/2020 | 9/30/2020 | 29 | 24% $ - | 4.11% $ 125,720.96 | | $ 125,720.96 | |
| $ 38,500,000.00 | 10/1/2020 | 10/31/2020 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 11/1/2020 | 11/30/2020 | 29 | 24% $ - | 4.11% $ 125,720.96 | | $ 125,720.96 | |
| $ 38,500,000.00 | 12/1/2020 | 12/31/2020 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| $ 38,500,000.00 | 1/1/2021 | 1/31/2021 | 30 | 25% $ - | 4.11% $ 130,056.16 | | $ 130,056.16 | |
| -$ 38,500,000.00 | 2/1/2021 | 2/28/2021 | 27 | 22% $ - | 4.11% $ 117,050.55 | | $ 117,050.55 | |

NYSCEF DOC. NO. 213                                                                                                                                                                     RECEIVED NYSCEF: 08/19/2021

| | | | | LATE CHARGE PER LEASE PARA 3.2 c | Overdue Rate Section Per Lease 9.1 (b) | Indemnification Lease Article 9 | TOTAL Charges | Amts Due |
|---|---|---|---|---|---|---|---|---|
| $ | 38,500,000.00 | 3/1/2021 | 3/31/2021 | 30 | 25 | $ - | 4.11% | $ 130,056.16 | | $ 130,056.16 | $ - |
| $ | 38,500,000.00 | 4/1/2021 | 4/30/2021 | 29 | 24 | $ - | 4.11% | $ 125,720.96 | | $ 125,720.96 | $ - |
| $ | 38,500,000.00 | 5/1/2021 | 5/31/2021 | 30 | 25 | $ - | 4.11% | $ 130,056.16 | | $ 130,056.16 | $ - |
| $ | 38,500,000.00 | 6/1/2021 | 6/30/2021 | 29 | 24 | $ - | 4.11% | $ 125,720.96 | | $ 125,720.96 | $ - |
| $ | 38,500,000.00 | 7/1/2021 | 7/31/2021 | 30 | 25 | $ - | 4.11% | $ 130,056.16 | | $ 130,056.16 | $ - |
| SUBTOTAL SBLI | | | | | | $ - | | $ 1,916,160.82 | | $ 1,916,160.82 | $ - |
| Interest Rate Damages Mezz Loan | | | | | | | | | | | |
| $ | 9,500,000.00 | 9/30/2019 | 9/30/2019 | 0 | -5 | $ - | 14.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 10/1/2019 | 10/31/2019 | 30 | 25 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 11/1/2019 | 11/30/2019 | 29 | 24 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 12/1/2019 | 12/31/2019 | 30 | 25 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 1/1/2020 | 1/31/2020 | 30 | 25 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 2/1/2020 | 2/28/2020 | 27 | 22 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 3/1/2020 | 3/31/2020 | 30 | 25 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 4/1/2020 | 4/30/2020 | 29 | 24 | $ - | 0.00% | $ - | | $ - | |
| $ | 9,500,000.00 | 5/1/2020 | 5/31/2020 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 6/1/2020 | 6/30/2020 | 29 | 24 | $ - | 11.00% | $ 83,027.40 | | $ 83,027.40 | |
| $ | 9,500,000.00 | 7/1/2020 | 7/31/2020 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 8/1/2020 | 8/31/2020 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 9/1/2020 | 9/30/2020 | 29 | 24 | $ - | 11.00% | $ 83,027.40 | | $ 83,027.40 | |
| $ | 9,500,000.00 | 10/1/2020 | 10/31/2020 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 11/1/2020 | 11/30/2020 | 29 | 24 | $ - | 11.00% | $ 83,027.40 | | $ 83,027.40 | |
| $ | 9,500,000.00 | 12/1/2020 | 12/31/2020 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 1/1/2021 | 1/31/2021 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 2/1/2021 | 2/28/2021 | 27 | 22 | $ - | 11.00% | $ 77,301.37 | | $ 77,301.37 | |
| $ | 9,500,000.00 | 3/1/2021 | 3/31/2021 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 4/1/2021 | 4/30/2021 | 29 | 24 | $ - | 11.00% | $ 83,027.40 | | $ 83,027.40 | |
| $ | 9,500,000.00 | 5/1/2021 | 5/31/2021 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| $ | 9,500,000.00 | 6/1/2021 | 6/30/2021 | 29 | 24 | $ - | 11.00% | $ 83,027.40 | | $ 83,027.40 | |
| $ | 9,500,000.00 | 7/1/2021 | 7/31/2021 | 30 | 25 | $ - | 11.00% | $ 85,890.41 | | $ 85,890.41 | |
| SUBTOTAL BA | | | | | | $ - | | $ 1,265,452.05 | | $ 1,265,452.05 | $ - |

