# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## HBL SNF LLC - February 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Claims** | | | | | | | |
| 02/27/2023 | Klestadt, Tracy | 11310.010/ HBL SNF LLC<br>Claims<br>Call with Alan Halperin, Esq./Liquidating Trustee of HHHW re settlement negotiations on claim. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| | | **Matter Description (First Line): Claims** | | **0.20** | **0.00** | | **179.00** |
| **Matter Description (First Line): Landlord Litigation** | | | | | | | |
| 02/01/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing e-mail and draft of proposed order granting Binder & Schwartz motion to withdraw. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 02/15/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Messrs. Jozefovic, Giardino and Zafrin re status of deposit funds and logistics for execution of contract and remittance of deposit funds. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 02/16/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Messrs. Zafrin and Bensigner re matter status, logistics for remittance of purchase deposit, etc. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - February 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/20/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Ilana Volkov, Esq./attorney for equity investors re case status, transaction logistics, etc. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 02/23/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Mr. Zafrin re status of appraisal and financing. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 02/27/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing and responding to e-mails from Mr. Zafrin re status of financing commitment and open issues prior to ability to proceed with transaction [.40]; call with Messrs. Zafrin, Giardino and Jozefovic thereon [.80]. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |
| 02/28/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls (2) with Mr. Giardino re status of negotiations on extension fees, available funds from rent payments, etc. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| | | **Matter Description (First Line): Landlord Litigation** | | **2.70** | **0.00** | | **2,416.50** |

**Matter Description (First Line): Plan of Reorganization**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - February 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Call with Mr. Klestadt re: status of financing in preparation for status conference. | Fees | 0.20 | 0.00 | 675.00 | 135.00 |
| | | **Matter Description (First Line): Plan of Reorganization** | | 0.20 | 0.00 | | 135.00 |
| **Matter Description (First Line): Retentions and Fees** | | | | | | | |
| 02/09/2023 | Nocella, Stephanie | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Preparation, filing and transmittal of the monthly fee statement. | Fees | 0.80 | 0.00 | 250.00 | 200.00 |
| 02/13/2023 | Reilly, Christopher | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Review, finalization and filing of HMM Jan. 2023 Fee Statement [.3]; email exchanges with Ms. Bloom regarding the same [.2]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| | | **Matter Description (First Line): Retentions and Fees** | | 1.30 | 0.00 | | 462.50 |
| | | | **Grand Total:** | 4.40 | 0.00 | | $3,193.00 |