**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax   (212-326-0806)

*Special Litigation and Real Estate Counsel*
*to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                         :
                                                              :   Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION    :
AND NURSING AT WHITE PLAINS                   :
                                                              :   Case No. 21-22623 (SHL)
                                       Debtor.           :
---------------------------------------------------------------x

**SIXTH MONTHLY STATEMENT OF FEES AND EXPENSES OF**
**PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE**
**COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,**
**PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD**
<u>**FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**</u>

| NAME OF APPLICANT: | Pryor Cashman LLP ("<u>PCLLP</u>") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2023 through February 28, 2023 (the "<u>Statement Period</u>") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $26,019.00 |

1

| Total Expenses Requested for the Compensation Period for PCLLP | $25.55 |
|---|---|
| Total Fees and Expenses Requested: | $26,044.55 |

Summary of Prior Monthly Statements Sent:

| Stmt. # | Date Sent | Period Covered | Totals Requested | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2021 | $71,726.22 | $124.22 | $57,380.98 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,233.55 | $0.00 | $16,078.84* | $0.00 |
| 3 | 12/14/23 | Nov. 2022 | $6,423.20 | $0.00 | Pending | Pending |
| 4 | 2/8/23 | Dec. 2022 | $17,562.00 | $43.50 | Pending | Pending |
| 5 | 2/16/23 | Jan. 2023 | $28,047.50 | $26.05 | Pending | Pending |
| 6 | 3/15/2023 | Feb. 2023 | $26,019.00 | 25.55 | Pending | Pending |
| TOTALS | | | $171,831.47 | 219.32 | $73,583.82 | $124.22 |

\*   PCLLP believes that the Debtor did not pay the full interim amount due for this statement, and is working to reconcile the matter with the Debtor. The Debtor has not yet paid he earlier open statements, and is reconciling amounts due with Pryor Cashman.

Summary of Prior Interim Fee Applications Filed: **Not Applicable. Pryor Cashman has not yet filed an interim fee application, but will do so shortly.**

### TIME SUMMARY BY BILLING CATEGORY
For the Period of February 1, 2023 through February 28, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.00 | $0.00 |
| Special Litigation Counsel | 29.10 | $24,810.00 |
| Special Real Estate Counsel | 0.10 | $81.00 |
| Retention and Fee Applications - Preparation | 2.30 | $1,128.00 |
| Retention and Fee Applications - Objections | 0.00 | $0.00 |
| Total | 31.50 | $26,019.00 |

### TIME SUMMARY BY PROFESSIONAL
For the Period of February 1, 2023 through February 28, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm. 1977 (DC[1]); 1979 (NY) | $1,060.00 | 0.3 | $318.00 |
| John Giardino | Partner; adm. 1994 (NY) | $875.00 | 27.80 | $24,325.00 |
| Benjamin J. Teig | Partner; adm. 2003 (NY) | $810.00 | 0.10 | $81.00 |
| Emily Carlino | Paraprofessional | $410.00 | 0.90 | $369.00 |
| Charron French | Paraprofessional | $405.00 | 2.0 | $810.00 |
| Mille Lopez | Court Clerk | $340.00 | 0.20 | $68.00 |
| Joanne Valeus | Court Clerk | $240.00 | 0.20 | 48.00 |
| **Total** | | $826.00 (Blended Hourly Rate) | **31.50** | **$26,019.00** |

### EXPENSE SUMMARY
For the Period of January 1, 2023 through January 31, 2023

| Disbursements | Amount |
|---|---|
| Photocopies | $16.25 |
| PACER docket expense | $9.30 |
| **Total** | **$25.55** |

---

[1] D.C. Bar status is inactive.

## DETAILED TIME RECORDS

Annexed hereto as <u>Exhibit A</u> are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
March 15, 2023

PRYOR CASHMAN LLP

By: <u>/s/ Richard Levy, Jr.</u>
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

    

Pryor Cashman LLP
7 Times Square
New York, NY 10036

March 14, 2023
Invoice Number: 547985

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002          Special Litigation Counsel to the Debtor

*For professional services rendered through February 28, 2023:*

| | |
|---|---:|
| Total Fees | $24,810.00 |
| Total Disbursements | $12.80 |
| **TOTAL THIS INVOICE** | **$24,822.80** |

For billing inquiries please email: billing@pryorcashman.com                    Federal Tax Identification Number: 13-1859294

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 547985.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                      **Check Remittance Address:**
Bank Name:              JPMorgan Chase Bank, N.A.                   Pryor Cashman LLP
Bank Reference Address: JPMorgan Chase, New York, NY 10017          P.O. Box 22556
Account Name:           Pryor Cashman LLP                           New York, NY 10087-2556



Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami                    pryorcashman.com

Pryor Cashman LLP  
32891: HBL SNF, LLC as Debtor and Debtor in Possession  
00002: Special Litigation Counsel to the Debtor

Page 2  
Invoice Number: 547985  
as of February 28, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/23 | JV | Docketing new filings activities in this matter into the edocket system. | 0.10 | 24.00 |
| 02/01/23 | JG | Negotiations with Security Benefit for further extension on dispositive motion (0.5); Work on term sheet issues including appraisal LTV cap (1.0); Telephone call with clients regarding same (0.5). | 2.00 | 1,750.00 |
| 02/02/23 | JG | Work on contract amendment regarding appraisal value and loan to value. | 1.50 | 1,312.50 |
| 02/03/23 | JG | Work on amendment to purchase and sale agreement. | 1.00 | 875.00 |
| 02/06/23 | JV | Docketing new filings activities in this matter into the edocket system. | 0.10 | 24.00 |
| 02/07/23 | JG | Work on amendment to contract (0.5); Conference call with counsel for Security Benefit (0.5); Conference call with counsel for White Plains regarding appraisal valuations and non-refundable deposit (0.5). | 1.50 | 1,312.50 |
| 02/08/23 | JG | Work on closing transaction regarding pending motions and status of transaction (0.5); Telephone calls with White Plains' counsel regarding contract amendment (0.5); Telephone call with counsel for Security Benefit regarding status and postponement of hearings (0.5). | 1.50 | 1,312.50 |
| 02/10/23 | JG | Correspondence to Judge Walsh (0.5); Participation in virtual conference with Judge Walsh (1.0); Telephone call with Tracy Klestadt, Esq. regarding contingencies related to financing (0.5). | 1.50 | 1,312.50 |
| 02/13/23 | EC | Prepare status report to Judge Briccetti and file in District Court. | 0.60 | 246.00 |
| 02/13/23 | JG | Letter to District Court regarding case status (0.5); Work on closing issues (1.5). | 2.00 | 1,750.00 |
| 02/14/23 | JG | Negotiate deposit on PSA (1.0); Telephone call with David Fischer regarding requirements for subordination of BA debt (0.5). | 1.50 | 1,312.50 |
| 02/15/23 | JG | Work on CIBC financing issues (1.5); Telephone calls with David Fischer regarding BA requirements for commitment letter; Telephone call with Lizer Jozefovic regarding CIBC financing, PSA deposit, etc. (0.5) Conference call with counsel for Security Benefit regarding status of financing and postponement of State Court motions (0.5) | 3.00 | 2,625.00 |
| 02/16/23 | JG | Work on various aspects of closing, financing, etc. | 2.00 | 1,750.00 |
| 02/21/23 | JG | Work on amendment to PSA (0.5); Negotiate closing contingencies (1.0). | 1.50 | 1,312.50 |
| 02/22/23 | JG | Attend case management court conference before Judge Briccetti (1.0); Work on closing issues (1.0). | 2.00 | 1,750.00 |
| 02/23/23 | JG | Work on closing. | 1.50 | 1,312.50 |

Pryor Cashman LLP                                                                                            Page 3
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                     Invoice Number: 547985
00002: Special Litigation Counsel to the Debtor                                              as of February 28, 2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/23 | ML | Docketing new filing activities received in this matter in eDockets/ALN cloud. | 0.20 | 68.00 |
| 02/24/23 | EC | Finalize letter regarding status of property appraisal and closing and send to Judge Walsh and all counsel of records. | 0.30 | 123.00 |
| 02/24/23 | JG | Work on closing. | 1.00 | 875.00 |
| 02/27/23 | JG | Conference call with Rachel Nanes and Neal Kronley regarding status and next steps (0.5); Work on transaction (1.0). | 1.50 | 1,312.50 |
| 02/28/23 | JG | Work on closing (1.0); Telephone conference with counsel for Security Benefit regarding status of transaction and PSA revisions (0.2); Telephone call with David Fisher regarding intercreditor agreement and BA rollover (0.3); Telephone call with Tracy Klestadt regarding settlement of BK creditors, former members of HBL (0.5); Work on lender pay-off and equity holder claim (.80) | 2.80 | 2,450.00 |
| | | **Total Fees** | **29.10** | **$24,810.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| J. Giardino | Partner | 27.80 | 875.00 | 24,325.00 |
| E. Carlino | Paralegal | 0.90 | 410.00 | 369.00 |
| M. Lopez | Court Clerks | 0.20 | 340.00 | 68.00 |
| J. Valeus | Court Clerks | 0.20 | 240.00 | 48.00 |
| **Total Fees** | | **29.10** | | **$24,810.00** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/28/23 | Reproduction | 3.50 |
| 02/28/23 | US Court Docket Expense | 9.30 |
| **Total Disbursements** | | **$12.80** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**                                                                $24,822.80

