**HMM, CPAS LLP**
Joseph Martello
Suzanne Breit
Wayne Robinson
James Budd
Brian Lee
Peter Vogel
527 Townline Road, Suite 203
Hauppauge, NY 11788
Tel: (631) 265-6289
Fax: (631) 265-6523

*Accountant to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND NURSING AT WHITE PLAINS | : | Case No. 21-22623 (SHL) |
| | : | |
| Debtor. | : | |
| ---------------------------------------------------------------x | | |

**MONTHLY STATEMENT OF FEES AND EXPENSES OF**
**HMM, CPAS LLP,**
**ACCOUNTANT TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,**
**PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD**
**FROM March 1, 2023 THROUGH March 31, 2023**

| NAME OF APPLICANT: | HMM, CPAS LLP ("HMM") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | January 4, 2022 *nunc pro tunc* to November 1, 2021 |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2023 through March 31, 2023 (the "Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $4,082.50 |

1

| | |
|---|---|
| Total Expenses Requested for the Compensation Period for HMM: | $0.00 |
| Total Fees and Expenses Requested: | $4,082.50 |

Summary of Prior Monthly Statements Sent:

| # | Date Sent | Period Covered | Requested Fees | Expenses | Awarded and Paid Fees | Expenses |
|---|---|---|---|---|---|---|
| | 01/14/2022 | 12/01/2021 – 12/31/2021 | $3,570.00 | N/A | $3,570.00 | N/A |
| | 2/11/2022 | 01/01/2022 – 01/31/2022 | $1,830.00 | N/A | $1,830.00 | N/A |
| | 3/9/2022 | 02/01/2022 - 02/28/2022 | $2,216.25 | N/A | $2,216.25 | N/A |
| | 4/19/2022 | 03/01/2022 – 03/31/2022 | $2,313.75 | N/A | $2,313.75 | N/A |
| | 5/18/2022 | 04/01/2022 – 4/30/2022 | $7,421.25 | $700.00 | $7,421.25 | $700.00 |
| | 6/15/2022 | 05/01/2022 – 05/31/2022 | $2,025.00 | $100.00 | $2,025.00 | $100.00 |
| | 7/12/2022 | 06/01/2022 – 06/30/2022 | $1,400.00 | 0.00 | $1,400.00 | 0.00 |
| | 08/08/2022 | 07/01/2022 – 07/31/2022 | $2,482.50 | 0.00 | $2,482.50 | 0.00 |
| | 09/15/2022 | 08/01/2022 - 08/31/2022 | $3,511.25 | 0.00 | $3,511.25 | 0.00 |
| | 10/13/2022 | 09/01/2022 – 09/30/2022 | $1,715.00 | 0.00 | $1,715.00 | 0.00 |
| | 11/09/2022 | 10/01/2022 – 10/31/2022 | $1,840.00 | 0.00 | $1,840.00 | 0.0 |
| | 12/14/2022 | 11/1/2022 – 11/30/2022 | $4,695.00 | 0.00 | $4,695.00 | 0.00 |
| | 01/12/2023 | 12/01/2022 – 12/31/2022 | $7,028.75 | 0.00 | $7,028.75 | 0.00 |
| | 02/13/2023 | 01/01/23 – 01/31/23 | $11,475.00 | 0.00 | $11,475.00 | 0.00 |
| | 03/10/2023 | 02/01/23 – 02/28/23 | $10,173.75 | 0.00 | 0.00 | 0.00 |
| | TOTAL | | $63,697.50 | $800.00 | $53,523.75 | $800.00 |

Summary of Prior Interim Applications Filed:

