**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.    (212) 421-4100
Fax    (212-326-0806

*Special Litigation and Real Estate Counsel*
*to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION   :
AND NURSING AT WHITE PLAINS                     :
                                                                 :    Case No. 21-22623 (SHL)
                                            Debtor.    :
-----------------------------------------------------------------x

**SEVENTH MONTHLY STATEMENT OF FEES AND EXPENSES OF
PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE
COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
<u>FROM MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

| NAME OF APPLICANT: | Pryor Cashman LLP ("<u>PCLLP</u>") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2023 through March 31, 2023 (the "<u>Statement Period</u>") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $38,234.00 |

1

| | |
|---|---|
| Total Expenses Requested for the Compensation Period for PCLLP | $26.55 |
| Total Fees and Expenses Requested: | $38,260.55 |

Summary of Prior Monthly Statements Sent:

| Stmt. # | Date Sent | Period Covered | Totals Requested | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2021 | $71,726.22 | $124.22 | $57,380.98 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,233.55 | $0.00 | $16,078.84* | $0.00 |
| 3 | 12/14/22 | Nov. 2022 | $6,423.20 | $0.00 | Pending | Pending |
| 4 | 2/8/23 | Dec. 2022 | $17,562.00 | $43.50 | Pending | Pending |
| 5 | 2/16/23 | Jan. 2023 | $28,047.50 | $26.05 | Pending | Pending |
| 6 | 3/15/23 | Feb. 2023 | $26,019.00 | $25.55 | Pending | Pending |
| 7 | 4/14/23 | March 2023 | $38,234.00 | $26.55 | Pending | Pending |
| TOTALS | | | $210,245.47 | $121.65 | $73,459.82 | $124.22 |

\* PCLLP and the Debtor are nearing the completion of a reconciliation of all interim monthly statements filed by PCLLP and the amounts due it

Summary of Prior Interim Applications Filed:  **Not Applicable.  Pryor Cashman has not yet filed an interim fee application, but will do so shortly.**

### TIME SUMMARY BY BILLING CATEGORY
For the Period of March 1, 2023 through March 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.0 | $0.00 |
| Special Litigation Counsel | 42.0 | $36,750.00 |
| Special Real Estate Counsel | 0.0 | $0.00 |
| Retention and Fee Applications - Preparation | 1.4 | $1,484.00 |
| Retention and Fee Applications - Objections | 0.0 | $0.00 |
| **Total** | **43.40** | **$38,234.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of March 1, 2023 through March 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm 1977 (DC)[1]; 1979 (NY) | $1,060.00 | 1.40 | $1,484.00 |
| John Giardino | Partner; adm. 1994 (NY) | $875.00 | 42.00 | $36,750.00 |
| **Total** | | **$880.97 (Blended Hourly Rate)** | **43.40** | **$38,234.00** |

## EXPENSE SUMMARY
For the Period of March 1, 2023 through March 31, 2023

| Disbursements | Amount |
|---|---:|
| Photocopies | $26.55 |
| **Total Disbursements** | **$26.55** |

---

[1] D.C. Bar status is inactive.

## DETAILED TIME RECORDS

Annexed hereto as <u>Exhibit A</u> are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
April 17, 2023

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

# EXHIBIT A

     

Pryor Cashman LLP
7 Times Square
New York, NY 10036

April 14, 2023
Invoice Number: 550595

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through March 31, 2023:*

| | |
|---|---:|
| Total Fees | $1,484.00 |
| Total Disbursements | $4.45 |
| **TOTAL THIS INVOICE** | **$1,488.45** |

For billing inquiries please email: billing@pryorcashman.com                                    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 550595.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                    **Check Remittance Address:**
Bank Name:            JPMorgan Chase Bank, N.A.            Pryor Cashman LLP
Bank Reference Address:   JPMorgan Chase, New York, NY 10017   P.O. Box 22556
Account Name:         Pryor Cashman LLP                  New York, NY 10087-2556
Bank Routing Number:  021000021
Account Number:
SWIFT Code:                                                Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                    pryorcashman.com

Pryor Cashman LLP  
32891: HBL SNF, LLC as Debtor and Debtor in Possession  
00005: Employment and Fee Applications: Preparation and Hearings

