# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## HBL SNF LLC - May 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 05/01/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Review, finalization and filing of March 2023 MOR [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 05/25/2023 | Klestadt, Tracy | 11310.002/ HBL SNF LLC<br>Case Administration<br>Preparing for [.20] and attending status conference by video before Judge Lane [.80]. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |
| 05/26/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Review, update and filing of April 2023 MOR [.3]; email exchanges with Ms. Feminella regarding same [.2]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| | | **Matter Description (First Line): Case Administration** | | **1.80** | **0.00** | | **1,315.00** |
| **Matter Description (First Line): Landlord Litigation** | | | | | | | |
| 05/01/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Giardino, then Mr. Zafrin, re status of financing and possible need to enter into new lease transaction given state of credit markets [.50], then conference call with same and Mr. Jozefovic thereon [.80]. | Fees | 1.30 | 0.00 | 895.00 | 1,163.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - May 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/02/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails re apparent replacement of Bradford Allen counsel and affect on negotiations. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 05/03/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Alan Halperin, Esq./counsel to HHHW re status of case and financing efforts. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 05/04/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Mr. Jozefovic re alternative exit scenarios if financing proves to be unattainable. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 05/05/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Messrs. Jozefovic, Giardino and Zafrin re strategy for further negotiations with Bradford Allen. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 05/11/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing Bradford Allen "term sheet" re subordination provisions and call with Mr. Zafrin re affect on CIBC financing [.50], then call with Messrs. Jozefovic, Giardino and Zafrin thereon [.50]. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |

date is may 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - May 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/15/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Messrs. Giardino and Jozefovic re status of financing, potential alternative transaction structures, etc. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 05/23/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Zafrin re potential alternative financing structure to break negotiation logjam and move forward with purchase transaction. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 05/25/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails with Mr. Zafrin re status of negotiations with Bradford Allen. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 05/26/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing latest draft of summary memo for Bradford Allen equity participation in purchase transaction and e-mails thereon. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 05/30/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Zafrin re latest potential financing structure details [.40], then reviewing e-mail from Mr. Zafin to Landlord and Bradford Allen representatives thereon [.40]. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| | | **Matter Description (First Line): Landlord Litigation** | | **5.70** | **0.00** | | **5,101.50** |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## HBL SNF LLC - May 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Retentions and Fees** | | | | | | | |
| 05/15/2023 | Reilly, Christopher | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Review, finalization and filing of HMM monthly fee statement and email exchanges with Ms. Bloom regarding same [.4]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| 05/16/2023 | Nocella, Stephanie | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Preparation of the monthly fee statement for April. | Fees | 0.60 | 0.00 | 250.00 | 150.00 |
| 05/17/2023 | Nocella, Stephanie | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Filing and transmittal of the monthly fee statement for April; filing and transmittal of the monthly fee statement for March. | Fees | 0.50 | 0.00 | 250.00 | 125.00 |
| | | **Matter Description (First Line): Retentions and Fees** | | 1.50 | 0.00 | | 485.00 |
| | | **Grand Total:** | | 9.00 | 0.00 | | $6,901.50 |