**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.  (212) 421-4100
Fax  (212) 326-0806

*Special Litigation and Real Estate Counsel*
*to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          :
                                                                :    Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION                         :
AND NURSING AT WHITE PLAINS,                                    :
                                                                :    Case No. 21-22623 (SHL)
                                      Debtor.                   :
----------------------------------------------------------------x

**NINTH MONTHLY STATEMENT OF FEES AND EXPENSES OF
PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE
COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
<u>FROM MAY 1, 2023 THROUGH MAY 31, 2023</u>**

| NAME OF APPLICANT: | Pryor Cashman LLP ("<u>PCLLP</u>") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2023 through May 31, 2023 (the "<u>Statement Period</u>") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $10,065.50 |

1

| Total Expenses Requested for the Compensation Period for PCLLP | $0.00 |
|---|---|
| Total Fees and Expenses Requested: | $10,065.50 |

Summary of Monthly Statements Sent (restated and updated):

| Stmt. # | Date Sent | Period Covered | Totals Requested | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2022 | $71,602.00 | $124.22 | $61,537.42 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,225.00 | $8.55 | $16,339.33 | $8.55 |
| 3 | 12/14/22 | Nov. 2022 | $6,243.00 | $0.20 | $4,994.36 | $0.20 |
| 4 | 2/8/23 | Dec. 2022 | $17,562.00 | $43.50 | $14,083.30 | $43.50 |
| 5 | 2/16/23 | Jan. 2023 | $28,047.50 | $26.05 | $22,438.00 | $26.05 |
| 6 | 3/15/23 | Feb. 2023 | $26,019.00 | $25.55 | $178.70 | $12.80 |
| 7 | 4/14/23 | March 2023 | $38,234.00 | $26.55 | Pending | Pending |
| 8 | 5/17/2023 | April 2023 | $17,142.00 | $17.75 | Pending | Pending |
| 9 | 6/8/2023 | May 2023 | $10,065.50 | $0.00 | Pending | Pending |
| TOTALS | | | $237,140.00 | $272.37 | $119,571.11 | $215.32 |

Summary of Prior Interim Applications Filed: **Pryor Cashman has not yet filed an interim fee application.**

### TIME SUMMARY BY BILLING CATEGORY
For the Period of May 1, 2023 through May 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.0 | $0.00 |
| Special Litigation Counsel | 9.00 | $7,875.00 |
| Special Real Estate Counsel | 0.0 | $0.00 |
| Retention and Fee Applications - Preparation | 4.60 | $2,190.50 |
| Retention and Fee Applications - Objections | 0.0 | $0.00 |
| **Total** | **13.60** | **$10,065.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of May 1, 2023 through May 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm. 1977 (DC)[1]; 1979 (NY) | $1,060.00 | 0.50 | $530.00 |
| John Giardino | Partner; adm. 1994 (NY) | $875.00 | 9.00 | $7,875.00 |
| Charron French | Paraprofessional | $405.00 | 4.10 | $1,660.50 |
| **Total** | | $740.11 (Blended Hourly Rate) | **13.60** | **$10,065.50** |

## EXPENSE SUMMARY
For the Period of May 1, 2023 through May 31, 2023

| Disbursements | Amount |
|---|---|
| Photocopies | $0.00 |
| PACER | $0.00 |
| **Total Disbursements** | **$0.00** |

---

[1] D.C. Bar status is inactive.

## DETAILED TIME RECORDS

Annexed hereto as <u>Exhibit A</u> are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
       June 14, 2023

**PRYOR CASHMAN LLP**

By:  */s/ Richard Levy, Jr.*
     Richard Levy, Jr.
     John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax    (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

4

# EXHIBIT A

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

June 08, 2023
Invoice Number: 555830

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002           Special Litigation Counsel to the Debtor

*For professional services rendered through May 31, 2023:*

| | |
|---|---:|
| Total Fees | $7,875.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,875.00** |

For billing inquiries please email: billing@pryorcashman.com                              Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 555830.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                                    **Check Remittance Address:**

| | | |
|---|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. | Pryor Cashman LLP |
| Bank Reference Address: | JPMorgan Chase, New York, NY 10017 | P.O. Box 22556 |
| Account Name: | Pryor Cashman LLP | New York, NY 10087-2556 |
| Bank Routing Number: | 021000021 | |
| Account Number: | | |
| SWIFT Code: | | Please Return Remittance Page With Check. |

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York    Los Angeles    Miami                                pryorcashman.com

