| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** <br> Tracy L. Klestadt <br> Stephanie Sweeney <br> Christopher Reilly <br> 200 West 41st Street, 17th Floor <br> New York, New York 10036 <br> Tel: (212) 972-3000 <br> Fax: (212) 972-2245 | **New Hearing Time: August 9, 2023** <br>        **11:00 a.m.  (EDT)** <br><br> **Time/Location: via Zoom for Government** |

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND NURSING AT WHITE PLAINS, | (Subchapter V) |
| | |
| | Case No. 21-22623 (SHL) |
|         Debtor. | |

-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the hearing (the "Hearing") on all matters relating to the above referenced case previously scheduled to take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, on July 11, 2023, at 10:00 a.m., has been changed to **August 9, 2023 at 11:00 a.m. (EDT)**.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted using Zoom for Government. If you wish to appear at the Hearing, you must register your appearance by 4:00 p.m. the day prior to the Hearing utilizing the eCourt Appearances portal (https://www.nysb.uscourts.gov/ecourt-appearances) located on the Court's website.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Hearing.

Dated: New York, New York
June 27, 2023

                                         KLESTADT WINTERS JURELLER
                                         SOUTHARD & STEVENS, LLP

By: */s/ Christopher Reilly*
Tracy L. Klestadt
Stephanie Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
         ssweeney@klestadt.com
         creilly@klestadt.com

*Attorneys for the Debtor and
Debtor-in-Possession*

2