**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax   (212) 326-0806

*Special Litigation and Real Estate Counsel*
*to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION                        :
AND NURSING AT WHITE PLAINS,                                   :
                                                               :    Case No. 21-22623 (SHL)
                                       Debtor.                 :
---------------------------------------------------------------x

**TENTH MONTHLY STATEMENT OF FEES AND EXPENSES OF
PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE
COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| NAME OF APPLICANT: | Pryor Cashman LLP ("PCLLP") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2023 through June 30, 2023 (the "Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $22,160.50 |

1

| | |
|---|---|
| Total Expenses Requested for the Compensation Period for PCLLP | $15.20 |
| Total Fees and Expenses Requested: | $22,175.70 |

Summary of Monthly Statements Sent (cumulatively restated and updated):

| Stmt. # | Date Sent | Period Covered | Totals Requested as Recorded | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2022 | $71,726.22 | $124.22 | $57,281.60 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,221.20 | $0.20 | $17,616.56 | $0.20 |
| 3 | 12/14/22 | Nov. 2022 | $6,455.55 | $8.55 | $5,155.89 | $8.55 |
| 4 | 2/8/23 | Dec. 2022 | $17,605.50 | $43.50 | $14,083.30 | $43.50 |
| 5 | 2/16/23 | Jan. 2023 | $28,073.55 | $26.05 | $22,438.00 | $26.05 |
| 6 | 3/15/23 | Feb. 2023 | $26,044.55 | $25.55 | $20,825.44 | $25.55 |
| 7 | 4/14/23 | March 2023 | $38,260.55 | $26.55 | $30,154.71 | $26.55 |
| 8 | 5/17/2023 | April 2023 | $17,159.75 | $0.00 | Pending | Pending |
| 9 | 6/8/2023 | May 2023 | $10,065.50 | $0.00 | Pending | Pending |
| 10 | 7/12/2023 | June 2023 | $22,160.50 | $15.20 | Pending | Pending |
| **TOTALS** | | | **$259,772.87** | **$269.82** | **$167,555.50** | **$254.62** |

Summary of Prior Interim Applications Filed: **Pryor Cashman has not yet filed an interim fee application.**

### TIME SUMMARY BY BILLING CATEGORY
For the Period of June 1, 2023 through June 30, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.0 | $0.00 |
| Special Litigation Counsel | 24.50 | $21,437.50 |
| Special Real Estate Counsel | 0.0 | $0.00 |
| Retention and Fee Applications - Preparation | 1.30 | $723.00 |
| Retention and Fee Applications - Objections | 0.0 | $0.00 |
| **Total** | **25.80** | **$22,160.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of June 1, 2023 through June 30, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm. 1977 (DC)[1]; 1979 (NY) | $1,060.00 | 0.30 | $318.00 |
| John Giardino | Partner; adm. 1994 (NY) | $875.00 | 24.50 | $21,437.50 |
| Charron French | Paraprofessional | $405.00 | 1.00 | $405.00 |
| **Total** | | **$858.93 (Blended Hourly Rate)** | **25.80** | **$22,160.50** |

## EXPENSE SUMMARY
For the Period of June 1, 2023 through June 30, 2023

| Disbursements | Amount |
|---|---|
| Photocopies | $4.20 |
| Court Servicer Fee | $11.00 |
| **Total Disbursements** | **$15.20** |

---

[1] D.C. Bar status is inactive.

