**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Stephanie Sweeney
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION : | Case No. 21-22623 (SHL) |
| AND NURSING AT WHITE PLAINS : | |
| : | |
| Debtor. : | |

------------------------------------------------------------------x

**TWENTIETH MONTHLY STATEMENT OF FEES AND EXPENSES OF
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP,
COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
<u>FROM JUNE 1, 2023 THROUGH JUNE 30, 2023</u>**

| | |
|---|---|
| NAME OF APPLICANT: | Klestadt Winters Jureller Southard & Stevens, LLP ("<u>KWJSS</u>") |
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | January 4, 2022 *nunc pro tunc* to November 1, 2021 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2023 through June 30, 2023 (the "<u>Statement Period</u>") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $26,019.50 |
| Total Expenses Requested for the Compensation Period for KWJS&S: | $   0.00 |

1

|  |  |
|---|---|
| Total Fees and Expenses Requested: | $26,019.50 |

Summary of Prior Monthly Statements Sent:

| # | Date Sent | Period Covered | Requested | | Awarded and Paid | |
|---|---|---|---|---|---|---|
|  |  |  | Fees | Expenses | Fees | Expenses |
| 1 | 1/6/22 | November 2021 | $114,420.50 | $ 3,881.19 | $91,537.11* | $3,881.19 |
| 2 | 1/6/22 | December 2021 | $ 52,152.00 | $ 1,381.48 | $41,721.60 | $1,381.48 |
| 3 | 2/8/22 | January 2022 | $ 50,596.50 | $ 2,897.37 | $40,477.20 | $2,897.37 |
| 4 | 3/10/22 | February 2022 | $ 16,670.00 | $    76.70 | $13,336.00 | $    76.70 |
| 5 | 4/11/22 | March 2022 | $ 60,795.50 | $   592.90 | $48,636.40 | $   592.90 |
| 6 | 5/12/22 | April 2022 | $ 19,561.00 | $   399.26 | $15,648.80 | $   399.26 |
| 7 | 6/15/22 | May 2022 | $ 67,233.50 | $     0.00 | $53,786.80 | $     0.00 |
| 8 | 7/7/22 | June 2022 | $ 90,117.50 | $ 1,395.22 | $72,094.00 | $1,395.22 |
| 9 | 8/4/22 | July 2022 | $ 65,041.00 | $   575.66 | $52,023.20** | $   575.66 |
| 10 | 9/13/22 | August 2022 | $ 80,279.50 | $ 1,214.67 | $64,223.60 | $1,214.67 |
| 11 | 10/11/22 | September 2022 | $ 23,459.00 | $ 1,004.58 | $18,767.20 | $1,004.58 |
| 12 | 11/10/22 | October 2022 | $ 22,249.00 | $   514.75 | $17,799.20 | $514.75 |
| 13 | 12/7/22 | November 2022 | $ 12,629.50 | $     0.00 | $10,103.60 | $0.00 |
| 14 | 1/12/23 | December 2022 | $ 13,913.00 | $     0.00 | $11,130.40 | $0.00 |
| 15 | 2/9/23 | January 2023 | $ 16,730.00 | $     0.00 |  |  |
| 16 | 3/8/23 | February 2023 | $  3,193.00 | $     0.00 |  |  |
| 17 | 5/17/23 | March 2023 | $ 10,701.00 | $     0.00 |  |  |
| 18 | 5/17/23 | April 2023 | $  8,531.50 | $    26.31 |  |  |
| 19 | 6/8/23 | May 2023 | $  6,901.50 | $     0.00 |  |  |
|  |  | TOTAL | $735,174.50 | $13,960.09 | $551,285.11 | $13,933.78 |

*This payment should have been $91,536.40.
**This payment should have been $52,032.80.

**TIME SUMMARY BY BILLING CATEGORY**
For the Period of June 1, 2023 through June 30, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Case Administration | 0.90 | $    472.50 |
| Claims | 1.00 | $    525.00 |
| Landlord Litigation | 19.10 | $17,094.50 |
| Plan of Reorganization | 13.00 | $ 7,545.00 |

| | | |
|---|---:|---:|
| Retentions and Fees | 1.20 | $ 382.50 |
| **Total** | **35.20** | **$26,019.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of June 1, 2023 through June 30, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Tracy L. Klestadt | Managing Partner; admitted in 1986. | $895 | 19.10 | $17,094.50 |
| Stephanie R. Sweeney | Partner; admitted in 2010. | $675 | 4.80 | $ 3,240.00 |
| Christopher J. Reilly | Associate; admitted in 2015. | $525 | 10.40 | $ 5,460.00 |
| Stephanie Nocella | Paralegal. | $250 | 0.90 | $ 225.00 |
| **Total** | | $739.19 (Blended Hourly Rate) | **35.20** | **$26,019.50** |

## EXPENSE SUMMARY
For the Period of June 1, 2023 through June 30, 2023

| Disbursements | Amount |
|---|---:|
| N/A | N/A |
| **Total Disbursements** | **N/A** |

## DETAILED TIME RECORDS

Annexed hereto as Exhibit "A" are contemporaneously maintained time entries for each individual providing services for the Statement Period.

## SUMMARY

KWJSS's fees for the Statement Period have been calculated on the basis of KWJSS's usual and customary hourly rates for its professionals in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in KWJSS's hourly rates for professionals and are billed separately.

KWJSS reserves the right to amend the fees and expense reimbursement south herein in the event that a subsequent review of KWJSS's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Monthly Statement. In the event such amendments are required, KWJSS reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
July 18, 2023

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: /s/Tracy L. Klestadt
Tracy L. Klestadt
Stephanie R. Sweeney
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel:    (212) 972-3000
Fax:    (212) 972-2245
tklestadt@klestadt.com
ssweeney@klestadt.com
creilly@klestadt.com

*Counsel to the Debtor and Debtor in Possession*

# EXHIBIT A

## TIME AND EXPENSE DETAIL