# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 06/26/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Preparation of notice of adjournment of 7-9-23 hearing [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 06/27/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Review, finalization and filing of May 2023 MOR [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 06/27/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Finalization and filing of notice of adjournment and email exchanges with Ms. Ebanks regarding same [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| | | **Matter Description (First Line): Case Administration** | | **0.90** | **0.00** | | **472.50** |
| **Matter Description (First Line): Claims** | | | | | | | |
| 06/28/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Email exchanges with Ms. Kirby, Mr. Vecchio and Mr. Maniscalco regarding personal injury lift stay stipulation [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |

date is june 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/30/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Review of liability insurance information and email exchanges with Mr. Casique regarding same [.4]; email exchanges with Mr. Vecchio regarding potential lift stay agreement [.3]. | Fees | 0.70 | 0.00 | 525.00 | 367.50 |
| | | **Matter Description (First Line): Claims** | | **1.00** | **0.00** | | **525.00** |

**Matter Description (First Line): Landlord Litigation**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/05/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Messrs. Zafrin, Josefovic and Giardino re negotiations on "preferred equity" position in lieu of mezzanine financing [.50], then call with Messrs. Fensterman, Nicholson, Zafrin and Giardino re negotiations on new alternative transaction structure [1.30]. | Fees | 1.80 | 0.00 | 895.00 | 1,611.00 |
| 06/06/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Extended video call with Messrs. Zafrin, Giardino, Fensterman and Nicholson re negotiations on alternative transaction structure [1.50]; initial review of revised term sheet forwarded by Mr. Nicholson and e-mails thereon [.50]. | Fees | 2.00 | 0.00 | 895.00 | 1,790.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/07/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Several calls with Mr. Zafrin and reviewing multiple revised versions of term sheet [1.0]; call with Ed Smith, Esq. of Abrams Fensterman re concept of retention of bankruptcy court jurisdiction to enforce plan [.20]; Zoom call with Messrs. Jozefovic, Zafrin and Giardino thereon [1.30]. | Fees | 2.50 | 0.00 | 895.00 | 2,237.50 |
| 06/08/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing latest versions of term sheet received from Mr. Zafrin and Mr. Nicholson, then call with Messrs. Jozefovic and Zafrin thereon. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| 06/09/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing revised term sheet received from Mr. Zafrin, calls with Mr. Smith re bankruptcy provisions, and e-mail thereon [1.0]; call with Messrs. Zafrin, Fensterman and Nicholson thereon and re open issues to reach consensus [1.0]; call with Ms. Sweeney re issues for bankruptcy plan included in potential agreement - retention of jurisdiction, appointment of trustee upon submission of default affidavit, etc. [.20]. | Fees | 2.20 | 0.00 | 895.00 | 1,969.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/12/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing latest term sheet changes from Messrs. Nicholson then from Mr. Zafrin, e-mails and calls with Mr. Zafrin, Mr. Jozefovic and Mr. Smith thereon [1.0] and two conference calls with Messrs. Zafrin, Fensterman, Nicholson and Smith thereon [1.0]. | Fees | 2.00 | 0.00 | 895.00 | 1,790.00 |
| 06/13/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing latest turn of term sheet for preferred equity component of purchase transaction from Mr. Nicholson and calls with Mr. Zafrin and Mr. Giardino thereon [.50], then conference call with Messrs. Zafrin, Nicholson and Fensterman thereon and follow up call with Mr. Zafrin and e-mails [1.0], further e-mails re term sheet revision, rescheduling of sale approval hearing, etc. [.50]. | Fees | 2.00 | 0.00 | 895.00 | 1,790.00 |
| 06/14/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails from Mr. Nicholson and Mr. Zafrin, then call with Messrs. Giardino and Fensterman re final revisions to term sheet and confirmation hearing timing [.40]; call with Mr. Zafrin, then Mr. Jozeofic, and e-mail forwarding final version of term sheet for execution [.50]. | Fees | 0.90 | 0.00 | 895.00 | 805.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails with Mr. Fensterman, Mr. Nicholson, Mr. Zafrin, Mr. Jozefovic and call with Mr. Jozefovic re status of execution of term sheet and open issues. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 06/19/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Messrs. Jozefovic and Zafrin re logistics for call with investors regarding proposed term sheet with prior Landlord for preferred equity investment into purchasing entity [.30]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 06/20/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Jozefovic re scheduled call with investors, then preparing for call [.70], call with proposed investor group re agreed term sheet with preferred equity as part of plan structure [.80]; follow-up call with Mr. Fensterman thereon [.20]. | Fees | 1.70 | 0.00 | 895.00 | 1,521.50 |
| 06/21/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Jozefovic, Mr. Zafrin re status of investor response to preferred equity proposal. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |

