# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 07/05/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Telephone conference with Chambers regarding adjournment of 8/9 hearing date [.2]. | Fees | 0.20 | 0.00 | 525.00 | 105.00 |
| 07/06/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Preparation of notice of adjournment for 8/9/23 hearing [.3]. | Fees | 0.30 | 0.00 | 525.00 | 157.50 |
| 07/19/2023 | Reilly, Christopher | 11310.002/ HBL SNF LLC<br>Case Administration<br>Public Access to Court Electronic Records for Quarter ending June 30, 2023. | PACER | 0.00 | 1.00 | 17.60 | 17.60 |
| | | **Matter Description (First Line): Case Administration** | | **0.50** | **1.00** | | **280.10** |
| **Matter Description (First Line): Claims** | | | | | | | |
| 07/06/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Email exchanges with Ms. Kirby and Mr. Vecchio regarding insurance coverage and potential lift stay stipulation [.3]; review of COI relating to same [.2]; preparation of objection to Michelman POC [2.0]. | Fees | 2.50 | 0.00 | 525.00 | 1,312.50 |

date is july 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Continued preparation of objection to Michelman claim [1.0]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |
| 07/07/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Telephone conference with Ms. Feminella regarding claim reconciliation [.5]; update of chart relating to same [.3]; review of White Glove claim support in connection with discrepancy between POC and scheduled claim [.5]. | Fees | 1.30 | 0.00 | 525.00 | 682.50 |
| 07/10/2023 | Klestadt, Tracy | 11310.010/ HBL SNF LLC<br>Claims<br>Call with Mr. Halperin re status of case and potential treatment of HHHW claim. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 07/13/2023 | Reilly, Christopher | 11310.010/ HBL SNF LLC<br>Claims<br>Email exchanges and telephone conference with Mr. Maniscalco regarding potential PI claim/lift stay stipulation [.4]. | Fees | 0.40 | 0.00 | 525.00 | 210.00 |
| | | **Matter Description (First Line): Claims** | | **5.40** | **0.00** | | **2,909.00** |

**Matter Description (First Line): Landlord Litigation**

8/3/2023 11:52:37 AM

date is july 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/06/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Several e-mails and calls with Mr. Zafrin, Mr. Jozefovic, Mr. Lee re sources and uses calculation for property purchase. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| 07/07/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Further e-mails and call with Mr. Zafrin and Mr. Jozefovic re sources and uses calculation. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 07/10/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Mr. Zafrin re status of financing, projections, etc. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 07/18/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Call with Mr. Zafrin re status of financing approval, logistics for proceeding forward, etc. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 07/27/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Initial review of draft of new lease for Debtor as tenant with purchasing entity and e-mails with Mr. Zafrin and Mr. Giardino thereon. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |

date is july 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/28/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>E-mails and call with Mr. Zafrin re comments to drafts of transaction documents [.50], then conference call with Mr. Zafrin, Mr. Povol, Ms. Braunstein re proposed transaction structure revisions, drafting issues, etc. [.90]. | Fees | 1.40 | 0.00 | 895.00 | 1,253.00 |
| 07/28/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing e-mail from Mr. Angelich with proposed settlement terms from Brown & Chiari. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 07/31/2023 | Klestadt, Tracy | 11310.005/ HBL SNF LLC<br>Landlord Litigation<br>Reviewing updated drafts of sources and uses spreadsheets and e-mails with Mr. Zafrin and Mr. Lee thereon [.50]; reviewing drafts of 120 Church Street Acquisition Operating Agreement for consistency with term sheet and bankruptcy plan and e-mails thereon [1.0]; reviewing drafts of preferred equity redemption agreement circulated by Mr. Zafrin and Ms. Braunstein for consistency with term sheet and bankruptcy plan and e-mails thereon [1.0]; and calls with Mr. Zafrin regarding same [.30]. | Fees | 2.80 | 0.00 | 895.00 | 2,506.00 |

