**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax    (212) 326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION                        :
AND NURSING AT WHITE PLAINS,                                   :
                                                               :   Case No. 21-22623 (SHL)
                                        Debtor.                :
---------------------------------------------------------------x

**ELEVENTH MONTHLY STATEMENT OF FEES AND EXPENSES OF
PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE
COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| NAME OF APPLICANT: | Pryor Cashman LLP ("PCLLP") |
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2023 through July 31, 2023 (the "Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $1,006.50 |

1

| | |
|---|---|
| Total Expenses Requested for the Compensation Period for PCLLP | $12.60 |
| Total Fees and Expenses Requested: | $1,019.10 |

Summary of Monthly Statements Sent (cumulatively updated):

| Stmt. # | Date Sent | Period Covered | Totals Requested as Recorded | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2022 | $71,726.22 | $124.22 | $57,281.60 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,221.20 | $0.20 | $17,616.56 | $0.20 |
| 3 | 12/14/22 | Nov. 2022 | $6,455.55 | $8.55 | $5,155.89 | $8.55 |
| 4 | 2/8/23 | Dec. 2022 | $17,605.50 | $43.50 | $14,083.30 | $43.50 |
| 5 | 2/16/23 | Jan. 2023 | $28,073.55 | $26.05 | $22,438.00 | $26.05 |
| 6 | 3/15/23 | Feb. 2023 | $26,044.55 | $25.55 | $20,825.44 | $25.55 |
| 7 | 4/14/23 | March 2023 | $38,260.55 | $26.55 | $30,154.71 | $26.55 |
| 8 | 5/17/2023 | April 2023 | $17,159.75 | $0.00 | Pending | Pending |
| 9 | 6/8/2023 | May 2023 | $10,065.50 | $0.00 | Pending | Pending |
| 10 | 7/12/2023 | June 2023 | $22,160.50 | $15.20 | Pending | Pending |
| 11 | 8/09/2023 | July 2023 | $1,006.50 | $12.60 | Pending | Pending |
| TOTALS | | | $260,779.37 | $282.42 | $167,555.50 | $254.62 |

Summary of Prior Interim Applications Filed:  **Pryor Cashman has not yet filed an interim fee application.**

## TIME SUMMARY BY BILLING CATEGORY
For the Period of July 1, 2023 through July 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.0 | $0.00 |
| Special Litigation Counsel | 0.00 | $0.00 |
| Special Real Estate Counsel | 0.0 | $0.00 |
| Retention and Fee Applications - Preparation | 2.00 | $1,006.50 |
| Retention and Fee Applications - Objections | 0.0 | $0.00 |
| **Total** | **2.00** | **$1,006.50** |

### TIME SUMMARY BY PROFESSIONAL
For the Period of July 1, 2023 through July 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm. 1977 (DC)[1]; 1979 (NY) | $1,060.00 | 0.30 | $318.00 |
| Charron French | Paraprofessional | $405.00 | 1.70 | $688.50 |
| **Total** | | **$503.25** (Blended Hourly Rate) | **2.00** | **$1,006.50** |

### EXPENSE SUMMARY
For the Period of July 1, 2023 through July 31, 2023

| Disbursements | Amount |
|---|---|
| PACER | $12.60 |
| **Total Disbursements** | **$12.60** |

---

[1] D.C. Bar status is inactive.

## DETAILED TIME RECORDS

Annexed hereto as <u>Exhibit A</u> are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
August 14, 2023

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

# EXHIBIT A

 

Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

August 09, 2023  
Invoice Number: 560667

HBL SNF, LLC as Debtor and Debtor in Possession  
Attn: Lizer Josefovic (lizerj@epicmgt.com)  
1280 Albany Post Road  
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through July 31, 2023:*

| | |
|---|---:|
| Total Fees | $1,006.50 |
| Total Disbursements | $12.60 |
| **TOTAL THIS INVOICE** | **$1,019.10** |

For billing inquiries please email: billing@pryorcashman.com        Federal Tax Identification Number: ▮

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 560667.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                              **Check Remittance Address:**  
Bank Name:                JPMorgan Chase Bank, N.A.         Pryor Cashman LLP  
Bank Reference Address:   JPMorgan Chase, New York, NY 10017 P.O. Box 22556  
Account Name:             Pryor Cashman LLP                 New York, NY 10087-2556  
Bank Routing Number:      021000021  
Account Number:           ▮  
SWIFT Code:               ▮                                 Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York    Los Angeles    Miami              pryorcashman.com

Pryor Cashman LLP                                                                                                           Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                        Invoice Number: 560667
00005: Employment and Fee Applications: Preparation and                                              as of July 31, 2023
Hearings

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | RL | Prepare updated/restated recap of all interim fee statements and payments by Debtor on account, and creconcile with partial interim payments received to date | 0.30 | 318.00 |
| 07/10/23 | CF | Draft 10th Monthly Fee Statement & emailed same to R. Levy for review. | 0.30 | 121.50 |
| 07/12/23 | CF | Updated 10th Monthly Fee Statement & emailed same to R. Levy for review. | 0.60 | 243.00 |
| 07/14/23 | CF | Redacted invoices & finalized 10th Monthly Fee Statement, e-filed same, circulated filed version via email to various recipients including Debtor (through its principals), debtor's general BK counsel. | 0.80 | 324.00 |
| | | **Total Fees** | 2.00 | $1,006.50 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 0.30 | 1,060.00 | 318.00 |
| C. French | Paralegal | 1.70 | 405.00 | 688.50 |
| **Total Fees** | | 2.00 | | $1,006.50 |

## Description of Disbursements

| Date | Description | Amount |
|---|---|---|
| 07/31/23 | US Court Docket Expense | 12.60 |
| **Total Disbursements** | | **$12.60** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**                                                                        **$1,019.10**





Pryor Cashman LLP
7 Times Square
New York, NY 10036

August 09, 2023
Invoice Number: 560667

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through July 31, 2023:*

| | |
|---|---:|
| Total Fees | $1,006.50 |
| Total Disbursements | $12.60 |
| **TOTAL THIS INVOICE** | **$1,019.10** |

For billing inquiries please email: billing@pryorcashman.com                    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 560667.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                **Check Remittance Address:**

| | | |
|---|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. | Pryor Cashman LLP |
| Bank Reference Address: | JPMorgan Chase, New York, NY 10017 | P.O. Box 22556 |
| Account Name: | Pryor Cashman LLP | New York, NY 10087-2556 |
| Bank Routing Number: | 021000021 | |
| Account Number: | | |
| SWIFT Code: | | Please Return Remittance Page With Check. |

Tel: 212-421-4100    |    Fax: 212-326-0806    |    New York    |    Los Angeles    |    Miami                    pryorcashman.com