**PRYOR CASHMAN LLP**
Richard Levy, Jr.
John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax   (212) 326-0806

*Special Litigation and Real Estate Counsel*
*to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
HBL SNF, LLC, d/b/a EPIC REHABILITATION     :
AND NURSING AT WHITE PLAINS,                    :
                                                               :   Case No. 21-22623 (SHL)
                                          Debtor.         :
---------------------------------------------------------------x

**TWELFTH MONTHLY STATEMENT OF FEES AND EXPENSES OF**
**PRYOR CASHMAN LLP , SPECIAL LITIGATION AND REAL ESTATE**
**COUNSEL TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,**
**PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD**
<u>**FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**</u>

| NAME OF APPLICANT: | Pryor Cashman LLP ("<u>PCLLP</u>") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | September 22, 2022 [Dkt. No. 214], *nunc pro tunc* to August 9, 2022 as special real estate counsel, and *nunc pro tunc* to August 15, 2022 as special litigation counsel. |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2023 through August 31, 2023 (the "<u>Statement Period</u>") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $5,154.00 |

1

| | |
|---|---|
| Total Expenses Requested for the Compensation Period for PCLLP | $0.00 |
| Total Fees and Expenses Requested: | $5,154.00 |

Summary of Monthly Statements Sent (cumulatively updated):

| Stmt. # | Date Sent | Period Covered | Totals Requested as Recorded | | Interim Amounts Paid as of the End of Statement Period | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| 1 | 10/14/22 | Aug.-Sept. 2022 | $71,726.22 | $124.22 | $57,281.60 | $124.22 |
| 2 | 11/14/22 | Oct. 2022 | $22,221.20 | $0.20 | $17,616.56 | $0.20 |
| 3 | 12/14/22 | Nov. 2022 | $6,455.55 | $8.55 | $5,155.89 | $8.55 |
| 4 | 2/8/23 | Dec. 2022 | $17,605.50 | $43.50 | $14,083.30 | $43.50 |
| 5 | 2/16/23 | Jan. 2023 | $28,073.55 | $26.05 | $22,438.00 | $26.05 |
| 6 | 3/15/23 | Feb. 2023 | $26,044.55 | $25.55 | $20,825.44 | $25.55 |
| 7 | 4/14/23 | March 2023 | $38,260.55 | $26.55 | $30,154.71 | $26.55 |
| 8 | 5/17/2023 | April 2023 | $17,159.75 | $0.00 | Pending | Pending |
| 9 | 6/8/2023 | May 2023 | $10,065.50 | $0.00 | Pending | Pending |
| 10 | 7/12/2023 | June 2023 | $22,160.50 | $15.20 | Pending | Pending |
| 11 | 8/09/2023 | July 2023 | $1,006.50 | $12.60 | Pending | Pending |
| 12 | 9/11/2023 | August 2023 | $5,154.00 | $0.00 | Pending | Pending |
| TOTALS | | | $265,933.37 | $282.42 | $167,555.50 | $254.62 |

Summary of Prior Interim Applications Filed:  **Pryor Cashman has not yet filed an interim fee application.**

## TIME SUMMARY BY BILLING CATEGORY
For the Period of August 1, 2023 through August 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| General Case Administration | 0.00 | $0.00 |
| Special Litigation Counsel | 5.00 | $4,375.00 |
| Special Real Estate Counsel | 0.00 | $0.00 |
| Retention and Fee Applications - Preparation | 1.60 | $779.00 |
| Retention and Fee Applications - Objections | 0.00 | $0.00 |
| **Total** | **6.60** | **$5,154.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of August 1, 2023 through August 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Richard Levy, Jr. | Partner; adm. 1977 (DC)[1]; 1979 (NY) | $1,060.00 | 0.20 | $212.00 |
| John Giardino | Partner; adm. 1994 (NY) | $875.00 | 5.00 | $4,375.00 |
| Charron French | Paraprofessional | $405.00 | 1.40 | $567.00 |
| **Total** | | **$780.91 (Blended Hourly Rate)** | **6.60** | **$5,154.00** |

## EXPENSE SUMMARY
For the Period of August 1, 2023 through August 31, 2023

| Disbursements | Amount |
|---|---|
| | |
| **Total Disbursements** | **$0.00** |

---

[1] D.C. Bar status is inactive.

3

## DETAILED TIME RECORDS

Annexed hereto as Exhibit A are contemporaneously maintained time entries for each individual who provided services during the Statement Period.

## SUMMARY

PCLLP's fees for the Statement Period have been calculated on the basis of PCLLP's usual and customary hourly rates for its professionals and paraprofessionals who performed services in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in PCLLP's hourly rates for professionals and are billed separately.

PCLLP reserves the right to amend the fees and expense reimbursement sought in this Monthly Statement in the event that a subsequent review of PCLLP's records reveals that additional chargeable services were rendered or expenses incurred which were not processed or posted prior to the submission of this Monthly Statement. In the event such amendments are required, PCLLP reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
       September 12, 2023

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
    Richard Levy, Jr.
    John Giardino
7 Times Square
New York, NY 10036-6569
Tel.   (212) 421-4100
Fax    (212-326-0806

*Special Litigation and Real Estate Counsel
to the Debtor and Debtor in Possession*

4

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

September 11, 2023
Invoice Number: 563930

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002          Special Litigation Counsel to the Debtor

For professional services rendered through August 31, 2023:

| | |
|---|---:|
| Total Fees | $4,375.00 |
| **TOTAL THIS INVOICE** | **$4,375.00** |

For billing inquiries please email: billing@pryorcashman.com                                    Federal Tax Identification Number: 13-

