**HMM, CPAS LLP**
Joseph Martello
Suzanne Breit
Wayne Robinson
James Budd
Brian Lee
Peter Vogel
527 Townline Road, Suite 203
Hauppauge, NY 11788
Tel: (631) 265-6289
Fax: (631) 265-6523

*Accountant to the Debtor and Debtor in
Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION | : | Case No. 21-22623 (SHL) |
| AND NURSING AT WHITE PLAINS | : | |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

**MONTHLY STATEMENT OF FEES AND EXPENSES OF
HMM, CPAS LLP,
ACCOUNTANT TO HBL SNF, LLC, THE DEBTOR AND DEBTOR IN POSSESSION,
PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR THE PERIOD
FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| NAME OF APPLICANT: | HMM, CPAS LLP ("HMM") |
|---|---|
| Authorized to Provide Professional Services to: | HBL SNF, LLC, Debtor and Debtor in Possession |
| Effective Date of Retention: | January 4, 2022 *nunc pro tunc* to November 1, 2021 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2023 through August 31, 2023 (the "Statement Period") |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $3,577.50 |

1

| Total Expenses Requested for the Compensation Period for HMM: | $0.00 |
|---|---|
| Total Fees and Expenses Requested: | $3577.70 |

Summary of Prior Monthly Statements Sent:

| # | Date Sent | Period Covered | Requested | | Awarded and Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| | 01/14/2022 | 12/01/2021 – 12/31/2021 | $3,570.00 | N/A | $3,570.00 | N/A |
| | 2/11/2022 | 01/01/2022 – 01/31/2022 | $1,830.00 | N/A | $1,830.00 | N/A |
| | 3/9/2022 | 02/01/2022 - 02/28/2022 | $2,216.25 | N/A | $2,216.25 | N/A |
| | 4/19/2022 | 03/01/2022 – 03/31/2022 | $2,313.75 | N/A | $2,313.75 | N/A |
| | 5/18/2022 | 04/01/2022 – 4/30/2022 | $7,421.25 | $700.00 | $7,421.25 | $700.00 |
| | 6/15/2022 | 05/01/2022 – 05/31/2022 | $2,025.00 | $100.00 | $2,025.00 | $100.00 |
| | 7/12/2022 | 06/01/2022 – 06/30/2022 | $1,400.00 | 0.00 | $1,400.00 | 0.00 |
| | 08/08/2022 | 07/01/2022 – 07/31/2022 | $2,482.50 | 0.00 | $2,482.50 | 0.00 |
| | 09/15/2022 | 08/01/2022 - 08/31/2022 | $3,511.25 | 0.00 | $3,511.25 | 0.00 |
| | 10/13/2022 | 09/01/2022 – 09/30/2022 | $1,715.00 | 0.00 | $1,715.00 | 0.00 |
| | 11/09/2022 | 10/01/2022 – 10/31/2022 | $1,840.00 | 0.00 | $1,840.00 | 0.0 |
| | 12/14/2022 | 11/1/2022 – 11/30/2022 | $4,695.00 | 0.00 | $4,695.00 | 0.00 |
| | 01/12/2023 | 12/01/2022 – 12/31/2022 | $7,028.75 | 0.00 | $7,028.75 | 0.00 |
| | 02/13/2023 | 01/01/2023 – 01/31/2023 | $11,475.00 | 0.00 | $11,475.00 | 0.00 |
| | 03/10/2023 | 02/01/2023 – 02/28/2023 | $10,173.75 | 0.00 | $10,173.75 | 0.00 |
| | 04/12/2023 | 03/01/2023 – 03/31/2023 | $4,082.50 | 0.00 | $4,082.50 | 0.00 |
| | 05/15/2023 | 04/01/2023 – 04/30/2023 | $5,385.00 | $700.00 | $5,385.00 | 700.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/14/2023 | 05/01/2023 – 05/31/2023 | $5,060.00 | $100.00 | $5,060.00 | 100.00 |
| 07/14/2023 | 06/01/2023 – 06/30/2023 | $2,475.00 | 0.00 | $2,475.00 | 0.00 |
| 08/11/2023 | 07/01/2023 – 07/31/2023 | $3,845.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | | $84,545.00 | $1,600.00 | $80,700.00 | $1,600.00 |

Summary of Prior Interim Applications Filed:

