UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HBL SNF, LLC, d/b/a EPIC REHABILITATION AND NURSING AT WHITE PLAINS, | : | (Subchapter V) |
| | : | |
| | : | Case No. 21-22623 (SHL) |
| Debtor. | : | |

------------------------------------------------------------------x

### ORDER APPROVING FOURTH EXTENSION OF MATURITY DATE OF DEBTOR'S DEBTOR-IN-POSSESSION FINANCING FACILITY

This matter having come before the Court upon the *Notice of Presentment of Order Approving Fourth Extension of Maturity Date of Debtor's Debtor-in-Possession Financing Facility* [Dkt. No. __] (the "Notice") filed by HBL SNF, LLC, d/b/a Epic Rehabilitation and Nursing at White Plains (the "Debtor"), for approval of that certain Fourth Amendment to Credit and Security Agreement, dated as of March 20, 2025, attached to the Notice as Exhibit A (the "Amendment"); and good and sufficient notice of the Notice and Amendment having been provided, and it appearing that no further notice is required; and no objections having been received; and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. The Amendment is hereby approved in accordance with its terms; and

2. The Debtor is hereby authorized to take all actions necessary to effectuate the foregoing; and

3. This Court shall retain jurisdiction to interpret and enforce this Order.

Dated:   New York, New York
          _____

                                                   _____
                                                   THE HONORABLE SEAN H. LANE
                                                   UNITED STATES BANKRUPTCY JUDGE

2