*Not Paid- for calculation purposes only

3.00%

NYSCEF DOC. NO. 213 — RECEIVED NYSCEF: 08/19/2021

| | | | LATE CHARGE PER LEASE PARA 3.2 c | Overdue Rate Section Per Lease 9.1 (b) | Indemnification Lease Article 9 | TOTAL Charges | Amts Due |
|---|---|---|---|---|---|---|---|
| **Indemnification - Professional Fees** | **Professional Fees** | | | | | | |
| AFF | Through July 26, 2021 | | | | $ 753,305.12 | | |
| | To Complete | | | | $ 105,000.00 | | |
| | Total | | | | $ 858,305.12 | | $ 858,305.12 |
| DelBello | Through June 20, 2021 | | | | $ 280,048.61 | | |
| | To Complete | | | | $ 75,000.00 | | |
| | Total | | | | $ 355,048.61 | | $ 355,048.61 |
| Congress | Through May 2020 incl WIP | | | | $ 72,375.00 | | |
| | To Complete | | | | $ 225,000.00 | | |
| | Total | | | | $ 297,375.00 | | $ 297,375.00 |
| Abatte | Through May 2020 | | | | $ 5,087.24 | | |
| | To Complete | | | | $ - | | |
| | Total | | | | $ 5,087.24 | | $ 5,087.24 |
| Povol | Through May 2020 | | | | $ 2,575.00 | | |
| | To Complete | | | | $ 5,000.00 | | |
| | Total | | | | $ 7,575.00 | | $ 7,575.00 |
| | To Complete | | | | $ 150,000.00 | | $ 609.03 |
| **TOTAL TRANSACTIONAL (EST)** | | | | | $ 1,524,000.00 | | |
| **Lender Charges** | | | | | | | |
| SBLI Legal | James Wine, BA Counsel, DLA Piper | | | | | | |
| | To Complete | | | | $ - | | |
| | Total Lender Legaal | | | | $ 26,727.58 | | $ 26,727.58 |
| SBLI Default Interest | Through 06/01/21 | | | | $ 2,596,078.81 | | |
| | June 2021 | | | | $ 160,416.67 | | |
| | July 2021 | | | | $ 171,111.11 | | |
| | TOT | | | | $ 2,927,606.59 | | $ 2,927,606.59 |
| SBLI Late Payments | Through 06/01/21 Statement | | | | $ 192,947.81 | | |
| | June 2021 Est | | | | $ 18,779.11 | | |
| | July 2021 Est | | | | $ 19,397.79 | | |
| | TOT | | | | $ 231,124.71 | | $ 231,124.71 |
| BA Default Interest | | 7/30/2021 | 347 | 5.00% | $ 451,575.34 | | |
| | SBLI Default Rate (Maturity) | 8/17/2020 | $ 9,500,000.00 | 0.50% | $ 47,500.00 | | |
| | SBLI Extension Fees | 8/17/2020 | $ 9,500,000.00 | 0.50% | $ 47,500.00 | | |
| | TOT | 8/17/2021 | $ 9,500,000.00 | | $ 546,575.34 | | $ 546,575.34 |
| **SUBTOTAL Lender** | | | $ - | $ - | $ 3,732,034.22 | | $ 3,732,034.22 |

**AMOUNTS DUE**

|  | Per Affidavitt | Per Schedules | Variance |
|---|---:|---:|---:|
| Holdover rent and rent |  | $ 18,219,474.00 |  |
|  |  | 2,123,155.10 |  |
|  |  | 10,839.79 |  |
|  |  | 220,784.14 |  |
|  | $ 20,574,253.03 | 20,574,253.03 | - |
| Real estate taxes | 2,621.94 | 2,621.94 | - |
| Deposits and Late Charges | 35,921.44 | 35,921.44 | - |
| Default interest | 3,181,612.87 | 3,181,612.87 | - |
| Professional fees | 1,524,000.00 | 1,524,000.00 | - |
| Lender defaulta and late charges | 3,732,034.22 | 3,732,034.22 | - |
| Accelerated rent | 82,369,770.00 | 82,369,770.00 | - |
|  | $ 111,420,213.50 | $ 111,420,213.50 | T |