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

March 15, 2023
Invoice Number: 547642

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00003        Special Real Estate Counsel to the Debtor

For professional services rendered through February 28, 2023:

|  |  |
|---|---:|
| Total Fees | $81.00 |
| Total Disbursements | $6.25 |
| **TOTAL THIS INVOICE** | **$87.25** |

For billing inquiries please email: billing@pryorcashman.com        Federal Tax Identification Number: 13-1859294

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 547642.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                              **Check Remittance Address:**
Bank Name:              JPMorgan Chase Bank, N.A.                Pryor Cashman LLP
Bank Reference Address: JPMorgan Chase, New York, NY 10017       P.O. Box 22556
Account Name:           Pryor Cashman LLP                        New York, NY 10087-2556



Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                    pryorcashman.com

Pryor Cashman LLP                                                                                                  Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                              Invoice Number: 547642
00003: Special Real Estate Counsel to the Debtor                                           as of February 28, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/23 | BJT | Reviewed and prepared emails re: PSA and deal status | 0.10 | 81.00 |
| | | **Total Fees** | **0.10** | **$81.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| B. J. Teig | Partner | 0.10 | 810.00 | 81.00 |
| **Total Fees** | | **0.10** | | **$81.00** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/28/23 | Reproduction | 5.50 |
| 02/28/23 | Color Copies | 0.75 |
| | **Total Disbursements** | **$6.25** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**                                                                $87.25

**Aged Accounts Receivable**

| Current | Over 30 | Over 60 | Over 90 | Total |
|---|---|---|---|---|
| $87.25 | $0.00 | $0.00 | $6,412.10 | $6,499.35 |

 

Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

March 15, 2023  
Invoice Number: 548135

HBL SNF, LLC as Debtor and Debtor in Possession  
Attn: Lizer Josefovic (lizerj@epicmgt.com)  
1280 Albany Post Road  
Croton-on-Hudson, NY 10520

RE: 32891.00005      Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through February 28, 2023:*

| | |
|---|---:|
| Total Fees | $1,128.00 |
| Total Disbursements | $6.50 |
| **TOTAL THIS INVOICE** | **$1,134.50** |

For billing inquiries please email: billing@pryorcashman.com         Federal Tax Identification Number: 13-1859294

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 548135.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                             **Check Remittance Address:**  
Bank Name:              JPMorgan Chase Bank, N.A.          Pryor Cashman LLP  
Bank Reference Address: JPMorgan Chase, New York, NY 10017 P.O. Box 22556  
Account Name:           Pryor Cashman LLP                  New York, NY 10087-2556



Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York    |   Los Angeles   |   Miami              pryorcashman.com

Pryor Cashman LLP   Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession   Invoice Number: 548135
00005: Employment and Fee Applications: Preparation and Hearings   as of February 28, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | RL | Finalize bills and draft interim fee statement for Dec. 2022 | 0.30 | 318.00 |
| 02/08/23 | CF | Emails w/R. Levy re monthly fee statement (.1); prep Fourth Monthly Fee Statement & supporting docs for e-filing re redactions (.4), e-filed same & circulated via email to various recipients including Debtor (through its principals) & debtor's general BK counsel (.3). | 0.80 | 324.00 |
| 02/16/23 | CF | Emails w/R. Levy re monthly fee statement (.2), draft Fifth Monthly Fee Statement & emailed same to R. Levy for review (.4); & Finalized & prepped same with supporting docs for e-filing re redactions (.3), e-filed same & circulated via email to various recipients including Debtor (through its principals) & debtor's general BK counsel (.3). | 1.20 | 486.00 |
|  |  | **Total Fees** | 2.30 | $1,128.00 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 0.30 | 1,060.00 | 318.00 |
| C. French | Paralegal | 2.00 | 405.00 | 810.00 |
| **Total Fees** |  | 2.30 |  | $1,128.00 |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/28/23 | Reproduction | 3.50 |
| 02/28/23 | Color Copies | 3.00 |
| **Total Disbursements** |  | $6.50 |

**TOTAL CURRENT FEES AND DISBURSEMENTS**   $1,134.50