**TIME SUMMARY BY BILLING CATEGORY**
For the Period of December 1, 2021 through February, 2023:

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Participate in Meetings | | |
| Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines | 104.75 | 32,877.50 |
| Audit financial statements and other financial documents | 67.75 | 20,570.00 |
| Preparation, review and certification of the Medicaid RHCF-4 report and Preparation of Medicare annual report | | |
| Review of statistical data for third party reporting | | |
| Compile interim financial statements on a monthly basis. | | |
| Review of rate sheets and preparation of appeals, if necessary | 12.50 | 4,856.25 |
| Preparation of year-end financial statements | | |
| Preparation of depreciation schedules | | |
| Assist the Debtor and/or its counsel in any litigation proceedings against potential adversaries | | |
| Reconstruct, if necessary, the Debtor's books and records prior to the Petition Date | | |
| Assist the Debtor with the preparation and filing of outstanding federal, state and local tax returns | 10.75 | 3,193.75 |
| Perform any other services that the Debtor may deem necessary in our role as accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate | 5.50 | 2,200.00 |
| **Total** | **201.25** | **63,697.50** |

## TIME SUMMARY BY BILLING CATEGORY
For the Period of March 1, 2023 through March 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Participate in Meetings | | |
| Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines | 6.50 | 2,327.50 |
| Audit financial statements and other financial documents | 3.50 | 1,120.00 |
| Preparation, review and certification of the Medicaid RHCF-4 report and Preparation of Medicare annual report | | |
| Review of statistical data for third party reporting | | |
| Compile interim financial statements on a monthly basis. | | |
| Review of rate sheets and preparation of appeals, if necessary | .50 | 160.00 |
| Preparation of year-end financial statements | | |
| Preparation of depreciation schedules | | |
| Assist the Debtor and/or its counsel in any litigation proceedings against potential adversaries | | |
| Reconstruct, if necessary, the Debtor's books and records prior to the Petition Date | | |
| Assist the Debtor with the preparation and filing of outstanding federal, state and local tax returns | | |
| Perform any other services that the Debtor may deem necessary in our role as accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate | 1.00 | 475.00 |
| **Total** | **11.50** | **4,082.50** |

**TIME SUMMARY BY PROFESSIONAL**
For the Period of March 1, 2023 through March 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Joseph Martello, CPA | Partner | 475.00 | 1.00 | 475.00 |
| Brian Lee, CPA | Partner | 375.00 (rate increase 10/01/2022) | 4.50 | 1,687.50 |
| Wayne Robinson, CPA | Partner | 375.00 (rate increase 10/01/2022) | | |
| Peter Vogel, CPA | Partner | 335.00 (rate increase 10/01/2022) | | |
| Daryl Kirk | Senior Manager | 320.00 (rate increase 10/01/2022) | 5.50 | 1,760.00 |
| Karen Kelly | Senior Manager | 320.00 (rate increase 10/01/2022) | .50 | 160.00 |
| John Faust | Staff | 260.00 (rate increase 10/01/2022) | | |
| Anne Kelly | Executive Asst. – Tax | 135.00 | | |
| Karla Diaz | Staff | 250.00 | | |
| Michael Romando | Staff | 260.00 (rate increase 10/01/2022) | | |
| Amanda Lipari | Staff | 260.00 | | |
| **Total** | | **355.00 (Blended Hourly Rate)** | **11.50** | **4,082.50** |

**EXPENSE SUMMARY**
For the Period of March 1, 2023 through March 31, 2023

| Disbursements | Amount |
|---|---|
| Conference Calls | |
| FedEx/UPS | |
| Filing Fees | |
| Photocopies and Printing | |
| Telephonic Appearances | |
| | |
| **Total Disbursements** | **0.00** |

**DETAILED TIME RECORDS**

Annexed hereto as Exhibit "A" are contemporaneously maintained time entries for each individual providing services for the Statement Period.

**SUMMARY**

HMM's fees for the Statement Period have been calculated on the basis of HMM's usual and customary hourly rates for its professionals in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in HMM's hourly rates for professionals and are billed separately.