Page 2  
Invoice Number: 550595  
as of March 31, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/23 | RL | Preparing February fee statement; emails with E. Carlino re: same | 0.40 | 424.00 |
| 03/07/23 | RL | Prepare reconciliation of interim fees requested and amounts still due and email to L. Jozefic and Epic team re: same | 0.50 | 530.00 |
| 03/14/23 | RL | Communications with K. Caparelli (Epic Management) re: reconciliate of amounts due on prior interim fee statements (.1); prepare summary for same and transmit (.2) | 0.30 | 318.00 |
| 03/15/23 | RL | File and distribute 6th monthly fee summary | 0.20 | 212.00 |
| | | **Total Fees** | **1.40** | **$1,484.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 1.40 | 1,060.00 | 1,484.00 |
| **Total Fees** | | **1.40** | | **$1,484.00** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/31/23 | Reproduction | 0.70 |
| 03/31/23 | Color Copies | 3.75 |
| **Total Disbursements** | | **$4.45** |

**TOTAL CURRENT FEES AND DISBURSEMENTS** $1,488.45

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

April 14, 2023
Invoice Number: 550595

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through March 31, 2023:*

| | |
|---|---:|
| Total Fees | $1,484.00 |
| Total Disbursements | $4.45 |
| **TOTAL THIS INVOICE** | **$1,488.45** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number: ▮▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 550595. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**            **Check Remittance Address:**
Bank Name:    JPMorgan Chase Bank, N.A.           Pryor Cashman LLP
Bank Reference Address:  JPMorgan Chase, New York, NY 10017    P.O. Box 22556
Account Name:  Pryor Cashman LLP                  New York, NY 10087-2556
Bank Routing Number: 021000021
Account Number:  ▮▮▮▮
SWIFT Code:    ▮▮▮▮                              Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami                pryorcashman.com

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

April 14, 2023
Invoice Number: 550596

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002          Special Litigation Counsel to the Debtor

For professional services rendered through March 31, 2023:

| | |
|---|---:|
| Total Fees | $36,750.00 |
| Total Disbursements | $22.10 |
| **TOTAL THIS INVOICE** | **$36,772.10** |

For billing inquiries please email: billing@pryorcashman.com                                    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 550596.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                       **Check Remittance Address:**
Bank Name:                 JPMorgan Chase Bank, N.A.              Pryor Cashman LLP
Bank Reference Address:    JPMorgan Chase, New York, NY 10017     P.O. Box 22556
Account Name:              Pryor Cashman LLP                     New York, NY 10087-2556
Bank Routing Number:       021000021
Account Number:
SWIFT Code:                                                       Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York    Los Angeles    Miami                    pryorcashman.com

Pryor Cashman LLP                                                                                                    Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                          Invoice Number: 550596
00002: Special Litigation Counsel to the Debtor                                                       as of March 31, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/23 | JG | Review Bradford Allen term sheet (0.5); Negotiations with David Fisher regarding subordinated debt (1.0). | 1.50 | 1,312.50 |
| 03/02/23 | JG | Work on financing and related negotiations with Security Benefit (1.0); Letter to Judge Walsh (0.5). | 1.50 | 1,312.50 |
| 03/03/23 | JG | Court conference before Judge Walsh regarding status of closing (0.5); Work on amendments to purchase and sale agreement (1.0). | 1.50 | 1,312.50 |
| 03/06/23 | JG | Review and circulate Bradford Allen and Security Benefit payoff letters (0.5); Telephone call with Al Donnellan, Esq. regarding gap in closing proceeds and reviewed purchase and sale agreement (0.5). | 1.00 | 875.00 |
| 03/07/23 | JG | Work on financing (1.5); Telephone calls with counsel for Security Benefit and White Plains regarding closing requirements and timing (1.0); Work on revisions to contract (1.0). | 3.50 | 3,062.50 |
| 03/08/23 | JG | Telephone call with client and counsel regarding status of closing (0.5); Draft correspondence to Judge Walsh regarding status of CIBC financing (0.5); Work on financing (0.5). | 1.50 | 1,312.50 |
| 03/09/23 | JG | Court conference with Judge Walsh (0.5); Telephone calls with Security Benefit regarding closing and payoff requirements (0.5); Telephone call with CIBC attorney regarding closing (0.5); Telephone call with David Fisher regarding subordinated financing from Bradford Allen (0.5). | 2.00 | 1,750.00 |
| 03/10/23 | JG | 120 Church Street preliminary kickoff call with CIBC to review requirements for loan closing. | 1.50 | 1,312.50 |
| 03/13/23 | JG | Work on subordinated debt issues (1.5); Correspondence with Neal Kronley, counsel for Security Benefit, regarding status of finance (0.5). | 2.00 | 1,750.00 |
| 03/14/23 | JG | Work on modifications to purchase and sale agreement (1.5); Telephone call with attorney Al Donnellan regarding financing issues (0.5). | 2.00 | 1,750.00 |
| 03/15/23 | JG | Correspondence with Neal Kronley and Rachel Names regarding open issues with purchase and sale agreement (0.5); Telephone call with Security Benefit regarding payoff adjustments and request for concession (0.5). | 1.00 | 875.00 |
| 03/16/23 | JG | Conference call with Security Benefit to review sources and uses statement. | 2.50 | 2,187.50 |