Pryor Cashman LLP                                                                 Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession              Invoice Number: 555830
00002: Special Litigation Counsel to the Debtor                          as of May 31, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | JG | Work on intercreditor agreement (0.5); Telephone call with Karin Berg re same(0.5). | 1.00 | 875.00 |
| 05/04/23 | JG | Work on transaction (0.5); Telephone call with counsel re same(0.5). | 1.00 | 875.00 |
| 05/05/23 | JG | Further work on inter-creditor agreement and project financing. | 1.00 | 875.00 |
| 05/09/23 | JG | Work on Bradford Allen financing (0.5); Correspondence with attorney Steven Jakovowski re same(0.5). | 1.00 | 875.00 |
| 05/11/23 | JG | Work on financing (0.5); Telephone calls with client re same (0.5). | 1.00 | 875.00 |
| 05/15/23 | JG | Work on Bradford Allen financing. | 1.00 | 875.00 |
| 05/16/23 | JG | Work on Bradford Allen financing. | 1.00 | 875.00 |
| 05/17/23 | JG | Work on financing with Bradford Allen. | 1.50 | 1,312.50 |
| 05/24/23 | JG | Work on Bradford Allen financing. | 0.50 | 437.50 |
| | | **Total Fees** | **9.00** | **$7,875.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| J. Giardino | Partner | 9.00 | 875.00 | 7,875.00 |
| **Total Fees** | | **9.00** | | **$7,875.00** |

 

Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

June 08, 2023  
Invoice Number: 555830

HBL SNF, LLC as Debtor and Debtor in Possession  
Attn: Lizer Josefovic (lizerj@epicmgt.com)  
1280 Albany Post Road  
Croton-on-Hudson, NY 10520

RE: 32891.00002        Special Litigation Counsel to the Debtor

*For professional services rendered through May 31, 2023:*

|  |  |
|---|---:|
| Total Fees | $7,875.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,875.00** |

For billing inquiries please email: billing@pryorcashman.com                    Federal Tax Identification Number: ▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 555830.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                          **Check Remittance Address:**

| | | |
|---|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. | Pryor Cashman LLP |
| Bank Reference Address: | JPMorgan Chase, New York, NY 10017 | P.O. Box 22556 |
| Account Name: | Pryor Cashman LLP | New York, NY 10087-2556 |
| Bank Routing Number: | 021000021 | |
| Account Number: | ▮▮▮ | |
| SWIFT Code: | ▮▮▮ | Please Return Remittance Page With Check. |

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                    pryorcashman.com

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

June 08, 2023
Invoice Number: 555829

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through May 31, 2023:*

| | |
|---|---:|
| Total Fees | $2,190.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,190.50** |

For billing inquiries please email: billing@pryorcashman.com                                                  Federal Tax Identification Number: ▮▮▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 555829.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                **Check Remittance Address:**
Bank Name:              JPMorgan Chase Bank, N.A.              Pryor Cashman LLP
Bank Reference Address: JPMorgan Chase, New York, NY 10017     P.O. Box 22556
Account Name:           Pryor Cashman LLP                      New York, NY 10087-2556
Bank Routing Number:    021000021
Account Number:         ▮▮▮▮▮
SWIFT Code:             ▮▮▮▮▮                                 Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York    Los Angeles    Miami                              pryorcashman.com

Pryor Cashman LLP                                                                                                                        Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                              Invoice Number: 555829
00005: Employment and Fee Applications: Preparation and                                             as of May 31, 2023
Hearings

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/23 | CF | Update 7th Monthly Fee Statement for R. Levy. | 0.20 | 81.00 |
| 05/11/23 | CF | Reviewed Summary of Amounts Billed & Collected, emails w/D. Sammarco re chart with additional billing detail, draft analysis to reconcile total fees & disbursements billed & paid o prior interim statements, emails with R. Levy re same. | 1.30 | 526.50 |
| 05/12/23 | RL | Review/prepare bills for interim statement(.2); review/reconcile Debtor payments, open amounts (.3) | 0.50 | 530.00 |
| 05/16/23 | CF | Meeting with R. Levy re billing figures for 8th monthly fee statement, updated monthly fee statement & emailed same to R. Levy for review; emailed April 2023 invoices to Ms. Feminella as requested. | 1.30 | 526.50 |
| 05/17/23 | CF | Call with R. Levy re edits to 8th Monthly Statement, updated & finalized same; prepped & e-filed 8th Monthly Fee Statement with the Court, circulated same via email to various recipients including Debtor (through its principals), debtor's general BK counsel. | 1.30 | 526.50 |
| | | **Total Fees** | 4.60 | $2,190.50 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 0.50 | 1,060.00 | 530.00 |
| C. French | Paralegal | 4.10 | 405.00 | 1,660.50 |
| **Total Fees** | | 4.60 | | $2,190.50 |

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

June 08, 2023
Invoice Number: 555829

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

For professional services rendered through May 31, 2023:

| | |
|---|---:|
| Total Fees | $2,190.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,190.50** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 555829.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                             **Check Remittance Address:**
Bank Name:                JPMorgan Chase Bank, N.A.        Pryor Cashman LLP
Bank Reference Address:   JPMorgan Chase, New York, NY 10017   P.O. Box 22556
Account Name:             Pryor Cashman LLP                New York, NY 10087-2556
Bank Routing Number:      021000021
Account Number:
SWIFT Code:                                                Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami          pryorcashman.com