## DETAILED TIME RECORDS

Annexed hereto as Exhibit A are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
July 14, 2023

**PRYOR CASHMAN LLP**

By: /s/ Richard Levy, Jr.
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

July 12, 2023
Invoice Number: 558362

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002        Special Litigation Counsel to the Debtor

For professional services rendered through June 30, 2023:

|  |  |
|---|---:|
| Total Fees | $21,437.50 |
| Total Disbursements | $11.60 |
| **TOTAL THIS INVOICE** | **$21,449.10** |

For billing inquiries please email: billing@pryorcashman.com                    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 558362.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                                                     **Check Remittance Address:**
Bank Name:              JPMorgan Chase Bank, N.A.                   Pryor Cashman LLP
Bank Reference Address: JPMorgan Chase, New York, NY 10017          P.O. Box 22556
Account Name:           Pryor Cashman LLP                           New York, NY 10087-2556
Bank Routing Number:    021000021
Account Number:
SWIFT Code:                                                         Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami                    pryorcashman.com

Pryor Cashman LLP  Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession  Invoice Number: 558362
00002: Special Litigation Counsel to the Debtor  as of June 30, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | JG | Work on restructuring transaction with White Plains (0.5); Review draft term sheet (0.5); Telephone calls with Mark Zafrin and Lizer Jozefovic (0.5). | 1.50 | 1,312.50 |
| 06/02/23 | JG | Work on restructuring debt. | 2.00 | 1,750.00 |
| 06/05/23 | JG | Work on restructuring sale transaction. | 1.00 | 875.00 |
| 06/06/23 | JG | Conference call with Mark Zafrin, Tracy Klestadt, and Lizer Jozefovic to discuss deal structure (1.0); Telephone call with Howard Fensterman re same (0.5). | 1.50 | 1,312.50 |
| 06/08/23 | JG | Conference call regarding deal structure with Mark Zafrin, Tracy Klestadt and Lizer Jozefovic (1.0); Telephone call with Howard Fensterman re: same (0.5). | 1.50 | 1,312.50 |
| 06/09/23 | JG | Conference call regarding term sheet with Howard Fensterman and Bill Nicholson (0.5); Telephone call with Lizer Jozefovic regarding restructuring (0.5). | 1.00 | 875.00 |
| 06/12/23 | JG | Conference call regarding White Plains term sheet with Mark Zafrin, Tracy Klestadt, and Lizer Jozefovic. | 1.00 | 875.00 |
| 06/13/23 | JG | Prepare for and attend deposition of Douglas Muth. | 6.00 | 5,250.00 |
| 06/14/23 | JG | Telephone conference regarding White Plains term sheet with Mark Zafrin, Tracy Klestadt and Lizer Jozefovic. | 1.00 | 875.00 |
| 06/16/23 | JG | Telephone call with Howard Fensterman regarding final terms of transaction (0.5); Telephone conference with Mark Zafrin and Tracy Klestadt regarding same (0.5). | 1.00 | 875.00 |
| 06/19/23 | JG | Conference call regarding term sheet with White plains with Mark Zafrin, Tracy Klestadt, and Lizer Jozefovic (1,0); Review revisions to property lease (0.5). | 1.50 | 1,312.50 |
| 06/22/23 | JG | Work on deal structure with White Plains. | 1.00 | 875.00 |
| 06/27/23 | JG | Follow up with Lizer Jozefovic regarding outstanding issues (0.5); Telephone call with Howard Fensterman, Esq. re: same (0.5). | 1.00 | 875.00 |
| 06/28/23 | JG | Follow up on term sheet with White Plains (0.3); Correspondence with Judge Walsh re lawsuit (0.2); Telephone calls with Lizer Jozefovic, Mark Zafrin, and Tracy Klestadt regarding outstanding issues (1.0). | 1.50 | 1,312.50 |
| 06/30/23 | JG | Work on resolving financing issues (1.5); Telephone call with Lizer Jozefovic regarding undertaking issues (0.5). | 2.00 | 1,750.00 |

Pryor Cashman LLP   Page 3
32891: HBL SNF, LLC as Debtor and Debtor in Possession   Invoice Number: 558362
00002: Special Litigation Counsel to the Debtor   as of June 30, 2023

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Total Fees | 24.50 | $21,437.50 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| J. Giardino | Partner | 24.50 | 875.00 | 21,437.50 |
| **Total Fees** | | **24.50** | | **$21,437.50** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/30/23 | Reproduction | 0.60 |
| 06/30/23 | Court Clerk Service | 11.00 |
| **Total Disbursements** | | **$11.60** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**  $21,449.10