date is june 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/22/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Fensterman, Mr. Zafrin, Mr. Jozefovic re status of investor approval of preferred equity structure. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 06/23/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Calls with Mr. Zafrin, Mr. Jozefovic re status of investor approval of preferred equity position for purchase transaction. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 06/27/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails with Mr. Fensterman, calls with Mr. Jozefovic and Mr. Zafrin re status of approval of preferred equity position and logistics going forward. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 06/30/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Several calls and e-mails with Mr. Zafrin, Mr. Jozefovic re status and execution of term sheet with preferred equity. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| | | **Matter Description (First Line): Landlord Litigation** | | 19.10 | 0.00 | | 17,094.50 |

**Matter Description (First Line): Plan of Reorganization**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/07/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of Settlement term sheet [.5]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |

date is june 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement

## for

## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/07/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing emails re: status of Plan negotiations, related emails with Mr. Klestadt. | Fees | 0.40 | 0.00 | 675.00 | 270.00 |
| 06/08/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of draft settlement term sheet and discussions with Ms. Sweeney regarding same [.5]; review and update on plan in connection with same [1.7]. | Fees | 2.20 | 0.00 | 525.00 | 1,155.00 |
| 06/08/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing term sheet, discussing same with Mr. Reilly. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 06/09/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing emails re: revised term sheet, reviewing revised term sheet [1.2]; call with Mr. Klestadt [.5]; outlining plan revisions [.9]. | Fees | 2.60 | 0.00 | 675.00 | 1,755.00 |
| 06/12/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Discussing plan revisions with Mr. Reilly, reviewing emails from Mr. Klestadt and Term Sheet revisions. | Fees | 0.60 | 0.00 | 675.00 | 405.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/13/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Emails with Mr. Klestadt, call with Mr. Reilly, reviewing revised term sheet and related emails. | Fees | 0.40 | 0.00 | 675.00 | 270.00 |
| 06/13/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Update of Amended Plan [2.0]; telephone conference with chambers regarding adjournment [.2]; telephone conference with Ms. Sweeney regarding settlement term sheet [.3]. | Fees | 2.50 | 0.00 | 525.00 | 1,312.50 |
| 06/26/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Emails with Mr. Reilly re: hearing. | Fees | 0.10 | 0.00 | 675.00 | 67.50 |
| 06/30/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing emails re: term sheet execution. | Fees | 0.20 | 0.00 | 675.00 | 135.00 |
| 06/30/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of executed term sheet and update of amended plan [3.0]. | Fees | 3.00 | 0.00 | 525.00 | 1,575.00 |
| | | **Matter Description (First Line): Plan of Reorganization** | | **13.00** | **0.00** | | **7,545.00** |

**Matter Description (First Line): Retentions and Fees**

date is june 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - June 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2023 | Nocella, Stephanie | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Preparation, filing and transmittal of the monthly fee statement. | Fees | 0.90 | 0.00 | 250.00 | 225.00 |
| 06/14/2023 | Reilly, Christopher | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Review, finalization and filing of HMM May 2023 fee statement [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| | | **Matter Description (First Line): Retentions and Fees** | | 1.20 | 0.00 | | 382.50 |
| | | | **Grand Total:** | 35.20 | 0.00 | | $26,019.50 |