date is july 2023 and client sort begins with 'hbl'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | **Matter Description (First Line): Landlord Litigation** | | 7.20 | 0.00 | | 6,444.00 |
| **Matter Description (First Line): Plan of Reorganization** | | | | | | | |
| 07/05/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing emails re: plan revisions, call with Mr. Reilly re: same [.6]; internal call, related emails [.6]; call with clients and advisors re: claims analysis and plan [1]; follow up call with Mr. Reilly, reviewing related emails [.5]. | Fees | 2.70 | 0.00 | 675.00 | 1,822.50 |
| 07/05/2023 | Klestadt, Tracy | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Zoom call with Messrs. Jozefovic, Zafrin, Giardino, Lee, Sweeney, Reilly and Feminiella re necessary revisions to plan, sources and uses of funds, projections, negotiation of remaining creditor claims strategy, etc. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Continued update of amended plan [2.5]; conference with Messers. Jozefovic, Klestadt, Zafrin, Lee, and Mdms. Feminella and Sweeney regarding amended plan [1.2]; Conference with Mr. Klestadt and Ms. Sweeney regarding amended plan [.5]; review of draft sources and uses chart [.5]; review of claims chart prepared by Omni and email exchanges with Ms. Feminella regarding same [.2]. | Fees | 4.90 | 0.00 | 525.00 | 2,572.50 |
| 07/07/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Telephone conference with Ms. Sweeney regarding amended plan [.5]; review and update of amended plan [.5]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |
| 07/07/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing and revising Plan and conforming to Term Sheet. | Fees | 3.10 | 0.00 | 675.00 | 2,092.50 |
| 07/11/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Revising Plan. | Fees | 1.00 | 0.00 | 675.00 | 675.00 |
| 07/13/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Update of Jozefovic declaration in support of amended plan [1.0]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/14/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Revising Plan. | Fees | 1.00 | 0.00 | 675.00 | 675.00 |
| 07/14/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Update of Jozefovic declaration [1.5]. | Fees | 1.50 | 0.00 | 525.00 | 787.50 |
| 07/17/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Revising Plan per Settlement Agreement. | Fees | 2.10 | 0.00 | 675.00 | 1,417.50 |
| 07/18/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Continued preparation of Jozefovic declaration in support of Amended Plan [1.5]. | Fees | 1.50 | 0.00 | 525.00 | 787.50 |
| 07/18/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Revising Plan, finalizing same and sending to Mr. Klestadt with issues list, related email with Mr. Reilly. | Fees | 2.00 | 0.00 | 675.00 | 1,350.00 |
| 07/19/2023 | Klestadt, Tracy | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Initial review of revised plan prepared by Ms. Sweeney and e-mails thereon. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 07/19/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of revised Amended Plan and update of Jozefovic declaration in support of the same [1.0]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/20/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Further update of Jozefovic declaration in support of amended plan [1.0]. | Fees | 1.00 | 0.00 | 525.00 | 525.00 |
| 07/24/2023 | Sweeney, Stephanie | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Updating plan, related call with Mr. Klestadt, sending to Mr. Klestadt. | Fees | 2.50 | 0.00 | 675.00 | 1,687.50 |
| 07/24/2023 | Klestadt, Tracy | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Reviewing and revising latest draft of amended plan prepared by Ms. Sweeney and e-mail to client and co-counsel thereon. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| 07/25/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of updated amended plan [.5]; update of Jozefovic declaration in support of the same [1.0]. | Fees | 1.50 | 0.00 | 525.00 | 787.50 |
| 07/31/2023 | Reilly, Christopher | 11310.009/ HBL SNF LLC<br>Plan of Reorganization<br>Review of Redemption Agreement [.5]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| | | **Matter Description (First Line): Plan of Reorganization** | | 30.80 | 0.00 | | 19,255.00 |

**Matter Description (First Line): Retentions and Fees**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Monthly Fee Statement
## for
## HBL SNF LLC - July 2023

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/14/2023 | Reilly, Christopher | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Review of HMM June 2023 Monthly Fee Statement and filing of same [.3]; email exchanges with Ms. Bloom regarding same [.2]. | Fees | 0.50 | 0.00 | 525.00 | 262.50 |
| 07/18/2023 | Nocella, Stephanie | 11310.004/ HBL SNF LLC<br>Retentions and Fees<br>Preparing, filing and transmitting the monthly fee statement. | Fees | 0.80 | 0.00 | 250.00 | 200.00 |
| | | **Matter Description (First Line): Retentions and Fees** | | 1.30 | 0.00 | | 462.50 |
| | | **Grand Total:** | | 45.20 | 1.00 | | $29,350.60 |

date is july 2023 and client sort begins with 'hbl'