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 563930.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                              **Check Remittance Address:**
Bank Name:                 JPMorgan Chase Bank, N.A.                        Pryor Cashman LLP
Bank Reference Address:    JPMorgan Chase, New York, NY 10017               P.O. Box 22556
Account Name:              Pryor Cashman LLP                                New York, NY 10087-2556
Bank Routing Number:       021000021
Account Number:
SWIFT Code:                                                                 Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami                    pryorcashman.com

Pryor Cashman LLP                                                                                                               Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                                     Invoice Number: 563930
00002: Special Litigation Counsel to the Debtor                                                        as of August 31, 2023

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/23 | JG | Conference with Judge Walsh regarding status. | 1.00 | 875.00 |
| 08/09/23 | JG | Follow up on status of financing (0.5); Schedule for future court proceedings with Tracy Klestadt (0.5); Discussion of structure of financing and status of CIBC (0.5). | 1.50 | 1,312.50 |
| 08/16/23 | JG | Conference call with client, Tracy Klestadt, and Mark Zafrin regarding requirements for closing and status of equity participation. | 1.00 | 875.00 |
| 08/16/23 | JG | Conference call with Howard Fensterman and Tracy Klestadt regarding closing requirements. | 1.50 | 1,312.50 |
| | | **Total Fees** | 5.00 | $4,375.00 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| J. Giardino | Partner | 5.00 | 875.00 | 4,375.00 |
| **Total Fees** | | 5.00 | | $4,375.00 |

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

September 11, 2023
Invoice Number: 563930

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00002          Special Litigation Counsel to the Debtor

---

*For professional services rendered through August 31, 2023:*

| | |
|---|---:|
| Total Fees | $4,375.00 |
| **TOTAL THIS INVOICE** | **$4,375.00** |

For billing inquiries please email: billing@pryorcashman.com                Federal Tax Identification Number: 13-

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 563930.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Bank Reference Address: | JPMorgan Chase, New York, NY 10017 |
| Account Name: | Pryor Cashman LLP |
| Bank Routing Number: | 021000021 |
| Account Number: | |
| SWIFT Code: | |

**Check Remittance Address:**

Pryor Cashman LLP
P.O. Box 22556
New York, NY 10087-2556

Please Return Remittance Page With Check.

---

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York   |   Los Angeles   |   Miami                pryorcashman.com

  

Pryor Cashman LLP
7 Times Square
New York, NY 10036

September 11, 2023
Invoice Number: 563931

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005        Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through August 31, 2023:*

| | |
|---|---:|
| Total Fees | $779.00 |
| **TOTAL THIS INVOICE** | **$779.00** |
| PREVIOUS BALANCE | $8,449.50 |
| **TOTAL BALANCE DUE** | **$9,228.50** |

For billing inquiries please email: billing@pryorcashman.com                              Federal Tax Identification Number: 13-

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 563931.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                                          **Check Remittance Address:**
Bank Name:              JPMorgan Chase Bank, N.A.                                       Pryor Cashman LLP
Bank Reference Address: JPMorgan Chase, New York, NY 10017                              P.O. Box 22556
Account Name:           Pryor Cashman LLP                                               New York, NY 10087-2556
Bank Routing Number:    021000021
Account Number:
SWIFT Code:                                                                             Please Return Remittance Page With Check.

Tel: 212-421-4100   |   Fax: 212-326-0806   |   New York    Los Angeles    Miami                              pryorcashman.com

Pryor Cashman LLP                                                                                          Page 2
32891: HBL SNF, LLC as Debtor and Debtor in Possession                              Invoice Number: 563931
00005: Employment and Fee Applications: Preparation and                                as of August 31, 2023
Hearings

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/23 | CF | Draft 11th Monthly Fee Statement & emailed same to R. Levy for review. | 0.20 | 81.00 |
| 08/09/23 | CF | Updated draft of 11th Monthly Fee Statement & emailed same to R. Levy for review. | 0.50 | 202.50 |
| 08/09/23 | RL | Review draft July interim fax statement from C. French, emails with C. French re: same | 0.20 | 212.00 |
| 08/14/23 | CF | Prepped 11th Monthly Fee Statement for filing by redacting confidential information, e-filed same with the court, saved to system and circulated via email to various recipients including Debtor (through its principals), debtor's general BK counsel. | 0.70 | 283.50 |
| | | Total Fees | 1.60 | $779.00 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| R. Levy | Partner | 0.20 | 1,060.00 | 212.00 |
| C. French | Paralegal | 1.40 | 405.00 | 567.00 |
| **Total Fees** | | **1.60** | | **$779.00** |

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

September 11, 2023
Invoice Number: 563931

HBL SNF, LLC as Debtor and Debtor in Possession
Attn: Lizer Josefovic (lizerj@epicmgt.com)
1280 Albany Post Road
Croton-on-Hudson, NY 10520

RE: 32891.00005     Employment and Fee Applications: Preparation and Hearings

*For professional services rendered through August 31, 2023:*

| | |
|---|---:|
| Total Fees | $779.00 |
| **TOTAL THIS INVOICE** | **$779.00** |
| **PREVIOUS BALANCE** | $8,449.50 |
| **TOTAL BALANCE DUE** | **$9,228.50** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number: 13█

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 563931.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**                                  **Check Remittance Address:**
Bank Name:                JPMorgan Chase Bank, N.A.             Pryor Cashman LLP
Bank Reference Address:   JPMorgan Chase, New York, NY 10017    P.O. Box 22556
Account Name:             Pryor Cashman LLP                     New York, NY 10087-2556
Bank Routing Number:      021000021
Account Number:           ███████
SWIFT Code:               ███████                               Please Return Remittance Page With Check.

Tel: 212-421-4100   I   Fax: 212-326-0806   I   New York   I   Los Angeles   I   Miami                    pryorcashman.com