## TIME SUMMARY BY BILLING CATEGORY
For the Period of December 1, 2021 through July 31, 2023:

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Participate in Meetings | | |
| Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines | 132.50 | 42,292.50 |
| Audit financial statements and other financial documents | 82.75 | 25,425.00 |
| Preparation, review and certification of the Medicaid RHCF-4 report and Preparation of Medicare annual report | 12.75 | 4,197.50 |
| Review of statistical data for third party reporting | | |
| Compile interim financial statements on a monthly basis. | | |
| Review of rate sheets and preparation of appeals, if necessary | 15.25 | 6046.25 |
| Preparation of year-end financial statements | | |
| Preparation of depreciation schedules | | |
| Assist the Debtor and/or its counsel in any litigation proceedings against potential adversaries | | |
| Reconstruct, if necessary, the Debtor's books and records prior to the Petition Date | | |
| Assist the Debtor with the preparation and filing of outstanding federal, state and local tax returns | 13.50 | 3908.75 |
| Perform any other services that the Debtor may deem necessary in our role as | 6.50 | 2675.00 |

| | | |
|---|---:|---:|
| accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate | | |
| **Total** | **263.25** | **84,545.00** |

## TIME SUMMARY BY BILLING CATEGORY
For the Period of August 1, 2023 through August 31, 2023

| Billing Category | Total Hours | Total Compensation |
|---|---:|---:|
| Participate in Meetings | | |
| Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines | 7.00 | $2,405.00 |
| Audit financial statements and other financial documents | | |
| Preparation, review and certification of the Medicaid RHCF-4 report and Preparation of Medicare annual report | | |
| Review of statistical data for third party reporting | | |
| Compile interim financial statements on a monthly basis. | | |
| Review of rate sheets and preparation of appeals, if necessary | | |
| Preparation of year-end financial statements | | |
| Preparation of depreciation schedules | | |
| Assist the Debtor and/or its counsel in any litigation proceedings against potential adversaries | | |
| Reconstruct, if necessary, the Debtor's books and records prior to the Petition Date | | |
| Assist the Debtor with the preparation and filing of outstanding federal, state and local tax returns | 2.25 | 697.50 |
| Perform any other services that the Debtor may deem necessary in our role as accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate | 1.00 | 475.00 |
| **Total** | **10.25** | **3,577.50** |

4

**TIME SUMMARY BY PROFESSIONAL**
For the Period of August 1, 2023 through August 31, 2023

| Name | Position; Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---:|---:|---:|
| Joseph Martello, CPA | Partner | 475.00 | 1.00 | 475.00 |
| Brian Lee, CPA | Partner | 375.00 (rate increase (10/01/2022) | 3.00 | 1,125.00 |
| Wayne Robinson, CPA | Partner | 375.00 (rate increase 10/01/2022) | | |
| Peter Vogel, CPA | Partner | 335.00 (rate increase 10/01/2022) | 1.50 | 502.50 |
| Daryl Kirk | Senior Manager | 320.00 (rate increase 10/01/2022) | 4.00 | 1,280.00 |
| Karen Kelly | Senior Manager | 320.00 (rate increase 10/01/2022) | | |
| Michael Horan | Senior Manager | 320.00 | | |
| John Faust | Staff | 260.00 (rate increase 10/01/2022) | .75 | 195.00 |
| Ezinne Ukwu | Senior | 270.00 | | |
| Anne Kelly | Executive Asst. – Tax | 135.00 | | |
| Karla Diaz | Staff | 250.00 | | |
| Michael Romando | Staff | 260.00 (rate increase 10/01/2022) | | |
| Amanda Lipari | Staff | 260.00 | | |
| **Total** | | **349.03** | **10.25** | **3,577.50** |

## EXPENSE SUMMARY
For the Period of August 1, 2023 through August 31, 2023

| Disbursements | Amount |
|---|---|
| Conference Calls | |
| FedEx/UPS | |
| Filing Fees | |
| Photocopies and Printing | |
| Telephonic Appearances | |
| | |
| **Total Disbursements** | **0.00** |

## DETAILED TIME RECORDS

Annexed hereto as <u>Exhibit "A"</u> are contemporaneously maintained time entries for each individual providing services for the Statement Period.