HMM reserves the right to amend the fees and expense reimbursement south herein in the event that a subsequent review of HMM's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Monthly Statement. In the event such amendments are required, HMM reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
       April 13, 2023                       HMM, CPAs LLP

                                          By: */s/Joseph Martello*
                                          Joseph Martello
                                          Suzanne Breit
                                          Wayne Robinson
                                          James Budd
                                          Brian Lee
                                          Peter Vogel
                                          527 Townline Road, Suite 203
                                          Hauppauge, NY 11788
                                          Tel: (631) 265-6289
                                          Fax: (631) 265-6523
                                          jmartello@horanmm.com
                                          sbreit@horanmm.com
                                          wrobinson@horanmm.com
                                          jbudd@horanmm.com
                                          blee@horanmm.com
                                          pvogel@horanmm.com

                                          *Accountant to the Debtor and Debtor in Possession*

# **EXHIBIT A**

## **TIME AND EXPENSE**

21-22623-shl    Doc 271    Filed 04/12/23    Entered 04/12/23 18:26:16    Main Document
Pg 8 of 9

**HMM, CPAS LLP**

**INFORMATIONAL FEE AND EXPENSE STATEMENT**

**FOR**

**HBL SNF LLC**

**FEES SUMMARY:**

| DATE | PROFESSIONAL | Matter ID/Client Sort<br>Matte Description<br>Narrative | COMPONENT | HOURS | UNITS | PRICE | VALUE |
|---|---|---|---|---|---|---|---|
| **Matter Description: Prepare and/or review the Monthly Operating Report and Other Schedules,** | | | | | | | |
| **as required by the local rules of the Court, and the United States Trustee's guidelines** | | | | | | | |
| 3/21/2023 | LEE, BRIAN | Projections | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 3/27/2023 | LEE, BRIAN | Projections and call to discuss | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 3/28/2023 | LEE, BRIAN | Projections | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 3/23/2023 | KIRK, DARYL | February Monthly Financial Statement for Bankruptcy | Fees | 2.00 | 0.00 | 320.00 | 640.00 |
| **TOTAL:** | Matter Description: Prepare and/or review the Monthly Operating Report and Other Schedules, | | | | | | |
| | as required by the local rules of the Court, and the United States Trustee's guidelines: | | | **6.50** | | | **2327.50** |
| **Matter Description: Audit financial statements and other financial documents** | | | | | | | |
| 3/1/2023 | KIRK, DARYL | 2022 Year-end Audit | Fees | 1.50 | 0.00 | 320.00 | 480.00 |
| 3/6/2023 | KIRK, DARYL | 2022 Year-end Audit | Fees | 1.00 | 0.00 | 320.00 | 320.00 |
| 3/27/2023 | KIRK, DARYL | 2022 Year-end Audit | Fees | 1.00 | 0.00 | 320.00 | 320.00 |
| **TOTAL:** | Audit financial statements and other financial documents | | | **3.50** | | | **1120.00** |
| **Matter Description: Review of rate sheets and preparation of appeals, if necessary** | | | | | | | |
| 3/27/2023 | KELLY, KAREN | RATE REVIEW | Fees | 0.25 | 0.00 | 320.00 | 80.00 |
| 3/28/2023 | KELLY, KAREN | RATE REVIEW | Fees | 0.25 | 0.00 | 320.00 | 80.00 |
| **TOTAL:** | Matter Description: Review of rate sheets and preparation of appeals, if necessary | | | **0.50** | | | **160.00** |
| **Matter Description: Perform any other services that the Debtor may deem necessary** | | | | | | | |
| **in our role as accountants to the Debtor, or that may be requested by its counsel** | | | | | | | |
| **for or on behalf of the Debtor of the Estate** | | | | | | | |
| 3/16/2023 | MARTELLO, JOSEPH | CONSULTING | Fees | 0.50 | 0.00 | 475.00 | 237.50 |
| 3/31/2023 | MARTELLO, JOSEPH | CONSULTING | Fees | 0.50 | 0.00 | 475.00 | 237.50 |
| **TOTAL:** | Perform any other services that the Debtor may deem necessary | | | | | | |
| | in our role as accountants to the Debtor, or that may be requested by | | | | | | |
| | its consel for or on behalf of the Debtor of the Estate | | | **1.00** | | | **475.00** |
| | | **SUBTOTAL - SUMMARY OF FEES:** | | **11.50** | | | **4,082.50** |
| **EXPENSE SUMMARY:** | | | | | | | |
| | | | Expense | | | | 0.00 |
| | | **SUBTOTAL - SUMMARY OF EXPENSES:** | | | | | **0.00** |
| | | **GRAND TOTAL: Total Fees & Expenses Requested:** | | | | | **4,082.50** |