Pryor Cashman LLP                                                                                                Page 3
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                       Invoice Number: 550596
00002: Special Litigation Counsel to the Debtor                                                    as of March 31, 2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/23 | JG | Conference call with Tracy Klestadt, Lizer Jozefovic, and Mark Zafrin to discuss settlement of insured creditor claims (1.0); Review operating agreement (0.5); Discuss sources and uses statement (1.0); Further revisions to purchase and sale agreement (1.0); Receive and review correspondence from Neal Kronley regarding extension of oral argument date (0.5). | 4.00 | 3,500.00 |
| 03/19/23 | JG | Review revised purchase and sale agreement from Al Donnellan (0.5); Telephone conference with Lizer Jozefovic and Mark Zafrin to discuss White Plains' request for additional extension fees and late charge (1.0). | 1.50 | 1,312.50 |
| 03/20/23 | JG | Telephone call with Al Donnellan regarding proposed changes to purchase and sale agreement (0.5); Telephone call with Karin Berg of Blank Rome regarding loan documents and subordination issues (0.8); Review revised statement of sources and uses (0.7); Work on further revisions to purchase and sale agreement (1.0); Telephone call with Mark Zafrin regarding closing funds (0.5). | 3.50 | 3,062.50 |
| 03/21/23 | JG | Telephone calls with Al Donnellan regarding proposed changes to purchase and sale agreement (0.8); Telephone calls with Lizer Jozefovic regarding same (0.7). | 1.50 | 1,312.50 |
| 03/22/23 | JG | Court appearance before Judge Walsh. | 1.00 | 875.00 |
| 03/23/23 | JG | Telephone call with David Fisher regarding Bradford Allen subordinated debt (0.5); Telephone calls with Lizer Jozefovic and Mark Zafrin regarding creditor subscription agreements and financing contingencies (1.5); Telephone conference with Tracy Klestadt and Mark Zafrin regarding settlement of creditor claims (1.0). | 3.00 | 2,625.00 |
| 03/27/23 | JG | Further revision to purchase and sale agreement (1.0); Telephone call with Karin Berg, Blank Rome, regarding status of financing and loan documents (0.5). | 1.50 | 1,312.50 |
| 03/28/23 | JG | Telephone call with Neal Kronley regarding update on financing (0.5); Telephone call with Al Donnellan regarding purchase and sale agreement (0.5). | 1.00 | 875.00 |
| 03/30/23 | JG | Court conference with Judge Walsh regarding status of transaction (1.0); Telephone call with Lizer Jozefovic regarding contract contingencies (0.5); Telephone call with Al Donnellan regarding unresolved issues with purchase and sale agreement (0.5). | 2.00 | 1,750.00 |
| 03/31/23 | JG | Telephone call with David Fisher regarding Bradford Allen financing (0.8); Telephone call with Mark Zafrin regarding CIBC financing (0.7). | 1.50 | 1,312.50 |
| | | **Total Fees** | 42.00 | $36,750.00 |

Pryor Cashman LLP                                                                                                          Page 4
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                              Invoice Number: 550596
00002: Special Litigation Counsel to the Debtor                                                              as of March 31, 2023

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| J. Giardino | Partner | 42.00 | 875.00 | 36,750.00 |
| **Total Fees** | | **42.00** | | **$36,750.00** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/31/23 | Reproduction | 16.60 |
| 03/31/23 | Color Copies | 5.50 |
| **Total Disbursements** | | **$22.10** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**                                                                          **$36,772.10**

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

April 14, 2023
Invoice Number: 550596

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002    Special Litigation Counsel to the Debtor

---

*For professional services rendered through March 31, 2023:*

| | |
|---|---:|
| Total Fees | $36,750.00 |
| Total Disbursements | $22.10 |
| **TOTAL THIS INVOICE** | **$36,772.10** |

For billing inquiries please email: billing@pryorcashman.com    Federal Tax Identification Number: ▮▮▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 550596. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**
Bank Name:    JPMorgan Chase Bank, N.A.
Bank Reference Address:    JPMorgan Chase, New York, NY 10017
Account Name:    Pryor Cashman LLP
Bank Routing Number:    021000021
Account Number:    ▮▮▮▮▮
SWIFT Code:    ▮▮▮▮▮

**Check Remittance Address:**
Pryor Cashman LLP
P.O. Box 22556
New York, NY 10087-2556

Please Return Remittance Page With Check.

Tel: 212-421-4100    |    Fax: 212-326-0806    |    New York    |    Los Angeles    |    Miami    pryorcashman.com