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

July 12, 2023
Invoice Number: 558362

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002        Special Litigation Counsel to the Debtor

*For professional services rendered through June 30, 2023:*

| | |
|---|---:|
| Total Fees | $21,437.50 |
| Total Disbursements | $11.60 |
| **TOTAL THIS INVOICE** | **$21,449.10** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number: ▮▮▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 558362.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                               **Check Remittance Address:**
Bank Name:                JPMorgan Chase Bank, N.A.          Pryor Cashman LLP
Bank Reference Address:   JPMorgan Chase, New York, NY 10017 P.O. Box 22556
Account Name:             Pryor Cashman LLP                   New York, NY 10087-2556
Bank Routing Number:      021000021
Account Number:           ▮▮▮▮▮
SWIFT Code:               ▮▮▮▮▮                              Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                   pryorcashman.com

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

July 12, 2023
Invoice Number: 558363

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through June 30, 2023:*

| | |
|---|---:|
| Total Fees | $723.00 |
| Total Disbursements | $3.60 |
| **TOTAL THIS INVOICE** | **$726.60** |
| **PREVIOUS BALANCE** | $7,141.89 |
| **TOTAL BALANCE DUE** | **$7,868.49** |

For billing inquiries please email: billing@pryorcashman.com                              Federal Tax Identification Number: ▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 558363.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                              **Check Remittance Address:**
Bank Name:             JPMorgan Chase Bank, N.A.                             Pryor Cashman LLP
Bank Reference Address:  JPMorgan Chase, New York, NY 10017                  P.O. Box 22556
Account Name:          Pryor Cashman LLP                                     New York, NY 10087-2556
Bank Routing Number:   021000021
Account Number:        ▮
SWIFT Code:            ▮                                                     Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                pryorcashman.com

Pryor Cashman LLP  Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession  Invoice Number: 558363
00005: Employment and Fee Applications: Preparation and Hearings  as of June 30, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/23 | CF | Draft 9th Monthly Fee Statement & emailed same to R. Levy for review. | 0.50 | 202.50 |
| 06/14/23 | CF | Finalized Ninth Monthly Fee Statement & prepped same for e-filing with exhibits, e-filed and circulated via email to various recipients including Debtor (through its principals), debtor's general BK counsel. | 0.50 | 202.50 |
| 06/29/23 | RL | Reconcile client payments to past-due interim statement amounts billed | 0.30 | 318.00 |
| | | **Total Fees** | **1.30** | **$723.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 0.30 | 1,060.00 | 318.00 |
| C. French | Paralegal | 1.00 | 405.00 | 405.00 |
| **Total Fees** | | **1.30** | | **$723.00** |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/30/23 | Reproduction | 0.60 |
| 06/30/23 | Color Copies | 3.00 |
| **Total Disbursements** | | **$3.60** |

**TOTAL CURRENT FEES AND DISBURSEMENTS** $726.60

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

July 12, 2023
Invoice Number: 558363

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005    Employment and Fee Applications: Preparation and Hearings

For professional services rendered through June 30, 2023:

| | |
|---|---:|
| Total Fees | $723.00 |
| Total Disbursements | $3.60 |
| **TOTAL THIS INVOICE** | **$726.60** |
| **PREVIOUS BALANCE** | $7,141.89 |
| **TOTAL BALANCE DUE** | **$7,868.49** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number: ▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 558363. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**
Bank Name:                JPMorgan Chase Bank, N.A.
Bank Reference Address:   JPMorgan Chase, New York, NY 10017
Account Name:             Pryor Cashman LLP
Bank Routing Number:      021000021
Account Number:           ▮
SWIFT Code:               ▮

**Check Remittance Address:**
Pryor Cashman LLP
P.O. Box 22556
New York, NY 10087-2556

Please Return Remittance Page With Check.

Tel: 212-421-4100    |    Fax: 212-326-0806    |    New York    |    Los Angeles    |    Miami          pryorcashman.com