## SUMMARY

HMM's fees for the Statement Period have been calculated on the basis of HMM's usual and customary hourly rates for its professionals in this Chapter 11 Case. Out-of-pocket expenses, such as photocopying, telecommunications, postage, package delivery charges, travel expense, word processing and computer-aided research are not included in HMM's hourly rates for professionals and are billed separately.

HMM reserves the right to amend the fees and expense reimbursement south herein in the event that a subsequent review of HMM 's records reveals that additional professional services were rendered or expenses incurred which were not processed in advance of this Monthly Statement.  In the event such amendments are required, HMM reserves the right to seek such additional fees or expenses in any subsequent fee applications or monthly statements.

Dated: New York, New York
      September 15, 2023                         HMM, CPAs LLP

                                       *By: /s/Joseph Martello*
Joseph Martello
Suzanne Breit
Wayne Robinson
James Budd
Brian Lee
Peter Vogel
527 Townline Road, Suite 203
Hauppauge, NY 11788
Tel: (631) 265-6289
Fax: (631) 265-6523
jmartello@horanmm.com
sbreit@horanmm.com
wrobinson@horanmm.com
jbudd@horanmm.com
blee@horanmm.com
pvogel@horanmm.com

*Accountant to the Debtor and Debtor in Possession*

7

## EXHIBIT A

**TIME AND EXPENSE**

**HMM, CPAS LLP**

**INFORMATIONAL FEE AND EXPENSE STATEMENT**

**FOR**

**HBL SNF LLC**

**FEES SUMMARY:**

| DATE | PROFESSIONAL | Matter ID/Client Sort Matte Description Narrative | COMPONENT | HOURS | UNITS | PRICE | VALUE |
|---|---|---|---|---|---|---|---|
| **Matter Description:  Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines** | | | | | | | |
| 8/8/2023 | LEE, BRIAN | Projections | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 8/9/2023 | LEE, BRIAN | Projections | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 8/21/2023 | KIRK, DARYL | July Monthly Financial Statement for Bankruptcy | Fees | 2.50 | 0.00 | 320.00 | 800.00 |
| 8/22/2023 | KIRK, DARYL | July Monthly Financial Statement for Bankruptcy | Fees | 0.75 | 0.00 | 320.00 | 240.00 |
| 8/23/2023 | KIRK, DARYL | July Monthly Financial Statement for Bankruptcy | Fees | 0.75 | 0.00 | 320.00 | 240.00 |
| **TOTAL:** | **Matter Description:  Prepare and/or review the Monthly Operating Report and Other Schedules, as required by the local rules of the Court, and the United States Trustee's guidelines:** | | | **7.00** | | | **2405.00** |
| **Matter Descripton:  Assist the Debtor with the preparation and filing of outstanding federal, state and local tax returns** | | | | | | | |
| 8/10/2023 | FAUST, JOHN | PREPARATION OF 2022 FORM 1065 AND FORM IT-204 PARTNERSHIP TAX | Fees | 0.75 | 0.00 | 260.00 | 195.00 |
| 8/10/2023 | VOGEL, PETER | PREPARATION OF 2022 FORM 1065 AND FORM IT-204 PARTNERSHIP TAX | Fees | 1.50 | 0.00 | 335.00 | 502.50 |
| **TOTAL:** | **Matter Description:** | **Assist the Debtor with the preparation and filing of outstanding federal, state and local returns:** | | **2.25** | | | **697.50** |
| **Matter Description: Perform any other services that the Debtor may deem necessary in our role as accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate** | | | | | | | |
| 8/30/2023 | MARTELLO, JOSEPH | GENERAL CONSULTING | Fees | 1.00 | 0.00 | 475.00 | 475.00 |
| **TOTAL:** | **Matter Description: Perform any other services that the Debtor may deem necessary in our role as accountants to the Debtor, or that may be requested by its counsel for or on behalf of the Debtor of the estate:** | | | **1.00** | | | **475.00** |
| | | **SUBTOTAL - SUMMARY OF FEES:** | | **10.25** | | | **3,577.50** |

**EXPENSE SUMMARY:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Expense | | | | 0.00 |
| | | **SUBTOTAL - SUMMARY OF EXPENSES:** | | | | | **0.00** |
| | | **GRAND TOTAL: Total Fees & Expenses Requested:** | | | | | **3,577.50** |